# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNIVERSAL ROBOTS A/S, and<br>UNIVERSAL ROBOTS USA, INC.<br><br>    *Defendants*. | C.A. No. 21-149-CFC |

## RESPONSE TO NOTICE OF SUBSEQUENT AUTHORITY

Defendants Universal Robots A/S and Universal Robots USA, Inc. (together "Universal Robots") write in response to Plaintiff's Notice of Subsequent Authority (D.I. 26). As an initial matter, the decision cited by Plaintiff, *Northwestern University v. KUKA AG*, Case No. 21-cv-599, D.I. 56 (N.D. Ill. Oct. 8, 2021), is not binding on this Court and is from a case in which Universal Robots is not a party.

Moreover, the arguments and case law presented to the court in *KUKA* differ in important ways from the arguments that Universal Robot has presented to this Court. As non-limiting examples:

- While the *KUKA* decision rests on the court's conclusion that the claims were directed to a "novel modular architecture," Universal Robots has demonstrated that to the extent the claims require modularity at all, that

itself is an abstract idea pursuant to step one of the *Alice* framework, *see* D.I. 22 at 13-14, 18; D.I. 24 at 2-4. In doing so, Universal Robots presented extensive argument and case law that was not before the *KUKA* court. *See KUKA AG*, Case No. 21-cv-599, (N.D. Ill.) at D.I. 37 & 48.

- While the *KUKA* court further concludes that, even if the claimed invention were abstract, there are factual disputes as to whether certain of the claimed components, including the "intent sensors," were "novel," Universal Robots' briefing addresses in detail how the specification of the patents itself acknowledges that the components were all conventional. *See* D.I. 22 at 5; D.I. 24 at 3-5.

Accordingly, this Court should decline to follow the *KUKA* decision, and should instead hold that the claims of the asserted patents are not patent eligible under § 101.

*Of Counsel:*

Vinita Ferrera
James M. Lyons
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Counsel for Defendants Universal Robots A/S and Universal Robots USA, Inc.*

Christopher R. Noyes
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Dated: October 15, 2021