# Exhibit A

## Oral Order in
## *Astellas Pharma v. Sandoz*

ORAL ORDER: The Court, having again reviewed the parties' briefing with regard to Plaintiffs' final lingering discovery dispute, (D.I. 307; D.I. 311; D.I. 317), addressed during the March 28, 2022 teleconference, and having reviewed Defendants' March 29, 2022 supplemental submission, (D.I. 329), hereby ORDERS as follows: (1) Plaintiffs' request that the Court compel Defendants to supplement Interrogatory No. 3 to confirm that they will not rely on any prior art other than the 41 identified references, absent a proper amendment, (D.I. 311 at 4), is DENIED. As Defendants note, (D.I. 317 at 4-5), this request appears to conflict with the Scheduling Order's May 26, 2022 deadline for final supplementation of all invalidity references, (D.I. 303 at 2).; and (2) With regard to Plaintiffs' remaining requests, (D.I. 311 at 4), they are GRANTED-IN-PART as follows. These requests are premised on Plaintiffs' assertion that Defendants' current response to Plaintiffs' Interrogatory No. 3 (which requests Defendants' contentions that the asserted claims of the patent-in-suit are invalid under 35 U.S.C. § 103), which in turn incorporates by reference Defendants' Joint Initial Invalidity Contentions (the "Initial Invalidity Contentions"), are unduly vague and insufficiently fulsome. (Id. at 3-4) The Court has reviewed the Initial Invalidity Contentions. In general, they provide real detail, including significant specificity as to: (a) the prior art references that could be a part of invalidity combinations, (see, e.g., Initial Invalidity Contentions at 54-114); (b) the portions of the prior art references that are relevant to Defendants' obviousness arguments, (see, e.g., id. at Appendix A); and (c) why a person of ordinary skill in the art might be motivated to combine the teachings of certain prior art references, (see id. at 128-31, 136-47). That said, the one area as to which the Court has sympathy for Plaintiffs' position is that in the Initial Invalidity Contentions, Defendants generally state that the asserted claims are obvious over many possible combinations of many different references, (see, e.g., id. at 132), which makes it difficult for Plaintiffs to know exactly which specific combinations are being asserted against them. On that score, Plaintiffs should get some relief. In terms of how and when that relief should be provided, the Court repeatedly suggested that if Plaintiffs were willing to narrow the number of asserted claims, then the Court could require Defendants to then cut down to a specific number of invalidity combinations by a date certain. But Plaintiffs did not seem particularly interested in that option during the teleconference. In light of this, and in light of the fact that the deadline for final invalidity contentions is coming up soon, the Court hereby ORDERS that by June 22, 2022, the date when Defendants' final invalidity contentions are due, Defendants shall: (a) identify in those final invalidity contentions the specific invalidity combinations they intend to rely upon (without the use of terms like "exemplary" and "and/or"); (b) provide fulsome detail regarding the obviousness arguments for those specific invalidity combinations); and (c) supplement their response to Interrogatory No. 3 by incorporating the final invalidity contentions into that response. Ordered by Judge Christopher J. Burke on 4/21/2022. (mlc) (Entered: 04/21/2022)

As of April 22, 2022, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Astellas Pharma Inc. et al v. Sandoz Inc. et al*
1-20-cv-01589 (DDE), 4/21/2022, docket entry 343

# Exhibit B

## Goldenberg Invalidity Chart

# Exhibit 18

Exhibit 18 – Goldenberg

## Invalidity of U.S. Patent Nos. 6,907,317; 6,928,336; and 7,120,508 Based on U.S. Patent No. 6,084,373 ("Goldenberg")

Based on Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in the Amended Complaint and Infringement Contentions pursuant to Paragraph 4(c) of the Delaware Default Standard for Discovery ("Infringement Contentions") and paragraph 6(c) of the Court's Scheduling Order (ECF 38), Goldenberg renders obvious at least all asserted claims of U.S. Patent Nos. 6,907,317 ('317 patent); 6,928,336 ('336 patent); and 7,120,508 ('508 patent) under 35 U.S.C. §§ 102 and/or 103. Goldenberg was filed on July 1, 1998, and published on July 4, 2000, and is therefore prior art to the asserted patents.

Nothing stated in this chart shall be treated as an admission or suggestion that Universal Robots agrees with Plaintiff regarding the scope of any asserted claim, the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, the claim constructions advanced by Plaintiff in its Infringement Contentions or its opposition to Universal Robots' motion to dismiss, or that Universal Robots' accused products or services meet any limitations of the claims.

The chart below provides representative examples of where Goldenberg discloses elements of the asserted claims, under Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in its Complaint and Infringement Contentions. The cited evidence is merely illustrative, and Universal Robots reserves the right to cite alternative or additional evidence.

To the extent that Plaintiff contends that Goldenberg does not disclose one or more limitations of the asserted claims, each such limitation would have been obvious in view of the teachings of Kitchen in combination with one or more of the following references, including as described in the cover document accompanying Universal Robots's invalidity contentions: (1) the knowledge of one of ordinary skill in the art; (2) the teachings of any of the prior art references set forth in Universal Robots' other invalidity claim charts with respect to the limitation-at-issue; and/or (3) the teachings of any of the prior art references set forth in the cover document of Universal Robots' invalidity contentions with respect to the core concepts applicable for the limitation-at-issue.

To the extent Plaintiff submits new infringement theories that depend on new claim constructions (explicit or implicit) and/or identify additional limitations of the asserted claim that Plaintiff contends are not disclosed by Goldenberg alone, in combination, or in combination with Universal Robots' other cited prior art, Universal Robots expressly reserves the right to rebut any such contention, including by identifying additional obviousness combinations.

Where the chart below states that Goldenberg "discloses" a limitation, such disclosure may be express or inherent.

Exhibit 18 – Goldenberg

**U.S. Patent No. 6,907,317**

**'317 Patent Claim 1**

| '317 Patent Limitations | Goldenberg |
|---|---|
| [1 Preamble]. A multi-function hub for use in an intelligent assist system, the multi-function hub comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, and to the extent the preamble is limiting, this reference discloses and/or renders obvious the preamble of the claim.<br><br>See '317 patent limitation 1A.<br><br>Goldenberg at FIGs. 1-4, 9-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")

Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")

Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")

Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") <br><br> Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.") |
| | Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.") |
| | Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") |
| | Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")

Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")

Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")

Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")

Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.") <br><br> Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") <br><br> Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") <br><br> Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising: <br><br> a) a first housing having a drive means, an axis of rotation and opposed ends; <br><br> b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; <br><br> c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and <br><br> d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.") <br><br> Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: <br><br> a) plurality of link members; <br><br> b) at least one modular joint including at least |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.") |
| | Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this preamble, this preamble would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this preamble.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1A] a physical interface configured and arranged to be a central interface point for an operator; | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a physical interface configured and arranged to be a central interface point for an operator" [i.e. 1A].<br><br>See '317 patent limitation 1 Preamble.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard |

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | initialization and shut down routines; and multiple move commands for easy motion control specifications.") |
| | Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |
| | Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") |
| | Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")

Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")

Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")

Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")

Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")

Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")

Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")

Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")

Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.") Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.") Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.") Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.") <br><br> Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.") <br><br> Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") <br><br> Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") |

Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")

Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")

Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")

Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.")

Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1B] a computational node disposed on the physical interface, the computational node comprising programmable logic for implementing | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a computational node disposed on the physical interface, the computational node comprising programmable logic for implementing program controlled functions" [i.e. 1B].<br><br>See '317 patent limitations 1A, 1C. |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| program controlled functions; and | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") |
| | Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")

Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")

Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")

Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")

Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")

Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")

Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")

Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")

Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")

Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")

Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")

Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") <br><br> Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: <br><br> a) plurality of link members; <br><br> b) at least one modular joint including at least <br><br> i) a first housing having a drive means, an axis of rotation and opposed ends; <br><br> ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1C] an input/output ("I/O") interface for interfacing with an information network and disposed on the physical interface, the | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "an input/output ("I/O") interface for interfacing with an information network and disposed on the physical interface, the I/O interface being adapted to communicate with the computational node on the physical interface and at least one computational node disposed on at least one other module within the intelligent assist system wherein the I/O interface |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| I/O interface being adapted to communicate with the computational node on the physical interface and at least one computational node disposed on at least one other module within the intelligent assist system wherein the I/O interface communicates with the computational node disposed on the other module via a common data link, and the I/O interface uses a digital communication protocol to communicate with the computational node on the other module via the common data link. | communicates with the computational node disposed on the other module via a common data link, and the I/O interface uses a digital communication protocol to communicate with the computational node on the other module via the common data link" [i.e. 1C].<br><br>See '317 patent limitations 1A, 1B.<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")

Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")

Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")

Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") |
| | Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") |
| | Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") |
| | Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |
| | Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")

Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:

a) plurality of link members;

b) at least one modular joint including at least

i) a first housing having a drive means, an axis of rotation and opposed ends;

ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and

iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and

iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.")

Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasably attachable fourth coupling mechanism for releasably coupling a link to said first housing in a plane perpendicular to |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")

Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

Exhibit 18 – Goldenberg

**'317 Patent Claim 2**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 2. The hub of claim 1 wherein the programmable logic implements input/output communication functions. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the programmable logic implements input/output communication functions." <br><br> See '317 patent limitations 1B, 1C. <br><br> To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 3**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 3. The hub of claim 1 wherein the programmable logic implements motion control algorithms. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element <br><br> See '317 patent limitations 1 Preamble, 1B, 1C. <br><br> Goldenberg at FIGs. 1-12 |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")

Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") <br><br> Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.") <br><br> Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") <br><br> Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).") |
| | Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") |
| | Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.") |
| | Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") <br><br> Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") <br><br> Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.") |
| | Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |
| | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |
| | Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") <br><br> Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.") <br><br> Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") <br><br> Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.") <br><br> To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 4**

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| 4. The hub of claim 1 wherein the I/O interface provides communication to a plurality of sensors. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element

See '317 patent limitation 1C.

Goldenberg at FIGs. 4-8, 11-12.

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")

Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")

Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")

Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")

Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")

Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")

Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")

Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")

Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

## '317 Patent Claim 5

| '317 Patent Limitations | Goldenberg |
|---|---|
| 5. The hub of claim 1 wherein the I/O interface provides input from an intent sensor. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface provides input from an intent sensor." See '317 patent limitation 1C. Goldenberg at FIGs. 4-8, 11-12. Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") <br><br> Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") <br><br> Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 6**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 6. The hub of claim 1 wherein the I/O interface provides | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface provides control outputs to actuators." |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| control outputs to actuators. | See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |
| | Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") |
| | Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |
| | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") <br><br> Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") <br><br> Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")

Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")

Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")

Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")

Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")

Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 9**

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| 9. The hub of claim 1 further comprising: at least one user operable controls accessible from the outside of the hub. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "at least one user operable controls accessible from the outside of the hub."<br><br>See '317 patent limitation 1 Preamble, 1A.<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") <br><br> Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")

Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")

Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")

Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")

Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | a) plurality of link members; |
| | b) at least one modular joint including at least |
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 10**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 10. The hub of claim 1 further comprising: a user interface connectable to an external computer or a PDA. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a user interface connectable to an external computer or a PDA."

See '317 patent limitation 1 Preamble.

Goldenberg at FIGs. 11-12.

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") <br><br> Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")

Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")

Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")

Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")

Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")

Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")

Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")

Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")

Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasably connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 11**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 11. The hub of claim 1 further comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a network interface in communication with a local area network." |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| a network interface in communication with a local area network. | See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of central housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") |

any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")

Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")

Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in

| '317 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 12**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 12. The hub of claim 1 further comprising: a network interface in communication with an information network. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a network interface in communication with an information network."<br><br>See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") <br><br> Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") <br><br> Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") <br><br> Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") <br><br> Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") |
|  | Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.") <br><br> Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") <br><br> Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 13**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 13. The hub of claim 1 further comprising: a network interface in communication with an Internet. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a network interface in communication with an Internet."<br><br>See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")

Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")

Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.") <br><br> Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") <br><br> Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") <br><br> Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") <br><br> Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") <br><br> Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") <br><br> Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:

a) plurality of link members;

b) at least one modular joint including at least

i) a first housing having a drive means, an axis of rotation and opposed ends;

ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and

iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 18**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 18. The hub of claim 1 further comprising: a user display. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a user display."<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 21**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 21. The hub of claim 1 further comprising an intent sensor to indicate a user's intent to move the payload. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "an intent sensor to indicate a user's intent to move the payload." |
| | See '317 patent limitations 1 Preamble, 1A. |
| | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.") |
| | Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")

Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")

Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.") <br><br> Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.") <br><br> Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.") <br><br> Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") <br><br> Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")

Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")

Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.") |
| | Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.") |
| | Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") |
| | Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.") |
| | Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: |
| | a) plurality of link members; |
| | b) at least one modular joint including at least |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 22**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 22. The hub of claim 21 wherein the intent | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses |

| '317 Patent Limitations | Goldenberg |
|---|---|
| sensor is mechanically fastened to the physical interface. | and/or renders obvious the claim element "wherein the intent sensor is mechanically fastened to the physical interface."<br><br>See '317 patent limitations 1 Preamble, 1A, 21.<br><br>Goldenberg at FIGs. 4-8, 11-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") <br><br> Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") <br><br> Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") <br><br> Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") <br><br> Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") <br><br> Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") <br><br> Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") <br><br> Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 29**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 29. The hub of claim 21 wherein the intent sensor comprises user operable controls. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the intent sensor comprises user operable controls."

See '317 patent limitations 1 Preamble, 1A, 21.

Goldenberg at FIGs. 4-8, 11-12.

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") |
|  | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |
|  | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") |
|  | Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 30**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 30. The hub of claim 29 wherein the user operable controls are programmable. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the user operable controls are programmable." |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | See '317 patent limitations 1 Preamble, 1A, 1B, 21, 29.<br><br>Goldenberg at FIGs. 4-8, 11-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

Exhibit 18 – Goldenberg

**'317 Patent Claim 32**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 32. The hub of claim 1, wherein the digital communication protocol is a Controller Area Network (CAN) protocol. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the digital communication protocol is a Controller Area Network (CAN) protocol."<br><br>See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.") <br><br> Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") <br><br> Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") <br><br> Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.") <br><br> Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 33**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 33. The hub of claim 1, wherein the digital communication protocol is a local area network protocol. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the digital communication protocol is a local area network protocol."<br><br>See '317 patent limitations 1C, 32. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") <br><br> Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") <br><br> Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") <br><br> Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.") <br><br> Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")

Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")

Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")

Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")

Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")

Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")

Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of central housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") <br><br> Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") <br><br> Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.") <br><br> Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") <br><br> Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end |

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")

Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")

Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 34**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 34. The hub of claim 1, wherein the digital communication protocol is an Ethernet protocol. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the digital communication protocol is an Ethernet protocol."<br><br>See '317 patent limitations 1C, 32.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |

271

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 35**

| '317 Patent Limitations | Goldenberg |
|---|---|
| 35. The hub of claim 1, wherein the common data link is a bus. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the common data link is a bus."<br><br>See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")

Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system |

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")

Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:

a) plurality of link members;

b) at least one modular joint including at least

i) a first housing having a drive means, an axis of rotation and opposed ends;

ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and

iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 37**

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| 37. The hub of claim 1, wherein the I/O interface uses packet-based communications to communicate with the computational node on the other module via the common data link. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface uses packet-based communications to communicate with the computational node on the other module via the common data link."<br><br>See '317 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") <br><br> Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") <br><br> Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.") <br><br> Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could |

| '317 Patent Limitations | Goldenberg |
|---|---|
| | be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") <br><br> Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") <br><br> Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.") <br><br> Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

| '317 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

| '317 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

Exhibit 18 – Goldenberg

| '317 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") <br><br> Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") <br><br> To the extent the Plaintiff contends that Goldenberg fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

Exhibit 18 – Goldenberg

## U.S. Patent No. 6,928,336

**'336 Patent Claim 1**

| '336 Patent Limitations | Goldenberg |
|---|---|
| [1 Preamble] An intelligent assist system having a modular architecture, comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, and to the extent the preamble is limiting, this reference discloses and/or renders obvious the preamble of the claim.<br><br>See '336 patent limitation 1 Preamble.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")

Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")

Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")

Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") |
| | Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |
| | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasable coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")

Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")

Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")

Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") |
| | Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.") |
| | Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.") |
| | Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") <br><br> Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.") <br><br> Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising: |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.")<br><br>Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.")<br><br>Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at FIGs. 1-4, 9-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that Goldenberg fails to teach this preamble, this preamble would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this preamble.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1A] a motion module for supporting and moving a payload; | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a motion module for supporting and moving a payload" [i.e. 1A].<br><br>See '336 patent limitation 1 Preamble. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")

Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |
| | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.") |
| | Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")

Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.") <br><br> Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.") <br><br> Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.") <br><br> Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") <br><br> Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1B] a plurality of computational nodes, at least one of the | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses |

| '336 Patent Limitations | Goldenberg |
|---|---|
| plurality of computational nodes being configured to control the motion module; and | and/or renders obvious the claim element "a plurality of computational nodes, at least one of the plurality of computational nodes being configured to control the motion module" [i.e. 1B].<br><br>See '336 patent limitations 1A, 1 Preamble.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics are centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") <br><br> Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") <br><br> Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") <br><br> Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") <br><br> Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") <br><br> Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasably attached to central housing 22 using a releasable coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")

Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")

Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") <br><br> Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") <br><br> Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") <br><br> Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.") <br><br> Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1C] a plurality of communication links, at least one of the plurality of | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "communication links, at least one of the plurality of |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| communication links being between two of the plurality of computational nodes to carry information between the nodes to actuate the motion module. | communication links being between two of the plurality of computational nodes to carry information between the nodes to actuate the motion module" [i.e. 1C].<br><br>See '336 patent limitations 1 Preamble, 1B.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") <br><br> Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 4**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 4. The system of claim 1 wherein one of the computational nodes is embedded in the motion module. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein one of the computational nodes is embedded in the motion module."<br><br>See '336 patent limitations 1A, 1B.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.") |
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") |
| | Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") |
| | Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") <br><br> Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") <br><br> Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") <br><br> Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") <br><br> Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") <br><br> Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") <br><br> Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") <br><br> Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") <br><br> Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") <br><br> Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") <br><br> Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") <br><br> Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")

Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:

a) a first housing having a drive means, an axis of rotation and opposed ends;

b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;

c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.") |
| | Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: |
| | a) plurality of link members; |
| | b) at least one modular joint including at least |
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasably attachable fourth coupling mechanism for releasably coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

Exhibit 18 – Goldenberg

**'336 Patent Claim 5**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 5. The system of claim 4 wherein the embedded computational node provides communication between a plurality of modules and controls each of the plurality of modules. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the embedded computational node provides communication between a plurality of modules and controls each of the plurality of modules."<br><br>See '336 patent limitations 1A, 1B, 1C, 4.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |
|  | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") |
|  | Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |
|  | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |
|  | Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple |

402

| '336 Patent Limitations | Goldenberg |
|---|---|
| | axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.") |
| | Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") |
| | Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |
| | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 6**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 6. The system of claim 5 wherein one of the modules comprises a sensor and the embedded computational node | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein one of the modules comprises a sensor and the embedded computational node provides communication to the module comprising the sensor."

See '336 patent limitations 1A, 1V, 1C, 4, 5. |

413

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| provides communication to the module comprising the sensor. | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") <br><br> Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") <br><br> Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") <br><br> Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") <br><br> Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") <br><br> Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |
| | Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |
| | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") |
| | Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") |
| | Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") |
| | Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.") |
| | Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.") |
| | Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")

Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")

Goldenberg at FIGs. 1-12.

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 7**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 7. The system of claim 5 wherein one of the modules comprises an actuator and the embedded computational node provides communication to module comprising the actuator. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein one of the modules comprises an actuator and the embedded computational node provides communication to module comprising the actuator."<br><br>See '336 patent limitations 1A, 1B, 1C, 4, 5.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |
| | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.") |
| | Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")

Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")

Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") |
| | Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).") |
| | Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") |
| | Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; |

447

| '336 Patent Limitations | Goldenberg |
|---|---|
| | c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 8**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 8. The system of claim 1 wherein the computational nodes comprise a programmable logic device. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the computational nodes comprise a programmable logic device." <br><br> See '336 patent limitation 1B. <br><br> Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") <br><br> Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") |
| | Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") |
| | Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |
| | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system |

458

| '336 Patent Limitations | Goldenberg |
|---|---|
| | comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasable coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")

Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")

Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")

Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")

Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")

Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 9**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 9. The system of claim 1 wherein the computational nodes execute motion control algorithms. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the computational nodes execute motion control algorithms."<br><br>See '336 patent limitations 1 Preamble, 1A, 1B.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") <br><br> Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 22 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") |
| | Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") |
| | Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") |
| | Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |
| | Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.") <br><br> Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") <br><br> Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.") <br><br> Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") <br><br> Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") <br><br> Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.") <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising: <br><br> a) a first housing having a drive means, an axis of rotation and opposed ends; <br><br> b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; <br><br> c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and <br><br> d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.")<br><br>Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")

Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")

Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")

Goldenberg at FIGs. 1-12

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)

To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 10**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 10. The system of claim 1 wherein the | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses |

| '336 Patent Limitations | Goldenberg |
|---|---|
| computational nodes execute automatic motion control algorithms. | and/or renders obvious the claim element "wherein the computational nodes execute automatic motion control algorithms." |

See '336 patent limitations 1 Preamble, 1A, 1B.

Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")

Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not

| '336 Patent Limitations | Goldenberg |
|---|---|
| | mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics are centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")

Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")

Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")

Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")

Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")

Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, <br><br> c) an end-effector connected to one of said second link members driven by one of said modular joints; and <br><br> d) computer control means for controlling said at least one modular joint.") <br><br> Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.") <br><br> Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.") <br><br> Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.") <br><br> Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | means is adapted to translationally move said second housing along said elongate housing parallel to said axis.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.") |
| | Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 11**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 11. The system of claim 1 wherein the computational nodes store text messages recallable by an operator. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the computational nodes store text messages recallable by an operator."

See '336 patent limitation 1B.

Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")

Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.") |
| | Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |
| | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.") |
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.") |
| | Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")

Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")

Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")

Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 12**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 12. The system of claim 1 wherein the communication links implement the CAN protocol. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links implement the CAN protocol."<br><br>See '336 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.") |
| | Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |
| | Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |
| | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") |
| | Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")

Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")

Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 13**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 13. The system of claim 1 wherein the communication links provide access to an information network. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links provide access to an information network."<br><br>See '336 patent limitation 1C. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")

Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")

Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")

Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")

Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.") |
| | Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of central housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.") |
| | Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") <br><br> Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")

Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 14**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 14. The system of claim 1 wherein the communication links provide access to a local area network. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links provide access to a local area network."<br><br>See '336 patent limitation 1C.<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") <br><br> Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") <br><br> Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: <br><br> a) plurality of link members; <br><br> b) at least one modular joint including at least <br><br> i) a first housing having a drive means, an axis of rotation and opposed ends; <br><br> ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 15**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 15. The system of claim 1 wherein the communication links access a wide area network. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links access a wide area network." <br><br> See '336 patent limitation 1C. <br><br> Goldenberg at FIGs. 1-3, 6-12. <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") |
|  | Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |
|  | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
|  | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
|  | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
|  | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |
|  | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") |
|  | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
|  | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |
|  | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.") <br><br> Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") <br><br> Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") <br><br> Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.") |
|  | Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") |
|  | Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") |
|  | Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |
|  | Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the |

577

| '336 Patent Limitations | Goldenberg |
|---|---|
| | second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 16**

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| 16. The system of claim 1 wherein the communication links access the Internet. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links access the Internet." <br><br> See '336 patent limitation 1C. <br><br> Goldenberg at FIGs. 1-3, 6-12. <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") <br><br> Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") |
| | Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") |
| | Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |
| | Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") <br><br> Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") <br><br> Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.") |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 17**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 17. The system of claim 1 wherein the communication links provide remote access and programming of the assist system. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links provide remote access and programming of the assist system."<br><br>See '336 patent limitation 1C.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |
| | Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") |
| | Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |
| | Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.") |
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") |
| | Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") |
| | Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") |
| | Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.") |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
|  | Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.")<br><br>Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.")<br><br>Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at FIGs. 1-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 18**

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| 18. The system of claim 1 further comprising a user tooling supported by the motion module. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "further comprising a user tooling supported by the motion module."<br><br>See '336 patent limitation 1A.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |
| | Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |
| | Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.") |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasable coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")

Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") |
| | Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.") |
| | Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") |
| | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") |
| | Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising: |
| | a) a first housing having a drive means, an axis of rotation and opposed ends; |
| | b) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; |
| | c) second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | d) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation.") |
| | Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.") |
| | Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.") |
| | Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasably attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.") |
| | Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")

Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")

Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")

Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")

Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:

a) plurality of link members;

b) at least one modular joint including at least

i) a first housing having a drive means, an axis of rotation and opposed ends;

ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.")

Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")

Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")<br><br>Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 19**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 19. The system of claim 1 further comprising a skew angle sensor. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a skew angle sensor."<br><br>See '336 patent limitations 1 Preamble, 1A.<br><br>Goldenberg at FIGs. 4-8, 11-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") <br><br> Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") <br><br> Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") <br><br> To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 20**

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| 20. The system of claim 1 further comprising a lateral position sensor. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a lateral position sensor." <br><br> See '336 patent limitations 1 Preamble, 1A. <br><br> Goldenberg at FIGs. 4-8, 11-12. <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") |
| | Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |
| | Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |
| | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |
| | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.") |
| | Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |
| | Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 21**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 21. The system of claim 1 further comprising a vertical position sensor. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a vertical position sensor." <br><br> See '336 patent limitations 1 Preamble, 1A. <br><br> Goldenberg at FIGs. 4-8, 11-12. <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")

Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")

Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")

Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")

Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 22**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 22. The system of claim 1 further comprising a user actuator. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a user actuator." |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | See '336 patent limitations 1 Preamble, 1A.<br><br>Goldenberg at FIGs. 1-12<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasble coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") <br><br> Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") <br><br> Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasable coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasable coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.") <br><br> Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.") |
| | Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).") |
| | Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |
| | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") |
| | Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")<br><br>Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") <br><br> Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.") <br><br> Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") <br><br> Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.") <br><br> Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")<br><br>Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")<br><br>Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")<br><br>Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.")<br><br>Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.") |
| | Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: |
| | a) plurality of link members; |
| | b) at least one modular joint including at least |
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |

675

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 23**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 23. The system of claim 1 further comprising a hub to allow a user to interface with the computational nodes of the system. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a hub to allow a user to interface with the computational nodes of the system."<br><br>See '336 patent limitations 1 Preamble, 1A, 1B.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and |

677

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") |
| | Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |
| | Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") |
| | Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis |

| '336 Patent Limitations | Goldenberg |
| --- | --- |
| | 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasably attached to central housing 22 using a releasable coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.") |
| | Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.") |
| | Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.") |
| | Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") <br><br> Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") <br><br> Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.") <br><br> Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")

Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")

Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")

Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")

Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.") |
| | Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.") |
| | Goldenberg at FIGs. 1-12. |
| | Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) |
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 25**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 25. The system of claim 23 wherein the hub comprises a | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| interface for connection of a intent sensor. | and/or renders obvious the claim element "wherein the hub comprises a interface for connection of a intent sensor."<br><br>See '336 patent limitations 1 Preamble, 1A, 1B, 1C, 23.<br><br>Goldenberg at FIGs. 4-8, 11-12.<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
| | The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") |
| | Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |
| | Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |

Exhibit 18 – Goldenberg

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'336 Patent Claim 26**

| '336 Patent Limitations | Goldenberg |
|---|---|
| 26. The system of claim 23 wherein the hub comprises a interface for connection of a user computer for programming of the system. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the hub comprises a interface for connection of a user computer for programming of the system."

See '336 patent limitations 1 Preamble, 1C.

Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")

Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")

Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")

Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")

Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")

Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")

Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")

Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network |

| '336 Patent Limitations | Goldenberg |
|---|---|
| | of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") <br><br> Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: <br><br> a) plurality of link members; <br><br> b) at least one modular joint including at least <br><br> i) a first housing having a drive means, an axis of rotation and opposed ends; <br><br> ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and <br><br> iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |

| '336 Patent Limitations | Goldenberg |
|---|---|
|  | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

Exhibit 18 – Goldenberg

**U.S. Patent No. 7,120,508**

**'508 Patent Claim 1**

| '508 Patent Limitations | Goldenberg |
|---|---|
| [1 Preamble] A configuration system for an intelligent assist system, the intelligent assist system comprising a module, and a computational node on the module, the configuration system comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, and to the extent the preamble is limiting, this reference discloses and/or renders obvious the preamble of the claim.<br><br>See '508 patent limitation 1 Preamble.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")

Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")

Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")

Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")

Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")

Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")

Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.") |

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")

Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second

| '508 Patent Limitations | Goldenberg |
|---|---|
| | coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")

Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")

Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")

Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")

Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")

Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")

Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")

Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.") <br><br> Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.") <br><br> Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.") <br><br> Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.") <br><br> Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")

Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")

Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")

Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") <br><br> Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.") <br><br> Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") <br><br> Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") <br><br> Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")

Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:

a) a first housing having a drive means, an axis of rotation and opposed ends;

b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;

c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.") |
| | Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.") |
| | Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.") |
| | Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.") |
| | Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") |
| | Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.") |
| | Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasably attachable fourth coupling mechanism for releasably coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasably couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasably couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.")<br><br>Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasably connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")

Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")

Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")

Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")

Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")

Goldenberg at FIGs. 1-12

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)

To the extent the Plaintiff contends that Goldenberg fails to teach this preamble, this preamble would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this preamble.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1A] a host computer system capable of executing a stored program, the host computer system being in communication with the computational | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a host computer system capable of executing a stored program, the host computer system being in communication with the computational node via a communication link" [i.e. 1A].

See '508 patent limitation 1 Preamble. |

| '508 Patent Limitations | Goldenberg |
|---|---|
| node via a communication link; | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of |

| '508 Patent Limitations | Goldenberg |
| --- | --- |
| | digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | initialization and shut down routines; and multiple move commands for easy motion control specifications.") <br><br> Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") <br><br> Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |
| | Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |
| | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") |
| | Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") |
| | Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;") |
| | Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;") |
| | Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") |
| | Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") |
| | Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasible coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.") |
| | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.") |
| | Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.") |
| | Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the |

| '508 Patent Limitations | Goldenberg |
| --- | --- |
| | actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")

Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")

Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")

Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasably connected to the drive means.")

Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")

Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")

Goldenberg at FIGs. 1-12.

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)

To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1B] a graphical user interface enabling a user to manipulate objects related to the module or the computational node; and | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a graphical user interface enabling a user to manipulate objects related to the module or the computational node" [i.e. 1B].<br><br>See '508 patent limitations 1 Preamble.<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") <br><br> Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") <br><br> Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") <br><br> Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") |
| | Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") |
| | Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") |
| | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")

Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")

Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")

Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")

Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")

Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | a) plurality of link members; |
| | b) at least one modular joint including at least |
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

759

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1C] a plurality of visual indicators corresponding to a status of the module, the computational node, or the communication link. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a plurality of visual indicators corresponding to a status of the module, the computational node, or the communication link" [i.e. 1C].<br><br>See '508 patent limitations 1 Preamble, 1A.<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |

Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")

Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") <br><br> Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.") <br><br> Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasably connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 2**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 2. The configuration system of claim 1, wherein the graphical user interface allows the user to view parameters of the module. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the graphical user interface allows the user to view parameters of the module." See '508 patent limitations 1B, 1C. Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | Goldenberg at FIGs. 11-12. |
| | Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) |
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 3**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 3. The configuration system of claim 1, wherein the graphical user interface allows the user to manipulate parameters of the module. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the graphical user interface allows the user to manipulate parameters of the module."

See '508 patent limitations 1B, 1C.

Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")

Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") |
| | Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.") |
| | Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") |
| | Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") |
| | Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") <br><br> Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") <br><br> Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.") <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") <br><br> Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.") <br><br> Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: <br><br> a) plurality of link members; <br><br> b) at least one modular joint including at least <br><br> i) a first housing having a drive means, an axis of rotation and opposed ends; <br><br> ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and <br><br> iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and <br><br> iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, <br><br> c) an end-effector connected to one of said second link members driven by one of said modular joints; and <br><br> d) computer control means for controlling said at least one modular joint.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 4**

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| 4. The configuration system of claim 3, wherein the parameters are adjusted with graphic sliders. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the parameters are adjusted with graphic sliders." <br><br> See '508 patent limitations 1B, 1C. <br><br> Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") <br><br> Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.") <br><br> Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.") <br><br> Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.") <br><br> Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") <br><br> Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.") <br><br> Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")

Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")

Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising: |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | a) plurality of link members; |
| | b) at least one modular joint including at least |
| | i) a first housing having a drive means, an axis of rotation and opposed ends; |
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and |
| | iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation, |
| | c) an end-effector connected to one of said second link members driven by one of said modular joints; and |
| | d) computer control means for controlling said at least one modular joint.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 5**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 5. The configuration system of claim 1, wherein the graphical user interface allows the user to establish default parameters of the module. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the graphical user interface allows the user to establish default parameters of the module."<br><br>See '508 patent limitations 1B, 1C.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") <br><br> Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") <br><br> Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") <br><br> Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.")

Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")

Goldenberg at FIGs. 11-12.

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)

To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 6**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 6. The configuration system of claim 1, wherein the graphical user interface allows the user to test the module. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the graphical user interface allows the user to test the module." |
|  | See '508 patent limitations 1B, 1C. |
|  | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |
|  | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")

Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasably connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | Goldenberg at FIGs. 11-12. |
| | Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) |
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 7**

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| 7. The configuration system of claim 1, wherein the intelligent assist system further comprises a second module with a second computational node, and the host computer system is in communication with the second computational node via a second communication link. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "herein the intelligent assist system further comprises a second module with a second computational node, and the host computer system is in communication with the second computational node via a second communication link."<br><br>See '508 patent limitation 1 Preamble.<br><br>Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")

Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")

Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")

Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")

Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")

Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")

Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")

Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:56-3:2 ("In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. |

| '508 Patent Limitations | Goldenberg |
| --- | --- |
| | Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")

Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")

Goldenberg at 3:3-14 ("In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.")

Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:52-53 ("FIG. 4 is a perspective view of a disassembled central housing forming part of the modular joint;")<br><br>Goldenberg at 3:54-55 ("FIG. 5 is a cross sectional view taken along the line 8--8 of FIG. 3;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")

Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:45-51 ("Referring to FIG. 3, an alternative modular joint is shown at 36 comprising a compartment 30 releasibly attached to central housing 22 using a releasable coupling mechanism 40. Compartment 32 attached to central housing 22 using coupling mechanism 44 to provide the yaw configuration in which the axis 48 of housing 30 is perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 4:63-5:13 ("Referring to FIGS. 4 and 5, located within housing 22 are a brushless servo motor 100 with a keyed shaft 108 which is inserted into a harmonic drive 104 and a brake 106 for preventing the joint from back driving when the power is turned off. The harmonic drive 104 includes a bearing housing 105 which encloses a bearing (not shown). Housing 105 is rigidly bolted to housing 22 by several bolts (not shown) threaded through holes 109 in housing 105 and holes 109' in housing 22. The side of bearing housing 105 facing adjacent to flange housing 102 is open and several bolts 107 are used to rigidly bolt the flange housing to the bearing in housing 105 through holes 111 in the flange housing. The diameter of hole 110 at one end of housing 22 is smaller than the outer diameter of the housing of motor 100. A bearing assembly 112 is mounted on the exterior of housing 22 at the end of the housing opposed to the end portion at which flange housing 102 is located.")<br><br>Goldenberg at 5:14-21 ("When actuator/motor 100 is operating the bearing in housing 105 forming part of the harmonic drive 104 is rotated thereby rotating flange housing 102 and flange 82 attached thereto about cylindrical axis 28. Actuator 100 is provided with sensors 116 for sensing the position and velocity of the actuator or motor shaft. A preferred sensor 116 comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.") <br><br> Goldenberg at 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") <br><br> Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.") <br><br> Goldenberg at 5:66-6:18 ("FIG. 7 shows a view of modular joint 54 (FIG. 2) prior to assembly with compartment 32 in the pitch configuration. The pitch configuration of the joint is obtained by securing link 30 to one end of housing 22 using releasible coupling mechanism 24 discussed previously. Link 30 is rigidly connected to the end of housing 22 and does not move relative to the housing. Link 32 is connected to housing 22 by releasible coupling mechanism 44. Coupling mechanism 44 includes a yoke 60 with a plate 64 with a central hole and a pair of semi-circular yoke arms 66 and 67 attached along opposed edges of plate 60. A flexible steel strap 68 is attached to one end of the two yoke arms 66 and 67 and a latch 70 is mounted on the other ends of each yoke arm to engage the loops 72 located at the ends of the steel straps. Yoke arm 67 includes an inner groove 69 into which the peripheral edge of bearing 112 is seated. A Teflon |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | sleeve 86 is provided with a concave groove 88 which receives the peripheral edge of bearing 112 and strap 68 sits in groove 90 on the outer surface of sleeve 86 with the loops 72 engaged in latches 70.")

Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")

Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:54-60 ("Coupling mechanism 44 is used in joints configured in both the pitch (FIG. 2), and yaw (FIG. 3) configurations and is releasibly clamped at the two ends of housing 22 for maximum cantilever effect. The axes 48 and 50 of compartments 30 and 32 respectively are normal to the circular flanges 80 mounted on the compartments and axis 28 of housing 22 is normal to circular flanges 82 (FIG. 5).")

Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:13-22 ("A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).")<br><br>Goldenberg at 7:23-27 ("It will be understood that while the brushless servo motor 100 and harmonic drive 104 are preferred components making up the drive means located in central housing 22 (FIG. 5), other mechanical equivalents of the actuator and transmission may be used.")<br><br>Goldenberg at 7:28-33 ("It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing 22 in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")

Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")

Goldenberg at 7:60-66 (A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. 2. In this case the compartment 30 is fixed to the housing 22, while the compartment 32 (together with coupling mechanism 44) is mounted for sliding along the axis 28. The housing 22 is as long as needed to allow compartment 32 to slide the desired distance parallel to axis 28.")

Goldenberg at 8:1-5 ("Referring to FIG. 4, the mechanism will be different in terms of the gear only. The motor 100 is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis 28.")

Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")

Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")

Goldenberg at 8:51-66 ("Referring now to FIG. 10, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at 180. The first modular joint 182 has a vertical axis of rotation 184 and the robotic arm rotates about this axis. Joint 182 is configured as a pitch joint shown in FIG. 2. The input port of a second modular joint 188 is coupled to electrical compartment 186 which is connected to the output port of joint 182. Modular joint 188 is configured as a yaw joint similar to that shown in FIG. 3. The axis of rotation 194 of joint 188 is also vertical. The third joint 192 is also a yaw type joint, but its axis of rotation 196 is horizontal allowing the endpoint 166 to move in a vertical plane. The wrist module 164, similar to that in the robot of FIG. 9, is attached to compartment 162 which is attached to the output port of joint 192 and end flange 166 is attached to wrist module 164.")

Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") Goldenberg at 9:40-43 ("(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.") <br><br> Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.") <br><br> Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.") <br><br> Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.") <br><br> Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 1 ("1. A reconfigurable modular joint comprising:<br><br>a) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;<br><br>c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 10 ("10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.")<br><br>Goldenberg at Claim 11 ("11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.")<br><br>Goldenberg at Claim 12 ("12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 13 ("13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 15 ("15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 17 ("17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends; |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.")<br><br>Goldenberg at Claim 19 ("19. The robot according to claim 18 wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.")<br><br>Goldenberg at Claim 2 ("2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.")<br><br>Goldenberg at Claim 20 ("20. The robot according to claim 18 wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and said second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.") |
| | Goldenberg at Claim 21 ("21. The robot according to claim 18 wherein said first housing is an elongate housing and said drive is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.") |
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.") |
| | Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |
| | Goldenberg at Claim 26 ("26. The robot according to claims 25 wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.") |
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") |
| | Goldenberg at Claim 3 ("3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.")

Goldenberg at Claim 30 ("30. The robot according to claims 28 wherein the actuator is a brushless DC servo motor.")

Goldenberg at Claim 4 ("4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.")

Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 6  ("6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.")

Goldenberg at Claim 7 ("7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.")

Goldenberg at Claim 8 ("8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.")

Goldenberg at Claim 9 ("9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.")

Goldenberg at FIGs. 1-12

Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 8**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 8. The configuration system of claim 7, wherein the communication links are in communication with each other and the visual indicators indicate the status of communication between the computational nodes. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the communication links are in communication with each other and the visual indicators indicate the status of communication between the computational nodes."<br><br>See '508 patent limitations 1A, 1C, 7.<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")

Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")

Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")

Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. |

| '508 Patent Limitations | Goldenberg |
| --- | --- |
| | It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.")<br><br>Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;") <br><br> Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;") <br><br> Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;") <br><br> Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;") <br><br> Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;") <br><br> Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;") <br><br> Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") <br><br> Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and") <br><br> Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.") <br><br> Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasable coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasable coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")

Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasable coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")

Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")

Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")

Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")<br><br>Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")<br><br>Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")

Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")

Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")

Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")

Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:

a) plurality of link members; |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | b) at least one modular joint including at least

i) a first housing having a drive means, an axis of rotation and opposed ends;

ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and

iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.")

Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")

Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.") <br><br> Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.") <br><br> Goldenberg at FIGs. 1-3, 6-12. <br><br> Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom) <br><br> To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 9**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 9. The configuration system of claim 8, wherein the visual indicators indicate the transfer of data | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the visual indicators indicate the transfer of data between the computational nodes." |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
| between the computational nodes. | See '508 patent limitations 1A, 1C, 7, 8.<br><br>Goldenberg 5:46-57 ("The electrical compartment boxes 30 and 32 contain electronic circuits including but not limited to a servo amplifier for motor 100 (see FIG. 5) contained within housing 22, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. 11. It will be appreciated by those skilled in the art that the components shown in FIG. 11 are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.")<br><br>Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.") |
| | Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.") |
| | Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |
| | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.") |
| | Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.") |
| | Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.") <br><br> Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.") <br><br> Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.") <br><br> Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.") <br><br> Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.")<br><br>Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasably attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasably coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasably coupling a link member to the other of the opposed ends of said first housing. The releasably attachable third coupling mechanism is for releasably coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasably attachable fourth coupling mechanism which is for releasably coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 3:45-47 ("FIG. 1 is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;")<br><br>Goldenberg at 3:48-49 ("FIG. 2 is a perspective view of a modular joint configured to provide a joint with a pitch configuration;")<br><br>Goldenberg at 3:50-51 ("FIG. 3 is a perspective view of a modular joint configured to provide a joint with a yaw configuration;")<br><br>Goldenberg at 3:56-57 ("FIG. 6 is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. 1;")<br><br>Goldenberg at 3:58-59 ("FIG. 7 is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. 2;")<br><br>Goldenberg at 3:60-61 ("FIG. 8 is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. 3;")<br><br>Goldenberg at 3:62-63 ("FIG. 9 is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;")<br><br>Goldenberg at 3:64-65 ("FIG. 10 is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:14-20 ("The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.")<br><br>Goldenberg at 4:21-35 ("FIGS. 1 to 3 show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. 1 illustrates a basic modular joint 20 comprising a central housing 22 with an electrical compartment housing 30 attached to one end of the central housing 22 using a releasible coupling mechanism 24. FIG. 1 shows attached to modular joint 20 is an electrical compartment box 32 attached at the other end of housing 22 using another releasible coupling mechanism 26. Compartment 32 is attached to a subsequent housing 22 in the next modular joint in the series or alternatively compartment 32 could be replace by an end-effector or tool in the case where no further modules are used. Modular joint 20 and housing 32 attached thereto as shown in FIG. 1 provides a roll configuration.")<br><br>Goldenberg at 4:36-44 ("FIG. 2 illustrates a modular joint shown generally at 54 and a compartment 32 is attached to housing 22 in such a way as to provide the pitch configuration. In this case electronic compartment housing 30 is attached at one end of central housing 22 using coupling mechanism 24 so axis 48 of housing 30 is coaxial with axis 28. Housing 32 is attached to central housing 22 using a releasible coupling mechanism 44 with its axis 50 perpendicular to axis 28 of central housing 22.")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments 30 and 32 provide linkage connections between |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 5:22-45 ("The electrical compartment housings 30 and 32 are adapted to be rapidly attached/detached to/from central housing 22 in the roll configuration of FIG. 1 using coupling mechanisms 24 and 26 respectively. Referring to FIG. 6, the electrical compartment housing 30 forming part of joint 20 and electrical compartment housing 32 forming part of a subsequent modular joint (not shown) are each provided with circular flanges 80 on opposed faces of the rectangular housings which form part of the coupling mechanisms 24 and 26. Each flange 80 has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges 82 located at the ends of housing 22. In the roll configuration, housings 30 and 32 are releasibly attached to the flanges 82 at the ends of central housing 22 by means of two C-shaped compression clamps 89 (FIG. 5) which also form part of coupling mechanisms 24 and 26. The C-shaped clamps engage the peripheral edges of flanges 80 and 82 within slot 91 (FIG. 5) and a stainless steel strap is located in the outer slots 93 (FIG. 5) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges 82 on the ends of housing 22 to flanges 80 on electrical boxes 30 and 32. The grooved circular flanges 80 and 82 prevent relative rotation of the electrical compartment box and central housing 22 attached to each other.")<br><br>Goldenberg at 5:58-65 ("Referring to FIGS. 6 or 7, an electrical connector plug 94 is provided on opposed sides of each of the compartment boxes 30 and 32 which provide external connection of the power and communication bus through the joints. A wire harness 63 is plugged into a plug 65 to connect the motor control electronics in compartment 30 to the actuator in housing 22 and a wire harness 73 connects the microprocessor to a sensor interface 75 in housing 22.")<br><br>Goldenberg at 6:19-29 (Housing 22 includes a wire housing or winding guide 96 which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm 66 sits in curved slot 103 in the outer surface of flange housing 102 and is locked in place by the associated strap 68 with its loop 72 engaged in latch 70. Yoke arm 67 is mounted on bearing 112 and yoke 66 is mounted on flange housing 102 so that when the actuator within housing 22 is engaged the bearing in the harmonic |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | drive rotates flange housing 102 thereby rotating link 32 in a arcuate path about housing 22 in a plane perpendicular to axis 28 of housing 22.")

Goldenberg at 6:30-47 ("FIG. 8 shows a view of modular joint 36 (FIG. 3) prior to assembly with compartment 32 in the yaw configuration. Compartment 32 is connected to housing 22 using coupling mechanism 44 described above and another coupling mechanism 40 is used to releasibly connect compartment 30 to housing 22. Coupling mechanism 40 is provided with a passageway 42 through which wire harnesses (not shown) electrically connecting the circuits in link 30 to the different components in housing 22 pass. Coupling mechanism 40 is mounted on housing 22 using associated steel straps 68' with loops 70' which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches 70 on mechanism 44. Coupling mechanism 40 is rigidly attached to housing 22 and does not move relative to the housing in contrast to coupling mechanism 44 which rotates about the housing thereby driving compartment or link 32 in an arcuate path about housing 22 in a plane perpendicular to axis 28.")

Goldenberg at 6:61-66 ("Referring again to FIGS. 7 and 8, housing 22 is also provided with Hall effect sensor magnets 98 mounted on coupling mechanism 44 and similar magnets are mounted on harness 40 in FIG. 8. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.")

Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")

Goldenberg at 7:34-47 ("As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing 22 instead of in compartments 30 and 32 in which case the basic modular joint would comprise the housing 22, the drive mechanism and the coupling mechanisms.")<br><br>Goldenberg at 7:48-59 ("While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. 1, the axis 28 of housing 22 would become an axis of translation. In this case housing 22 contains a telescopic mechanism that extends along the axis 28. Therefore, the distance between the compartments 30 and 32 will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.")<br><br>Goldenberg at 8:41-50 ("Modular joint 154 is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment 156, joint 160, compartment 162, the wrist module 164 and end flange 166 about a horizontal axis 170. Modular joint 154 is termed a "shoulder joint", while the third joint 160 serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint 160 is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" 154, but it has nearly identical structure to that of the joint 154.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.")<br><br>Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.")<br><br>Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.")<br><br>Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:")<br><br>Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.")<br><br>Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.")<br><br>Goldenberg at Claim 16 ("16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 25 ("25. The robot according to claims 24 including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at Claim 5 ("5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.")<br><br>Goldenberg at FIGs. 1-3, 6-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 10**

| '508 Patent Limitations | Goldenberg |
|---|---|
| 10. The configuration system of claim 1, wherein the visual indicators indicate a fault status of the computational node. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the visual indicators indicate a fault status of the computational node." |
| | See '508 patent limitation 1C. |
| | Goldenberg at 1:13-26 ("In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.") |
| | Goldenberg at 1:27-39 ("In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.")<br><br>Goldenberg at 1:40-63 ("Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.")<br><br>Goldenberg at 1:5-10 ("The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.")<br><br>Goldenberg at 1:64-2:5 ("It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.") |

Exhibit 18 – Goldenberg

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 10:11-18 ("To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.")<br><br>Goldenberg at 10:20-29 ("The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. 11): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.")<br><br>Goldenberg at 10:30-38 ("A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.")<br><br>Goldenberg at 10:39-46 ("The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.")<br><br>Goldenberg at 10:47-60 ("The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.")<br><br>Goldenberg at 10:62-65 ("The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.")<br><br>Goldenberg at 11:10-27 ("A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.")<br><br>Goldenberg at 11:1-8 ("The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/-15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.")<br><br>Goldenberg at 11:28-34 ("The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
|  | Goldenberg at 2:16-25 ("The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.")<br><br>Goldenberg at 2:26-37 ("A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.")<br><br>Goldenberg at 2:38-47 ("The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.")<br><br>Goldenberg at 2:48-55 ("Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.")<br><br>Goldenberg at 2:8-15 ("An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected |

| '508 Patent Limitations | Goldenberg |
| --- | --- |
| | network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.")<br><br>Goldenberg at 3:15-38 ("In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.")<br><br>Goldenberg at 3:40-44 ("The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:")<br><br>Goldenberg at 4:1-3 ("FIG. 11 is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and")<br><br>Goldenberg at 4:4-6 ("FIG. 12 is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.")<br><br>Goldenberg at 4:52-62 ("The electronic compartment housings 30 and 32 are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | utilized. It will be understood however that compartments 30 and 32 provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.")<br><br>Goldenberg at 7:1-12 ("An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.")<br><br>Goldenberg at 8:18-40 ("FIG. 9 shows a robot 140 constructed using several of the modular joints described above. Robot 140 comprises modular joint 142 configured as a roll joint the same as joint 20 shown in FIG. 1. Joint 142 allows for rotation of the whole robot 140 about a vertical axis 144. Modular joint 142 is provided with an input port 146 to which electronics compartment 148 is attached at one end of the joint housing 22 and compartment 148 is mounted on a support base 150. An electronic compartment 152 is attached to the other end of the housing of joint 142 and the robot is provided with a second modular joint 154 attached to the opposed end of compartment 152. The output port of modular joint 154 is attached to electronics compartment 156 with the other end of compartment 156 being attached to the input port of a third modular joint 160. An electronic compartment 162 is attached to the output port of joint 160 and a wrist module 164 having three axes of rotation is attached to the opposed end portion of compartment 162. An end flange 166 is attached to wrist module 164 and the three axes of rotation of wrist module 164 permits the end flange 166 to change its orientation with respect to the wrist base. The wrist module 164 may be a standard robotic module or custom designed for a specific application.")<br><br>Goldenberg at 8:9-17 ("Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules can be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.") <br><br> Goldenberg at 9:11-32 ("A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. 12 is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.") <br><br> Goldenberg at 9:1-9 ("Robot 180 in FIG. 10 has a different kinematic structure from robot 140 shown in FIG. 9. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.") <br><br> Goldenberg at 9:33-34 ("The distributed control system comprises the following four elements:") <br><br> Goldenberg at 9:35-39 ("(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at 9:44-46 ("(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. 11 illustrates these three elements.")<br><br>Goldenberg at 9:47-54 ("(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.")<br><br>Goldenberg at 9:55-64 ("The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.")<br><br>Goldenberg at 9:66-10:10 ("One of the requirements of the distributed control architecture is the capability to update the host computer with the current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.")<br><br>Goldenberg at Abstract ("The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.")<br><br>Goldenberg at Claim 14 ("14. The modular joint according to claim 13 further including a second housing releasably attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasably connected to the drive means.")<br><br>Goldenberg at Claim 18 ("18. A reconfigurable modular robot, comprising:<br><br>a) plurality of link members;<br><br>b) at least one modular joint including at least<br><br>i) a first housing having a drive means, an axis of rotation and opposed ends;<br><br>ii) a first coupling mechanism for releasably coupling a link member to one of said opposed ends of said first housing; and<br><br>iii) a second coupling mechanism for releasably coupling a link member to the other of said opposed ends of said first housing; and<br><br>iv) a releasably attachable third coupling mechanism for releasably coupling a link member to said first housing in a plane perpendicular to said axis of rotation,<br><br>c) an end-effector connected to one of said second link members driven by one of said modular joints; and<br><br>d) computer control means for controlling said at least one modular joint.") |

| '508 Patent Limitations | Goldenberg |
|---|---|
| | Goldenberg at Claim 23 ("23. The robot according to claims 22 wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 24 (24. The robot according to claims 23 wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.")<br><br>Goldenberg at Claim 28 ("28. The robot according to claims 26 wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.")<br><br>Goldenberg at FIGs. 11-12.<br><br>Goldenberg at Title (Reconfigurable modular joint and robots produced therefrom)<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

# Exhibit C

## Universal Robots'
## Initial Invalidity Contentions
## cover pleading excerpts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHWESTERN UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-149-MN |
| | ) | |
| UNIVERSAL ROBOTS, A/S and | ) | |
| UNIVERSAL ROBOTS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANTS UNIVERSAL ROBOTS' INITIAL INVALIDITY CONTENTIONS**

OF COUNSEL:

Vinita Ferrera
James M. Lyons
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Christopher R. Noyes
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

Jennifer L. Graber
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006


Dated: August 29, 2022

Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
Tel: (302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Counsel for Defendants Universal Robots
A/S and Universal Robots USA, Inc.*

## <u>TABLE OF CONTENTS</u>

I.      INTRODUCTION ......................................................................................................1

II.     RESERVATIONS......................................................................................................2

III.    GENERAL COMMENTS APPLICABLE TO ALL PATENTS-IN-SUIT.......................7

        A.    Legal Principles of Obviousness.................................................................... 7

        B.    General Reasons to Modify, Extend, or Combine Prior Art Teachings,
              Disclosures, and References ........................................................................ 8

              1.    The teachings of robotics are applicable to assist devices, and vice versa ..8

              2.    Reorganization and Replacement of Processing and/or Communications
                    Components .........................................................................................9

              3.    Potential design challenges were known and solutions to those design
                    challenges were readily attainable by those skilled in the art...................10

IV.     THE CLAIMED CONCEPTS WERE KNOWN .............................................................11

        A.    Intelligent Assist Devices ........................................................................... 11

        B.    Teach Pendants (with Graphical User Interfaces) ................................... 67

        C.    Distributed Architectures........................................................................... 109

V.      IDENTIFICATION OF PRIOR ART.......................................................................143

        A.    Prior Art Patent References ....................................................................... 143

        B.    Prior Art Products ...................................................................................... 148

        C.    Prior Art Publications ................................................................................ 149

VI.     CLAIM CHARTS ...................................................................................................152

VII.    IDENTIFICATION OF INVALIDITY DUE TO ANTICIPATION/OBVIOUSNESS..152

        A.    The '317 Patent .......................................................................................... 153

        B.    The '336 Patent .......................................................................................... 153

        C.    The '508 Patent .......................................................................................... 153

VIII.   DISCLOSURE OF INVALIDITY DUE OBVIOUSNESS..........................................154

        A.    The '317 Paent ........................................................................................... 154

              1.    The Claimed Concepts Were Known ....................................................154

              2.    Reasons to Modify, Extend, or Combine Claimed Concepts ...............1093

        B.    The '508 Patent .......................................................................................... 1152

              1.    The Claimed Concepts Were Known ....................................................1152

              2.    Reasons to Modify, Extend, or Combine Claimed Concepts ...............1756

i

C.     The '336 Patent .................................................................................... 1797

     1.     The Claimed Concepts Were Known ................................................1797

     2.     Reasons to Modify, Extend, or Combine Claimed Concepts ...............2667

D.     Illustrative Combinations ..................................................................... 2731

     1.     Goldenberg and One or More Secondary References...........................2732

     2.     Goldenberg '662 and One or More Secondary References ..................2738

     3.     Jurassic Park and One or More Secondary References ........................2747

     4.     Nagata and One or More Secondary References ...................................2754

     5.     Al-Jarrah and One or More Secondary References ..............................2761

     6.     Armstrong and One or More Secondary References ...........................2769

     7.     Stoddard and One or More Secondary References ...............................2776

     8.     Akella and One or More Secondary References...................................2784

     9.     Hoeniger and One or More Secondary References...............................2792

     10.     Otani and One or More Secondary References....................................2799

     11.     Takagi and One or More Secondary References .................................2807

     12.     Onoue and One or More Secondary References...................................2815

     13.     Tanabe and One or More Secondary References .................................2822

     14.     Gombert and One or More Secondary References...............................2830

     15.     Taylor and One or More Secondary References ..................................2838

     16.     Backes and One or More Secondary References .................................2845

     17.     Luecke and One or More Secondary References..................................2853

     18.     Luecke II and One or More Secondary References ..............................2860

     19.     Villaret and One or More Secondary References .................................2868

     20.     Handbook and One or More Secondary References.............................2876

     21.     Colgate and One or More Secondary References.................................2883

     22.     Bullen and One or More Secondary References..................................2890

     23.     Wyeth and One or More Secondary References..................................2898

     24.     Colgate II and One or More Secondary References .............................2906

     25.     Hirzinger II and One or More Secondary References ..........................2913

     26.     Dipl-Math and One or More Secondary References............................2920

     27.     Peshkin and One or More Secondary References.................................2928

     28.     Choi and One or More Secondary References......................................2935

     29.     Speck and One or More Secondary References....................................2943

     30.     MacLaren and One or More Secondary References ............................2950

31.     Nobuaki and One or More Secondary References.................................2958

32.     Demotte and One or More Secondary References.................................2965

33.     Wörn and One or More Secondary References .................................2973

34.     DeMotte II and One or More Secondary References.............................2980

35.     Heindl and One or More Secondary References.................................2988

36.     Okada and One or More Secondary References .................................2996

37.     Engdahl and One or More Secondary References ...............................3003

38.     Moore and One or More Secondary References.................................3011

39.     Daggett and One or More Secondary References.................................3018

40.     Yui and One or More Secondary References .........................................3026

41.     Hirzinger and One or More Secondary References ...........................3034

42.     Liao and One or More Secondary References .....................................3042

43.     Anderson and One or More Secondary References.............................3049

44.     Dario and One or More Secondary References ...................................3056

45.     Nakamura II and One or More Secondary References ........................3064

46.     Peshkin II and One or More Secondary References ...........................3071

47.     Kametani and One or More Secondary References...........................3079

48.     Nakamura and One or More Secondary References...........................3086

49.     Münnekehoff and One or More Secondary References........................3094

50.     Kazerooni and One or More Secondary References...........................3101

51.     Tenney and One or More Secondary References ...............................3109

52.     Stoianovici and One or More Secondary References ..........................3116

53.     Yuan and One or More Secondary References.....................................3124

54.     Okumura and One or More Secondary References .............................3131

55.     Pierrot and One or More Secondary References.................................3139

56.     Koyama and One or More Secondary References ...............................3146

57.     Graf and One or More Secondary References .......................................3154

58.     Kosuge and One or More Secondary References .................................3162

59.     Maruo and One or More Secondary References...................................3169

60.     McGee and One or More Secondary References.................................3177

61.     Kikuchi and One or More Secondary References.................................3184

E.      Secondary Considerations.................................................................. 3192

1.      The Asserted Patents Purport to Provide Solutions that UR Did Not Use or Want....................................................................................................3193

2.      UR Designed And Developed Its Own Solutions Relating To The Features

|  |  | at Issue ................................................................................................ 3193 |
| | 3. | The Accused Products Contain Many Non-Accused Features That Contribute to Their Success .................................................................. 3193 |
| IX. | | CONTENTIONS UNDER 35 U.S.C. § 101 ................................................... 3194 |
| | A. | PLAINTIFF'S ASSERTED PATENTS ARE PATENT INELIGIBLE UNDER § 101 ....................................................................................................... 3195 |
| | B. | Alice Step 1:  The Asserted Patents Are Directed To Abstract Idea Of Networking Together Existing Payload Carriers. ................................................ 3195 |
| | C. | Alice Step 2:  The Patent Claims Lack An Inventive Concept. ........................ 3207 |
| | 1. | The Claims of the '336 Patent Lack an Inventive Concept ................. 3209 |
| | 2. | The Claims of the '317 Patent Lack an Inventive Concept ................. 3211 |
| | 3. | The Claims of the '508 Patent Lack an Inventive Concept ................. 3212 |
| X. | | CONTENTIONS UNDER 35 U.S.C. § 112 ................................................... 3214 |
| | A. | The '317 Patent ............................................................................ 3214 |
| | B. | The '336 Patent ............................................................................ 3219 |
| | C. | The '508 Patent ............................................................................ 3225 |

Prior art not included in this disclosure, whether known or unknown to UR, may become relevant. In particular, UR is currently unaware of the extent, if any, to which Plaintiff will contend that limitations of the asserted claims are not disclosed in the prior art identified by UR, or will contend that any of the identified references do not qualify as prior art. To the extent that such issues arise, UR reserves the right to identify additional teachings in the same references or in other references that anticipate or would have made the addition of the allegedly missing limitation to the device or method obvious. Further, the identification of any patent or patent publication is deemed to include any counterpart patent or application filed, published, or issued anywhere in the world. In providing these contentions, UR has relied on the contents of the Infringement Contentions that Plaintiff served on July 29, 2022, the First Amended Complaint (D.I. 18) that Plaintiff filed on June 21, 2021, and Plaintiff's briefing and argument concerning UR's motion to dismiss the complaint.

UR's claim charts in Exhibits 1 through 64 cite particular teachings and disclosures of the prior art as applied to features of the asserted claims. However, persons having ordinary skill in the art may view an item of prior art generally in the context of other publications, literature, products, and understanding of those skilled in the art. Accordingly, the cited portions are only examples, and UR reserves the right to rely on uncited portions of the prior art references and on other publications and expert testimony as aids in understanding and interpreting the cited portions, as providing context thereto, and as additional evidence that a claim limitation is known or disclosed. Furthermore, where a portion of a paragraph is cited, UR reserves the right to rely on the entire paragraph. Citations to figures are inclusive of all discussion of those figures. UR further reserves the right to rely on uncited portions of the prior art references, other publications, documents explicitly or implicitly incorporated by reference, and testimony, to establish bases for

combinations of certain cited references that render the asserted claims obvious.  Further, for any combination, UR reserves the right to rely additionally on information generally known to those skilled in the art and/or common sense.

The references discussed herein and in the claim charts in Exhibits 1 through 64, or elsewhere identified, may disclose the elements of the asserted claims explicitly and/or inherently, and/or they may be relied upon to show the state of the art in the relevant timeframe.  Accordingly, the cited portions are only examples, and UR reserves the right to rely on uncited portions of the prior art references and on other publications and expert testimony as additional evidence that a claim limitation is inherent.  The suggested obviousness combinations are provided in the alternative to UR's anticipation contentions and are not to be construed to suggest that any reference included in the combinations is not itself anticipatory.  Nor should any suggested obviousness combination be construed as suggesting that a particular claim limitation from an asserted patent is missing from one or more of the prior art references.

Furthermore, nothing stated herein shall be treated as an admission or suggestion that UR agrees with Plaintiff regarding either the scope of any asserted claim or the claim constructions Plaintiff advances in its Initial Infringement Contentions or anywhere else.  To the extent that UR's Initial Invalidity Contentions reflect or suggest constructions of claim limitations consistent with or suggested by Plaintiff's Initial Infringement Contentions, no inference is intended, nor should any be drawn that UR agrees with Plaintiff's claim constructions or Plaintiff's views concerning the scope of the claims.  To be clear, the charts referenced herein do not necessarily indicate all instances where claim elements are discussed based on Plaintiff's apparent interpretation of the claims as evidenced by Plaintiff's Initial Infringement Contentions.  However, the omission or addition of indications based on Plaintiff's apparent interpretation is not to be construed as an

1.    *Goldenberg and One or More Secondary References*

To the extent that Plaintiff contends that Goldenberg alone fails to teach one or more limitations addressed by the accompanying claim chart, such limitations are disclosed, taught, and/or rendered obvious by the other references and/or the combined teachings of the references identified for the corresponding limitation in Sections VIII.A.1, VIII.B.1, VIII.C.1, and IV, as set forth herein and in UR's accompanying claim charts.  A person of ordinary skill in the art would have been motivated to combine the teachings of Goldenberg and any of the secondary references in Sections VIII.A.1, VIII.B.1, VIII.C.1, and IV above for at least the reasons set forth in Sections VIII.A.2, VIII.B.2, VIII.C.2, and IV above, and for at least the additional reasons described herein, and would have had a reasonable expectation of success in doing so for several reasons.

The following are exemplary combinations pertaining to particular claim elements, and are not intended to be (nor are they) exhaustive of the claim limitations that these identified combinations would render obvious.  For purposes of these contentions, UR has analyzed the prior art under at least Plaintiff's apparent infringement theories.  UR does not concede that Plaintiff's interpretation of claim limitations as reflected in its Initial Infringement Contentions is correct, and reserves the right to address other claim limitations.

While the combinations listed below describe Goldenberg as a primary reference and any one or more of the secondary references described below, a person of ordinary skill in the art would have understood that any one or more of the secondary references could be treated as a primary reference and combined with Goldenberg for similar reasons as those described in this section. Furthermore, to the extent that Plaintiff alleges that more than one limitation is missing in Goldenberg, UR reserves the right to rely on combinations of the combinations set forth below.

- Goldenberg in view of one or more of the secondary references described in Section IV.A.

- Goldenberg in view of one or more of the secondary references described in Section IV.B.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.a.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.b.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.c.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.d.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.e.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.f.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.i.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.j.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.k.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.l.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.m.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.n.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.o.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.q.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.r.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.s.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.t.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.u.

- Goldenberg in view of one or more of the secondary references described in Section VIII.A.1.w.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.a.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.d.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.f.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.g.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.h.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.i.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.j.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.k.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.l.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.m.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.n.

- Goldenberg in view of one or more of the secondary references described in Section VIII.B.1.o.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.a.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.d.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.e.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.g.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.h.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.i.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.j.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.k.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.m.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.n.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.o.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.p.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.q.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.s.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.t.

- Goldenberg in view of one or more of the secondary references described in Section VIII.C.1.u.

A person of ordinary skill in the art designing a robotic or other mechanical manipulator would have been aware of and would have been motivated to modify the system disclosed in Goldenberg with features from the foregoing secondary references or alternatively to combine various teachings from the systems and methods described in Goldenberg or one or more of the foregoing secondary references into one system or method.

A person of ordinary skill in the art would have been motivated to combine Goldenberg with the above identified secondary references for the reasons set forth in Sections VIII.A.2, VIII.B.2, and VIII.C.2 above and described herein.  Further, there would have been a motivation to combine Goldenberg with the foregoing secondary references because they all, like Goldenberg concern the same field of robotic or other mechanical manipulators.

There would have been a reasonable expectation of success because the combinations could be implemented with standard robotic and other hardware and software that were well known to a person of ordinary skill in the art.

These features would have been particularly obvious in view of Goldenberg.  To the extent that Plaintiff alleges a limitation is missing from Goldenberg, the evidence from Goldenberg cited

There would have been a reasonable expectation of success because the combinations could be implemented with standard robotic and other hardware and software that were well known to a person of ordinary skill in the art.

These features would have been particularly obvious in view of Hoeniger.  To the extent that Plaintiff alleges a limitation is missing from Hoeniger, the evidence from Hoeniger cited in Exhibit 24 demonstrates that Hoeniger discloses related features that would have been obvious to modify, add to, or otherwise combine with the references identified above.  For example, Hoeniger discloses that a user must define, specify, and describe each task, and then allocate the responsibilities for components of that task between a human and robot.  Hoeniger at 745. Accordingly, a person of ordinary skill in the art would understand that Hoeniger would require and/or could be improved by providing an interface, such as a teach pendant, in order to adequately provision such allocation.  Likewise, a person of skill in the art would be motivated to add additional components such as communications interfaces, sensors, monitoring systems, etc. in order to support deploying the system of Hoeniger to support different tasks. To the extent that Plaintiff argues a modular architecture would be beneficial for use in systems that operate in proximity to humans, such an architecture would similarly improve Hoeniger, which expressly discloses operating a robot in proximity to a human during programming.

          10.    *Otani and One or More Secondary References*

To the extent that Plaintiff contends that Otani alone fails to teach one or more limitations addressed by the accompanying claim chart, such limitations are disclosed, taught, and/or rendered obvious by the other references and/or the combined teachings of the references identified for the corresponding limitation in Sections VIII.A.1, VIII.B.1, VIII.C.1, and IV, as set forth herein and in UR's accompanying claim charts.  A person of ordinary skill in the art would have been motivated to combine the teachings of Otani and any of the secondary references in Sections

VIII.A.1, VIII.B.1, VIII.C.1, and IV above for at least the reasons set forth in Sections VIII.A.2, VIII.B.2, VIII.C.2, and IV above, and for at least the additional reasons described herein, and would have had a reasonable expectation of success in doing so for several reasons.

The following are exemplary combinations pertaining to particular claim elements, and are not intended to be (nor are they) exhaustive of the claim limitations that these identified combinations would render obvious.  For purposes of these contentions, UR has analyzed the prior art under at least Plaintiff's apparent infringement theories.  UR does not concede that Plaintiff's interpretation of claim limitations as reflected in its Initial Infringement Contentions is correct, and reserves the right to address other claim limitations.

While the combinations listed below describe Otani as a primary reference and any one or more of the secondary references described below, a person of ordinary skill in the art would have understood that any one or more of the secondary references could be treated as a primary reference and combined with Otani for similar reasons as those described in this section.  Furthermore, to the extent that Plaintiff alleges that more than one limitation is missing in Otani, UR reserves the right to rely on combinations of the combinations set forth below.

- Otani in view of one or more of the secondary references described in Section IV.A.

- Otani in view of one or more of the secondary references described in Section IV.B.

- Otani in view of one or more of the secondary references described in Section IV.C.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.a.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.b.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.c.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.d.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.e.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.f.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.g.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.h.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.i.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.j.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.k.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.l.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.m.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.n.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.o.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.p.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.q.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.r.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.s.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.t.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.u.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.v.

- Otani in view of one or more of the secondary references described in Section VIII.A.1.w.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.a.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.b.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.c.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.d.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.e.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.f.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.g.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.h.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.i.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.j.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.k.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.l.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.m.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.n.

- Otani in view of one or more of the secondary references described in Section VIII.B.1.o.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.a.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.b.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.c.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.d.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.e.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.f.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.g.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.h.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.i.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.j.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.k.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.l.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.m.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.n.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.o.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.p.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.q.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.r.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.s.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.t.

- Otani in view of one or more of the secondary references described in Section VIII.C.1.u.

A person of ordinary skill in the art designing a robotic or other mechanical manipulator would have been aware of and would have been motivated to modify the system disclosed in Otani with features from the foregoing secondary references or alternatively to combine various teachings from the systems and methods described in Otani or one or more of the foregoing secondary references into one system or method.

A person of ordinary skill in the art would have been motivated to combine Otani with the above identified secondary references for the reasons set forth in Sections VIII.A.2, VIII.B.2, and VIII.C.2 above and described herein. Further, there would have been a motivation to combine Otani with the foregoing secondary references because they all, like Otani concern the same field of robotic or other mechanical manipulators.

There would have been a reasonable expectation of success because the combinations could be implemented with standard robotic and other hardware and software that were well known to a person of ordinary skill in the art.

These features would have been particularly obvious in view of Otani. To the extent that Plaintiff alleges a limitation is missing from Otani, the evidence from Otani cited in Exhibit 48 demonstrates that Otani discloses related features that would have been obvious to modify, add to, or otherwise combine with the references identified above. For example, Otani discloses an intelligent power assisted manual manipulator with numerous safety features. To the extent that Plaintiff argues a modular architecture would be beneficial for use in systems that operate in

These features would have been particularly obvious in view of Luecke II. To the extent that Plaintiff alleges a limitation is missing from Luecke II, the evidence from Luecke II cited in Exhibit 34 demonstrates that Luecke II discloses related features that would have been obvious to modify, add to, or otherwise combine with the references identified above. For example, Luecke II discloses several embodiments of a new Intelligent Assist Device (IAD) that with the addition of sensing, actuation, and computer control. As such, a person of skill in the art would have been motivated to modify the disclosure of Luecke II in ways that would enhance operational safety and improve functionality of the IAD. Furthermore, to the extent that Plaintiff argues a modular architecture would be beneficial for use in systems that operate in proximity to humans, such an architecture would similarly improve Luecke II, which expressly discloses operating an IAD in proximity to a human.

### 19. *Villaret and One or More Secondary References*

To the extent that Plaintiff contends that Villaret alone fails to teach one or more limitations addressed by the accompanying claim chart, such limitations are disclosed, taught, and/or rendered obvious by the other references and/or the combined teachings of the references identified for the corresponding limitation in Sections VIII.A.1, VIII.B.1, VIII.C.1, and IV, as set forth herein and in UR's accompanying claim charts. A person of ordinary skill in the art would have been motivated to combine the teachings of Villaret and any of the secondary references in Sections VIII.A.1, VIII.B.1, VIII.C.1, and IV above for at least the reasons set forth in Sections VIII.A.2, VIII.B.2, VIII.C.2, and IV above, and for at least the additional reasons described herein, and would have had a reasonable expectation of success in doing so for several reasons.

The following are exemplary combinations pertaining to particular claim elements, and are not intended to be (nor are they) exhaustive of the claim limitations that these identified combinations would render obvious. For purposes of these contentions, UR has analyzed the prior

art under at least Plaintiff's apparent infringement theories.  UR does not concede that Plaintiff's interpretation of claim limitations as reflected in its Initial Infringement Contentions is correct, and reserves the right to address other claim limitations.

While the combinations listed below describe Villaret as a primary reference and any one or more of the secondary references described below, a person of ordinary skill in the art would have understood that any one or more of the secondary references could be treated as a primary reference and combined with Villaret for similar reasons as those described in this section. Furthermore, to the extent that Plaintiff alleges that more than one limitation is missing in Villaret, UR reserves the right to rely on combinations of the combinations set forth below.

- Villaret in view of one or more of the secondary references described in Section IV.A.

- Villaret in view of one or more of the secondary references described in Section IV.B.

- Villaret in view of one or more of the secondary references described in Section IV.C.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.a.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.b.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.c.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.d.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.e.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.f.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.g.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.h.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.i.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.j.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.k.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.l.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.m.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.n.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.o.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.p.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.q.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.r.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.s.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.t.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.u.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.v.

- Villaret in view of one or more of the secondary references described in Section VIII.A.1.w.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.a.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.b.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.c.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.d.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.e.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.f.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.g.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.h.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.i.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.j.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.k.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.l.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.m.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.n.

- Villaret in view of one or more of the secondary references described in Section VIII.B.1.o.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.a.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.b.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.c.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.d.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.e.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.f.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.g.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.h.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.i.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.j.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.k.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.l.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.m.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.n.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.o.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.p.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.q.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.r.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.s.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.t.

- Villaret in view of one or more of the secondary references described in Section VIII.C.1.u.

A person of ordinary skill in the art designing a robotic or other mechanical manipulator

related to the features at issue.  As set forth below, these facts, collectively and individually, demonstrate the value of the Asserted Patents are low.

1.    *The Asserted Patents Purport to Provide Solutions that UR Did Not Use or Want*

UR does not use the purported solution of the asserted patent, and UR would not want to use the purported solution.  The alleged solutions of the Asserted Patents are overly complex and convoluted, and are not useful for the manufacturing and other settings in which UR's products are deployed.  They require a human to directly interact with a robot to move a payload whereas UR's products operate autonomously.  UR and UR's customers would have no use for this solution because UR's products are focused on repetitive, autonomous tasks that can replace, not augment the strength or accuracy, of factory workers.

2.    *UR Designed And Developed Its Own Solutions Relating To The Features at Issue*

UR is the true innovator in the field of industrial robotics.  UR conducts extensive research and development in this area and has been a leader in this space for decades.  For example, UR has its own patents relating to robotics, including, but not limited to U.S. Patent Nos. 8,614,559; 8,410,732; 8,779,715; 10,399,232; 9,248,573; 9,833,897; 10,850,393; and/or 11,260,543 which relate, *inter alia*, to robotic architectures, control interfaces, and safety techniques that are different from and preferable to the Asserted Patents.

3.    *The Accused Products Contain Many Non-Accused Features That Contribute to Their Success*

UR's products contain a wide variety of features not accused by Plaintiff.  For example, while Plaintiff accuses certain aspects of UR's products of infringing the asserted patent, UR's products contain many other features that customers find useful.  For example, UR's products contain numerous capabilities, including freedrive mode, advanced force-torque sensors, a

# Exhibit D

## Otani Invalidity Chart
## Pages 1-100, 552-561

# Exhibit 48

Exhibit 48 – Otani

**Invalidity of U.S. Patent Nos. 6,907,317; 6,928,336; and 7,120,508 Based on U.S. Patent No. 6,612,449 to Otani et al. ("Otani")**

Based on Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in the Amended Complaint and Infringement Contentions pursuant to Paragraph 4(c) of the Delaware Default Standard for Discovery ("Infringement Contentions") and paragraph 6(c) of the Court's Scheduling Order (ECF 38), Otani renders obvious at least all asserted claims of U.S. Patent Nos. 6,907,317 ('317 patent); 6,928,336 ('336 patent); and 7,120,508 ('508 patent) under 35 U.S.C. §§ 102 and/or 103.  Otani was filed on December 10, 1999, and published on September 2, 2003, and is therefore prior art to the asserted patents.

Nothing stated in this chart shall be treated as an admission or suggestion that Universal Robots agrees with Plaintiff regarding the scope of any asserted claim, the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, the claim constructions advanced by Plaintiff in its Infringement Contentions or its opposition to Universal Robots' motion to dismiss, or that Universal Robots' accused products or services meet any limitations of the claims.

The chart below provides representative examples of where Otani discloses elements of the asserted claims, under Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in its Complaint and Infringement Contentions.  The cited evidence is merely illustrative, and Universal Robots reserves the right to cite alternative or additional evidence.

To the extent that Plaintiff contends that Otani does not disclose one or more limitations of the asserted claims, each such limitation would have been obvious in view of the teachings of Kitchen in combination with one or more of the following references, including as described in the cover document accompanying Universal Robots's invalidity contentions: (1) the knowledge of one of ordinary skill in the art; (2) the teachings of any of the prior art references set forth in Universal Robots' other invalidity claim charts with respect to the limitation-at-issue; and/or (3) the teachings of any of the prior art references set forth in the cover document of Universal Robots' invalidity contentions with respect to the core concepts applicable for the limitation-at-issue.

To the extent Plaintiff submits new infringement theories that depend on new claim constructions (explicit or implicit) and/or identify additional limitations of the asserted claim that Plaintiff contends are not disclosed by Otani alone, in combination, or in combination with Universal Robots' other cited prior art, Universal Robots expressly reserves the right to rebut any such contention, including by identifying additional obviousness combinations.

Where the chart below states that Otani "discloses" a limitation, such disclosure may be express or inherent.

Exhibit 48 – Otani

## U.S. Patent No. 6,907,317

**'317 Patent Claim 1**

| '317 Patent Limitations | Otani |
|---|---|
| [1 Preamble]. A multi-function hub for use in an intelligent assist system, the multi-function hub comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, and to the extent the preamble is limiting, this reference discloses and/or renders obvious the preamble of the claim. |
| | See '317 patent limitation 1A. |
| | Otani at FIGs. 1, 7, 8. |
| | Otani at Title ("Intelligent power assisted manual manipulator") |
| | Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different |

| '317 Patent Limitations | Otani |
|---|---|
| | objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.")<br><br>Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers |

| '317 Patent Limitations | Otani |
|---|---|
| | supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:9-21 ("According to an another aspect of the present invention, the movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. A main arm extends from the turret and is rotatable about the third axis. Since the main arm is attached to the turret it is rotatable about the second axis with the turret. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable.")<br><br>Otani at 2:22-33 ("According to yet another aspect of the present invention, the manipulator is also adapted for lifting different objects having different weights. The manipulator includes a support member and an arm extending from the support member at a pivotal connection. The pivotal connection defines a generally horizontal axis with the arm rotatable about the axis in a generally vertical plane. The arm has a |

| '317 Patent Limitations | Otani |
|---|---|
| | portion opposite the pivotal connection adapted to support the object. A lift servomotor is adapted to support the different weights including the weight of the arm itself, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 2:34-43 ("According to still another aspect of the present invention, the carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. First, second, third, and fourth ways are disposed along the first, second, third, and fourth elongated portions, respectively, for providing a bearing surface. At least two first, second, third, and fourth rollers are supported on the carriage and are in rolling engagement with the first, second, third, and fourth ways, respectively.")<br><br>Otani at 2:44-47 ("Accordingly, the above aspects of the present invention provide an intelligent power assisted manual manipulator that is safe for an operator to use and that may accommodate objects of different weights.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 3:1-2 ("FIG. 8 is a schematic view of the manipulator moving an object to several positions.")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area |

| '317 Patent Limitations | Otani |
|---|---|
| | between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 3:26-35 ("The manipulator 10 has a movable base, generally indicated at 14, supporting a lift mechanism, generally shown at 16, for moving the object 12. For overhead applications such as the one depicted in the Figures, the movable base 14 is preferably a carriage supported on an overhead rail 20. The overhead rail 20 is supported at either end by a pair of vertical support structures 22 (only one shown schematically in the Figure) anchored to a floor. The overhead rail 20 defines a generally horizontal first axis A along which the carriage 14 is movable.")<br><br>Otani at 4:11-23 ("Referring now to FIG. 4, a cable drive assembly, generally shown at 58 has a drive pulley 60 supported on the overhead rail 20, or some other support structure, and an idler pulley 62 supported on the overhead rail 20, or some other support structure, opposite the drive pulley 60. A first servomotor 63 is supported on the overhead rail 20, or some other support structure, and is coupled to the drive pulley 60 for drivingly translating the carriage 14 along axis A by drivingly rotating the drive pulley 60, which is schematically shown in the Figure. Throughout this application "servomotors" is used to mean a position controlled electric motor, as opposed to a speed control electric motor. Accordingly, the position of the servomotor may be determined at any instant in time.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.")<br><br>Otani at 4:46-65 ("Returning to FIGS. 1 and 2, the carriage 14 has a turret assembly 70 supported thereon defining a generally vertical rotational second axis B. The turret assembly 70 includes a cradle 71 that may |

| '317 Patent Limitations | Otani |
|---|---|
| | be rotated relative to the carriage 14. A second servomotor 72 is supported on the carriage 14 and drivingly rotates the cradle 71 about second axis B. The lift mechanism 16 includes an arm assembly, generally shown at 74, that has a main arm 75 which is supported on the cradle 71 at a pivotal connection 76. The pivotal connection 76 defines a generally horizontal third axis C. A third servomotor 77 is supported on the cradle 71 for drivingly rotating the main arm 75 about the third axis C in a generally vertical plane. Referring to FIG. 6, the main arm 75 may be constructed from spaced apart tubular members 82 interconnected by a plurality of plates 84 arranged in a triangular pattern. The main arm 75 shown in the Figures provides a light weight, rigid structure with which to support objects 12. However, depending upon the application, additional structural support to the main arm 75 may be necessary to achieve the desired rigidity.")<br><br>Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")<br><br>Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two |

8

| '317 Patent Limitations | Otani |
|---|---|
| | positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.") <br><br> Otani at 5:36-44 ("Control of the gravity balancer mechanism 77 a and third servomotor 77 may be configured to better ensure safe operation of the manipulator 10 by acting as a check on one another. For example, if control is lost of the gravity balancer mechanism 77 a due to unknown reasons, the third servomotor 77 b will be unable to lift the object 12 on its own, which will cause a fault and disable the manipulator 10 or the third servomotor 77 will detect an undesired position of the gravity balancer mechanism 77 a.") <br><br> Otani at 5:45-62 ("With continuing reference to FIG. 1, a secondary arm 78 is supported by a portion 80 of the main arm 75 opposite the pivotal connection 76. The secondary arm 78 is generally L-shaped with a generally horizontal short member 86 and a downwardly depending generally vertical long member 88. An elbow 90 is pivotally connected to the short member 86 of the secondary arm 78 at a generally fourth vertical axis D. The elbow 90 also connects the secondary arm 78 to the portion 80 of the main aim 75. A fourth servomotor 92 is supported on the elbow 90 and drivingly rotates the secondary arm 78 about axis D relative to the main arm 75. The configuration of the secondary arm 78 is intended to locate the object 12 generally in line with axis D to provide more intuitive positioning of the object 12 by the operator. Said another way, the object 12 is located in line with the axis D so that as the secondary arm 78 rotates about axis D the object 12 maintains its general position under the portion 80 of the main arm 75 and merely spins about axis D.") <br><br> Otani at 5:63-69 ("A linkage 96, generally parallel with the main arm 75, is pivotally attached to the elbow 90 and the cradle 71 for maintaining the secondary arm 78 in a generally vertical orientation. That is, as the main arm 75 is moved up and down by the third servomotor 77, the linkage 96 ensures that the object 12 maintains its angular position relative to horizontal.") <br><br> Otani at 6:1-10 ("An attachment interface 98 for carrying the object 12 is supported on the long member 88 of the secondary arm 78. Any type of tooling may be secured to the attachment interface depending |

| '317 Patent Limitations | Otani |
|---|---|
| | upon the application. The attachment interface 98 is rotatable about an fifth axis E. A fifth servomotor 100 is supported on a lower portion of the secondary arm 78 for drivingly rotating the attachment interface 98 about axis E and rotating the object 12. The attachment interface may also include additional joints and motors to meet the specific requirements of a task.")

Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")

Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")

Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator |

| '317 Patent Limitations | Otani |
|---|---|
| | 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to |

| '317 Patent Limitations | Otani |
|---|---|
| | the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")

Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")

Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.")

Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:

a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;

a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about |

| '317 Patent Limitations | Otani |
|---|---|
| | said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;<br><br>a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;<br><br>at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis;<br><br>an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and<br><br>a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.")<br><br>Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.")<br><br>Otani at Claim 5 ("5. The manipulator as set forth in claim 4 wherein said lift mechanism and the object each have a weight, and wherein said lift mechanism further comprises a gravity balancer mechanism for supporting said weight of said lift mechanism and the weight of the object.")<br><br>Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.") |

| '317 Patent Limitations | Otani |
|---|---|
|  | Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load."). |
|  | To the extent the Plaintiff contends that Otani fails to teach this preamble, this preamble would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this preamble.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1A] a physical interface configured and arranged to be a central interface point for an operator; | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a physical interface configured and arranged to be a central interface point for an operator" [i.e. 1A].<br><br>See '317 patent limitation 1 Preamble.<br><br><br>Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.")<br><br>Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects |

| '317 Patent Limitations | Otani |
|---|---|
| | because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are |

| '317 Patent Limitations | Otani |
|---|---|
| | disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:22-33 ("According to yet another aspect of the present invention, the manipulator is also adapted for lifting different objects having different weights. The manipulator includes a support member and an arm extending from the support member at a pivotal connection. The pivotal connection defines a generally horizontal axis with the arm rotatable about the axis in a generally vertical plane. The arm has a portion opposite the pivotal connection adapted to support the object. A lift servomotor is adapted to support the different weights including the weight of the arm itself, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 2:44-47 ("Accordingly, the above aspects of the present invention provide an intelligent power assisted manual manipulator that is safe for an operator to use and that may accommodate objects of different weights.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 3:1-2 ("FIG. 8 is a schematic view of the manipulator moving an object to several positions.")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area |

16

| '317 Patent Limitations | Otani |
|---|---|
| | between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.")<br><br>Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")<br><br>Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For |

| '317 Patent Limitations | Otani |
|---|---|
| | example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")<br><br>Otani at 6:1-10 ("An attachment interface 98 for carrying the object 12 is supported on the long member 88 of the secondary arm 78. Any type of tooling may be secured to the attachment interface depending upon the application. The attachment interface 98 is rotatable about an fifth axis E. A fifth servomotor 100 is supported on a lower portion of the secondary arm 78 for drivingly rotating the attachment interface 98 about axis E and rotating the object 12. The attachment interface may also include additional joints and motors to meet the specific requirements of a task.")<br><br>Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on |

18

| '317 Patent Limitations | Otani |
|---|---|
| | one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 |

| '317 Patent Limitations | Otani |
|---|---|
| | will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.") <br><br> Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.") <br><br> Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.") <br><br> Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable |

21

| '317 Patent Limitations | Otani |
|---|---|
| | about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;

a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;

at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis;

an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and

a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.")

Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.")

Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.")

Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.")<br><br>Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.")<br><br>Otani at FIGs. 1, 7, 8.<br><br>Otani at Title ("Intelligent power assisted manual manipulator").<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1B] a computational node disposed on the physical interface, the computational node comprising programmable logic for implementing program controlled functions; and | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a computational node disposed on the physical interface, the computational node comprising programmable logic for implementing program controlled functions" [i.e. 1B].<br><br>See '317 patent limitations 1A, 1C.<br><br><br>Otani at FIGs.1, 2, 7, 8. |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:56-57 ("FIG. 2 is a perspective view of an overhead rail shown in FIG. 1;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 3:1-2 ("FIG. 8 is a schematic view of the manipulator moving an object to several positions.")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.") <br><br> Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.") <br><br> Otani at 5:36-44 ("Control of the gravity balancer mechanism 77 a and third servomotor 77 may be configured to better ensure safe operation of the manipulator 10 by acting as a check on one another. For example, if control is lost of the gravity balancer mechanism 77 a due to unknown reasons, the third servomotor 77 b will be unable to lift the object 12 on its own, which will cause a fault and disable the manipulator 10 or the third servomotor 77 will detect an undesired position of the gravity balancer mechanism 77 a.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control |

| '317 Patent Limitations | Otani |
|---|---|
| | mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.") <br><br> Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.") <br><br> Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends |

| '317 Patent Limitations | Otani |
|---|---|
|  | from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;<br><br>a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;<br><br>at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis;<br><br>an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and |

| '317 Patent Limitations | Otani |
|---|---|
| | a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.")

Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.")

Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.")

Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.")

Otani at Title ("Intelligent power assisted manual manipulator").

To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1C] an input/output ("I/O") interface for interfacing with an information network and disposed on the | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "an input/output ("I/O") interface for interfacing with an information network and disposed on the physical interface, the I/O interface being adapted to communicate with the computational node on the physical interface and at least one computational node |

| '317 Patent Limitations | Otani |
|---|---|
| physical interface, the I/O interface being adapted to communicate with the computational node on the physical interface and at least one computational node disposed on at least one other module within the intelligent assist system wherein the I/O interface communicates with the computational node disposed on the other module via a common data link, and the I/O interface uses a digital communication protocol to communicate with the computational node on the other module via the common data link. | disposed on at least one other module within the intelligent assist system wherein the I/O interface communicates with the computational node disposed on the other module via a common data link, and the I/O interface uses a digital communication protocol to communicate with the computational node on the other module via the common data link" [i.e. 1C].<br><br>See '317 patent limitations 1A, 1B.<br><br><br>Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.")<br><br>Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers |

| '317 Patent Limitations | Otani |
|---|---|
| | supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:22-33 ("According to yet another aspect of the present invention, the manipulator is also adapted for lifting different objects having different weights. The manipulator includes a support member and an arm extending from the support member at a pivotal connection. The pivotal connection defines a generally horizontal axis with the arm rotatable about the axis in a generally vertical plane. The arm has a portion opposite the pivotal connection adapted to support the object. A lift servomotor is adapted to support the different weights including the weight of the arm itself, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 2:34-43 ("According to still another aspect of the present invention, the carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. First, second, third, and fourth ways are disposed along the first, second, third, and fourth elongated portions, respectively, for providing a bearing surface. At least two first, second, third, and fourth rollers are supported on the carriage and are in rolling engagement with the first, second, third, and fourth ways, respectively.")<br><br>Otani at 2:44-47 ("Accordingly, the above aspects of the present invention provide an intelligent power assisted manual manipulator that is safe for an operator to use and that may accommodate objects of different weights.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:56-57 ("FIG. 2 is a perspective view of an overhead rail shown in FIG. 1;")<br><br>Otani at 2:58-59 ("FIG. 3 is a perspective view of a carriage shown in FIG. 1;")<br><br>Otani at 2:60 ("FIG. 4 is a cable drive assembly of the present invention;")<br><br>Otani at 2:61-62 ("FIG. 5 is an alternative embodiment of the cable drive assembly;")<br><br>Otani at 2:63-64 ("FIG. 6 is a perspective view of a main arm shown in FIG. 1;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 2:9-21 ("According to an another aspect of the present invention, the movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage |

| '317 Patent Limitations | Otani |
|---|---|
| | having a generally vertical second axis, and a generally horizontal third axis. A main arm extends from the turret and is rotatable about the third axis. Since the main arm is attached to the turret it is rotatable about the second axis with the turret. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable.") |
| | Otani at 3:1-2 ("FIG. 8 is a schematic view of the manipulator moving an object to several positions.") |
| | Otani at 3:26-35 ("The manipulator 10 has a movable base, generally indicated at 14, supporting a lift mechanism, generally shown at 16, for moving the object 12. For overhead applications such as the one depicted in the Figures, the movable base 14 is preferably a carriage supported on an overhead rail 20. The overhead rail 20 is supported at either end by a pair of vertical support structures 22 (only one shown schematically in the Figure) anchored to a floor. The overhead rail 20 defines a generally horizontal first axis A along which the carriage 14 is movable.") |
| | Otani at 3:36-55 ("Referring to FIGS. 2 and 3, the overhead rail 20 is constructed from a single elongated rail with at least one section. More than one section may be used to form the elongated rail 20 depending on the length of the overhead rail desired and other design considerations such as stiffness and the location and number of support members 22. The rail 20 has a generally triangular cross-section with first 24 and second 26 elongated portions in opposing generally horizontal planes formed from steel plates. The rail 20 also has third 28 and fourth 30 elongated portions in generally vertical planes formed from steel plates. A steel cross member 32 interconnects the second 26 and third 28 elongated member to provide a more rigid rail structure. First 34, second 36, third 38, and fourth 40 ways are disposed along the first 24, second 26, third 28, and fourth 30 elongated portions, respectively, for providing a bearing surface for the carriage 14. A single structural member may provide more than one elongated portion. For example, if a sufficiently thick metal member is used, a way may be disposed along two adjacent sides.") |
| | Otani at 3:56-4:10 ("The carriage 14 has at least two first 44, second 46, third 48, and fourth 50 rollers supported on the carriage 14 for rolling engagement with the first 34, second 36, third 38, and fourth 40 ways, respectively. Multiple rollers are used to engage each of the ways 34, 36, 38, 40 to better ensure that |

| '317 Patent Limitations | Otani |
|---|---|
| | proper alignment between the carriage 14 and rail 20 is maintained. The present invention utilizes unhardened ways and shims 54 between the ways 34, 36, 38, 40 and the elongated portions 24, 26, 28, 30 where necessary to achieve the proper alignment between the carriage 14 and rail 20. Because the ways 34, 36, 38, 40 are constructed from unhardened metal, oversized rollers 44, 46, 48, 50 are utilized to better distribute the weight of the carriage 14 and any supported portion of the manipulator 10 to avoid deforming the ways 34, 36, 38, 40 thereby introducing misalignment. More specifically, the oversized rollers provide adequate durability by distributing the load over a larger area. Smaller rollers would lead to fretting or brinelling failure of the ways due to the higher surface contact stress. By "oversized" rollers it is meant rollers having a larger diameter than would be required if hardened ways were utilized.")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 4:11-23 ("Referring now to FIG. 4, a cable drive assembly, generally shown at 58 has a drive pulley 60 supported on the overhead rail 20, or some other support structure, and an idler pulley 62 supported on the overhead rail 20, or some other support structure, opposite the drive pulley 60. A first servomotor 63 is supported on the overhead rail 20, or some other support structure, and is coupled to the drive pulley 60 for drivingly translating the carriage 14 along axis A by drivingly rotating the drive pulley 60, which is schematically shown in the Figure. Throughout this application "servomotors" is used to |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
|  | mean a position controlled electric motor, as opposed to a speed control electric motor. Accordingly, the position of the servomotor may be determined at any instant in time.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.")<br><br>Otani at 4:35-45 ("Another embodiment of the cable drive assembly 58 is shown in FIG. 5. The cable drive assembly 58 has a drive pulley 60 supported on the carriage 14 and a cable 64 having opposing ends 66 and 66 a secured to the overhead rail 20 and the drive pulley 60, respectively. A second cable 64 a has ends 66 b and 66 c that are secured the drive pulley 60 and the opposite side of the overhead rail 20, respectively. By using two cables 64 and 64 a, slippage is prevented. The first servomotor 63 is coupled to the drive pulley 60 for drivingly rotating the drive pulley 60 and moving the carriage 14 along the first axis A.")<br><br>Otani at 4:46-65 ("Returning to FIGS. 1 and 2, the carriage 14 has a turret assembly 70 supported thereon defining a generally vertical rotational second axis B. The turret assembly 70 includes a cradle 71 that may be rotated relative to the carriage 14. A second servomotor 72 is supported on the carriage 14 and drivingly rotates the cradle 71 about second axis B. The lift mechanism 16 includes an arm assembly, generally shown at 74, that has a main arm 75 which is supported on the cradle 71 at a pivotal connection 76. The pivotal connection 76 defines a generally horizontal third axis C. A third servomotor 77 is supported on the cradle 71 for drivingly rotating the main arm 75 about the third axis C in a generally vertical plane. Referring to FIG. 6, the main arm 75 may be constructed from spaced apart tubular members 82 interconnected by a plurality of plates 84 arranged in a triangular pattern. The main arm 75 shown in the Figures provides a light weight, rigid structure with which to support objects 12. However, depending |

| '317 Patent Limitations | Otani |
|---|---|
| | upon the application, additional structural support to the main arm 75 may be necessary to achieve the desired rigidity.") |

Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")

Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different torques of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")

Otani at 5:36-44 ("Control of the gravity balancer mechanism 77 a and third servomotor 77 may be configured to better ensure safe operation of the manipulator 10 by acting as a check on one another. For example, if control is lost of the gravity balancer mechanism 77 a due to unknown reasons, the third servomotor 77 b will be unable to lift the object 12 on its own, which will cause a fault and disable the

| '317 Patent Limitations | Otani |
| --- | --- |
| | manipulator 10 or the third servomotor 77 will detect an undesired position of the gravity balancer mechanism 77 a.") <br><br> Otani at 5:45-62 ("With continuing reference to FIG. 1, a secondary arm 78 is supported by a portion 80 of the main arm 75 opposite the pivotal connection 76. The secondary arm 78 is generally L-shaped with a generally horizontal short member 86 and a downwardly depending generally vertical long member 88. An elbow 90 is pivotally connected to the short member 86 of the secondary arm 78 at a generally fourth vertical axis D. The elbow 90 also connects the secondary arm 78 to the portion 80 of the main aim 75. A fourth servomotor 92 is supported on the elbow 90 and drivingly rotates the secondary arm 78 about axis D relative to the main arm 75. The configuration of the secondary arm 78 is intended to locate the object 12 generally in line with axis D to provide more intuitive positioning of the object 12 by the operator. Said another way, the object 12 is located in line with the axis D so that as the secondary arm 78 rotates about axis D the object 12 maintains its general position under the portion 80 of the main arm 75 and merely spins about axis D.") <br><br> Otani at 5:63-69 ("A linkage 96, generally parallel with the main arm 75, is pivotally attached to the elbow 90 and the cradle 71 for maintaining the secondary arm 78 in a generally vertical orientation. That is, as the main arm 75 is moved up and down by the third servomotor 77, the linkage 96 ensures that the object 12 maintains its angular position relative to horizontal.") <br><br> Otani at 6:1-10 ("An attachment interface 98 for carrying the object 12 is supported on the long member 88 of the secondary arm 78. Any type of tooling may be secured to the attachment interface depending upon the application. The attachment interface 98 is rotatable about an fifth axis E. A fifth servomotor 100 is supported on a lower portion of the secondary arm 78 for drivingly rotating the attachment interface 98 about axis E and rotating the object 12. The attachment interface may also include additional joints and motors to meet the specific requirements of a task.") <br><br> Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and |

| '317 Patent Limitations | Otani |
|---|---|
| | translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 |

| '317 Patent Limitations | Otani |
|---|---|
| | detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.") <br><br> Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.") <br><br> Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support |

| '317 Patent Limitations | Otani |
|---|---|
| | the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;<br><br>a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;<br><br>at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis;<br><br>an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and<br><br>a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
|  | Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.")<br><br>Otani at Claim 11 ("11. The manipulator as set forth in claim 10 further comprising a cable drive assembly having a drive pulley supported on said overhead rail and an idler pulley supported on said overhead rail opposite said drive pulley, and at least one cable secured to said carriage and said drive pulley, said first servomotor coupled to said drive pulley for drivingly rotating said drive pulley and moving said carriage along said first axis.")<br><br>Otani at Claim 12 ("12. The manipulator as set forth in claim 3 further comprising a cable drive assembly having a drive pulley supported on said carnage and at least one cable secured to said overhead rail and said cable wound about said drive pulley, said first servomotor coupled to said drive pulley for drivingly rotating said drive pulley and moving said carriage along said first axis.")<br><br>Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.")<br><br>Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.")<br><br>Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.")<br><br>Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at Claim 3 ("3. The manipulator as set forth in claim 1 wherein said at least one servomotor comprises a first servomotor for drivingly translating said carriage along said first axis, and a second servomotor for drivingly rotating said main arm about said second axis.")

Otani at Claim 4 ("4. The manipulator as set forth in claim 3 wherein said main arm is rotatable about said third axis, and said at least one servomotor comprises a third servomotor for drivingly rotating said main arm about said third axis.")

Otani at Claim 5 ("5. The manipulator as set forth in claim 4 wherein said lift mechanism and the object each have a weight, and wherein said lift mechanism further comprises a gravity balancer mechanism for supporting said weight of said lift mechanism and the weight of the object.")

Otani at Claim 6 ("6. The manipulator as set forth in claim 4 wherein said at least one servomotor comprises a fourth servomotor for drivingly rotating said secondary arm about said fourth axis.")

Otani at Claim 7 ("7. The manipulator as set forth in claim 6 wherein said at least one servomotor comprises a fifth servomotor for drivingly rotating said attachment interface about said fifth axis.")

Otani at Claim 8 ("8. The manipulator as set forth in claim 6 further comprising an elbow assembly pivotally attached to said main arm and supporting said secondary arm, and said linkage is generally parallel with said main arm and pivotally attached to said elbow and said turret assembly for maintaining said secondary arm in the generally vertical orientation.")

Otani at Claim 9 ("9. The manipulator as set forth in claim 8 wherein said secondary arm is generally L-shaped with a generally horizontal short member and a downwardly depending generally vertical long member with said attachment interface supported on said long member.")

Otani at FIGs. 1-8.

Otani at Title ("Intelligent power assisted manual manipulator"). |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 2**

| '317 Patent Limitations | Otani |
|---|---|
| 2. The hub of claim 1 wherein the programmable logic implements input/output communication functions. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the programmable logic implements input/output communication functions."<br><br>See '317 patent limitations 1B, 1C.<br><br>To the extent the Plaintiff contends that Otani fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 3**

| '317 Patent Limitations | Otani |
|---|---|
| 3. The hub of claim 1 wherein the programmable logic implements motion control algorithms. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element<br><br>See '317 patent limitation 1B. |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at FIGs. 1-6, 8.<br><br>Otani at Title ("Intelligent power assisted manual manipulator")<br><br>Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least |

| '317 Patent Limitations | Otani |
|---|---|
| | one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")

Otani at 2:9-21 ("According to an another aspect of the present invention, the movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. A main arm extends from the turret and is rotatable about the third axis. Since the main arm is attached to the turret it is rotatable about the second axis with the turret. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable.")

Otani at 2:22-33 ("According to yet another aspect of the present invention, the manipulator is also adapted for lifting different objects having different weights. The manipulator includes a support member and an arm extending from the support member at a pivotal connection. The pivotal connection defines a generally horizontal axis with the arm rotatable about the axis in a generally vertical plane. The arm has a portion opposite the pivotal connection adapted to support the object. A lift servomotor is adapted to support the different weights including the weight of the arm itself, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")

Otani at 2:34-43 ("According to still another aspect of the present invention, the carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. First, second, third, and fourth ways are disposed along the first, second, third, and fourth elongated portions, respectively, for providing a bearing surface. At least two first, second, third, and fourth rollers are supported on the carriage and are in rolling engagement with the first, second, third, and fourth ways, respectively.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 2:44-47 ("Accordingly, the above aspects of the present invention provide an intelligent power assisted manual manipulator that is safe for an operator to use and that may accommodate objects of different weights.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:56-57 ("FIG. 2 is a perspective view of an overhead rail shown in FIG. 1;")<br><br>Otani at 2:58-59 ("FIG. 3 is a perspective view of a carriage shown in FIG. 1;")<br><br>Otani at 2:60 ("FIG. 4 is a cable drive assembly of the present invention;")<br><br>Otani at 2:61-62 ("FIG. 5 is an alternative embodiment of the cable drive assembly;")<br><br>Otani at 2:63-64 ("FIG. 6 is a perspective view of a main arm shown in FIG. 1;")<br><br>Otani at 3:1-2 ("FIG. 8 is a schematic view of the manipulator moving an object to several positions.")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the |

| '317 Patent Limitations | Otani |
|---|---|
|  | manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")

Otani at 3:26-35 ("The manipulator 10 has a movable base, generally indicated at 14, supporting a lift mechanism, generally shown at 16, for moving the object 12. For overhead applications such as the one depicted in the Figures, the movable base 14 is preferably a carriage supported on an overhead rail 20. The overhead rail 20 is supported at either end by a pair of vertical support structures 22 (only one shown schematically in the Figure) anchored to a floor. The overhead rail 20 defines a generally horizontal first axis A along which the carriage 14 is movable.")

Otani at 3:36-55 ("Referring to FIGS. 2 and 3, the overhead rail 20 is constructed from a single elongated rail with at least one section. More than one section may be used to form the elongated rail 20 depending on the length of the overhead rail desired and other design considerations such as stiffness and the location and number of support members 22. The rail 20 has a generally triangular cross-section with first 24 and second 26 elongated portions in opposing generally horizontal planes formed from steel plates. The rail 20 also has third 28 and fourth 30 elongated portions in generally vertical planes formed from steel plates. A steel cross member 32 interconnects the second 26 and third 28 elongated member to provide a more rigid rail structure. First 34, second 36, third 38, and fourth 40 ways are disposed along the first 24, second 26, third 28, and fourth 30 elongated portions, respectively, for providing a bearing surface for the carriage 14. A single structural member may provide more than one elongated portion. For example, if a sufficiently thick metal member is used, a way may be disposed along two adjacent sides.")

Otani at 3:56-4:10 ("The carriage 14 has at least two first 44, second 46, third 48, and fourth 50 rollers supported on the carriage 14 for rolling engagement with the first 34, second 36, third 38, and fourth 40 ways, respectively. Multiple rollers are used to engage each of the ways 34, 36, 38, 40 to better ensure that proper alignment between the carriage 14 and rail 20 is maintained. The present invention utilizes unhardened ways and shims 54 between the ways 34, 36, 38, 40 and the elongated portions 24, 26, 28, 30 where necessary to achieve the proper alignment between the carriage 14 and rail 20. Because the ways 34, 36, 38, 40 are constructed from unhardened metal, oversized rollers 44, 46, 48, 50 are utilized to better distribute the weight of the carriage 14 and any supported portion of the manipulator 10 to avoid deforming the ways 34, 36, 38, 40 thereby introducing misalignment. More specifically, the oversized |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | rollers provide adequate durability by distributing the load over a larger area. Smaller rollers would lead to fretting or brinelling failure of the ways due to the higher surface contact stress. By "oversized" rollers it is meant rollers having a larger diameter than would be required if hardened ways were utilized.")<br><br>Otani at 4:11-23 ("Referring now to FIG. 4, a cable drive assembly, generally shown at 58 has a drive pulley 60 supported on the overhead rail 20, or some other support structure, and an idler pulley 62 supported on the overhead rail 20, or some other support structure, opposite the drive pulley 60. A first servomotor 63 is supported on the overhead rail 20, or some other support structure, and is coupled to the drive pulley 60 for drivingly translating the carriage 14 along axis A by drivingly rotating the drive pulley 60, which is schematically shown in the Figure. Throughout this application "servomotors" is used to mean a position controlled electric motor, as opposed to a speed control electric motor. Accordingly, the position of the servomotor may be determined at any instant in time.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.")<br><br>Otani at 4:35-45 ("Another embodiment of the cable drive assembly 58 is shown in FIG. 5. The cable drive assembly 58 has a drive pulley 60 supported on the carriage 14 and a cable 64 having opposing ends 66 and 66 a secured to the overhead rail 20 and the drive pulley 60, respectively. A second cable 64 a has ends 66 b and 66 c that are secured the drive pulley 60 and the opposite side of the overhead rail 20, respectively. By using two cables 64 and 64 a, slippage is prevented. The first servomotor 63 is coupled to the drive pulley 60 for drivingly rotating the drive pulley 60 and moving the carriage 14 along the first axis A.")<br><br>Otani at 4:46-65 ("Returning to FIGS. 1 and 2, the carriage 14 has a turret assembly 70 supported thereon defining a generally vertical rotational second axis B. The turret assembly 70 includes a cradle 71 that may be rotated relative to the carriage 14. A second servomotor 72 is supported on the carriage 14 and drivingly |

| '317 Patent Limitations | Otani |
|---|---|
| | rotates the cradle 71 about second axis B. The lift mechanism 16 includes an arm assembly, generally shown at 74, that has a main arm 75 which is supported on the cradle 71 at a pivotal connection 76. The pivotal connection 76 defines a generally horizontal third axis C. A third servomotor 77 is supported on the cradle 71 for drivingly rotating the main arm 75 about the third axis C in a generally vertical plane. Referring to FIG. 6, the main arm 75 may be constructed from spaced apart tubular members 82 interconnected by a plurality of plates 84 arranged in a triangular pattern. The main arm 75 shown in the Figures provides a light weight, rigid structure with which to support objects 12. However, depending upon the application, additional structural support to the main arm 75 may be necessary to achieve the desired rigidity.")<br><br>Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")<br><br>Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first |

| '317 Patent Limitations | Otani |
|---|---|
| | position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")<br><br>Otani at 5:36-44 ("Control of the gravity balancer mechanism 77 a and third servomotor 77 may be configured to better ensure safe operation of the manipulator 10 by acting as a check on one another. For example, if control is lost of the gravity balancer mechanism 77 a due to unknown reasons, the third servomotor 77 b will be unable to lift the object 12 on its own, which will cause a fault and disable the manipulator 10 or the third servomotor 77 will detect an undesired position of the gravity balancer mechanism 77 a.")<br><br>Otani at 5:45-62 ("With continuing reference to FIG. 1, a secondary arm 78 is supported by a portion 80 of the main arm 75 opposite the pivotal connection 76. The secondary arm 78 is generally L-shaped with a generally horizontal short member 86 and a downwardly depending generally vertical long member 88. An elbow 90 is pivotally connected to the short member 86 of the secondary arm 78 at a generally fourth vertical axis D. The elbow 90 also connects the secondary arm 78 to the portion 80 of the main aim 75. A fourth servomotor 92 is supported on the elbow 90 and drivingly rotates the secondary arm 78 about axis D relative to the main arm 75. The configuration of the secondary arm 78 is intended to locate the object 12 generally in line with axis D to provide more intuitive positioning of the object 12 by the operator. Said another way, the object 12 is located in line with the axis D so that as the secondary arm 78 rotates about axis D the object 12 maintains its general position under the portion 80 of the main arm 75 and merely spins about axis D.")<br><br>Otani at 5:63-69 ("A linkage 96, generally parallel with the main arm 75, is pivotally attached to the elbow 90 and the cradle 71 for maintaining the secondary arm 78 in a generally vertical orientation. That is, as the main arm 75 is moved up and down by the third servomotor 77, the linkage 96 ensures that the object 12 maintains its angular position relative to horizontal.")<br><br>Otani at 6:1-10 ("An attachment interface 98 for carrying the object 12 is supported on the long member 88 of the secondary arm 78. Any type of tooling may be secured to the attachment interface depending upon the application. The attachment interface 98 is rotatable about an fifth axis E. A fifth servomotor 100 is supported on a lower portion of the secondary arm 78 for drivingly rotating the attachment interface 98 |

| '317 Patent Limitations | Otani |
|---|---|
| | about axis E and rotating the object 12. The attachment interface may also include additional joints and motors to meet the specific requirements of a task.") |

Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")

Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")

Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the

| '317 Patent Limitations | Otani |
|---|---|
| | manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")<br><br>Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis; |

| '317 Patent Limitations | Otani |
|---|---|
| | a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation; |
| | at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis; |
| | an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and |
| | a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.") |
| | Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.") |
| | Otani at Claim 3 ("3. The manipulator as set forth in claim 1 wherein said at least one servomotor comprises a first servomotor for drivingly translating said carriage along said first axis, and a second servomotor for drivingly rotating said main arm about said second axis.") |
| | Otani at Claim 4 ("4. The manipulator as set forth in claim 3 wherein said main arm is rotatable about said third axis, and said at least one servomotor comprises a third servomotor for drivingly rotating said main arm about said third axis.") |
| | Otani at Claim 5 ("5. The manipulator as set forth in claim 4 wherein said lift mechanism and the object each have a weight, and wherein said lift mechanism further comprises a gravity balancer mechanism for supporting said weight of said lift mechanism and the weight of the object.") |
| | Otani at Claim 6 ("6. The manipulator as set forth in claim 4 wherein said at least one servomotor comprises a fourth servomotor for drivingly rotating said secondary arm about said fourth axis.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at Claim 7 ("7. The manipulator as set forth in claim 6 wherein said at least one servomotor comprises a fifth servomotor for drivingly rotating said attachment interface about said fifth axis.")<br><br>Otani at Claim 8 ("8. The manipulator as set forth in claim 6 further comprising an elbow assembly pivotally attached to said main arm and supporting said secondary arm, and said linkage is generally parallel with said main arm and pivotally attached to said elbow and said turret assembly for maintaining said secondary arm in the generally vertical orientation.")<br><br>Otani at Claim 9 ("9. The manipulator as set forth in claim 8 wherein said secondary arm is generally L-shaped with a generally horizontal short member and a downwardly depending generally vertical long member with said attachment interface supported on said long member.")<br><br>Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.")<br><br>Otani at Claim 11 ("11. The manipulator as set forth in claim 10 further comprising a cable drive assembly having a drive pulley supported on said overhead rail and an idler pulley supported on said overhead rail opposite said drive pulley, and at least one cable secured to said carriage and said drive pulley, said first servomotor coupled to said drive pulley for drivingly rotating said drive pulley and moving said carriage along said first axis.")<br><br>Otani at Claim 12 ("12. The manipulator as set forth in claim 3 further comprising a cable drive assembly having a drive pulley supported on said carnage and at least one cable secured to said overhead rail and said cable wound about said drive pulley, said first servomotor coupled to said drive pulley for drivingly rotating said drive pulley and moving said carriage along said first axis.")<br><br>Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.")<br><br>Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said |

| '317 Patent Limitations | Otani |
|---|---|
| | at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.") <br><br> Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load."). <br><br> To the extent the Plaintiff contends that Otani fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 4**

| '317 Patent Limitations | Otani |
|---|---|
| 4. The hub of claim 1 wherein the I/O interface provides communication to a plurality of sensors. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element <br><br> See '317 patent limitation 1C. <br><br><br> Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at |

| '317 Patent Limitations | Otani |
|---|---|
| | least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.") <br><br> Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.") <br><br> Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.") <br><br> Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring |

| '317 Patent Limitations | Otani |
|---|---|
| | the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")

Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")

Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.") |
| | Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.") |
| | Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.") |
| | Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one |

| '317 Patent Limitations | Otani |
|---|---|
| | another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.") <br><br> Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.") <br><br> Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.") <br><br> Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising: <br><br> a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis; <br><br> a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis; |

| '317 Patent Limitations | Otani |
|---|---|
|  | a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;<br><br>at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis;<br><br>an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and<br><br>a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.")<br><br>Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.")<br><br>Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.")<br><br>Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.").<br><br>To the extent the Plaintiff contends that Otani fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with |

| '317 Patent Limitations | Otani |
|---|---|
|  | at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 5**

| '317 Patent Limitations | Otani |
|---|---|
| 5. The hub of claim 1 wherein the I/O interface provides input from an intent sensor. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface provides input from an intent sensor."<br><br>See '317 patent limitation 1C.<br><br><br>Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis |

| '317 Patent Limitations | Otani |
|---|---|
| | about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.")<br><br>Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers |

| '317 Patent Limitations | Otani |
|---|---|
| | supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")<br><br>Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")<br><br>Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that |

| '317 Patent Limitations | Otani |
|---|---|
|  | movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the |

| '317 Patent Limitations | Otani |
|---|---|
| | operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to |

| '317 Patent Limitations | Otani |
|---|---|
| | the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")

Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.")

Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:

a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;

a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;

a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;

at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis; |

| '317 Patent Limitations | Otani |
|---|---|
| | an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and <br><br> a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.") <br><br> Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.") <br><br> Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.") <br><br> Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load."). <br><br> To the extent the Plaintiff contends that Otani fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 6**

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| 6. The hub of claim 1 wherein the I/O interface provides control outputs to actuators. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface provides control outputs to actuators."<br><br>See '317 patent limitation 1C.<br><br><br>Otani at FIGs. 1-6, 8.<br><br>Otani at Title ("Intelligent power assisted manual manipulator")<br><br>Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.") <br><br> Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.") <br><br> Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.") <br><br> Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. |

| '317 Patent Limitations | Otani |
|---|---|
| | Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:9-21 ("According to an another aspect of the present invention, the movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. A main arm extends from the turret and is rotatable about the third axis. Since the main arm is attached to the turret it is rotatable about the second axis with the turret. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable.")<br><br>Otani at 2:22-33 ("According to yet another aspect of the present invention, the manipulator is also adapted for lifting different objects having different weights. The manipulator includes a support member and an arm extending from the support member at a pivotal connection. The pivotal connection defines a generally horizontal axis with the arm rotatable about the axis in a generally vertical plane. The arm has a portion opposite the pivotal connection adapted to support the object. A lift servomotor is adapted to support the different weights including the weight of the arm itself, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 2:34-43 ("According to still another aspect of the present invention, the carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions |

| '317 Patent Limitations | Otani |
|---|---|
| | in generally vertical planes. First, second, third, and fourth ways are disposed along the first, second, third, and fourth elongated portions, respectively, for providing a bearing surface. At least two first, second, third, and fourth rollers are supported on the carriage and are in rolling engagement with the first, second, third, and fourth ways, respectively.")<br><br>Otani at 2:44-47 ("Accordingly, the above aspects of the present invention provide an intelligent power assisted manual manipulator that is safe for an operator to use and that may accommodate objects of different weights.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:56-57 ("FIG. 2 is a perspective view of an overhead rail shown in FIG. 1;")<br><br>Otani at 2:58-59 ("FIG. 3 is a perspective view of a carriage shown in FIG. 1;")<br><br>Otani at 2:60 ("FIG. 4 is a cable drive assembly of the present invention;")<br><br>Otani at 2:61-62 ("FIG. 5 is an alternative embodiment of the cable drive assembly;")<br><br>Otani at 2:63-64 ("FIG. 6 is a perspective view of a main arm shown in FIG. 1;")<br><br>Otani at 3:1-2 ("FIG. 8 is a schematic view of the manipulator moving an object to several positions.")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to |

| '317 Patent Limitations | Otani |
|---|---|
| | effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 3:26-35 ("The manipulator 10 has a movable base, generally indicated at 14, supporting a lift mechanism, generally shown at 16, for moving the object 12. For overhead applications such as the one depicted in the Figures, the movable base 14 is preferably a carriage supported on an overhead rail 20. The overhead rail 20 is supported at either end by a pair of vertical support structures 22 (only one shown schematically in the Figure) anchored to a floor. The overhead rail 20 defines a generally horizontal first axis A along which the carriage 14 is movable.")<br><br>Otani at 3:36-55 ("Referring to FIGS. 2 and 3, the overhead rail 20 is constructed from a single elongated rail with at least one section. More than one section may be used to form the elongated rail 20 depending on the length of the overhead rail desired and other design considerations such as stiffness and the location and number of support members 22. The rail 20 has a generally triangular cross-section with first 24 and second 26 elongated portions in opposing generally horizontal planes formed from steel plates. The rail 20 also has third 28 and fourth 30 elongated portions in generally vertical planes formed from steel plates. A steel cross member 32 interconnects the second 26 and third 28 elongated member to provide a more rigid rail structure. First 34, second 36, third 38, and fourth 40 ways are disposed along the first 24, second 26, third 28, and fourth 30 elongated portions, respectively, for providing a bearing surface for the carriage 14. A single structural member may provide more than one elongated portion. For example, if a sufficiently thick metal member is used, a way may be disposed along two adjacent sides.")<br><br>Otani at 3:56-4:10 ("The carriage 14 has at least two first 44, second 46, third 48, and fourth 50 rollers supported on the carriage 14 for rolling engagement with the first 34, second 36, third 38, and fourth 40 ways, respectively. Multiple rollers are used to engage each of the ways 34, 36, 38, 40 to better ensure that proper alignment between the carriage 14 and rail 20 is maintained. The present invention utilizes unhardened ways and shims 54 between the ways 34, 36, 38, 40 and the elongated portions 24, 26, 28, 30 where necessary to achieve the proper alignment between the carriage 14 and rail 20. Because the ways 34, |

| '317 Patent Limitations | Otani |
|---|---|
| | 36, 38, 40 are constructed from unhardened metal, oversized rollers 44, 46, 48, 50 are utilized to better distribute the weight of the carriage 14 and any supported portion of the manipulator 10 to avoid deforming the ways 34, 36, 38, 40 thereby introducing misalignment. More specifically, the oversized rollers provide adequate durability by distributing the load over a larger area. Smaller rollers would lead to fretting or brinelling failure of the ways due to the higher surface contact stress. By "oversized" rollers it is meant rollers having a larger diameter than would be required if hardened ways were utilized.")<br><br>Otani at 4:11-23 ("Referring now to FIG. 4, a cable drive assembly, generally shown at 58 has a drive pulley 60 supported on the overhead rail 20, or some other support structure, and an idler pulley 62 supported on the overhead rail 20, or some other support structure, opposite the drive pulley 60. A first servomotor 63 is supported on the overhead rail 20, or some other support structure, and is coupled to the drive pulley 60 for drivingly translating the carriage 14 along axis A by drivingly rotating the drive pulley 60, which is schematically shown in the Figure. Throughout this application "servomotors" is used to mean a position controlled electric motor, as opposed to a speed control electric motor. Accordingly, the position of the servomotor may be determined at any instant in time.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.")<br><br>Otani at 4:35-45 ("Another embodiment of the cable drive assembly 58 is shown in FIG. 5. The cable drive assembly 58 has a drive pulley 60 supported on the carriage 14 and a cable 64 having opposing ends 66 and 66 a secured to the overhead rail 20 and the drive pulley 60, respectively. A second cable 64 a has ends 66 b and 66 c that are secured the drive pulley 60 and the opposite side of the overhead rail 20, respectively. By using two cables 64 and 64 a, slippage is prevented. The first servomotor 63 is coupled to the drive pulley 60 for drivingly rotating the drive pulley 60 and moving the carriage 14 along the first axis A.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 4:46-65 ("Returning to FIGS. 1 and 2, the carriage 14 has a turret assembly 70 supported thereon defining a generally vertical rotational second axis B. The turret assembly 70 includes a cradle 71 that may be rotated relative to the carriage 14. A second servomotor 72 is supported on the carriage 14 and drivingly rotates the cradle 71 about second axis B. The lift mechanism 16 includes an arm assembly, generally shown at 74, that has a main arm 75 which is supported on the cradle 71 at a pivotal connection 76. The pivotal connection 76 defines a generally horizontal third axis C. A third servomotor 77 is supported on the cradle 71 for drivingly rotating the main arm 75 about the third axis C in a generally vertical plane. Referring to FIG. 6, the main arm 75 may be constructed from spaced apart tubular members 82 interconnected by a plurality of plates 84 arranged in a triangular pattern. The main arm 75 shown in the Figures provides a light weight, rigid structure with which to support objects 12. However, depending upon the application, additional structural support to the main arm 75 may be necessary to achieve the desired rigidity.") |
| | Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.") |
| | Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For |

| '317 Patent Limitations | Otani |
|---|---|
| | example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")<br><br>Otani at 5:36-44 ("Control of the gravity balancer mechanism 77 a and third servomotor 77 may be configured to better ensure safe operation of the manipulator 10 by acting as a check on one another. For example, if control is lost of the gravity balancer mechanism 77 a due to unknown reasons, the third servomotor 77 b will be unable to lift the object 12 on its own, which will cause a fault and disable the manipulator 10 or the third servomotor 77 will detect an undesired position of the gravity balancer mechanism 77 a.")<br><br>Otani at 5:45-62 ("With continuing reference to FIG. 1, a secondary arm 78 is supported by a portion 80 of the main arm 75 opposite the pivotal connection 76. The secondary arm 78 is generally L-shaped with a generally horizontal short member 86 and a downwardly depending generally vertical long member 88. An elbow 90 is pivotally connected to the short member 86 of the secondary arm 78 at a generally fourth vertical axis D. The elbow 90 also connects the secondary arm 78 to the portion 80 of the main aim 75. A fourth servomotor 92 is supported on the elbow 90 and drivingly rotates the secondary arm 78 about axis D relative to the main arm 75. The configuration of the secondary arm 78 is intended to locate the object 12 generally in line with axis D to provide more intuitive positioning of the object 12 by the operator. Said another way, the object 12 is located in line with the axis D so that as the secondary arm 78 rotates about axis D the object 12 maintains its general position under the portion 80 of the main arm 75 and merely spins about axis D.")<br><br>Otani at 5:63-69 ("A linkage 96, generally parallel with the main arm 75, is pivotally attached to the elbow 90 and the cradle 71 for maintaining the secondary arm 78 in a generally vertical orientation. That is, as the main arm 75 is moved up and down by the third servomotor 77, the linkage 96 ensures that the object 12 maintains its angular position relative to horizontal.")<br><br>Otani at 6:1-10 ("An attachment interface 98 for carrying the object 12 is supported on the long member 88 of the secondary arm 78. Any type of tooling may be secured to the attachment interface depending |

| '317 Patent Limitations | Otani |
|---|---|
| | upon the application. The attachment interface 98 is rotatable about an fifth axis E. A fifth servomotor 100 is supported on a lower portion of the secondary arm 78 for drivingly rotating the attachment interface 98 about axis E and rotating the object 12. The attachment interface may also include additional joints and motors to meet the specific requirements of a task.")<br><br>Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed |

| '317 Patent Limitations | Otani |
|---|---|
| | from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals |

| '317 Patent Limitations | Otani |
|---|---|
|  | to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")<br><br>Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable |

| '317 Patent Limitations | Otani |
|---|---|
|  | about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis; <br><br> a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation; <br><br> at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis; <br><br> an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and <br><br> a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.") <br><br> Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.") <br><br> Otani at Claim 3 ("3. The manipulator as set forth in claim 1 wherein said at least one servomotor comprises a first servomotor for drivingly translating said carriage along said first axis, and a second servomotor for drivingly rotating said main arm about said second axis.") <br><br> Otani at Claim 4 ("4. The manipulator as set forth in claim 3 wherein said main arm is rotatable about said third axis, and said at least one servomotor comprises a third servomotor for drivingly rotating said main arm about said third axis.") <br><br> Otani at Claim 5 ("5. The manipulator as set forth in claim 4 wherein said lift mechanism and the object each have a weight, and wherein said lift mechanism further comprises a gravity balancer mechanism for supporting said weight of said lift mechanism and the weight of the object.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at Claim 6 ("6. The manipulator as set forth in claim 4 wherein said at least one servomotor comprises a fourth servomotor for drivingly rotating said secondary arm about said fourth axis.")<br><br>Otani at Claim 7 ("7. The manipulator as set forth in claim 6 wherein said at least one servomotor comprises a fifth servomotor for drivingly rotating said attachment interface about said fifth axis.")<br><br>Otani at Claim 8 ("8. The manipulator as set forth in claim 6 further comprising an elbow assembly pivotally attached to said main arm and supporting said secondary arm, and said linkage is generally parallel with said main arm and pivotally attached to said elbow and said turret assembly for maintaining said secondary arm in the generally vertical orientation.")<br><br>Otani at Claim 9 ("9. The manipulator as set forth in claim 8 wherein said secondary arm is generally L-shaped with a generally horizontal short member and a downwardly depending generally vertical long member with said attachment interface supported on said long member.")<br><br>Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.")<br><br>Otani at Claim 11 ("11. The manipulator as set forth in claim 10 further comprising a cable drive assembly having a drive pulley supported on said overhead rail and an idler pulley supported on said overhead rail opposite said drive pulley, and at least one cable secured to said carriage and said drive pulley, said first servomotor coupled to said drive pulley for drivingly rotating said drive pulley and moving said carriage along said first axis.")<br><br>Otani at Claim 12 ("12. The manipulator as set forth in claim 3 further comprising a cable drive assembly having a drive pulley supported on said carnage and at least one cable secured to said overhead rail and said cable wound about said drive pulley, said first servomotor coupled to said drive pulley for drivingly rotating said drive pulley and moving said carriage along said first axis.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.")<br><br>Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.")<br><br>Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.").<br><br>To the extent the Plaintiff contends that Otani fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 9**

| '317 Patent Limitations | Otani |
|---|---|
| 9. The hub of claim 1 further comprising: at least one user operable controls | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "at least one user operable controls accessible from the outside of the hub." |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
| --- | --- |
| accessible from the outside of the hub. | See '317 patent limitations 1 Preamble, 1A.<br><br>Otani at FIGs. 1, 7.<br><br>Otani at Title ("Intelligent power assisted manual manipulator")<br><br>Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.") |

Exhibit 48 – Otani

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.") <br><br> Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.") <br><br> Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.") |

| '317 Patent Limitations | Otani |
|---|---|
| | Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The |

| '317 Patent Limitations | Otani |
|---|---|
| | embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.")<br><br>Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")<br><br>Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")<br><br>Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that |

| '317 Patent Limitations | Otani |
|---|---|
| | movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the |

| '317 Patent Limitations | Otani |
|---|---|
| | operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to |

| '317 Patent Limitations | Otani |
|---|---|
| | the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")<br><br>Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;<br><br>a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;<br><br>at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis; |

| '317 Patent Limitations | Otani |
|---|---|
| | an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and<br><br>a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.")<br><br>Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.")<br><br>Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.")<br><br>Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.")<br><br>Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.").<br><br>To the extent the Plaintiff contends that Otani fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 10**

| '317 Patent Limitations | Otani |
|---|---|
| 10. The hub of claim 1 further comprising: a user interface connectable to an external computer or a PDA. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a user interface connectable to an external computer or a PDA."<br><br>See '317 patent limitation 1 Preamble.<br><br><br>Otani at FIGs. 1, 7.<br><br>Otani at Title ("Intelligent power assisted manual manipulator")<br><br>Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support |

| '317 Patent Limitations | Otani |
|---|---|
| | the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.") |
| | Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.") |
| | Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.") |
| | Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.") |
| | Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or |

| '317 Patent Limitations | Otani |
|---|---|
| | weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the |

| '508 Patent Limitations | Otani |
|---|---|
| | a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation; |
| | at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis; |
| | an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and |
| | a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.") |
| | Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.") |
| | Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.") |
| | Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.") |
| | Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.") |
| | Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.") |

| '508 Patent Limitations | Otani |
|---|---|
|  | Otani at Title ("Intelligent power assisted manual manipulator").<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'508 Patent Claim 10**

| '508 Patent Limitations | Otani |
|---|---|
| 10. The configuration system of claim 1, wherein the visual indicators indicate a fault status of the computational node. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the visual indicators indicate a fault status of the computational node."<br><br>See '508 patent limitation 1C.<br><br><br>Otani at 1:13-15 ("This invention relates to an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object.")<br><br>Otani at 1:16-43 ("Manipulators are used to reorient or move heavy objects from one location to another. One type of manipulator is a powered manipulator that utilizes overhead rails or a bridge gantry with a carriage movably supported thereon. An arm is pivotally attached to the carriage to lift the objects from |

| '508 Patent Limitations | Otani |
|---|---|
|  | overhead. It is desirable to have the operator as close to the object as possible to make movement of the object more intuitive as if the operator was actually lifting and moving the object. To this end, it is desirable to utilize power assisted manual manipulators. Operator safety is an important consideration when designing power assisted devices and determining appropriate power sources for moving the objects because the weight of the objects or power source may produce high forces capable of seriously injuring the operator. However, a power assisted manual manipulator must also provide adequate operator safety. As a result, the devices typically are either manipulated using either only physical force imparted on the device by an operator or by remote actuation of hydraulic or pneumatic cylinders to avoid operator injury. Relying on only the operator's physical strength limits the weight of the objects to be moved and creates ergonomic problems. Utilizing hydraulic or pneumatic power sources provides only rough control of the device's movements making remote actuation difficult and power assisted manual operation of the device unsafe. Also, lack of a direct, intuitive human interface requires a lengthy training period before an operator can safely and effectively operate the manipulator.")<br><br>Otani at 1:44-60 ("Manipulators utilizing carriages supported on overhead rails typically are designed to achieve precision alignment between the carriage and the rail. To this end, carriages having rollers supported on precision machined hardened ways have been used. However, achieving precision alignment in this manner is difficult and costly. Further, manipulators often utilize hydraulic or pneumatic loads, or weights to both move the object and to counterbalance the weight of heavy objects and the weight of the lift mechanism. These balancers are suited for counterbalancing the weight of one object and are not well suited to balancing objects of different weights or do not provide the necessary control of the object. Therefore, what is needed is an intelligent power assisted manual manipulator that is safe for an operator to use, cost effective, and that may accommodate objects of different weights while providing the needed control of the object.")<br><br>Otani at 1:5-9 ("This application is related to assignee's copending U.S. patent application entitled "Method of Controlling and Using an Intelligent Assist Device" filed on the same date as the present application. Each application is directed to different inventions.")<br><br>Otani at 1:64-2:8 ("The present invention provides an intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object. The manipulator includes a |

| '508 Patent Limitations | Otani |
|---|---|
|  | movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating the lift mechanism and moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of servomotors.")<br><br>Otani at 2:50-53 ("Other advantages of the present invention can be understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:")<br><br>Otani at 2:54-55 ("FIG. 1 is a perspective view of the intelligent power assisted manual manipulator;")<br><br>Otani at 2:65-66 ("FIG. 7 is a perspective view of a operator control mechanism shown in FIG. 1; and")<br><br>Otani at 3:7-25 ("Referring to the Figures, wherein like numerals indicate like or corresponding parts throughout the several views, an intelligent power assisted manual manipulator is generally shown at 10 in FIG. 1. The five axis manipulator 10 is depicted at a slight angle in FIG. 1. The manipulator 10 is controllable by operator inputs from an operator for moving an object 12 and is especially suited for lifting different objects having different weights, which will be discussed in greater detail below. The operator inputs are received by a controller, or microprocessor, and processed by the controller and software to effectuate a desired movement. The manipulator 10 may move an object 12 within a defined work area between two known points, a known and unknown point, and two unknown points. Known points are specific positions and orientations that may be specified independent of the operator's interaction with the manipulator, and unknown points are positions and orientations requiring operator interaction for precise placement of the object.")<br><br>Otani at 4:24-34 ("A cable 64 has one end 66 secured to the carriage 14 and the other end 66 a secured to the drive pulley 60. The cable 64 has a portion wound only over one half of the idler pulley 62. A second cable 64 a does not wind over the idler pulley 62, but has ends 66 b and 66 c that are secured the drive pulley 60 and the carriage 14, respectively. By using two cables 64 and 64 a, slippage is prevented. The embodiment shown in FIG. 4 has the advantage of having the first servomotor 63 supported in a location other than the carriage 14 which increases the weight of the objects the manipulator 10 may handle.") |

| '508 Patent Limitations | Otani |
|---|---|
| | Otani at 4:66-5:22 ("The third servomotor 77, or motion servomotor, may include a gravity balancer mechanism 77 a to provide different functions resulting in more flexibility and increased safety. Specifically, a gravity balancer mechanism 77 a may be used for supporting the different weights of different objects including the weight of the lift mechanism, and the third servomotor 77 may be used for producing a movement of the main arm 75 by drivingly rotating the main arm 75 about the third axis C. Said another way, the gravity balancer mechanism 77 a provides the torque for lifting the weights of the object 12 and the lift mechanism while the third servomotor 77 provides fine control for moving the main arm 75 to the desired location. Accordingly, the gravity balancer mechanism 77 a and third servomotor 77 produce maximum torques with the gravity balancer mechanism 77 a maximum torque being greater than the third servomotor 77 maximum torque. For example, the gravity balancer mechanism 77 a may require a torque capable of carrying in excess of 300 lbs. Preferably, the gravity balancer mechanism is an electric motor, but it may also be a pneumatic cylinder, spring, or any other suitable mechanism. To lift the object 12 and the weight of the suspended portion of the manipulator, however, the third servomotor 77 will need far less torque to effectuate the desired movement of the object.")<br><br>Otani at 5:23-35 ("The gravity balancer mechanism 77 a may include a plurality of torque settings that produce a plurality of continuous torques which approximate the different weights of different objects. The settings may be hardware controlled by a mechanism such as a switch located on the manipulator. For example, if the operator typically moves two objects having two different weight, a switch having two positions may be provided. When the operator moves the first object, the switch should be set to the first position. Conversely, when the operator moves the second object, the switch should be set to the second position. Further, one setting may be for a zero payload in which only the weight of the arm is supported.")<br><br>Otani at 5:36-44 ("Control of the gravity balancer mechanism 77 a and third servomotor 77 may be configured to better ensure safe operation of the manipulator 10 by acting as a check on one another. For example, if control is lost of the gravity balancer mechanism 77 a due to unknown reasons, the third servomotor 77 b will be unable to lift the object 12 on its own, which will cause a fault and disable the manipulator 10 or the third servomotor 77 will detect an undesired position of the gravity balancer mechanism 77 a.") |

| '508 Patent Limitations | Otani |
|---|---|
| | Otani at 6:11-25 ("The servomotors 63, 72, 77, 92, 100 are actuated by signals from a microprocessor 102 which receives operator inputs from an operator control mechanism 106 supported on the long member 88 of the lift mechanism 16. The microprocessor 102, which may be remotely located, receives the inputs and translates them into a position that it calculates as the operator's desired location for the object 12. Preferably, the operator control mechanism 106 is located as close to the object 12 as possible so that movement of the object 12 is more intuitive to the operator, that is, the operator feels as though he is lifting and moving the object 12 as if he were doing it manually without any power assist. For example, the operator control mechanism 106 may be supported proximate to the attachment interface 98, as shown in the Figures.")<br><br>Otani at 6:26-45 ("Referring to FIG. 7, the operator control mechanism 106 has a pair of opposing handles 108 with which the operator may provide inputs in the form of forces and moments. A plurality of force sensors 110, which is interposed between the handles 108 and the secondary arm 78, senses the operator inputs and sends the signals to the microprocessor 102 where they are translated into servomotor commands for actuating the servomotors 63, 72, 77, 92, 100. Preferably, a multi-axis force sensor such as the FS30 force sensor manufactured by Fanuc Robotics is used to provide the plurality of force sensors. The multi-axis force sensor 110 is capable of detecting motion along six axes although fewer may be used, as is the case with the present invention. The operator control mechanism 106 has a switch 111 located on one of the handles 108 for actuating a clamping device (not shown) for clamping and unclamping the object 12 to ensure that the object 12 does not fall from the manipulator 10. The operator control mechanism 106 also has a switch 113 on one of the handles 108 for actuating the fifth servomotor 100 and rotating the object 12 about the fifth axis E.")<br><br>Otani at 6:46-7:4 ("A force sensor 112, or safety clutch, is interposed between the multi-axis force sensor 110 and the handles 108 to detect unsafe loads that might injure the operator or damage the manipulator 10, such as fifty pounds of force, and disable the manipulator 10. The safety clutch 112 may be constructed from opposing spring biased surface that kills the power to the manipulator 10 when they contact one another. For example, if the operator were to become pinned between the handles 108 and a wall, the manipulator 10 would become disabled once fifty pounds of force was reached. The operator control mechanism 106 incorporates other safety features to avoid operator injury. The operator control mechanism 106 has an emergency stop switch 114 located between the handles 108 so that the operator |

| '508 Patent Limitations | Otani |
|---|---|
| | may disable the manipulator 10. Each of the handles 108 has a presence detector 116 adapted to detect the presence of the operator at the operator control mechanism 106, or more specifically, the detector 116 detects when both of operator's hands are on the handles 108. The manipulator 10 will only be enabled when the detector 116 detects the presence of the operator so that if the operator loses control the manipulator 10 becomes disabled to prevent the manipulator 10 or object 12 from striking and injuring the operator. Preferably, the detector 116 incorporates mechanical switches to detect the presence of the operator's hands although it may instead incorporate optical switches.")<br><br>Otani at 7:24-43 ("With the object 12 again in position X, if the operator applies a force to the handles 108 perpendicular to the overhead rail 20, the manipulator 10 will move the object perpendicular to axis A to a position Z. The multi-axis force sensor 110 will sense the operator input and send the signal to the microprocessor 102. The microprocessor 102 will translate the signal and send servomotor commands to the first 63, second 72, and fourth 92 servomotors. When the microprocessor 102 receives a signal representing an operator input at an angle to the overhead rail 20, the microprocessor 102 will send signals to actuate both the second 72 and four 92 servomotors to move the object 12 to the position desired by the operator. Further, the first servomotor 63 will be actuated to maintain the object's axial position relative to axis A. So, as the operator applies a force to the handles 108 perpendicular to axis A, the secondary arm 78 will rotate relative to the main arm 75 about axis D and the main arm 75 will rotate relative to the cradle 71 about axis B to the positions shown. At the same time, the carriage 14 will move on the overhead rail 20 along axis A.")<br><br>Otani at 7:44-53 ("To move the object 12 up and down, the operator would apply force to the handles 108 in a vertical direction. The multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the gravity balancer mechanism 77 a and third servomotor 77 to lift the object 12 to the desired position. The servomotors 77, 77 a act in unison to lift the weight of the object 12 and move the object to the desired location, as discussed above.")<br><br>Otani at 7:5-23 ("In operation, to move an object 12 the operator grasps the handles 108 with both of his hands. The presence detector 116 detects the operator's hands and enables the manipulator 10 thereby making the servomotors 63, 72, 77, 92, 100 operational. The operator may begin to impart forces and |

| '508 Patent Limitations | Otani |
|---|---|
| | moments on the handles 108 to move the object 12 to a desired location. Referring to FIG. 8, a work area P is shown. The manipulator 10 is shown schematically and the various elements include subscripts for clarity to indicate their associated position. Assuming the object 12 is located directly beneath the overhead rail 20 in position X, if the operator applies a force to the handles 108 directly in line with the overhead rail 20 to move to position Y the manipulator 10 will move the object 12 along axis of the rail 20. Specifically, the multi-axis force sensor 110 will sense the operator input and send a signal to the microprocessor 102. The microprocessor 102 will translate the signal and send a servomotor command to the first servomotor 63 which will drive the carriage 14 along the overhead rail 20.") |
| | Otani at 7:54-62 ("The invention has been described in an illustrative manner, and it is to be understood that the terminology that has been used is intended to be in the nature of words of description rather than of limitation. Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is, therefore, to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described.") |
| | Otani at Abstract ("An intelligent power assisted manual manipulator controllable by operator inputs from an operator for moving an object is provided. The manipulator includes a movable base supporting a lift mechanism for moving the object. The manipulator also includes at least one servomotor for actuating at least one of the movable base and the lift mechanism for moving the object. An operator control mechanism for receiving the operator inputs is supported on the lift mechanism. A plurality of force sensors are disposed between the operator control mechanism and the lift mechanism for sensing said operator inputs and actuating at least one of the at least one servomotor. The movable base includes an overhead rail defining a generally horizontal first axis and a carriage supported on the overhead rail and movable along the first axis. The lift mechanism includes a turret assembly supported on the carriage having a generally vertical second axis, and a generally horizontal third axis. The carriage has first and second elongated portions in opposing generally horizontal planes and third and fourth elongated portions in generally vertical planes. Oversize rollers on unhardened ways support the carriage. A main arm extends from the turret with the main arm being rotatable about the second and third axes. An attachment interface is supported by the main arm and adapted to support the object, the attachment interface having a fifth axis about which the attachment interface is rotatable. The manipulator is also adapted for lifting different objects having different weights. The arm has a portion opposite the pivotal connection adapted to support |

| '508 Patent Limitations | Otani |
|---|---|
| | the object. A gravity balancer mechanism is adapted to support the different weights, and a motion servomotor is adapted to produce a movement of the arm by drivingly rotating the arm about the axis.")<br><br>Otani at Claim 1 ("1. An intelligent power assisted manual manipulator having at least five axes and being controllable by operator inputs from an operator for moving an object, said manipulator comprising:<br><br>a movable base comprising an overhead rail defining a generally horizontal first axis, and a carriage supported on said overhead rail and movable along said first axis;<br><br>a lift mechanism for moving the object, wherein said lift mechanism is supported by said movable base and comprises a turret assembly supported on said carriage and having a generally vertical second axis and a generally horizontal third axis, a main arm extending from said turret assembly and being rotatable about said second axis, and a secondary arm depending downwardly from said main arm and being rotatable about a generally vertical fourth axis, and wherein said secondary arm comprises an attachment interface that is adapted to support the object and has a fifth axis;<br><br>a linkage pivotally attached at one end to said turret assembly and operatively connected at another end to said secondary arm for maintaining said secondary arm in a generally vertical orientation;<br><br>at least one servomotor for drivingly translating said carriage along said first axis and for drivingly rotating said main arm about said second axis;<br><br>an operator control mechanism for receiving the operator inputs to control said manipulator about said first, second, third, fourth, and fifth axes, said operator control mechanism supported on said lift mechanism; and<br><br>a plurality of force sensors disposed between said operator control mechanism and said lift mechanism, said force sensors sensing a force of the operator inputs and causing said at least one servomotor to actuate at least one of said movable base and said lift mechanism such that the object is moved.") |

Exhibit 48 – Otani

| '508 Patent Limitations | Otani |
|---|---|
| | Otani at Claim 10 ("10. The manipulator as set forth in claim 9 wherein said operator control mechanism is supported on said long member proximate to said attachment interface.") |
| | Otani at Claim 13 ("13. The manipulator as set forth in claim 2 wherein said operator control mechanism further includes at least one handle, and said multi-axis force sensor is interposed between said at least one handle and said secondary arm.") |
| | Otani at Claim 14 ("14. The manipulator as set forth in claim 13 wherein said at least one handle has a presence detector adapted to detect the presence of said operator at said operator control mechanism, said at least one servomotor actuatable when said operator is present at said operator control mechanism and disabled when said operator is absent from said operator control mechanism.") |
| | Otani at Claim 15 ("15. The manipulator as set forth in claim 1 further comprising a force sensor which disables said at least one servomotors when said operator input exceeds a predetermined load.") |
| | Otani at Claim 2 ("2. The manipulator as set forth in claim 1 wherein said plurality of force sensors comprises a multi-axis force sensor.") |
| | Otani at FIGs. 1, 7. |
| | Otani at Title ("Intelligent power assisted manual manipulator"). |
| | To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

# Exhibit E

## Villaret Invalidity Chart
## Pages 1-100, 765-774

# Exhibit 60

Exhibit 60 – Villaret

**<u>Invalidity of U.S. Patent Nos. 6,907,317; 6,928,336; and 7,120,508 Based on U.S. Patent No. 6,222,338 to Villaret ("Villaret")</u>**

Based on Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in the Amended Complaint and Infringement Contentions pursuant to Paragraph 4(c) of the Delaware Default Standard for Discovery ("Infringement Contentions") and paragraph 6(c) of the Court's Scheduling Order (ECF 38), Villaret renders obvious at least all asserted claims of U.S. Patent Nos. 6,907,317 ('317 patent); 6,928,336 ('336 patent); and 7,120,508 ('508 patent) under 35 U.S.C. §§ 102 and/or 103.  Villaret was filed on November 19, 1999, and published on April 24, 2001, and is therefore prior art to the asserted patents.

Nothing stated in this chart shall be treated as an admission or suggestion that Universal Robots agrees with Plaintiff regarding the scope of any asserted claim, the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, the claim constructions advanced by Plaintiff in its Infringement Contentions or its opposition to Universal Robots' motion to dismiss, or that Universal Robots' accused products or services meet any limitations of the claims.

The chart below provides representative examples of where Villaret discloses elements of the asserted claims, under Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in its Complaint and Infringement Contentions.  The cited evidence is merely illustrative, and Universal Robots reserves the right to cite alternative or additional evidence.

To the extent that Plaintiff contends that Villaret does not disclose one or more limitations of the asserted claims, each such limitation would have been obvious in view of the teachings of Kitchen in combination with one or more of the following references, including as described in the cover document accompanying Universal Robots's invalidity contentions: (1) the knowledge of one of ordinary skill in the art; (2) the teachings of any of the prior art references set forth in Universal Robots' other invalidity claim charts with respect to the limitation-at-issue; and/or (3) the teachings of any of the prior art references set forth in the cover document of Universal Robots' invalidity contentions with respect to the core concepts applicable for the limitation-at-issue.

To the extent Plaintiff submits new infringement theories that depend on new claim constructions (explicit or implicit) and/or identify additional limitations of the asserted claim that Plaintiff contends are not disclosed by Villaret alone, in combination, or in combination with Universal Robots' other cited prior art, Universal Robots expressly reserves the right to rebut any such contention, including by identifying additional obviousness combinations.

Where the chart below states that Villaret "discloses" a limitation, such disclosure may be express or inherent.

Exhibit 60 – Villaret

<u>**U.S. Patent No. 6,907,317**</u>

**'317 Patent Claim 1**

| '317 Patent Limitations | Villaret |
|---|---|
| [1 Preamble]. A multi-function hub for use in an intelligent assist system, the multi-function hub comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, and to the extent the preamble is limiting, this reference discloses and/or renders obvious the preamble of the claim.<br><br>See '317 patent limitation 1A.<br><br>See Villaret at FIGs. 1-4<br><br>Villaret at Title ("METHOD AND APPARATUS FOR THE DIRECT TEACHING OF AUTOMATIC MACHINES")<br><br>Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")<br><br>Villaret at 1:11 ("FIELD OF THE INVENTION") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 1:13-17 ("This invention relates to a method and apparatus for programming an automatic machine, particularly but not exclusively a robot, and more particularly, for teaching a robot the operative positions and orientations of the robot manipulator arm, by a direct teaching method")

Villaret at 1:21-44 ("Computer operation of robots must be programmed by teaching them a cycle of operations and the positions and orientations in which the manipulator arm, which supports the tools for carrying out the desired operations and places them in the appropriate positions, carries out each operation. In view of the importance of teaching the robot in a precise manner and without excessive effort on the part of the operator, and further, of avoiding possible damages or danger resulting from unpredictable reactions of the robot, various methods have been developed in the art. One method involves guiding the robot indirectly by means of a pendant, which may comprise, e.g., three position control buttons and three orientation control buttons. Commands are given by means of the pendant and are fed into a computer to command movement of the arm by coordinate extrapolation and transformation. As soon as an operative position or orientation is reached, the position and orientation of the end of the robot arm in a coordinate system, which may be Cartesian or cylindrical, are memorized and become part of a program. The computer calculates a path between the points in the program. Instructions regarding the operations to be carried out at each point so defined and memorized, are separately given. Inventions of this kind are described, for instance, in U.S. Pat. Nos. 3,920,972 and 4,757,459.")

Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said |

| '317 Patent Limitations | Villaret |
|---|---|
| | arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")<br><br>Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")<br><br>Villaret at 2:14-21 ("This invention has the purpose of eliminating the defects of the prior art robot teaching methods and apparatus, and to provide a direct teaching method and apparatus that is simple, permits to reach the desired positions and orientations with absolute accuracy, does not require the introduction of complicated and/or expensive structural components in the robot, reduces the operator's effort and eliminates any possibility of danger to him.")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3— |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
|  | The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")<br><br>Villaret at 2:57-60 ("Furthermore, this invention, though mainly directed to the teaching process, has applications in other phases of operation of robots or other machines, as will be explained hereinafter.")<br><br>Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of:<br><br>a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system;<br><br>b—when it is wished to carry out the teaching, placing the system in the Teach mode;<br><br>c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching;<br><br>d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force; |

| '317 Patent Limitations | Villaret |
|---|---|
| | e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque;<br><br>f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and<br><br>g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.")<br><br>Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.")<br><br>Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the |

| '317 Patent Limitations | Villaret |
|---|---|
|  | torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.")

Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the |

| '317 Patent Limitations | Villaret |
|---|---|
| | system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.")<br><br>Villaret at 5:51-52 ("FIG. 1 is a generic, schematic illustration of a robot to which the invention is applied;")<br><br>Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;")<br><br>Villaret at 5:56-59 ("FIG. 3 is a block diagram schematically illustrating the relationship of the Servo Controller (SC) and the Manual Teaching Operation Controller (MTOC) according to an embodiment of the invention; and")<br><br>Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.")<br><br>Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.")<br><br>Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.")<br><br>Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.")<br><br>Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.")<br><br>Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.")<br><br>Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.")<br><br>Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")<br><br>Villaret at 8:14-24 ("The invention has applications in robotics beyond the teaching process. One of them is the manual intervention during a robot work cycle. There are applications where pieces to be manipulated by the robot have changing positions, and the user must teach a reference position at the beginning of some or each cycle (for example, in welding applications). The operator will be able to easily teach the new reference position(s) using the system of the invention by physically moving the robot manually and without effort. In that way, cycle time is reduced, and no special skill is needed for operation.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 8:25-45 ("Further, the invention is useful in robot manual operation for recovery after a failure during working cycle. After such a failure, it is very common that recovery is done by manual operation; very often, the robot work cycle cannot be restarted from the position where the failure occurred, and manual operation is required to pull out the robot from the abnormal position. This manual operation is usually delicate, because failure mainly occurs when the robot is inside the most delicate area of the application. Most conventional robots use manual "Teach Pendant" in order to drive manually the robot back to a safe starting position. However, that manual operation is very tedious, because when using "Teach Pendant", the robot can be moved only along one axis at a time, i.e., only one actuator is moved at a time, or motion along one Cartesian axis only is effected at a time. Thus, the operator must frequently change the axis of movement in order to follow a strait path. Also, sometimes the robot must be moved along a specific direction that cannot be commanded using the "Teach Pendant" (for example, disengaging a screw which is not in the direction of the tool).")<br><br>Villaret at 8:46-50 ("When using the system described in this patent application, the operator can move the robot in either direction, in an intuitive way, as if he were moving the arm without weight in a viscous fluid. The resulting movement may imply any combination of all axes of the robot.")<br><br>Villaret at 8:51-56 ("Apart from the applications in robotics, the invention is useful in the operation of automatic machinery with servo control, for teaching positions, and for manual operation of an automatic system for loading, unloading, recovery after operation failure, system set-up, manual intervention during the work cycle, and so on.")<br><br>Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching, |
|  | characterized in that it further comprises the steps of: |
|  | a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; |
|  | b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; |
|  | c—calculating a displacement torque as the difference between said reference and said actual torque; |
|  | d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; |
|  | e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and |
|  | f—memorizing the teach position thus reached." |
|  | Villaret at Claim 2 ("2. Method according to claim 1, wherein the automatic system is a robot.") |
|  | Villaret at Claim 3 ("3. Method according to claim 2, wherein the aim is the manipulator arm.) |
|  | Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.") |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at Claim 5 ("5. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25,32) continuously to calculate the payloads applied to the system.")<br><br>Villaret at Claim 6 ("6. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25, 32) to memorize the last values of the payloads, which has been calculated before the Teach mode is started, as reference values of the payloads.")<br><br>Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.")<br><br>Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads,<br><br>characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.")<br><br>Villaret at Claim 9 ("9. Apparatus according to claim 8, further comprising memory means for memorizing the position of the arm that it is desired to teach.")<br><br>Villaret at Claim 10 ("10. Apparatus according to claim 8, wherein the automatic system is a robot.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at Claim 11 ("11. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25, 32) is included in the Servo Controller (31).")<br><br>Villaret at Claim 12 ("12. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25,32) is external to the Servo Controller and interfaced with it.")<br><br>To the extent the Plaintiff contends that Villaret fails to teach this preamble, this preamble would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this preamble.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1A] a physical interface configured and arranged to be a central interface point for an operator; | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a physical interface configured and arranged to be a central interface point for an operator" [i.e. 1A].<br><br>See '317 patent limitation 1 Preamble.<br><br>See Villaret at FIGs. 1-4.<br><br>See Villaret at Title ("METHOD AND APPARATUS FOR THE DIRECT TEACHING OF AUTOMATIC MACHINES")<br><br>Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be |

| '317 Patent Limitations | Villaret |
|---|---|
| | produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")

Villaret at 1:5-9 ("This application is a continuation of international application serial number PCT/IL98/00163, filed Apr. 2, 1998, which claims priority from Israeli application No. 120889 filed May 22, 1997, both of which are incorporated herein by reference.")

Villaret at 1:11 ("FIELD OF THE INVENTION")

Villaret at 1:13-17 ("This invention relates to a method and apparatus for programming an automatic machine, particularly but not exclusively a robot, and more particularly, for teaching a robot the operative positions and orientations of the robot manipulator arm, by a direct teaching method")

Villaret at 1:19 ("BACKGROUND OF THE INVENTION")

Villaret at 1:21-44 ("Computer operation of robots must be programmed by teaching them a cycle of operations and the positions and orientations in which the manipulator arm, which supports the tools for carrying out the desired operations and places them in the appropriate positions, carries out each operation. In view of the importance of teaching the robot in a precise manner and without excessive effort on the part of the operator, and further, of avoiding possible damages or danger resulting from unpredictable reactions of the robot, various methods have been developed in the art. One method involves guiding the robot indirectly by means of a pendant, which may comprise, e.g., three position control buttons and three orientation control buttons. Commands are given by means of the pendant and are fed into a computer to command movement of the arm by coordinate extrapolation and transformation. As soon as an operative position or orientation is reached, the position and orientation of the end of the robot arm in a coordinate |

| '317 Patent Limitations | Villaret |
|---|---|
| | system, which may be Cartesian or cylindrical, are memorized and become part of a program. The computer calculates a path between the points in the program. Instructions regarding the operations to be carried out at each point so defined and memorized, are separately given. Inventions of this kind are described, for instance, in U.S. Pat. Nos. 3,920,972 and 4,757,459.")

Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")

Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")

Villaret at s:14-21 ("This invention has the purpose of eliminating the defects of the prior art robot teaching methods and apparatus, and to provide a direct teaching method and apparatus that is simple, |

| '317 Patent Limitations | Villaret |
|---|---|
| | permits to reach the desired positions and orientations with absolute accuracy, does not require the introduction of complicated and/or expensive structural components in the robot, reduces the operator's effort and eliminates any possibility of danger to him.")<br><br>Villaret at 2:23 ("SUMMARY OF THE INVENTION")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3—The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")<br><br>Villaret at 2:57-60 ("Furthermore, this invention, though mainly directed to the teaching process, has applications in other phases of operation of robots or other machines, as will be explained hereinafter.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of: <br><br> a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system; <br><br> b—when it is wished to carry out the teaching, placing the system in the Teach mode;") <br><br> c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching;") <br><br> d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force;") <br><br> e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque;") <br><br> f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and") <br><br> g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.") <br><br> Villaret at 3:27-28 ("Thereafter, the system is placed in the Record mode and the taught position is memorized.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 3:29-31 ("In particular, the system is a robot and, more particularly, the arm that to which the external forces are applied is the manipulator arm.")<br><br>Villaret at 3:32-39 ("It will be understood that in a system of the kind considered, e.g. in a robot, the displacement of an arm generally produces displacements of other, sometimes of all, arms, due to the kinematic connections therebetween. Therefore the calculation of the actual and of the displacement torque and the displacement of the arm proportionally to this latter occur concurrently for all the arms, although the external forces are applied to one arm only.")<br><br>Villaret at 3:40-42 ("For a complete understanding of the invention, some facts, which are well known to skilled persons, regarding the operation of typical robots, should be recalled.")<br><br>Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU—determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current provided to the corresponding motor. The Main Controller and the SC are present in a robot according to the invention as in the standard robots, although part of their software may be included in the MTOC to be described hereinafter.")<br><br>Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication |

| '317 Patent Limitations | Villaret |
|---|---|
| | means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.")<br><br>Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic equations of the system, which, in the system of the invention, are included in the software of the MTOC.")<br><br>Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.")<br><br>Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the |

| '317 Patent Limitations | Villaret |
|---|---|
| | manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.")<br><br>Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for |

| '317 Patent Limitations | Villaret |
|---|---|
| | equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.") <br><br> Villaret at 5:49 ("BRIEF DESCRIPTION OF THE DRAWINGS") <br><br> Villaret at 5:50 ("In the drawings:") <br><br> Villaret at 5:51-52 ("FIG. 1 is a generic, schematic illustration of a robot to which the invention is applied;") <br><br> Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;") <br><br> Villaret at 5:56-59 ("FIG. 3 is a block diagram schematically illustrating the relationship of the Servo Controller (SC) and the Manual Teaching Operation Controller (MTOC) according to an embodiment of the invention; and") <br><br> Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.") <br><br> Villaret at 5:62-63 ("DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS") <br><br> Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the |

| '317 Patent Limitations | Villaret |
|---|---|
| | arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.") <br><br> Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.") <br><br> Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.") <br><br> Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.") <br><br> Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the |

| '317 Patent Limitations | Villaret |
| --- | --- |
|  | MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.") <br><br> Villaret at 7:10-11 ("For a given reference configuration, the payloads can be calculated as follows.") <br><br> Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.") <br><br> Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 7:30-34 ("The reference torques, viz. the torques in the reference configuration, cam be calculated as follows. When entering the Teach mode, the last value of the payloads is kept. The system can then calculate the reference torques TR by using Equation (1): [Formula relied upon but not reproduced] wherein q varies from 1 to k.")<br><br>Villaret at 7:40-42 ("The displacement torque TD is the difference between the reference torque TR sensed by the SC and the actual torque TA, calculated as above, and is therefore, in principle:")<br><br>Villaret at 7:44 (Formula relied on but not reproduced.)<br><br>Villaret at 7:46-53 ("However, a low pass filter is applied to that value, so that the real equation is: [Formula relied upon but not reproduced] wherein a is an averaging number; TDi,n is the last value calculated and TDi,n+1 the next value.")<br><br>Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.")<br><br>Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:")<br><br>Villaret at 8:1 (Formula relied on but not reproduced.)<br><br>Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed |

26

| '317 Patent Limitations | Villaret |
| --- | --- |
| | by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")<br><br>Villaret at 8:14-24 ("The invention has applications in robotics beyond the teaching process. One of them is the manual intervention during a robot work cycle. There are applications where pieces to be manipulated by the robot have changing positions, and the user must teach a reference position at the beginning of some or each cycle (for example, in welding applications). The operator will be able to easily teach the new reference position(s) using the system of the invention by physically moving the robot manually and without effort. In that way, cycle time is reduced, and no special skill is needed for operation.")<br><br>Villaret at 8:25-45 ("Further, the invention is useful in robot manual operation for recovery after a failure during working cycle. After such a failure, it is very common that recovery is done by manual operation; very often, the robot work cycle cannot be restarted from the position where the failure occurred, and manual operation is required to pull out the robot from the abnormal position. This manual operation is usually delicate, because failure mainly occurs when the robot is inside the most delicate area of the application. Most conventional robots use manual "Teach Pendant" in order to drive manually the robot back to a safe starting position. However, that manual operation is very tedious, because when using "Teach Pendant", the robot can be moved only along one axis at a time, i.e., only one actuator is moved at a time, or motion along one Cartesian axis only is effected at a time. Thus, the operator must frequently change the axis of movement in order to follow a strait path. Also, sometimes the robot must be moved along a specific direction that cannot be commanded using the "Teach Pendant" (for example, disengaging a screw which is not in the direction of the tool).")<br><br>Villaret at 8:46-50 ("When using the system described in this patent application, the operator can move the robot in either direction, in an intuitive way, as if he were moving the arm without weight in a viscous fluid. The resulting movement may imply any combination of all axes of the robot.")<br><br>Villaret at 8:51-56 ("Apart from the applications in robotics, the invention is useful in the operation of automatic machinery with servo control, for teaching positions, and for manual operation of an automatic |

| '317 Patent Limitations | Villaret |
|---|---|
| | system for loading, unloading, recovery after operation failure, system set-up, manual intervention during the work cycle, and so on.") <br><br> Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.") <br><br> Villaret at 8:62-67 ("While specific embodiments of the invention have been described by way of illustration, it will be understood that they are not limitative and that the invention may be carried into practice with many modifications, variations and adaptations, without departing from its spirit or exceeding the scope of the claims.") <br><br> Villaret at 9:1 ("What is claimed is:") <br><br> Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching, <br><br> characterized in that it further comprises the steps of: <br><br> a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; <br><br> b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; <br><br> c—calculating a displacement torque as the difference between said reference and said actual torque; |

| '317 Patent Limitations | Villaret |
|---|---|
| | d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;<br><br>e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and<br><br>f—memorizing the teach position thus reached."<br><br>Villaret at Claim 2 ("2. Method according to claim 1, wherein the automatic system is a robot.")<br><br>Villaret at Claim 3 ("3. Method according to claim 2, wherein the aim is the manipulator arm.)<br><br>Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.")<br><br>Villaret at Claim 5 ("5. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25,32) continuously to calculate the payloads applied to the system.")<br><br>Villaret at Claim 6 ("6. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25, 32) to memorize the last values of the payloads, which has been calculated before the Teach mode is started, as reference values of the payloads.")<br><br>Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.")<br><br>Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the |

| '317 Patent Limitations | Villaret |
|---|---|
| | actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads, <br><br> characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.") <br><br> Villaret at Claim 9 ("9. Apparatus according to claim 8, further comprising memory means for memorizing the position of the arm that it is desired to teach.") <br><br> Villaret at Claim 10 ("10. Apparatus according to claim 8, wherein the automatic system is a robot.") <br><br> Villaret at Claim 11 ("11. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25, 32) is included in the Servo Controller (31).") <br><br> Villaret at Claim 12 ("12. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25,32) is external to the Servo Controller and interfaced with it.") <br><br> To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1B] a computational node disposed on the physical interface, the computational node comprising programmable logic for implementing program controlled functions; and | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "a computational node disposed on the physical interface, the computational node comprising programmable logic for implementing program controlled functions" [i.e. 1B].<br><br>See '317 patent limitations 1A, 1C.<br><br>See Villaret at FIGs. 1-4<br><br>Villaret at 1:13-17 ("This invention relates to a method and apparatus for programming an automatic machine, particularly but not exclusively a robot, and more particularly, for teaching a robot the operative positions and orientations of the robot manipulator arm, by a direct teaching method")<br><br>Villaret at 1:21-44 ("Computer operation of robots must be programmed by teaching them a cycle of operations and the positions and orientations in which the manipulator arm, which supports the tools for carrying out the desired operations and places them in the appropriate positions, carries out each operation. In view of the importance of teaching the robot in a precise manner and without excessive effort on the part of the operator, and further, of avoiding possible damages or danger resulting from unpredictable reactions of the robot, various methods have been developed in the art. One method involves guiding the robot indirectly by means of a pendant, which may comprise, e.g., three position control buttons and three orientation control buttons. Commands are given by means of the pendant and are fed into a computer to command movement of the arm by coordinate extrapolation and transformation. As soon as an operative position or orientation is reached, the position and orientation of the end of the robot arm in a coordinate system, which may be Cartesian or cylindrical, are memorized and become part of a program. The computer calculates a path between the points in the program. Instructions regarding the operations to be |

| '317 Patent Limitations | Villaret |
|---|---|
| | carried out at each point so defined and memorized, are separately given. Inventions of this kind are described, for instance, in U.S. Pat. Nos. 3,920,972 and 4,757,459.")<br><br>Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")<br><br>Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, |

| '317 Patent Limitations | Villaret |
|---|---|
| | reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3—The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")<br><br>Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of:<br><br>a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system;<br><br>b—when it is wished to carry out the teaching, placing the system in the Teach mode;<br><br>c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching; |

| '317 Patent Limitations | Villaret |
|---|---|
| | d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force;<br><br>e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque;<br><br>f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and<br><br>g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.")<br><br>Villaret at 3:27-28 ("Thereafter, the system is placed in the Record mode and the taught position is memorized.")<br><br>Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU—determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current provided to the corresponding motor. The Main Controller and the SC are present in a robot according to the invention as in the standard robots, although part of their software may be included in the MTOC to be described hereinafter.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.") |
| | Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic equations of the system, which, in the system of the invention, are included in the software of the MTOC.") |
| | Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.") |
| | Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a |

| '317 Patent Limitations | Villaret |
|---|---|
| | switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired position, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to |

| '317 Patent Limitations | Villaret |
|---|---|
| | all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.")<br><br>Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.")<br><br>Villaret at 5:51-52 ("FIG. 1 is a generic, schematic illustration of a robot to which the invention is applied;")<br><br>Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;")<br><br>Villaret at 5:56-59 ("FIG. 3 is a block diagram schematically illustrating the relationship of the Servo Controller (SC) and the Manual Teaching Operation Controller (MTOC) according to an embodiment of the invention; and")<br><br>Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.")<br><br>Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and |

| '317 Patent Limitations | Villaret |
|---|---|
| | are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.") <br><br> Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.") <br><br> Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.") <br><br> Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.") <br><br> Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a |

| '317 Patent Limitations | Villaret |
|---|---|
| | single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.")

Villaret at 7:10-11 ("For a given reference configuration, the payloads can be calculated as follows.")

Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.")

Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).") |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Villaret at 7:30-34 ("The reference torques, viz. the torques in the reference configuration, cam be calculated as follows. When entering the Teach mode, the last value of the payloads is kept. The system can then calculate the reference torques TR by using Equation (1): [Formula relied upon but not reproduced] wherein q varies from 1 to k.")<br><br>Villaret at 7:40-42 ("The displacement torque TD is the difference between the reference torque TR sensed by the SC and the actual torque TA, calculated as above, and is therefore, in principle:")<br><br>Villaret at 7:44 (Formula relied on but not reproduced.)<br><br>Villaret at 7:46-53 ("However, a low pass filter is applied to that value, so that the real equation is: [Formula relied upon but not reproduced] wherein a is an averaging number; TDi,n is the last value calculated and TDi,n+1 the next value.")<br><br>Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.")<br><br>Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:")<br><br>Villaret at 8:1 (Formula relied on but not reproduced.)<br><br>Villaret at 8:14-24 ("The invention has applications in robotics beyond the teaching process. One of them is the manual intervention during a robot work cycle. There are applications where pieces to be manipulated by the robot have changing positions, and the user must teach a reference position at the beginning of some or each cycle (for example, in welding applications). The operator will be able to easily teach the new reference position(s) using the system of the invention by physically moving the robot |

40

| '317 Patent Limitations | Villaret |
|---|---|
| | manually and without effort. In that way, cycle time is reduced, and no special skill is needed for operation.")<br><br>Villaret at 8:25-45 ("Further, the invention is useful in robot manual operation for recovery after a failure during working cycle. After such a failure, it is very common that recovery is done by manual operation; very often, the robot work cycle cannot be restarted from the position where the failure occurred, and manual operation is required to pull out the robot from the abnormal position. This manual operation is usually delicate, because failure mainly occurs when the robot is inside the most delicate area of the application. Most conventional robots use manual "Teach Pendant" in order to drive manually the robot back to a safe starting position. However, that manual operation is very tedious, because when using "Teach Pendant", the robot can be moved only along one axis at a time, i.e., only one actuator is moved at a time, or motion along one Cartesian axis only is effected at a time. Thus, the operator must frequently change the axis of movement in order to follow a strait path. Also, sometimes the robot must be moved along a specific direction that cannot be commanded using the "Teach Pendant" (for example, disengaging a screw which is not in the direction of the tool).")<br><br>Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")<br><br>Villaret at 8:51-56 ("Apart from the applications in robotics, the invention is useful in the operation of automatic machinery with servo control, for teaching positions, and for manual operation of an automatic system for loading, unloading, recovery after operation failure, system set-up, manual intervention during the work cycle, and so on.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.")<br><br>Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching,<br><br>characterized in that it further comprises the steps of:<br><br>a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position;<br><br>b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; |

| '317 Patent Limitations | Villaret |
|---|---|
| | c—calculating a displacement torque as the difference between said reference and said actual torque;<br><br>d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;<br><br>e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and<br><br>f—memorizing the teach position thus reached."<br><br>Villaret at Claim 11 ("11. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25, 32) is included in the Servo Controller (31).")<br><br>Villaret at Claim 12 ("12. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25,32) is external to the Servo Controller and interfaced with it.")<br><br>Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.")<br><br>Villaret at Claim 5 ("5. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25,32) continuously to calculate the payloads applied to the system.")<br><br>Villaret at Claim 6 ("6. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25, 32) to memorize the last values of the payloads, which has been calculated before the Teach mode is started, as reference values of the payloads.")<br><br>Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads, <br><br> characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.") <br><br> Villaret at Claim 9 ("9. Apparatus according to claim 8, further comprising memory means for memorizing the position of the arm that it is desired to teach.") <br><br> To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |
| [1C] an input/output ("I/O") interface for | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses |

| '317 Patent Limitations | Villaret |
|---|---|
| interfacing with an information network and disposed on the physical interface, the I/O interface being adapted to communicate with the computational node on the physical interface and at least one computational node disposed on at least one other module within the intelligent assist system wherein the I/O interface communicates with the computational node disposed on the other module via a common data link, and the I/O interface uses a digital communication protocol to communicate with the computational node on the other module via the common data link. | and/or renders obvious the claim element "an input/output ("I/O") interface for interfacing with an information network and disposed on the physical interface, the I/O interface being adapted to communicate with the computational node on the physical interface and at least one computational node disposed on at least one other module within the intelligent assist system wherein the I/O interface communicates with the computational node disposed on the other module via a common data link, and the I/O interface uses a digital communication protocol to communicate with the computational node on the other module via the common data link" [i.e. 1C].<br><br>See '317 patent limitations 1A, 1B.<br><br>See Villaret at FIGs. 1-4<br><br>Villaret at 1:13-17 ("This invention relates to a method and apparatus for programming an automatic machine, particularly but not exclusively a robot, and more particularly, for teaching a robot the operative positions and orientations of the robot manipulator arm, by a direct teaching method")<br><br>Villaret at 1:21-44 ("Computer operation of robots must be programmed by teaching them a cycle of operations and the positions and orientations in which the manipulator arm, which supports the tools for carrying out the desired operations and places them in the appropriate positions, carries out each operation. In view of the importance of teaching the robot in a precise manner and without excessive effort on the part of the operator, and further, of avoiding possible damages or danger resulting from unpredictable reactions of the robot, various methods have been developed in the art. One method involves guiding the robot indirectly by means of a pendant, which may comprise, e.g., three position control buttons and three orientation control buttons. Commands are given by means of the pendant and are fed into a computer to command movement of the arm by coordinate extrapolation and transformation. As soon as an operative position or orientation is reached, the position and orientation of the end of the robot arm in a coordinate system, which may be Cartesian or cylindrical, are memorized and become part of a program. The computer calculates a path between the points in the program. Instructions regarding the operations to be carried out at each point so defined and memorized, are separately given. Inventions of this kind are described, for instance, in U.S. Pat. Nos. 3,920,972 and 4,757,459.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")<br><br>Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the |

| '317 Patent Limitations | Villaret |
|---|---|
|  | following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3— The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")

Villaret at 2:57-60 ("Furthermore, this invention, though mainly directed to the teaching process, has applications in other phases of operation of robots or other machines, as will be explained hereinafter.")

Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of:

a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system;

b—when it is wished to carry out the teaching, placing the system in the Teach mode;

c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching; |

| '317 Patent Limitations | Villaret |
|---|---|
| | d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force;<br><br>e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque;<br><br>f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and<br><br>g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.")<br><br>Villaret at 3:29-31 ("In particular, the system is a robot and, more particularly, the arm that to which the external forces are applied is the manipulator arm.")<br><br>Villaret at 3:32-39 ("It will be understood that in a system of the kind considered, e.g. in a robot, the displacement of an arm generally produces displacements of other, sometimes of all, arms, due to the kinematic connections therebetween. Therefore the calculation of the actual and of the displacement torque and the displacement of the arm proportionally to this latter occur concurrently for all the arms, although the external forces are applied to one arm only.")<br><br>Villaret at 3:40-42 ("For a complete understanding of the invention, some facts, which are well known to skilled persons, regarding the operation of typical robots, should be recalled.")<br><br>Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU—determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that |

| '317 Patent Limitations | Villaret |
|---|---|
| | controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current provided to the corresponding motor. The Main Controller and the SC are present in a robot according to the invention as in the standard robots, although part of their software may be included in the MTOC to be described hereinafter.") <br><br> Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.") <br><br> Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic |

| '317 Patent Limitations | Villaret |
|---|---|
|  | equations of the system, which, in the system of the invention, are included in the software of the MTOC.")<br><br>Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.")<br><br>Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter |

| '317 Patent Limitations | Villaret |
|---|---|
| | explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.") <br><br> Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.") <br><br> Villaret at 5:51-52 ("FIG. 1 is a generic, schematic illustration of a robot to which the invention is applied;") <br><br> Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 5:56-59 ("FIG. 3 is a block diagram schematically illustrating the relationship of the Servo Controller (SC) and the Manual Teaching Operation Controller (MTOC) according to an embodiment of the invention; and")<br><br>Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.")<br><br>Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.")<br><br>Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.")<br><br>Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.")<br><br>Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding |

| '317 Patent Limitations | Villaret |
|---|---|
| | required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.")<br><br>Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.")<br><br>Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq |

| '317 Patent Limitations | Villaret |
| --- | --- |
| | are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.") <br><br> Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).") <br><br> Villaret at 7:30-34 ("The reference torques, viz. the torques in the reference configuration, cam be calculated as follows. When entering the Teach mode, the last value of the payloads is kept. The system can then calculate the reference torques TR by using Equation (1): [Formula relied upon but not reproduced] wherein q varies from 1 to k.") <br><br> Villaret at 7:40-42 ("The displacement torque TD is the difference between the reference torque TR sensed by the SC and the actual torque TA, calculated as above, and is therefore, in principle:") <br><br> Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.") <br><br> Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:") <br><br> Villaret at 8:14-24 ("The invention has applications in robotics beyond the teaching process. One of them is the manual intervention during a robot work cycle. There are applications where pieces to be manipulated by the robot have changing positions, and the user must teach a reference position at the beginning of some or each cycle (for example, in welding applications). The operator will be able to easily teach the new reference position(s) using the system of the invention by physically moving the robot |

| '317 Patent Limitations | Villaret |
|---|---|
| | manually and without effort. In that way, cycle time is reduced, and no special skill is needed for operation.") |
| | Villaret at 8:25-45 ("Further, the invention is useful in robot manual operation for recovery after a failure during working cycle. After such a failure, it is very common that recovery is done by manual operation; very often, the robot work cycle cannot be restarted from the position where the failure occurred, and manual operation is required to pull out the robot from the abnormal position. This manual operation is usually delicate, because failure mainly occurs when the robot is inside the most delicate area of the application. Most conventional robots use manual "Teach Pendant" in order to drive manually the robot back to a safe starting position. However, that manual operation is very tedious, because when using "Teach Pendant", the robot can be moved only along one axis at a time, i.e., only one actuator is moved at a time, or motion along one Cartesian axis only is effected at a time. Thus, the operator must frequently change the axis of movement in order to follow a strait path. Also, sometimes the robot must be moved along a specific direction that cannot be commanded using the "Teach Pendant" (for example, disengaging a screw which is not in the direction of the tool).") |
| | Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.") |
| | Villaret at 8:46-50 ("When using the system described in this patent application, the operator can move the robot in either direction, in an intuitive way, as if he were moving the arm without weight in a viscous fluid. The resulting movement may imply any combination of all axes of the robot.") |
| | Villaret at 8:51-56 ("Apart from the applications in robotics, the invention is useful in the operation of automatic machinery with servo control, for teaching positions, and for manual operation of an automatic |

| '317 Patent Limitations | Villaret |
|---|---|
| | system for loading, unloading, recovery after operation failure, system set-up, manual intervention during the work cycle, and so on.")<br><br>Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.")<br><br>Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching,<br><br>characterized in that it further comprises the steps of:<br><br>a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; |

| '317 Patent Limitations | Villaret |
|---|---|
| | b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force;

c—calculating a displacement torque as the difference between said reference and said actual torque;

d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;

e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and

f—memorizing the teach position thus reached."

Villaret at Claim 10 ("10. Apparatus according to claim 8, wherein the automatic system is a robot.")

Villaret at Claim 2 ("2. Method according to claim 1, wherein the automatic system is a robot.")

Villaret at Claim 3 ("3. Method according to claim 2, wherein the aim is the manipulator arm.)

Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.")

Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.")

Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the |

| '317 Patent Limitations | Villaret |
|---|---|
| | actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads, <br><br> characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.") <br><br> Villaret at Claim 9 ("9. Apparatus according to claim 8, further comprising memory means for memorizing the position of the arm that it is desired to teach.") <br><br> Villaret at 2:14-21 ("This invention has the purpose of eliminating the defects of the prior art robot teaching methods and apparatus, and to provide a direct teaching method and apparatus that is simple, permits to reach the desired positions and orientations with absolute accuracy, does not require the introduction of complicated and/or expensive structural components in the robot, reduces the operator's effort and eliminates any possibility of danger to him.") <br><br> To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

Exhibit 60 – Villaret

Exhibit 60 – Villaret

**'317 Patent Claim 2**

| '317 Patent Limitations | Villaret |
|---|---|
| 2. The hub of claim 1 wherein the programmable logic implements input/output communication functions. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the programmable logic implements input/output communication functions."<br><br>See '317 patent limitations 1B, 1C.<br><br>To the extent the Plaintiff contends that Villaret fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 3**

| '317 Patent Limitations | Villaret |
|---|---|
| 3. The hub of claim 1 wherein the programmable logic implements motion control algorithms. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element<br><br>See '317 patent limitation 1B.<br><br>See Villaret at FIGs. 1-4 |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")<br><br>Villaret at 1:13-17 ("This invention relates to a method and apparatus for programming an automatic machine, particularly but not exclusively a robot, and more particularly, for teaching a robot the operative positions and orientations of the robot manipulator arm, by a direct teaching method")<br><br>Villaret at 1:21-44 ("Computer operation of robots must be programmed by teaching them a cycle of operations and the positions and orientations in which the manipulator arm, which supports the tools for carrying out the desired operations and places them in the appropriate positions, carries out each operation. In view of the importance of teaching the robot in a precise manner and without excessive effort on the part of the operator, and further, of avoiding possible damages or danger resulting from unpredictable reactions of the robot, various methods have been developed in the art. One method involves guiding the robot indirectly by means of a pendant, which may comprise, e.g., three position control buttons and three orientation control buttons. Commands are given by means of the pendant and are fed into a computer to command movement of the arm by coordinate extrapolation and transformation. As soon as an operative position or orientation is reached, the position and orientation of the end of the robot arm in a coordinate system, which may be Cartesian or cylindrical, are memorized and become part of a program. The computer calculates a path between the points in the program. Instructions regarding the operations to be |

| '317 Patent Limitations | Villaret |
|---|---|
| | carried out at each point so defined and memorized, are separately given. Inventions of this kind are described, for instance, in U.S. Pat. Nos. 3,920,972 and 4,757,459.")<br><br>Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")<br><br>Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")<br><br>Villaret at 2:14-21 ("This invention has the purpose of eliminating the defects of the prior art robot teaching methods and apparatus, and to provide a direct teaching method and apparatus that is simple, permits to reach the desired positions and orientations with absolute accuracy, does not require the |

| '317 Patent Limitations | Villaret |
|---|---|
| | introduction of complicated and/or expensive structural components in the robot, reduces the operator's effort and eliminates any possibility of danger to him.")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3—The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")<br><br>Villaret at 2:57-60 ("Furthermore, this invention, though mainly directed to the teaching process, has applications in other phases of operation of robots or other machines, as will be explained hereinafter.")<br><br>Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of: |

| '317 Patent Limitations | Villaret |
|---|---|
| | a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system; <br><br> b—when it is wished to carry out the teaching, placing the system in the Teach mode; <br><br> c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching; <br><br> d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force; <br><br> e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque; <br><br> f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and <br><br> g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.") <br><br> Villaret at 3:29-31 ("In particular, the system is a robot and, more particularly, the arm that to which the external forces are applied is the manipulator arm.") <br><br> Villaret at 3:32-39 ("It will be understood that in a system of the kind considered, e.g. in a robot, the displacement of an arm generally produces displacements of other, sometimes of all, arms, due to the kinematic connections therebetween. Therefore the calculation of the actual and of the displacement torque and the displacement of the arm proportionally to this latter occur concurrently for all the arms, although the external forces are applied to one arm only.") |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 3:40-42 ("For a complete understanding of the invention, some facts, which are well known to skilled persons, regarding the operation of typical robots, should be recalled.") <br><br> Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU—determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current provided to the corresponding motor. The Main Controller and the SC are present in a robot according to the invention as in the standard robots, although part of their software may be included in the MTOC to be described hereinafter.") <br><br> Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic equations of the system, which, in the system of the invention, are included in the software of the MTOC.")

Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.")

Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a |

| '317 Patent Limitations | Villaret |
|---|---|
| | change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.")

Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 5:51-52 ("FIG. 1 is a generic, schematic illustration of a robot to which the invention is applied;")<br><br>Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;")<br><br>Villaret at 5:56-59 ("FIG. 3 is a block diagram schematically illustrating the relationship of the Servo Controller (SC) and the Manual Teaching Operation Controller (MTOC) according to an embodiment of the invention; and")<br><br>Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.")<br><br>Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.")<br><br>Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding |

| '317 Patent Limitations | Villaret |
|---|---|
|  | required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.")<br><br>Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.")<br><br>Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq |

| '317 Patent Limitations | Villaret |
|---|---|
| | are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.")

Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).")

Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:")

Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")

Villaret at 8:14-24 ("The invention has applications in robotics beyond the teaching process. One of them is the manual intervention during a robot work cycle. There are applications where pieces to be manipulated by the robot have changing positions, and the user must teach a reference position at the beginning of some or each cycle (for example, in welding applications). The operator will be able to easily teach the new reference position(s) using the system of the invention by physically moving the robot manually and without effort. In that way, cycle time is reduced, and no special skill is needed for operation.")

Villaret at 8:25-45 ("Further, the invention is useful in robot manual operation for recovery after a failure during working cycle. After such a failure, it is very common that recovery is done by manual operation; very often, the robot work cycle cannot be restarted from the position where the failure occurred, and |

| '317 Patent Limitations | Villaret |
| --- | --- |
| | manual operation is required to pull out the robot from the abnormal position. This manual operation is usually delicate, because failure mainly occurs when the robot is inside the most delicate area of the application. Most conventional robots use manual "Teach Pendant" in order to drive manually the robot back to a safe starting position. However, that manual operation is very tedious, because when using "Teach Pendant", the robot can be moved only along one axis at a time, i.e., only one actuator is moved at a time, or motion along one Cartesian axis only is effected at a time. Thus, the operator must frequently change the axis of movement in order to follow a strait path. Also, sometimes the robot must be moved along a specific direction that cannot be commanded using the "Teach Pendant" (for example, disengaging a screw which is not in the direction of the tool).")<br><br>Villaret at 8:46-50 ("When using the system described in this patent application, the operator can move the robot in either direction, in an intuitive way, as if he were moving the arm without weight in a viscous fluid. The resulting movement may imply any combination of all axes of the robot.")<br><br>Villaret at 8:51-56 ("Apart from the applications in robotics, the invention is useful in the operation of automatic machinery with servo control, for teaching positions, and for manual operation of an automatic system for loading, unloading, recovery after operation failure, system set-up, manual intervention during the work cycle, and so on.")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching,<br><br>characterized in that it further comprises the steps of:<br><br>a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; |

| '317 Patent Limitations | Villaret |
|---|---|
| | b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force;<br><br>c—calculating a displacement torque as the difference between said reference and said actual torque;<br><br>d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;<br><br>e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and<br><br>f—memorizing the teach position thus reached."<br><br>Villaret at Claim 2 ("2. Method according to claim 1, wherein the automatic system is a robot.")<br><br>Villaret at Claim 3 ("3. Method according to claim 2, wherein the aim is the manipulator arm.)<br><br>Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads,<br><br>characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.") <br><br> Villaret at Claim 9 ("9. Apparatus according to claim 8, further comprising memory means for memorizing the position of the arm that it is desired to teach.") <br><br> Villaret at Claim 10 ("10. Apparatus according to claim 8, wherein the automatic system is a robot.") <br><br> To the extent the Plaintiff contends that Villaret fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 4**

| '317 Patent Limitations | Villaret |
|---|---|
| 4. The hub of claim 1 wherein the I/O interface provides communication to a plurality of sensors. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element <br><br> See '317 patent limitation 1C. <br><br> See Villaret at FIGs. 1, 2, 4 |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")<br><br>Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")<br><br>Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often |

| '317 Patent Limitations | Villaret |
| --- | --- |
| | inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3—The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")<br><br>Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of: |

| '317 Patent Limitations | Villaret |
|---|---|
| | a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system;<br><br>b—when it is wished to carry out the teaching, placing the system in the Teach mode;<br><br>c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching;<br><br>d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force;<br><br>e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque;<br><br>f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and<br><br>g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.")<br><br>Villaret at 3:29-31 ("In particular, the system is a robot and, more particularly, the arm that to which the external forces are applied is the manipulator arm.")<br><br>Villaret at 3:32-39 ("It will be understood that in a system of the kind considered, e.g. in a robot, the displacement of an arm generally produces displacements of other, sometimes of all, arms, due to the kinematic connections therebetween. Therefore the calculation of the actual and of the displacement torque and the displacement of the arm proportionally to this latter occur concurrently for all the arms, although the external forces are applied to one arm only.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU—determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current provided to the corresponding motor. The Main Controller and the SC are present in a robot according to the invention as in the standard robots, although part of their software may be included in the MTOC to be described hereinafter.")<br><br>Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.")<br><br>Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, |

| '317 Patent Limitations | Villaret |
|---|---|
| | and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic equations of the system, which, in the system of the invention, are included in the software of the MTOC.")<br><br>Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.")<br><br>Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to |

| '317 Patent Limitations | Villaret |
|---|---|
| | the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.") <br><br> Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.") <br><br> Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;") <br><br> Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.") |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.")<br><br>Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.")<br><br>Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.")<br><br>Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.") |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.")<br><br>Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.")<br><br>Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).") |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Villaret at 7:30-34 ("The reference torques, viz. the torques in the reference configuration, cam be calculated as follows. When entering the Teach mode, the last value of the payloads is kept. The system can then calculate the reference torques TR by using Equation (1): [Formula relied upon but not reproduced] wherein q varies from 1 to k.")<br><br>Villaret at 7:40-42 ("The displacement torque TD is the difference between the reference torque TR sensed by the SC and the actual torque TA, calculated as above, and is therefore, in principle:")<br><br>Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.")<br><br>Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:")<br><br>Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")<br><br>Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the |

| '317 Patent Limitations | Villaret |
|---|---|
|  | Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching,<br><br>characterized in that it further comprises the steps of:<br><br>a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position;<br><br>b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force;<br><br>c—calculating a displacement torque as the difference between said reference and said actual torque;<br><br>d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;<br><br>e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and<br><br>f—memorizing the teach position thus reached."<br><br>Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.")<br><br>Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.")<br><br>Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the |

| '317 Patent Limitations | Villaret |
|---|---|
| | actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads, |
| | characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.") |
| | To the extent the Plaintiff contends that Villaret fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 5**

| '317 Patent Limitations | Villaret |
|---|---|
| 5. The hub of claim 1 wherein the I/O interface provides input from an intent sensor. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface provides input from an intent sensor."<br><br>See '317 patent limitation 1C.<br><br>See Villaret at FIGs. 1, 2, 4<br><br>Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.")<br><br>Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said |

| '317 Patent Limitations | Villaret |
|---|---|
|  | arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")<br><br>Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")<br><br>Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3—The mechanical model and mechanical equations of the robot system are known. This invention can be applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a |

| '317 Patent Limitations | Villaret |
|---|---|
|  | servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.") |
|  | Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of: |
|  | a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system; |
|  | b—when it is wished to carry out the teaching, placing the system in the Teach mode; |
|  | c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching; |
|  | d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force; |
|  | e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque; |
|  | f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and |
|  | g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.") |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 3:29-31 ("In particular, the system is a robot and, more particularly, the arm that to which the external forces are applied is the manipulator arm.") |
| | Villaret at 3:32-39 ("It will be understood that in a system of the kind considered, e.g. in a robot, the displacement of an arm generally produces displacements of other, sometimes of all, arms, due to the kinematic connections therebetween. Therefore the calculation of the actual and of the displacement torque and the displacement of the arm proportionally to this latter occur concurrently for all the arms, although the external forces are applied to one arm only.") |
| | Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU—determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current provided to the corresponding motor. The Main Controller and the SC are present in a robot according to the invention as in the standard robots, although part of their software may be included in the MTOC to be described hereinafter.") |
| | Villaret at 4:1-18 ("However, in addition to the aforesaid standard devices, a Manual Teaching Operation Controller, hereinafter "MTOC", is provided in a robot according to the invention. The MTOC is an electronic system, that can be included in the SC or can be external to it and use some communication means to interface with SC. When the system has been switched to the Teach mode, the MTOC is capable of sensing any change in the torque applied to each motor, and therefore in the current fed to it, in order to compensate for any external force applied to the corresponding arm, to translate said change to a proportional displacement, and to send a command to the Main Controller to activate, through one or more |

88

| '317 Patent Limitations | Villaret |
|---|---|
| | motors, a new command position which is different from the previous command position by the said displacement. In order to determine the sign or direction of the displacement torque, to which the arm displacement is proportional, it is to be noted that said torque is equal to the reference torque minus the actual torque.")<br><br>Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic equations of the system, which, in the system of the invention, are included in the software of the MTOC.")<br><br>Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.")<br><br>Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would |

| '317 Patent Limitations | Villaret |
|---|---|
|  | maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.")<br><br>Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for |

| '317 Patent Limitations | Villaret |
|---|---|
| | requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.")<br><br>Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;")<br><br>Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.")<br><br>Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.")<br><br>Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.")<br><br>Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.")<br><br>Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary |

| '317 Patent Limitations | Villaret |
|---|---|
| | of the Invention, to determine the torque corresponding to the operator's action and the corresponding required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.") |
| | |
| | Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputed to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.") |
| | |
| | Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq |

| '317 Patent Limitations | Villaret |
|---|---|
| | are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.")<br><br>Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).")<br><br>Villaret at 7:30-34 ("The reference torques, viz. the torques in the reference configuration, cam be calculated as follows. When entering the Teach mode, the last value of the payloads is kept. The system can then calculate the reference torques TR by using Equation (1): [Formula relied upon but not reproduced] wherein q varies from 1 to k.")<br><br>Villaret at 7:40-42 ("The displacement torque TD is the difference between the reference torque TR sensed by the SC and the actual torque TA, calculated as above, and is therefore, in principle:")<br><br>Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.")<br><br>Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:")<br><br>Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed |

| '317 Patent Limitations | Villaret |
|---|---|
| | by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")<br><br>Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching,<br><br>characterized in that it further comprises the steps of:<br><br>a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position;<br><br>b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force;<br><br>c—calculating a displacement torque as the difference between said reference and said actual torque;<br><br>d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;<br><br>e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and<br><br>f—memorizing the teach position thus reached." |

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.") <br><br> Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.") <br><br> Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads, <br><br> characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.") <br><br> To the extent the Plaintiff contends that Villaret fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation.  A person of ordinary skill in the art would have been motivated to combine |

| '317 Patent Limitations | Villaret |
|---|---|
| | this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

**'317 Patent Claim 6**

| '317 Patent Limitations | Villaret |
|---|---|
| 6. The hub of claim 1 wherein the I/O interface provides control outputs to actuators. | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, this reference discloses and/or renders obvious the claim element "wherein the I/O interface provides control outputs to actuators."<br><br>See '317 patent limitation 1C.<br><br>See Villaret at FIGs. 1-4<br><br>Villaret at Abstract ("A method for the direct teaching of automatic machinery systems, comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, which comprises the steps of: (a) placing the system in a reference configuration, equilibrating its arms, and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position; (b) when it is wished to carry out the teaching, placing the system in the Teach mode; (c) applying an external force to an arm of the system in the direction desired for the purpose of the teaching; (d) for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force; (e) calculating a displacement torque as the difference between said reference and said actual torque; (f) causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and (g) repeating the above operations c to f by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached.") |

Exhibit 60 – Villaret

| '317 Patent Limitations | Villaret |
|---|---|
| | Villaret at 1:13-17 ("This invention relates to a method and apparatus for programming an automatic machine, particularly but not exclusively a robot, and more particularly, for teaching a robot the operative positions and orientations of the robot manipulator arm, by a direct teaching method")<br><br>Villaret at 1:21-44 ("Computer operation of robots must be programmed by teaching them a cycle of operations and the positions and orientations in which the manipulator arm, which supports the tools for carrying out the desired operations and places them in the appropriate positions, carries out each operation. In view of the importance of teaching the robot in a precise manner and without excessive effort on the part of the operator, and further, of avoiding possible damages or danger resulting from unpredictable reactions of the robot, various methods have been developed in the art. One method involves guiding the robot indirectly by means of a pendant, which may comprise, e.g., three position control buttons and three orientation control buttons. Commands are given by means of the pendant and are fed into a computer to command movement of the arm by coordinate extrapolation and transformation. As soon as an operative position or orientation is reached, the position and orientation of the end of the robot arm in a coordinate system, which may be Cartesian or cylindrical, are memorized and become part of a program. The computer calculates a path between the points in the program. Instructions regarding the operations to be carried out at each point so defined and memorized, are separately given. Inventions of this kind are described, for instance, in U.S. Pat. Nos. 3,920,972 and 4,757,459.")<br><br>Villaret at 1:45-65 ("Another method of teaching is the so-called "direct" teaching, in which the operator directly leads the end of the manipulator arm to the desired locations and the coordinates of said locations are memorized Direct teaching is described, for instance, in U.S. Pat. Nos. 5,051,675, 5,103,149 and. 5,363,475. U.S. Pat. No. 5,051,675 discloses a system in which the power lines for the electric motors driving the moving arm are cut off in the teaching mode. U.S. Pat. No. 5,103,149 discloses breaking means provided in the servo driver for breaking a current generated by the electric motor when the motor is rotated in response to the teaching operation, so as not to flow into the servo driver, to reduce the force which the instructor must use to move the robot arm during teaching. U.S. Pat. No. 5,363,474 discloses a system for controlling industrial robots which comprises sensor means for detecting the amount of external force applied from the forward end of the manipulator arm, means for controlling a driving force of said |

| '317 Patent Limitations | Villaret |
|---|---|
| | arm in accordance with the amount of external force detected by said sensor means, and emergency cut-off means for cutting off the supply of said driving force in an emergency.")

Villaret at 1:66-2:13 ("All of the above systems, however, are not fully satisfactory. Either they do not reduce the force to be exerted by the instructor or reduce it only to an insufficient degree, and/or they render the servo system totally or partially inactive during teaching, which is undesirable and may even be dangerous, and/or they require complicated and expensive mechanisms. Further, generally they do not permit to position the robot arm with complete accuracy, so that the memorized coordinates are often inaccurate. This is due to the facts that: a) if the motors are left inactive, the operator must equilibrate by his own effort the arm and payload weights—if he discontinues this effort, the arms or the whole robot may collapse and thus cause a danger; b) the friction of the gears, and particularly the transition from static to dynamic friction, makes it more difficult to move the arms precisely.")

Villaret at 2:14-21 ("This invention has the purpose of eliminating the defects of the prior art robot teaching methods and apparatus, and to provide a direct teaching method and apparatus that is simple, permits to reach the desired positions and orientations with absolute accuracy, does not require the introduction of complicated and/or expensive structural components in the robot, reduces the operator's effort and eliminates any possibility of danger to him.")

Villaret at 2:25-56 ("It should be understood that the invention applies to any automatic machine or automatic mechanical system that can be "taught", viz. programmed to carry out a desired series of work stages by defining a succession of geometric stages, generally defined by positions and orientations, and a series of operations to be carried out in said geometric stages. However, for the sake of illustration, reference will be made to robots, which are typical automatic machines to which the invention is applicable. Robots are constituted by a plurality of elements, hereinafter generally "arms", that are connected to one another, generally by pivots, to form a kinematic chain. They have, among others, the following three features: 1—They comprise actuators—"actuator" meaning herein an electrical motor which can cause relative motion of two arms, generally about the pivot joining them—which actuators produce torques that can be calculated from the variables of the robot control loop; 2—Their mechanical system is reversible, viz. if a load is applied to an arm, it can be sensed on the corresponding actuator; 3—The mechanical model and mechanical equations of the robot system are known. This invention can be |

| '317 Patent Limitations | Villaret |
|---|---|
| | applied not only to robots, but to any automatic machine that has the same three features, with modifications (if any) that persons skilled in the art will have no difficulty in understanding. Examples of such machines are: a) cranes for heavy material handling, wherein a servo system will keep the payload still, until the Direct Teach system of the invention is activated by the user, and allows to balance the payload without effort; b) laser cutting machines, wherein a metal sheet is placed on a table driven by a servo system, and the positions and points of the cutting trajectory can be taught using the Direct Teach system of the invention.")<br><br>Villaret at 2:57-60 ("Furthermore, this invention, though mainly directed to the teaching process, has applications in other phases of operation of robots or other machines, as will be explained hereinafter.")<br><br>Villaret at 2:61-3:28 ("The teaching method according to the invention, as applied to a system that comprises a number of relatively movable elements (hereinafter "arms") and of actuators for holding said elements in a given position against payloads and moving them to operative positions, whenever desired, essentially comprises the steps of:<br><br>a—placing the system in a configuration, that will be called "the reference or starting configuration", equilibrating its arms, and memorizing for each arm what will be called "the reference torque", viz. the equilibrating torque that must be produced by the corresponding motor to maintain the arm in its reference position, viz. in its position in the reference configuration of the system;<br><br>b—when it is wished to carry out the teaching, placing the system in the Teach mode;<br><br>c—manually applying an external force to an arm of the system in the direction desired for the purpose of the teaching;<br><br>d—for each arm, determining what will be called "the actual torque", viz. the torque that would have to be applied by the motor, according to the mechanical equations of the system, to maintain the arm in its reference position in spite of the application of said external force; |

| '317 Patent Limitations | Villaret |
|---|---|
| | e—calculating what will be called "the displacement torque", viz. the difference between said reference and said actual torque;

f—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it; and

g—repeating the above operations c- to f- by the successive application of an external force, until the position that it is desired to teach has been reached.")

Villaret at 3:29-31 ("In particular, the system is a robot and, more particularly, the arm that to which the external forces are applied is the manipulator arm.")

Villaret at 3:32-39 ("It will be understood that in a system of the kind considered, e.g. in a robot, the displacement of an arm generally produces displacements of other, sometimes of all, arms, due to the kinematic connections therebetween. Therefore the calculation of the actual and of the displacement torque and the displacement of the arm proportionally to this latter occur concurrently for all the arms, although the external forces are applied to one arm only.")

Villaret at 3:40-42 ("For a complete understanding of the invention, some facts, which are well known to skilled persons, regarding the operation of typical robots, should be recalled.")

Villaret at 3:43-66 ("A typical robot comprises a number of movable arms which are controlled by motors, typically by means of reduction gears and a position feedback sensors. A Main Controller—a CPU— determines the position of each arm and its displacement, when desired, from one position to another, by issuing a corresponding "command position" ("command position" is the expression by which a command to assume a position is commonly designated in the art and will be designated hereinafter). The typical robot also includes a Servo Controller (hereinafter, briefly, "SC"), which is an electronic system that controls the movements of the arms, by controlling the current supplied to the actuators. The Main Controller sends its command positions to the SC, which executes them by varying the current supplied to the actuators. Further, when a force is applied to an arm which would tend to move it from its position as fixed by the Main Controller, the SC is capable of compensating such a force and maintaining the arm in said position by providing an equilibrating torque to the arm through an appropriate change of the current |

Exhibit 60 – Villaret

| '508 Patent Limitations | Villaret |
|---|---|
| | Villaret at 4:19-32 ("When the robot is not carrying out any work, it should be maintained in an equilibrium condition. Even then, it is subjected to payloads, at least to the weight of its various parts, and if no current were fed to the motors, the arms would be free to move according to any degree of liberty permitted by each joint (e.g., one degree of liberty for a pivot, three degrees of liberty for a universal joint, and so on), and—one might say—the robot would collapse. However, sufficient current is fed by the actuators controlled by the SC, to produce equilibrating torques which prevent motion of the arms about their joints. The relationship between the payloads and the torques is determined by the mechanic equations of the system, which, in the system of the invention, are included in the software of the MTOC.")<br><br>Villaret at 4:33-39 ("The MTOC comprises a software that calculates the payloads using a) as input values, the actual torques outputted by the SC in order to equilibrate payloads and arms; b) the mechanical equations of the system. This software is activated continuously before starting a Direct Teach session, so that payload values are always ready and available when the Teach mode is activated.")<br><br>Villaret at 4:40-5:30 ("Now, in the process of the invention, the robot is initially placed in the reference configuration, wherein it is in equilibrium and all actuator outputs are such as will balance the payloads. When the teaching starts, the operator will place the robot in the Teach mode, usually by operating a switch, as will be hereinafter explained. At this moment, the last values of the payloads, which has been calculated before the Teach mode is started—the "reference values of the payloads"—are memorized in the MTOC software. The operator then manually applies an external force to an arm, generally the manipulator arm, which tends to displace said arm in a desired direction, and generally other arms as well, due to the kinematic connections between arms. The SC would act, when the robot is in a static configuration, to equilibrate the additional payloads and maintain the arm in its position, by changing the torque applied by the respective motor according to the mechanical equations of the system. According to the invention, it will transmit to the MTOC the values of the torque—the "actual torque"—that would maintain said arm in its position, and the MTOC will calculate the displacement torque and the corresponding displacement and request from the Main Controller a new command position differing from the previous one by said displacement. This will occur for each arm and each degree of liberty affected by the application of the external force. Let us consider a single degree of liberty, e.g. a rotation about a single pivot. To prevent a displacement according to said degree of liberty, e.g. a rotation about said pivot, a |

| '508 Patent Limitations | Villaret |
|---|---|
| | change in the output of the actuator which controls said degree of liberty would be required. The torque that would be generated by said motor, if the change had been effected, is the actual torque. The difference between the reference torque, which existed when the system was in its reference configuration and which has been memorized, and the actual torque, represents the displacement torque. Now, the MTOC send to the SC a request to change the command position in the direction of said displacement torque and to an amount proportional to said torque, with the additional of an acceleration compensation, as hereinafter explained, and, as the result of the new command position, the arm will be displaced in the direction determined by the force applied by the operator and by an amount corresponding to it. However, after this displacement, the operator will still apply a force to the arm and the same actions will be repeated, leading to a further change in the command position and a further arm displacement; and so on. When the arm has reached the final position desired by the operator, this latter will cease to apply to apply a force to it, the command position will no longer be changed, and the arm will remain in equilibrium in said final position. The motion of the arm will therefore occur by increments, but these are so small that they are not sensed by the operator and the arm appears to move continuously from its reference position in the direction in which the operator pushes it. Of course, what has been said about one degree of liberty of an arm applies to all degrees of liberties of all arms that are kinematically connected and concurrently influenced by the force applied by the operator e.g. to the manipulator arm.")<br><br>Villaret at 5:31-47 ("The invention consequently includes and apparatus for the direct teaching of automatic machinery systems comprising a plurality of arms and of corresponding actuators for equilibrating the arms against payloads and displacing them to operative positions, when desired, and further comprising a Main Controller and an SC, characterized in that it additionally comprises means for placing the system in a Teach mode and a MTOC, which MTOC comprises means for reading from the system memory the reference torques, for receiving from the SC, when an external force is applied to an arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque and the corresponding displacement, and means for requesting from the SC a new command position differing from the previous one by an amount proportional to and having the direction of said displacement torque.")<br><br>Villaret at 5:49 ("BRIEF DESCRIPTION OF THE DRAWINGS") |

766

| '508 Patent Limitations | Villaret |
|---|---|
| | Villaret at 5:50 ("In the drawings:") |

Villaret at 5:51-52 ("FIG. 1 is a generic, schematic illustration of a robot to which the invention is applied;")

Villaret at 5:53-55 ("FIG. 2 is a block diagram schematically illustrating the electronic components of a robot according to an embodiment of the invention;")

Villaret at 5:56-59 ("FIG. 3 is a block diagram schematically illustrating the relationship of the Servo Controller (SC) and the Manual Teaching Operation Controller (MTOC) according to an embodiment of the invention; and")

Villaret at 5:60 ("FIG. 4 is an MTOC Software Flow Chart.")

Villaret at 5:62-63 ("DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS")

Villaret at 5:65-6:14 ("FIG. 1 schematically illustrates a robot embodying the invention. The robot schematically illustrated therein has only three arms, 11, 12 and 13, fixed on a base 10. Arm 13 is rotatable about arm 12, arm 12 is rotatable about arm 11 and arm 11 is rotatable about base 10 through pivot connections. A payload 14 is applied to arm 13. Motors 15, 16 and 17 control the relative motions of the arms. In order to carry out the invention, handles 20 and 21 are fixed to arms 11 and 13 respectively, and are actuated by the operator. Switches 22 and 23, actuatable by the operator, are respectively connected to the MTOC 25, which is connected by an interface or is integrated with the Main Controller and SC 26, which in themselves are conventional components, and which, for the sake of simplicity, are indicated in the drawing as one block. Dead Man switch 23, when actuated, places the robot in the Teach mode, while the switch 24 causes the positions of the robot arms to be recorded.")

Villaret at 6:15-24 ("FIG. 2 is a block diagram generally illustrating the electronic apparatus which controls the robot according to an embodiment of the invention. The Main Controller 30 and the SC 31 are essentially the same as in standard robots, while the MTOC 32 is added in the apparatus according to the invention. In ordinary operation, not in the Teach mode, the SC transmits torque values and position values

| '508 Patent Limitations | Villaret |
|---|---|
| | at 33 and 34 respectively to the Main Controller and receives from it command positions at 35. The SC receives input from the encoders at 36 and outputs current values to the motors at 37.")<br><br>Villaret at 6:25-29 ("When the teaching operation is to be carried out, a Dead Man switch or a plurality of such switches 38 is actuated and the MTOC begins to operate, without interfering with the normal operative capacities of the Main Controller and of the SC.")<br><br>Villaret at 6:30-43 ("Now, torque and position values are transmitted from the Main Controller to the MTOC. The Main Controller compares reference and actual torques, in the way described in the Summary of the Invention, to determine the torque corresponding to the operator's action and the corresponding required position change, and transmits to the Main Controller a request to effect the corresponding command position change. In a variant of the above described operation, position values may be transferred directly from the SC to the MTOC, this being indicated in broken lines in the diagram. Once the robot arms have reached the desired position, the Teaching process is terminated by operating a record switch or switches 39 to cause the said positions to be memorized.")<br><br>Villaret at 6:44-7:9 ("FIG. 3 is a block diagram illustrating the relationship between, on the one hand, the Main Controller and the SC, shown in this drawing as a single block, and on the other hand, the MTOC, according to an embodiment of the invention. In the diagram, the Main Controller-SC block and the MTOC are illustrated as separate and interconnected, but, as has been said, they could be integrated into a single unit. Also, the mechanic equations of the system are assumed to be stored in the MTOC, while in standard machines they will be stored in the Main Controller. The operation of the MTOC is summarized by the MTOC Software Flow Chart of FIG. 4, which is self-explanatory. The reference torques, which are stored in the apparatus memory, are transmitted at 41 from the system equations 40 and compared at 42 with the actual torques outputted to the motors by the servo amplifier 51 and transmitted at 43 from the motors. The reference torque value is deduced from position and payload values. Position values are received from the encoder device and payload values have been calculated before beginning the Direct Teach session, as hereinbefore explained. All the calculations are done by using the system equations. Since the reference torque is dependent on position, it is constantly recalculated in order to provide continuously updated values. The resulting difference of the actual and reference torques, which is the displacement torque, indicated at 44, is transformed by a transfer function 45 to a position increment 46, |

| '508 Patent Limitations | Villaret |
|---|---|
| | and this, combined at 47 with the existing command position 48, produces a modified command position 49, which is compared with the actual position as read from the encoder 36. The difference is then translated, through transfer function F(p) 50 and amplifier 51, to an actual torque that will move the motor toward the new desired position.")

Villaret at 7:10-11 ("For a given reference configuration, the payloads can be calculated as follows.")

Villaret at 7:12-23 ("The general equation for the torques at motor m will be: [Formula relied upon but not reproduced] wherein Pq is the qth payload, q varying from 1 to k; Tm is the torque applied to the mth arm of the system, m varying from 1 to n; jn are the angles of the joints (pivots) between arms; Fm and Gmq are functions that represent the mechanical system, and their form is determined from a mechanical analysis which results in the System Equations as is done in robots according to the prior art.")

Villaret at 7:24-29 ("Since the MTOC continuously receives as input from the SC the actual torques of the system, the k payloads can be calculated, for a given position of the system, by choosing k equations among the n equations (1) (assuming k<n, which implies that the number of payloads is smaller than the number of arms).")

Villaret at 7:30-34 ("The reference torques, viz. the torques in the reference configuration, cam be calculated as follows. When entering the Teach mode, the last value of the payloads is kept. The system can then calculate the reference torques TR by using Equation (1): [Formula relied upon but not reproduced] wherein q varies from 1 to k.")

Villaret at 7:40-42 ("The displacement torque TD is the difference between the reference torque TR sensed by the SC and the actual torque TA, calculated as above, and is therefore, in principle:")

Villaret at 7:44 (Formula relied on but not reproduced.)

Villaret at 7:46-53 ("However, a low pass filter is applied to that value, so that the real equation is: [Formula relied upon but not reproduced] wherein a is an averaging number; TDi,n is the last value calculated and TDi,n+1 the next value.") |

Exhibit 60 – Villaret

| '508 Patent Limitations | Villaret |
|---|---|
| | Villaret at 7:54-60 ("Any kind of low pass filter can be used. The role of the low pass filter is to take into account abrupt changes in actual torque values that can be due either to noise or to operator induced vibrations. Through a low pass filter, as is well known, a variable is replaced by its average value during a given period of time, the length of which corresponds to the degree of smoothing desired.")<br><br>Villaret at 7:61-67 ("The command position is changed in the direction of the displacement torque in the following way: [Formula relied upon but not reproduced] wherein Ji is the angle between arms i and i+1 and dJi is the (positive or negative) increment thereof:")<br><br>Villaret at 8:1 (Formula relied on but not reproduced.)<br><br>Villaret at 8:3-13 ("Proportional parameter Ki,1 defines the speed obtained for a given pressure, viz. the sensitivity of the system to the push forces applied by the operator. Its value is determined empirically, starting from zero and increasing it until a smoothly sensitive behavior of the system is obtained. Parameter Ki,2 is an acceleration compensation parameter, that is also empirically set. When K1 has too large a value, an oscillating behavior of the arm is observed. Said oscillating behavior can be suppressed by increasing the value of K2. This permits to increase the value of K1 and thus the sensitivity of the system.")<br><br>Villaret at 8:14-24 ("The invention has applications in robotics beyond the teaching process. One of them is the manual intervention during a robot work cycle. There are applications where pieces to be manipulated by the robot have changing positions, and the user must teach a reference position at the beginning of some or each cycle (for example, in welding applications). The operator will be able to easily teach the new reference position(s) using the system of the invention by physically moving the robot manually and without effort. In that way, cycle time is reduced, and no special skill is needed for operation.")<br><br>Villaret at 8:25-45 ("Further, the invention is useful in robot manual operation for recovery after a failure during working cycle. After such a failure, it is very common that recovery is done by manual operation; very often, the robot work cycle cannot be restarted from the position where the failure occurred, and manual operation is required to pull out the robot from the abnormal position. This manual operation is |

| '508 Patent Limitations | Villaret |
|---|---|
| | usually delicate, because failure mainly occurs when the robot is inside the most delicate area of the application. Most conventional robots use manual "Teach Pendant" in order to drive manually the robot back to a safe starting position. However, that manual operation is very tedious, because when using "Teach Pendant", the robot can be moved only along one axis at a time, i.e., only one actuator is moved at a time, or motion along one Cartesian axis only is effected at a time. Thus, the operator must frequently change the axis of movement in order to follow a strait path. Also, sometimes the robot must be moved along a specific direction that cannot be commanded using the "Teach Pendant" (for example, disengaging a screw which is not in the direction of the tool).")<br><br>Villaret at 8:46-50 ("When using the system described in this patent application, the operator can move the robot in either direction, in an intuitive way, as if he were moving the arm without weight in a viscous fluid. The resulting movement may imply any combination of all axes of the robot.")<br><br>Villaret at 8:51-56 ("Apart from the applications in robotics, the invention is useful in the operation of automatic machinery with servo control, for teaching positions, and for manual operation of an automatic system for loading, unloading, recovery after operation failure, system set-up, manual intervention during the work cycle, and so on.")<br><br>Villaret at 8:57-61 ("All the above mentioned operations are in reality non-routine teaching processes and the invention is applicable to them without any change. Servo Controllers are well known in the art: reference can be made, e.g., to "D.C. Motors Speed Controls. Servo Systems" by Electrocraft Corp.")<br><br>Villaret at 8:62-67 ("While specific embodiments of the invention have been described by way of illustration, it will be understood that they are not limitative and that the invention may be carried into practice with many modifications, variations and adaptations, without departing from its spirit or exceeding the scope of the claims.")<br><br>Villaret at 9:1 ("What is claimed is:")<br><br>Villaret at Claim 1 ("1. Method for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13) and of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, which comprises, placing the system in the |

| '508 Patent Limitations | Villaret |
|---|---|
| | Teach mode when it is wished to carry out the teaching and applying an external force in the direction desired for the purpose of the teaching,<br><br>characterized in that it further comprises the steps of:<br><br>a—placing the system in a reference configuration and memorizing for each arm the reference torque to be produced by the corresponding motor to maintain the arm in its reference position;<br><br>b—for each arm, determining the actual torque required to maintain the arm in its reference position in spite of the application of said operator force;<br><br>c—calculating a displacement torque as the difference between said reference and said actual torque;<br><br>d—causing the motor to displace the arm in the direction of said displacement torque and by an amount proportional to it;<br><br>e—repeating the above operations c- to d- by the successive application of external forces, until the position of the arm, that it is desired to teach, has been reached; and<br><br>f—memorizing the teach position thus reached."<br><br>Villaret at Claim 2 ("2. Method according to claim 1, wherein the automatic system is a robot.")<br><br>Villaret at Claim 3 ("3. Method according to claim 2, wherein the aim is the manipulator arm.)<br><br>Villaret at Claim 4 ("4. Method according to claim 1, comprising providing a Manual Teaching Operation Controller (25,32), causing said controller to sense any change in the torque applied to each motor, to translate said change to a proportional displacement, and to send to the automatic machinery system Main Controller (30) a command to activate a new command position which is different from the previous command position by the said displacement.") |

| '508 Patent Limitations | Villaret |
|---|---|
| | Villaret at Claim 5 ("5. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25,32) continuously to calculate the payloads applied to the system.")<br><br>Villaret at Claim 6 ("6. Method according to claim 4, comprising causing the Manual Teaching Operation Controller (25, 32) to memorize the last values of the payloads, which has been calculated before the Teach mode is started, as reference values of the payloads.")<br><br>Villaret at Claim 7 ("7. Method according to claim 1, wherein the external forces are applied manually.")<br><br>Villaret at Claim 8 ("8. Apparatus for the direct teaching of automatic machinery systems, comprising a plurality of arms (11, 12, 13), of corresponding actuators for equilibrating the arms against payloads (14) and displacing them to operative positions, when desired, comprising means for feeding current to the actuators, and further comprising a Main Controller (30) and a Servo Controller (31) for controlling the actuators output as a function of payloads,<br><br>characterized in that it additionally comprises means (23) for placing the system in a Teach mode and a Manual Teaching and Operating Control (25, 32), which comprises means for reading from the system memory the reference torque required for each arm to maintain it in its reference position, means for receiving from the Servo Controller, when an external force is applied to the arm, the value the actual torque required to maintain the arm in its reference position in spite of said force, means for calculating the displacement torque as the difference between said reference and said actual torque and a displacement proportional to and having the direction of said displacement torque, means for requesting from the Main Controller a new command position differing from the previously existing one by said displacement, and means for registering in the system memory the position reached as a result of said new command.")<br><br>Villaret at Claim 9 ("9. Apparatus according to claim 8, further comprising memory means for memorizing the position of the arm that it is desired to teach.")<br><br>Villaret at Claim 10 ("10. Apparatus according to claim 8, wherein the automatic system is a robot.") |

Exhibit 60 – Villaret

| '508 Patent Limitations | Villaret |
|---|---|
| | Villaret at Claim 11 ("11. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25, 32) is included in the Servo Controller (31).")<br><br>Villaret at Claim 12 ("12. Apparatus according to claim 8, wherein the Manual Teaching and Operating Control (25,32) is external to the Servo Controller and interfaced with it.")<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

# Exhibit F

## Goldenberg Patent (annotated)

US006084373A

# United States Patent [19]

**Goldenberg et al.**

[11] **Patent Number:** **6,084,373**

[45] **Date of Patent:** **Jul. 4, 2000**

[54] **RECONFIGURABLE MODULAR JOINT AND ROBOTS PRODUCED THEREFROM**

[75] Inventors: **Andrew A. Goldenberg**, Toronto; **Nenad Kircanski**; **Manja Kircanski**, both of North York, all of Canada; **Ananth Seshan**, Pune, India

[73] Assignee: **Engineering Services Inc.**, Toronto, Canada

[21] Appl. No.: **09/108,392**

[22] Filed: **Jul. 1, 1998**

[30]     **Foreign Application Priority Data**

Jul. 1, 1997  [GB]  United Kingdom .................... 9713765

[51] **Int. Cl.**$^7$ ......................................... **B25J 9/18**

[52] **U.S. Cl.** ...................... **318/568.11**; 901/23

[58] **Field of Search** .......................... 318/568.11, 568.12, 318/568.2, 568.21, 568.24, 564; 901/15, 8, 23, 28, 6

[56]          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,975,856 | 12/1990 | Vold et al. | ............................... 395/98 |
| 4,984,959 | 1/1991 | Kato | ............................... 414/744.3 |
| 5,293,107 | 3/1994 | Akeel | ............................... 318/568.11 |
| 5,428,713 | 6/1995 | Matsumaru . | |
| 5,523,662 | 6/1996 | Goldenberg et al. . | |
| 5,672,924 | 9/1997 | Wallace et al. | ........................ 310/152 |

FOREIGN PATENT DOCUMENTS

426264  5/1991  European Pat. Off. .

19517852  12/1995  Germany .
WO9006506  6/1990  WIPO .

*Primary Examiner*—Jonathan Salata
*Attorney, Agent, or Firm*—Nancy E. Hill; Lynn C. Schumacher; Hill & Schumacher

[57]          **ABSTRACT**

The present invention provides a reconfigurable modular drive joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node representing a single modular joint. Each modular joint can be quickly set up in either a roll, pitch or yaw configuration. A large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes. A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. An embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry are provided. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus.

**30 Claims, 11 Drawing Sheets**



UR_NWUniv_000081436
UR_NWUniv_000081436



FIG. 1

FIG. 3

UR_NWUniv_000081437
UR_NWUniv_000081436



FIG. 2

UR_NWUniv_000081438
UR_NWUniv_000081436



FIG. 4

UR_NWUniv_000081439
UR_NWUniv_000081436



FIG. 5

UR_NWUniv_000081440
UR_NWUniv_000081436



FIG. 6

UR_NWUniv_000081441
UR_NWUniv_000081436



FIG. 7

UR_NWUniv_000081442
UR_NWUniv_000081436



FIG. 8



FIG. 9

UR_NWUniv_000081444
UR_NWUniv_000081436



**FIG. 10**

UR_NWUniv_000081445
UR_NWUniv_000081436



DEDICATED SUPPLY FOR MOTOR
DEDICATED 24 VDC LINE
DC TO DC CONVERTER ISOLATION TYPE 24 VDC INPUT 5 VDC OUTPUT 1 AMP & +/- 15VDC UNREGULATED AT 100mA
16 BIT LATCH
DIP SWITCH FOR LCU ID
X3 STATUS INDICATOR LED
HALL EFFECT SENSORS FOR MECH. LIMIT & CONFIG.
LCU
EXTRA DRAM MEMORY 1Mb 4Mb
SINGLE BOARD COMPUTER IBM 386SX 512Kb EPROM 128Kb SRAM (20ns)
12 BIT DAC uP COMP. 500ns/CONV
BRUSHLESS DC MOTOR DRIVER
BRUSHLESS DC MOTOR
IOBASE2 ETHERNET COMM. INTERFACE
HEWLETT PACKARD OPTICAL ENCODER INTERFACE
OPTICAL ENCODER
ETHERNET BACKBONE LINK TO HOST COMPUTER (SUP)
SHARED COMMUNICATION FACILITY

FIG. 11



FIG. 12

UR_NWUniv_000081447
UR_NWUniv_000081436

6,084,373

## 1

### RECONFIGURABLE MODULAR JOINT AND ROBOTS PRODUCED THEREFROM

#### FIELD OF THE INVENTION

The present invention relates generally to a reconfigurable modular robotic joint, and more particularly this invention relates to reconfigurable modular joints used as a basic drive unit from which robots and other automated systems are constructed as an interconnected network of individual reconfigurable modular drive systems.

#### BACKGROUND OF THE INVENTION

In the design of known non-modular robotic systems, the type of loading (tension, compression, bending and torsion) on each actuator (or joint) can be estimated based on the configuration of the robot which is fixed. The designer normally works backwards incrementally from the end-effector to the base joint, by assuming a worst case configuration of the robot for each joint, to calculate the power/torque required based on the pattern of loading that will be imposed on that joint by the payload of the robot and all joints and links between this joint and the payload. Based on such computations, the non-modular robotic system would be designed as an integral (indivisible) system so that the user will not be able to reconfigure or change the structure without major re-design of the system.

In a modular robotic system, the joints can be arranged, or configured, differently. As a result, there are multiple possible robot structures for the same number of modular joints. Based on the task to be accomplished by a modular robotic system, the user would interconnect certain number of modules to form a desired system. The system may consist of one or more mechanisms (robotic arms, or manipulators). Then, the user would connect the control system to program the motion and actions in accordance with the task specification. The motion may include point-to-point motion, or trajectory tracking motion. The actions may include end-effector control, interfacing to other systems such as tools, machines and the like.

Prior modular robotic systems have several major limitations both in terms of mechanics and electronic control systems controlling the robot. Firstly, the modules have a fixed structure, so that they are permanently configured as either "roll" modules, or "pitch" modules, or "yaw" joints. This is a major limitation for the user when there is a need for the same module to be configured as a "roll" or "pitch" or "yaw" module depending on the task requirements. The modules have no built-in electronics and processors. Further, these modules are configured in such a way that the modules proximal to the manipulator base contain much more wiring than the distal ones so that in general the modules are not mutually exchangeable. In other words, a module designed to be "module #4" in a chain of 6 modules, can not be used as a module #3 since it has no built-in wiring system to support signal transmission to the robot controller. The controller is centralized and connected to the base module through a thick multi-conductor cable system. Therefore a system assembled from such modules, in addition to being modular only in a very limited mechanical sense, is not reconfigurable. In addition, the control system electronics is centralized so that the modules cannot be considered as "intelligent" units taken alone since they lack dedicated control processors and associated software.

It would be very advantageous to provide a self-contained, reconfigurable modular robot joint which can be easily and rapidly assembled to provide several types of

## 2

joint movement. It would also be advantageous to provide a modular joint which can be easily cascaded to other modular drive joints to build up an integrated robotic or automated system with each joint under overall control by a host controller.

#### SUMMARY OF THE INVENTION

An object of the present invention is to provide a reconfigurable modular joint that can be used as the basis for building and configuring robotic and automated systems as an interconnected network of individual nodes, with each node comprising a single reconfigurable modular joint. Furthermore, such an automated system would allow for the addition, removal and rapid integration of the reconfigurable modular joints to suit different applications.

The present invention overcomes the above-mentioned four major limitations of prior robotic joints by providing a modular joint having a reconfigurable structure, so that each modular joint can be quickly set up as either a "roll" module, "pitch" module, or as a "yaw" module. Therefore, a large number of different robot structures can be built using a small number of the modular joints in any of these three configurations. The modules are equipped with quick-connect mechanisms so that a new robot structure can be assembled in a few minutes.

A robot or other automated system assembled from such modular joints is a true reconfigurable and modular system. The control system is decentralized. Each modular joint is provided with its own built-in control system and electronics. The modular joints each include a motor and associated sensors. The modules comprise an embedded control system including a power amplifier for the motor, a sensor interface, microprocessor, and communication circuitry. The only external connections to each module is a communication bus between the modules and the host computer and a power supply bus. The connectors are small size and identical on each module. Thus, the modules are mutually exchangeable.

The modular joints share the common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. Therefore the modular joints are "intelligent" in terms of their own processing capability with each modular joint having its own control and communication software that allows receiving, decoding, and broadcasting of messages to and from other modular joints in the system so that each modular joint can carry out actions based on the messages from other modular joints.

Each reconfigurable modular joint provides automated motion control along or about a single axis (degree of freedom). The modules can be physically linked to form an integrated robotic system wherein cascading multiple modules provides a system with motion control about multiple axes. Alternatively, the modular joints may be dispersed in an automation cell as individual modular drive units interconnected with each other.

In one aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis of rotation. The modular joint includes a drive means which is located in the housing and a first coupling means for releasably coupling a first link member to the first housing. The joint includes a second coupling means connected to the drive means for releasably coupling a second link member to the first housing in one of two configurations including a first configuration in which a second link member is rotatable by the drive means about the axis of rotation and a second configuration in which a second link member

6,084,373

**3**

is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation.

In another aspect of the invention there is provided a reconfigurable modular joint comprising a first housing having an axis, a drive means located in the housing and a first coupling means for releasibly coupling a first link member to the first housing. The modular joint includes a second coupling means connected to the drive means for releasibly coupling a second link member to the first housing, the drive means being connected to the second coupling means and adapted to move the first and second link member attached to the second coupling means in one of translational and rotational movement with respect to the first housing.

In another aspect of the invention there is provided a reconfigurable modular robot, comprising a plurality of link members. The modular robot includes at least one modular joint including at least a first housing, a first coupling mechanism, a second coupling mechanism and a releasibly attachable third coupling mechanism. The first housing has a drive means, an axis of rotation and opposed ends. The first coupling mechanism is for releasibly coupling a link member to one of the opposed ends of the first housing. The second coupling mechanism is for releasibly coupling a link member to the other of the opposed ends of said first housing. The releasibly attachable third coupling mechanism is for releasibly coupling a link member to the first housing in a plane perpendicular to its axis of rotation. The joint may also include a releasibly attachable fourth coupling mechanism which is for releasibly coupling a link to the first housing in a plane perpendicular to its axis of rotation and one of the third coupling mechanism and the second coupling mechanism is moveable by the drive means in an arcuate path about the first housing in a plane perpendicular to the axis of rotation. The robot includes an end-effector connected to one of the second link members driven by one of the modular joints. The robot includes computer control means.

BRIEF DESCRIPTION OF THE DRAWINGS

The reconfigurable modular joint and robotic systems constructed from the modular joints forming the present invention will now be described, by way of example only, reference being had to the accompanying drawings, in which:

FIG. **1** is a perspective view of a modular joint constructed in accordance with the present invention configured to provide a modular joint having a roll configuration;

FIG. **2** is a perspective view of a modular joint configured to provide a joint with a pitch configuration;

FIG. **3** is a perspective view of a modular joint configured to provide a joint with a yaw configuration;

FIG. **4** is a perspective view of a disassembled central housing forming part of the modular joint;

FIG. **5** is a cross sectional view taken along the line **8—8** of FIG. **3**;

FIG. **6** is a perspective view of a modular joint prior to assembly in the roll configuration of FIG. **1**;

FIG. **7** is a perspective view of a modular joint prior to assembly in the pitch configuration of FIG. **2**;

FIG. **8** is a perspective view of a modular joint prior to assembly in the yaw configuration of FIG. **3**;

FIG. **9** is a cross sectional view of a first robot assembled from three modular joints and a wrist assembly;

FIG. **10** is a cross sectional view of a second robot assembled from three modular drives and a wrist assembly;

**4**

FIG. **11** is a block diagram of a control system for controlling a robot constructed using the modular joints in accordance with the present invention; and

FIG. **12** is a flow chart of a control system hierarchy for controlling a robot or other automated system constructed using the modular robotic joint.

DETAILED DESCRIPTION OF THE INVENTION

A) MECHANICAL SYSTEM

i) Reconfigurable Joints

The reconfigurable modular joint forming the present invention can be rapidly reconfigured and used as a rotary drive joint in a pitch, roll or yaw configuration using a quick change coupling system. The basic modular robotic joint forming the core of the present modular drive system comprises a central housing enclosing a motor drive and connectors for connecting two links to the central housing.

FIGS. **1** to **3** show the three basic modular joint configurations which can be produced in accordance with the present invention. FIG. **1** illustrates a basic modular joint **20** comprising a central housing **22** with an electrical compartment housing **30** attached to one end of the central housing **22** using a releasible coupling mechanism **24**. FIG. **1** shows attached to modular joint **20** is an electrical compartment box **32** attached at the other end of housing **22** using another releasible coupling mechanism **26**. Compartment **32** is attached to a subsequent housing **22** in the next modular joint in the series or alternatively compartment **32** could be replace by an end-effector or tool in the case where no further modules are used. Modular joint **20** and housing **32** attached thereto as shown in FIG. **1** provides a roll configuration.

FIG. **2** illustrates a modular joint shown generally at **54** and a compartment **32** is attached to housing **22** in such a way as to provide the pitch configuration. In this case electronic compartment housing **30** is attached at one end of central housing **22** using coupling mechanism **24** so axis **48** of housing **30** is coaxial with axis **28**. Housing **32** is attached to central housing **22** using a releasible coupling mechanism **44** with its axis **50** perpendicular to axis **28** of central housing **22**.

Referring to FIG. **3**, an alternative modular joint is shown at **36** comprising a compartment **30** releasibly attached to central housing **22** using a releasible coupling mechanism **40**. Compartment **32** attached to central housing **22** using coupling mechanism **44** to provide the yaw configuration in which the axis **48** of housing **30** is perpendicular to axis **28** of central housing **22**.

The electronic compartment housings **30** and **32** are structurally rigid and provide the necessary structural strength for the particular application for which the robotic system is being utilized. It will be understood however that compartments **30** and **32** provide linkage connections between the modular joint(s), the support base and the end-effector and may or may not contain electronic circuitry. These linkages are designed for quick connection to the modular joints in any of the above-mentioned three configurations thereby advantageously providing a very versatile modular joint.

Referring to FIGS. **4** and **5**, located within housing **22** are a brushless servo motor **100** with a keyed shaft **108** which is inserted into a harmonic drive **104** and a brake **106** for preventing the joint from back driving when the power is

6,084,373

5

turned off. The harmonic drive **104** includes a bearing housing **105** which encloses a bearing (not shown). Housing **105** is rigidly bolted to housing **22** by several bolts (not shown) threaded through holes **109** in housing **105** and holes **109'** in housing **22**. The side of bearing housing **105** facing adjacent to flange housing **102** is open and several bolts **107** are used to rigidly bolt the flange housing to the bearing in housing **105** through holes **111** in the flange housing. The diameter of hole **110** at one end of housing **22** is smaller than the outer diameter of the housing of motor **100**. A bearing assembly **112** is mounted on the exterior of housing **22** at the end of the housing opposed to the end portion at which flange housing **102** is located.

When actuator/motor **100** is operating the bearing in housing **105** forming part of the harmonic drive **104** is rotated thereby rotating flange housing **102** and flange **82** attached thereto about cylindrical axis **28**. Actuator **100** is provided with sensors **116** for sensing the position and velocity of the actuator or motor shaft. A preferred sensor **116** comprises an optical encoder with 500 pulse/rev and a quadrature output of 2000 pulses/rev.

The electrical compartment housings **30** and **32** are adapted to be rapidly attached/detached to/from central housing **22** in the roll configuration of FIG. **1** using coupling mechanisms **24** and **26** respectively. Referring to FIG. **6**, the electrical compartment housing **30** forming part of joint **20** and electrical compartment housing **32** forming part of a subsequent modular joint (not shown) are each provided with circular flanges **80** on opposed faces of the rectangular housings which form part of the coupling mechanisms **24** and **26**. Each flange **80** has a stepped circular pattern adapted to mate with corresponding stepped patterns on circular flanges **82** located at the ends of housing **22**. In the roll configuration, housings **30** and **32** are releasably attached to the flanges **82** at the ends of central housing **22** by means of two C-shaped compression clamps **89** (FIG. **5**) which also form part of coupling mechanisms **24** and **26**. The C-shaped clamps engage the peripheral edges of flanges **80** and **82** within slot **91** (FIG. **5**) and a stainless steel strap is located in the outer slots **93** (FIG. **5**) and a tension mechanism (not shown) is used to tighten the strap. This locks together the flanges **82** on the ends of housing **22** to flanges **80** on electrical boxes **30** and **32**. The grooved circular flanges **80** and **82** prevent relative rotation of the electrical compartment box and central housing **22** attached to each other.

The electrical compartment boxes **30** and **32** contain electronic circuits including but not limited to a servo amplifier for motor **100** (see FIG. **5**) contained within housing **22**, sensor interface electronics, a microprocessor, and communication circuitry. A schematic circuit diagram showing the on-board control subsystem for each modular joint is shown in FIG. **11**. It will be appreciated by those skilled in the art that the components shown in FIG. **11** are meant only to be illustrative and not limiting in any way. For example the 386SX processor could easily be superseded by more powerful microprocessors such as those based on the pentium family of chips.

Referring to FIGS. **6** or **7**, an electrical connector plug **94** is provided on opposed sides of each of the compartment boxes **30** and **32** which provide external connection of the power and communication bus through the joints. A wire harness **63** is plugged into a plug **65** to connect the motor control electronics in compartment **30** to the actuator in housing **22** and a wire harness **73** connects the microprocessor to a sensor interface **75** in housing **22**.

FIG. **7** shows a view of modular joint **54** (FIG. **2**) prior to assembly with compartment **32** in the pitch configuration.

6

The pitch configuration of the joint is obtained by securing link **30** to one end of housing **22** using releasible coupling mechanism **24** discussed previously. Link **30** is rigidly connected to the end of housing **22** and does not move relative to the housing. Link **32** is connected to housing **22** by releasible coupling mechanism **44**. Coupling mechanism **44** includes a yoke **60** with a plate **64** with a central hole and a pair of semi-circular yoke arms **66** and **67** attached along opposed edges of plate **60**. A flexible steel strap **68** is attached to one end of the two yoke arms **66** and **67** and a latch **70** is mounted on the other ends of each yoke arm to engage the loops **72** located at the ends of the steel straps. Yoke arm **67** includes an inner groove **69** into which the peripheral edge of bearing **112** is seated. A Teflon sleeve **86** is provided with a concave groove **88** which receives the peripheral edge of bearing **112** and strap **68** sits in groove **90** on the outer surface of sleeve **86** with the loops **72** engaged in latches **70**.

Housing **22** includes a wire housing or winding guide **96** which provides a housing for wire bundles carrying power and communications. The smooth concave surface of yoke arm **66** sits in curved slot **103** in the outer surface of flange housing **102** and is locked in place by the associated strap **68** with its loop **72** engaged in latch **70**. Yoke arm **67** is mounted on bearing **112** and yoke **66** is mounted on flange housing **102** so that when the actuator within housing **22** is engaged the bearing in the harmonic drive rotates flange housing **102** thereby rotating link **32** in a arcuate path about housing **22** in a plane perpendicular to axis **28** of housing **22**.

FIG. **8** shows a view of modular joint **36** (FIG. **3**) prior to assembly with compartment **32** in the yaw configuration. Compartment **32** is connected to housing **22** using coupling mechanism **44** described above and another coupling mechanism **40** is used to releasibly connect compartment **30** to housing **22**. Coupling mechanism **40** is provided with a passageway **42** through which wire harnesses (not shown) electrically connecting the circuits in link **30** to the different components in housing **22** pass. Coupling mechanism **40** is mounted on housing **22** using associated steel straps **68'** with loops **70'** which are locked into latches (not shown) mounted on the coupling mechanism which are identical to latches **70** on mechanism **44**. Coupling mechanism **40** is rigidly attached to housing **22** and does not move relative to the housing in contrast to coupling mechanism **44** which rotates about the housing thereby driving compartment or link **32** in an arcuate path about housing **22** in a plane perpendicular to axis **28**.

In the yaw configuration coupling mechanism **44** and therefore link **32** is constrained to rotation through about 270° about the rotational axis **28** of housing **22** to avoid hitting coupling mechanism **40**. In the pitch and roll configurations link **32** can be rotated through 360° since there is nothing to obstruct its movement.

Coupling mechanism **44** is used in joints configured in both the pitch (FIG. **2**), and yaw (FIG. **3**) configurations and is releasibly clamped at the two ends of housing **22** for maximum cantilever effect. The axes **48** and **50** of compartments **30** and **32** respectively are normal to the circular flanges **80** mounted on the compartments and axis **28** of housing **22** is normal to circular flanges **82** (FIG. **5**).

Referring again to FIGS. **7** and **8**, housing **22** is also provided with Hall effect sensor magnets **98** mounted on coupling mechanism **44** and similar magnets are mounted on harness **40** in FIG. **8**. The Hall effect sensors act as limit switches. The two sensors are used to provide direction of travel upon power up.

UR_NWUniv_000081450

UR_NWUniv_000081436

6,084,373

7

An actuator/gear system is usually chosen such that the torque required to overcome the load friction and accelerate the load is delivered over the desired speed ranges. The user specifies the torque-speed characteristic as a task requirement. In a modular design, the torque-speed characteristics will vary with configuration. Therefore, in order to match the desired torque-speed characteristics for a given configuration, a choice from a set of different (desired) torque/speed characteristics is offered to the user for every modular joint. This capability is provided in the present invention by allowing for the use of different gears (ratios) with the same actuator, in a given modular joint design.

A housed harmonic drive is preferred to avoid expensive machining costs and misalignments that occur when using units that are not housed and because they are available in standard sizes with different gear reductions. Torque capacities and speed may be changed without affecting the design simply by specifying a different gear reduction. The harmonic drive preferably will have a reduction ratio of 1:120 for a medium sized modular joint (with power capacity of 230 W) and a reduction ratio of about 1:160 for a large sized modular joint (with a power capacity of 560 W).

It will be understood that while the brushless servo motor **100** and harmonic drive **104** are preferred components making up the drive means located in central housing **22** (FIG. **5**), other mechanical equivalents of the actuator and transmission may be used.

It will also be understood that numerous other quick connect coupling mechanisms for releasibly connecting at least two link members to central housing **22** in any one of the three configurations (roll, pitch and yaw) could be used in addition to the quick release mechanisms disclosed herein.

As discussed above, the electronic compartments serve two purposes, the first being as structural linkages for connecting different modular joints to the base and end-effector and the second being as housings for electronic circuits and the microprocessor for controlling the joints. However it will be understood that the essential function of the housings is to provide rigid links connecting a reconfigurable joint to other joints and a support base and end-effector which can be quickly connected to the joints. It will also be understood that the microprocessor and control electronics may also be housed in housing **22** instead of in compartments **30** and **32** in which case the basic modular joint would comprise the housing **22**, the drive mechanism and the coupling mechanisms.

While the modular joint has been disclosed with respect to rotary joints, it will be understood the present invention can also be implemented using translation joints. The rotary joints could be easily converted to translational joints by slight modifications so that, referring to FIG. **1**, the axis **28** of housing **22** would become an axis of translation. In this case housing **22** contains a telescopic mechanism that extends along the axis **28**. Therefore, the distance between the compartments **30** and **32** will change as the joint extends. This configuration of the module is called an "extension joint" and is analogous to the "roll" configuration of the rotary joint.

A translation joint analogous to the pitch configuration is a "sliding" joint is obtained by modifying the structure of FIG. **2**. In this case the compartment **30** is fixed to the housing **22**, while the compartment **32** (together with coupling mechanism **44**) is mounted for sliding along the axis **28**. The housing **22** is as long as needed to allow compartment **32** to slide the desired distance parallel to axis **28**.

8

Referring to FIG. **4**, the mechanism will be different in terms of the gear only. The motor **100** is attached to a lead-screw mechanism so that the rotation of the motor is converted to the translation of the lead mechanism along the axis **28**.

### ii) Robotic Devices Based on Reconfigurable Modular Joints

Each reconfigurable module provides automated motion control along or about a single axis (degree of freedom). Multiple modules may be cascaded to achieve motion control about multiple axes. Multiple modules may be physically linked to form an integrated robotic system, in which case each module functions as an intelligent robotic joint. Alternatively, multiple reconfigurable modules may be dispersed in an automation cell as modular drive units that are interconnected with each other.

FIG. **9** shows a robot **140** constructed using several of the modular joints described above. Robot **140** comprises modular joint **142** configured as a roll joint the same as joint **20** shown in FIG. **1**. Joint **142** allows for rotation of the whole robot **140** about a vertical axis **144**. Modular joint **142** is provided with an input port **146** to which electronics compartment **148** is attached at one end of the joint housing **22** and electronic compartment **148** is mounted on a support base **150**. An electronic compartment **152** is attached to the other end of the housing of joint **142** and the robot is provided with a second modular joint **154** attached to the opposed end of compartment **152**. The output port of modular joint **154** is attached to electronics compartment **156** with the other end of compartment **156** being attached to the input port of a third modular joint **160**. An electronic compartment **162** is attached to the output port of joint **160** and a wrist module **164** having three axes of rotation is attached to the opposed end portion of compartment **162**. An end flange **166** is attached to wrist module **164** and the three axes of rotation of wrist module **164** permits the end flange **166** to change its orientation with respect to the wrist base. The wrist module **164** may be a standard robotic module or custom designed for a specific application.

Modular joint **154** is configured as a "yaw" joint to allow for rotation of the robotic arm comprising compartment **156**, joint **160**, compartment **162**, the wrist module **164** and end flange **166** about a horizontal axis **170**. Modular joint **154** is termed a "shoulder joint", while the third joint **160** serves as an "elbow" joint. All attachments are realized by the use of quick-connect mechanisms. The "elbow" joint **160** is also configured as a "yaw" joint and is smaller in size than the "shoulder joint" **154**, but it has nearly identical structure to that of the joint **154**.

Referring now to FIG. **10**, another robot constructed in accordance with the present invention using the reconfigurable modular joints is shown generally at **180**. The first modular joint **182** has a vertical axis of rotation **184** and the robotic arm rotates about this axis. Joint **182** is configured as a pitch joint shown in FIG. **2**. The input port of a second modular joint **188** is coupled to electrical compartment **186** which is connected to the output port of joint **182**. Modular joint **188** is configured as a yaw joint similar to that shown in FIG. **3**. The axis of rotation of joint **188** is also vertical. The third joint **192** is also a yaw type joint, but its axis of rotation **196** is horizontal allowing the endpoint **166** to move in a vertical plane. The wrist module **164**, similar to that in the robot of FIG. **9**, is attached to compartment **162** which is attached to the output port of joint **192** and end flange **166** is attached to wrist module **164**.

UR_NWUniv_000081451
UR_NWUniv_000081436

6,084,373

9

Robot **180** in FIG. **10** has a different kinematic structure from robot **140** shown in FIG. **9**. A significant advantage of the present invention is that robots with different kinematic structures may be easily and rapidly assembled from the same sets of modules so that the task to be performed by the robot is executed in the most optimal way for a given application. The control system, described hereinafter, is designed to recognize the assembled configuration and adjust the control parameters accordingly.

### B) CONTROL SYSTEM

A system constructed using the present reconfigurable modules is a true modular system. A distributed control system is provided for operating simultaneously one or more modular reconfigurable joints which is based on a hybrid, distributed environment, using multiple processors running under different operating systems and controlled by a host computer. Such a system meets both the real-time and user-interface requirements with less development effort. The modules share a common communication bus between themselves, and a host computer which allows a user to enter motion and task commands. The host computer is connected to each microprocessor for bi-directional transfer of data between the host computer and each modular joint-based microprocessor. The modules are "intelligent" in terms of their own processing capability. Every module has its own control and communication software that allows receiving, decoding, and broadcasting messages to other modules in the system. The modules can communicate with each other and carry out actions based on the messages from other modules. FIG. **12** is a flow chart of an example software hierarchy for controlling a robot constructed using the modular robotic joint.

The distributed control system comprises the following four elements:

(1) shared communication facility (SCF), which is a common communication hardware that allows for the transfer of data and control information to and from a local control subsystem (LCS) that is resident on every individual module.

(2) local control subsystem (LCS) located at each reconfigurable module comprising a microprocessor and the associated electronics for performing dedicated servo-control of position of each module in real time.

(3) low level human interface (LLHI) at each module, that allows for direct interaction of a human operator with the LCS. FIG. **11** illustrates these three elements.

(4) supervisory controller (SUP) or the host computer that acts as the master controller, provides a high level user interface, generates control set-points in real time for the LCS, stores data regarding the robot, task and the environment, sends the information pertaining to each controller resident in the LCS, and constantly receives information from the LCS on the performance of the servo-controller.

The communication system via the distributed control architecture performs the following functions: (1) transmission of sensor output, alarm status information, etc., from the LCSs to the host computer; (2) communication of set-points, operating modes and control variables from the host computer to the individual LCSs; (3) down loading of user programs, control system parameters, and the like; and (4) synchronization of message transfer amongst all LCS's in real time. A brief description of the various elements of the distributed control architecture is provided herebelow.

### Shared Communications Facility (SCF)

One of the requirements of the distributed control architecture is the capability to update the host computer with the

10

current status of the control variables and parameters of every LCS at 100 Hz. For each variable/parameter that has to be updated, four bytes are required. The variables and parameters include the different timer durations, the desired and actual actuator positions, velocities, the control gains, the output torques, etc. More specifically, at least a total of fifteen variables and parameters have to be updated every 10 ms. That is, every 10 ms, at least 60 bytes (or approximately 500 bits) of information have to be passed to the host computer by every LCS in the network.

To connect all the components of the reconfigurable modular drive system to the distributed control architecture, IEEE 802.3 Ethernet networking software is suitable. The Ethernet is a very wide spread networking protocol (IEEE 802.3) that is standard on most PC's. Maximum throughput is 10 Mb/s (realistic rate is approx. 3 Mb/s) and it supports broadcasting, multicasting, multidrop, and inter-communication between nodes.

### Local Control System (LCS)

The local control system is the smallest collection of hardware in the distributed control system that performs closed loop control. The LCS comprises the following elements (see schematic in FIG. **11**): (i) a CPU (microprocessor) capable of closed loop servo control of the actuator; (ii) a customized I/O comprising the sensor interfaces to the encoders, Hall effect sensors and LED displays for the Low Level Human interface; (iii) drive amplifier/motion controller for the actuator; and (iv) a communication interface to the shared communications facility.

A digital to analog converter (DAC) interface is used to interface the microprocessor with the analog servo amplifiers. A 10 to 12 bit DAC with fast response is preferred. The analog/digital I/O board (PC/104 data bus compatible) that has two 8 bit DAC channels, and 24 bits of digital I/O is preferred. This provides the analog input to the servo amplifier and most of the interface for the Hall Effect sensors and ID code block but it still requires the LLHI for switches and indicators.

The local control system performs several functions including (i) sampling the encoder and the other sensors at regular intervals; (ii) providing triggering inputs for the drive electronics subsystem to generate pulse width modulated signals for the actuator; (iii) performing basic control of the actuator position and (iv) receiving and transmitting data via the shared communications facility at regular intervals.

The LCS receives a series of control set-points from the host computer at a frequency of about 100 Hz. Using a second order filter as an interpolator between the points, the CPU performs PID control of position at a closed loop bandwidth of 1 kHz. The output of the PID controller is a value to the Digital to Analog Convertor, that corresponds to the "current" duty cycle of the PWM switching amplifier. This signal is fed to drive amplifier/motion controller which takes care of the corresponding electronic commutation that is necessary to drive the brushless DC motor. The position of the shaft is sensed by the encoder as a quadrature pulse. This signal from the encoder is connected to a quadrature decoder/counter, and is read by the CPU as actual position data.

### Low Level Human Interface (LLHI)

The low level human interface provides direct control and monitoring of the LCS, thus providing confidence in the status/operation of the module and in the diagnosis of any malfunction.

UR_NWUniv_000081452
UR_NWUniv_000081436

6,084,373

11

The LLHI and peripheral interface electronics are contained on a custom I/O card which also contains the peripheral electronics for interfacing the SBC to the various Hall Effect sensors, 4 bit ID code block, optical encoder decoder interface, and contain the low level power supply (+5V regulated and +/−15V). All of the above interfaces would be custom constructed on an experimenter's card and use the PC/104 bus configuration.

The SUP Sub-system

A windows operating environment such as Microsoft Windows NT provides a suitable user interface. The SUP software provides the user interface, allowing the operator to transfer data, monitor system performance, and change parameters on-line. The SUP contains a graphical user interface to help a user to easily perform the following example tasks: definition and planning of a task; monitoring of the status of the overall system using an engineering interface (i.e, a dynamic display of forces (torques), positions, etc.); supervisory control of the task and rapid shut down of the system if necessary; generation of a on-line graphical display of the control variables; on-line refinement of control parameters; display of error messages from every module; choose the mode of transmission (broadcasting or transmission to a specific module, etc.); accessing information in the LCS RAMs; performing standard initialization and shut down routines; and multiple move commands for easy motion control specifications.

The foregoing description of the preferred embodiments of the invention has been presented to illustrate the principles of the invention and not to limit the invention to the particular embodiment illustrated. It is intended that the scope of the invention be defined by all of the embodiments encompassed within the following claims and their equivalents.

What is claimed is:

1. A reconfigurable modular joint comprising:
a) a first housing having a drive means, an axis of rotation and opposed ends;
b) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing;
c) second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and
d) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation.

2. The modular joint according to claim 1 further including a releasibly attachable fourth coupling mechanism for releasibly coupling a link to said first housing in a plane perpendicular to said axis of rotation and wherein one of the third coupling mechanism and the second coupling mechanism is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis of rotation.

3. The modular joint according to claim 2 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to said drive means.

4. The modular joint according to claim 3 wherein said drive means includes at least an actuator and a transmission connected to said actuator.

5. The modular joint according to claim 4 including a sensing means for sensing position and velocity of said

12

actuator, and wherein said sensing means is connected to said microprocessor.

6. The modular joint according to claims 5 wherein said transmission is a harmonic drive.

7. The modular joint according to claim 6 wherein said actuator is a brushless DC servo motor.

8. The modular joint according to claim 2 wherein each of said first, second, third and fourth coupling mechanisms includes a first flange and each link member has a second flange attached to at least one end of each link member and wherein said first flange is adapted to mate with said second flange.

9. The modular joint according to claim 8 further including quick release clamps for clamping said link members to said first flanges.

10. The modular joint according to claim 9 wherein each link member has a second flange at each end thereof.

11. The modular joint according to claim 10 further including a quick release clamp for clamping said third coupling mechanism to said first housing.

12. The modular joint according to claim 11 further including a flange housing having opposed ends and a second flange mounted at one end thereof and a second flange mounted at the other end thereof and wherein said flange housing is releasibly attached to one of the first coupling mechanism and the second coupling mechanism and having an axis of rotation collinear with the axis of rotation of the first housing, and wherein the flange housing is connected to said drive means for rotation about the axis of rotation of the first housing.

13. The modular joint according to claim 12 further including a yoke means and a quick release clamp for clamping said fourth coupling mechanism to said first housing, said yoke means including a first flange adapted to mate with said second flange on a link member, said first flange having an axis of rotation substantially perpendicular to the axis of rotation of said first housing, and said yoke means being movable by said drive means in said arcuate path about said first housing.

14. The modular joint according to claim 13 further including a second housing releasibly attached to one of the first, second, third and fourth coupling mechanisms, the second housing having a control circuit connected to at least a microprocessor and releasibly connected to the drive means.

15. The modular joint according to claim 14 wherein said drive means includes at least an actuator and a transmission connected to said actuator.

16. The modular joint according to claim 15 including a sensing means for sensing position and velocity of said actuator, and wherein said sensing means is connected to said microprocessor.

17. The modular joint according to claim 16 wherein said transmission includes a bearing connected to a shaft of said actuator, said flange housing being rigidly connected to said bearing.

18. A reconfigurable modular robot, comprising:
a) plurality of link members;
b) at least one modular joint including at least
    i) a first housing having a drive means, an axis of rotation and opposed ends;
    ii) a first coupling mechanism for releasibly coupling a link member to one of said opposed ends of said first housing; and
    iii) a second coupling mechanism for releasibly coupling a link member to the other of said opposed ends of said first housing; and

6,084,373

13

iv) a releasibly attachable third coupling mechanism for releasibly coupling a link member to said first housing in a plane perpendicular to said axis of rotation,

c) an end-effector connected to one of said second link members driven by one of said modular joints; and

d) computer control means for controlling said at least one modular joint.

**19**. The robot according to claim **18** wherein said drive means is a rotary drive means, and wherein said second coupling mechanism is adapted to releasibly couple said second link member to said first housing in one of two configurations including a first configuration in which said second link member is rotatable by said drive means about said axis and a second configuration in which said second link member is moveable by said drive means in an arcuate path about said first housing in a plane perpendicular to said axis.

**20**. The robot according to claim **18** wherein said drive means is a translational drive means, and wherein said first coupling mechanism is adapted to releasibly couple said first link member at one end portion of said first housing and second coupling mechanism is adapted to releasibly couple said second link member at an opposed end portion of said first housing, said translational drive means being connected to a telescoping mechanism attached to said first and second coupling mechanism for translating said first and second link members along said axis towards and away from said first housing.

**21**. The robot according to claim **18** wherein said first housing is an elongate housing and said drive means is a translational drive means, said second coupling mechanism being adapted to releasibly connect said second link member to said elongate housing and said translational drive means is adapted to translationally move said second housing along said elongate housing parallel to said axis.

**22**. The robot according to claim **19** wherein said first and second coupling mechanism are adapted to releasibly connect said first and second link members to said first housing in one of three configurations including

a roll configuration comprising said first link member being connected at said opposed one end of the first housing and said second link member being connected to said flange at the other end of said first housing;

a pitch configuration comprising said first link member being connected at said opposed end of the first housing

14

and the second link member being connected to the second coupling mechanism in the second configuration; and

a yaw configuration comprising the first link member connected to said first housing in the configuration comprising said first link member aligned along an axis substantially perpendicular to said axis of rotation, and said second link member being connected to the second coupling mechanism in the second configuration.

**23**. The robot according to claims **22** wherein said drive means includes at least a control circuit, and a microprocessor located in said first housing and connected to said control circuit for controlling movement of said modular joint.

**24**. The robot according to claims **23** wherein said first link member is a second housing, and wherein said drive means includes at least a control circuit located in said second housing, and said computer control means includes at least a microprocessor located in said second housing and connected to said control circuit for controlling movement of said modular joint.

**25**. The robot according to claims **24** including a sensing means for sensing position and velocity of said drive means, and wherein said sensing means is connected to said microprocessor.

**26**. The robot according to claims **25** wherein said second link member includes a third housing and wherein said second link member connected to the second coupling mechanism on said at least one modular joint comprises a first link member connected to a first coupling mechanism on another modular joint or is connected to said end-effector.

**27**. The robot according to claims **26** wherein said drive means includes at least an actuator and a transmission connected to said actuator, said actuator and transmission being located in said first housing.

**28**. The robot according to claims **26** wherein said computer control means includes at least a computer connected to each microprocessor in the modular joints.

**29**. The robot according to claim **28** wherein the transmission is a harmonic drive.

**30**. The robot according to claims **28** wherein the actuator is a brushless DC servo motor.

\*   \*   \*   \*   \*

UR_NWUniv_000081454

UR_NWUniv_000081436

# Exhibit G

## Takagi Invalidity Chart
## Pages 1-100, 6155-6164

# Exhibit 55

Exhibit 55 – Takagi

### Invalidity of U.S. Patent Nos. 6,907,317; 6,928,336; and 7,120,508 Based on U.S. Patent No. 5,956,465 to Takagi et al. ("Takagi")

Based on Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in the Amended Complaint and Infringement Contentions pursuant to Paragraph 4(c) of the Delaware Default Standard for Discovery ("Infringement Contentions") and paragraph 6(c) of the Court's Scheduling Order (ECF 38), Takagi renders obvious at least all asserted claims of U.S. Patent Nos. 6,907,317 ('317 patent); 6,928,336 ('336 patent); and 7,120,508 ('508 patent) under 35 U.S.C. §§ 102 and/or 103.  Takagi was filed on April 3, 1997, and published on September 21, 1999, and is therefore prior art to the asserted patents.

Nothing stated in this chart shall be treated as an admission or suggestion that Universal Robots agrees with Plaintiff regarding the scope of any asserted claim, the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, the claim constructions advanced by Plaintiff in its Infringement Contentions or its opposition to Universal Robots' motion to dismiss, or that Universal Robots' accused products or services meet any limitations of the claims.

The chart below provides representative examples of where Takagi discloses elements of the asserted claims, under Universal Robots' present understanding of the asserted claims, and/or under the apparent application of the claims that Plaintiff applied in its Complaint and Infringement Contentions.  The cited evidence is merely illustrative, and Universal Robots reserves the right to cite alternative or additional evidence.

To the extent that Plaintiff contends that Takagi does not disclose one or more limitations of the asserted claims, each such limitation would have been obvious in view of the teachings of Kitchen in combination with one or more of the following references, including as described in the cover document accompanying Universal Robots's invalidity contentions: (1) the knowledge of one of ordinary skill in the art; (2) the teachings of any of the prior art references set forth in Universal Robots' other invalidity claim charts with respect to the limitation-at-issue; and/or (3) the teachings of any of the prior art references set forth in the cover document of Universal Robots' invalidity contentions with respect to the core concepts applicable for the limitation-at-issue.

To the extent Plaintiff submits new infringement theories that depend on new claim constructions (explicit or implicit) and/or identify additional limitations of the asserted claim that Plaintiff contends are not disclosed by Takagi alone, in combination, or in combination with Universal Robots' other cited prior art, Universal Robots expressly reserves the right to rebut any such contention, including by identifying additional obviousness combinations.

Where the chart below states that Takagi "discloses" a limitation, such disclosure may be express or inherent.

Exhibit 55 – Takagi

U.S. Patent No. 6,907,317

**'317 Patent Claim 1**

| '317 Patent Limitations | Takagi |
|---|---|
| [1 Preamble]. A multi-function hub for use in an intelligent assist system, the multi-function hub comprising: | Based on Universal Robots' present understanding of the asserted claims and/or the apparent application of the claim that Plaintiff applied in its Complaint and Infringement Contentions, and to the extent the preamble is limiting, this reference discloses and/or renders obvious the preamble of the claim.<br><br>See '317 patent limitation 1A.<br><br><br>Takagi at FIG 2-29, 31-43<br><br>Takagi at Title ("Production facility with automatic movable body for man-machine cooperation")<br><br>Takagi at Abstract ("For a combination of a first movable body adaptive for an automatic motion to provide an equivalent service to a required service, and a second movable body capable of exercising a voluntary motion and to cooperate with the first movable body to provide the voluntary motion as one of assistance and teaching to the first movable body to sophisticate the automatic motion, there are provided a first controller operative in a first mode for controlling the first moving body to exercise the automatic motion and in a second mode for adapting the first movable body to cooperate with the second movable body so that the automatic motion is sophisticated to be capable of achieving an equivalent service to the required service in a sophisticated manner, and a second controller for selecting one of the first and second modes.")<br><br>Takagi at 1:7-10 ("The present invention generally relates to a production facility adaptive for a man-machine cooperation, and particularly, it relates to a production facility with an automatic movable body for a man-machine cooperation.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 1:11-12 ("Moreover, the invention relates to a transfer assist arm device with a restricted motion range.") |
| | Takagi at 1:13-14 ("Further, the invention relates to a power-aided transfer assist arm device.") |
| | Takagi at 1:15-16 ("Still more, the invention relates to a transfer assist arm device with a work positioning function.") |
| | Takagi at 1:17-18 ("Yet more, the invention relates to a positioning assist arm device mounted on a follower.") |
| | Takagi at 1:19-20 ("The invention further relates to a positioning assist arm device with a relaxed clearance.") |
| | Takagi at 1:26-33 ("As shown in FIG. 2, the factory F0 has a management section F01 communicating with an unshown main office via the antenna f0, a labor section F02 such as for research, development, design and engineering, a man-machine section F03 such as for operation and maintenance, and an automatic machine section F04 controlled from the man-machine section F03, such as for material control, work transfer and article production.") |
| | Takagi at 1:34-39 ("The automatic machine section F04 includes a movable robot R0 with an interference region R01 enclosed by a safety fence C01. The interference region R01 has an entrance door whose open-close action is responsive to a command from a robot controller C02 provided with operation switches C03 in the man-machine section F03.") |
| | Takagi at 1:40-45 ("The fence C01, controller C02 and switches C03 constitute a safety control system C0 for protecting the robot R0 from undesirable interferences. For entry into the interference region R01, some switches C03 must be operated to interrupt a robot action and open the fence entrance door, which door must be closed to restart the robot action.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 1:46-50 ("The robot R0 is sophisticated, exercising a complete sequence of full automatic handling actions such as for work transfer and positioning with a tight tolerance of e.g. ±0.05 mm, as well as for a fabrication that sometimes needs a higher accuracy.")<br><br>Takagi at 1:51-52 ("The cost of installing and maintaining such production facility F0 is very high.")<br><br>Takagi at 1:53-55 ("To reduce the cost, the complete sequence of full automatic actions had a portion thereof substituted by competent worker actions.")<br><br>Takagi at 1:56-58 ("However, such substitution constituted an obstacle to a harmonized progress of work, resulting in reduced production efficiency.")<br><br>Takagi at 1:59-61 ("Still worse, the worker actions included troublesome door open-close operations,, causing more reduced production efficiency.")<br><br>Takagi at 1:65-2:1-2 ("It appeared to the inventors that the substitutable subsequence of automatic actions might constitute a service concurrently sharable between a less sophisticated robot and a competent worker.")<br><br>Takagi at 2:3-6 ("If such sharing were effected, a resultant automatic service may have a relaxed tolerance which a robot can do in an inexpensive manner, where it may be assisted by a worker or vice versa.")<br><br>Takagi at 2:7-13 ("In this connection, such robot may be replaced by one of a plurality of assistant devices such as a transfer assist arm device with a restricted motion range, a power-aided transfer assist arm device, a transfer assist arm device with a work positioning function, a positioning assist arm device mounted on a follower, a positioning assist arm device with a relaxed clearance for which less sophistication is needed.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 2:16-19 ("It therefore is a first object of the invention to provide a production facility with a controlled movable body to be cooperative with an uncontrolled movable body, permitting secured production efficiency with reduced cost.")<br><br>Takagi at 2:20-23 ("It is a second object of the invention to provide a production facility with a movable body, such as an assist arm, sufficiently sophisticated to be adaptive for a required service.")<br><br>Takagi at 2:24-26 ("It is a third object of the invention to provide a transfer assist arm device with a restricted motion range, permitting man-machine cooperation for sufficient sophistication.")<br><br>Takagi at 2:27-29 ("It is a fourth object of the invention to provide a power-aided transfer assist arm device, permitting man-machine cooperation for sufficient sophistication.")<br><br>Takagi at 2:30-32 ("It is a fifth object of the invention to provide a transfer assist arm device with a work positioning function, permitting man-machine cooperation for sufficient sophistication.")<br><br>Takagi at 2:33-35 ("It is a sixth object of the invention to provide a positioning assist arm device mounted on a follower, permitting man-machine cooperation for sufficient sophistication.")<br><br>Takagi at 2:36-39 ("It is a seventh object of the invention to provide a positioning assist arm device with a flexible clearance up to e.g. ±10 mm, permitting man-machine cooperation for sufficient sophistication.")<br><br>Takagi at 2:40-61 ("To achieve the first object, a first aspect of the invention provides a production facility comprising: a man-machine section (F22) requiring one of a movement service, a handling service and a production service to be provided in one of a first manner and a second manner more sophisticated than the first manner, the man-machine section including a first movable body (R1) adaptive for an automatic motion to provide an equivalent service to the required service in the first manner, and a second movable body (M) competent to exercise a voluntary motion and to cooperate with the first movable body for providing the voluntary motion as one of an assistance and teaching to the first movable body to sophisticate the automatic motion; first control means (1,3,4) operative in a first mode thereof for controlling the first moving body to exercise the automatic motion and in a second mode thereof for |

6

| '317 Patent Limitations | Takagi |
|---|---|
| | adapting the first movable body to cooperate with the second movable body so that the automatic motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and second control means (2) for controlling the first control means to select one of the first and second modes.") |

Takagi at 2:62-3:10 ("According to the first aspect, a first movable body is adapted in a second mode of a first control means, for a cooperation with a second movable body, where it (or its program) makes use of a voluntary motion of the second moving body as an assistance (e.g. action) thereof or teaching (i.e. taught information) therefrom to thereby learn how to perform, so that its automatic motion is sufficiently sophisticated (i.e. refined and/or intricate) to achieve a service equivalent to a required service in a sophisticated manner. Then, the first movable body is controlled in a first mode of the first control means to exercise the sophisticated automatic motion. A second control means permits such learning and exercise steps to be repeated in a growing and modifiable adaptive manner.")

Takagi at 3:11-29 ("Moreover, to achieve the first object, a second aspect of the invention provides a production facility comprising: a man-machine section (F22) requiring one of a movement service, a handling service and a production service to be provided in one of a first manner and a second manner more sophisticated than the first manner, the man-machine section including a first movable body (R1) adaptive for an automatic motion to provide an equivalent service to the required service in the first manner, and a second movable body (M) competent to exercise a voluntary motion combinable with the automatic motion to provide an equivalent service to the required service in the second manner; first control means (1,3,4) operative in a first mode thereof for controlling the first moving body to exercise the automatic motion and in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the automatic motion is combined with the voluntary motion; and second control means (2) for controlling the first control means to select one of the first and second modes.")

Takagi at 3:30-39 ("According to the second aspect, a first movable body is adapted in a second mode of a first control means, for cooperation with a second movable body, where its automatic motion is combined with a voluntary motion of the second moving body to provide an equivalent service to a required service in a sophisticated manner. In a first mode of the first control means, the first moving body is always

| '317 Patent Limitations | Takagi |
|---|---|
| | controlled to simply exercise the automatic motion. A second control means permits one of such ordinary and sophisticated services to be selected.") <br><br> Takagi at 3:40-60 ("Moreover, to achieve the first object, a third aspect of the invention provides a production facility comprising: a man-machine section (F22) requiring one of a movement service, a handling service and a production service to be provided in one of a first manner and a second manner more sophisticated than the first manner, the man-machine section including a first movable body (R1) adaptive to exercise an automatic motion, and a second movable body (M) competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and to cooperate with the first movable body for employing the automatic motion as one of an assistance and teaching to sophisticate the voluntary motion; first control means (1,3,4) operative in a first mode thereof for controlling the first moving body to exercise the automatic motion and in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and second control means (2) for controlling the first control means to select one of the first and second modes.") <br><br> Takagi at 3:61-4:5 ("According to the third aspect, a first movable body is adapted in a second mode of a first control means, for a cooperation with a second movable body, where its automatic motion is employed as an assistance (e.g. power) or teaching (e.g. sign) to make a voluntary motion of the second moving body sophisticated enough to provide an equivalent service to a required service in a sophisticated manner. In a first mode of the first control means, the first moving body is controlled to simply exercise the automatic motion that may provide an unconcerned service. A second control means permits one of ordinary and sophisticated services to be selected.") <br><br> Takagi at 4:6-19 ("According to a fourth aspect of the invention, as it depends from any of the first to the third aspect: the first movable body (R1=50+60(i)) has a first motion range (R51) defined for the automatic motion, including a first clearance ($\alpha$) thereof and a first allowance ($\beta$) thereof; the second movable body (M=70(j)+80(k)) has a second motion range (R71(k)) defined for the voluntary motion, including a second allowance ($\gamma$) therefor; and the first control means (1, 3, 4) includes safety control means (1b, 3) for |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
|  | recognizing an interference region (R53) in which the first and second motion ranges interfere with each other, detecting an intersection between the interference region and the second motion range, and responding to the detected intersection to provide a detection signal.")<br><br>Takagi at 4:20-26 ("According to the fourth aspect, a first motion range is permitted to cover an inherent motion and a relaxed clearance of a first movable body, with a first allowance to permit e.g. a delayed response to be safe, and a second motion range is permitted to cover an inherent motion of a second movable body, with a second allowance to permit e.g. a delayed escape to be safe.")<br><br>Takagi at 4:27-30 ("According to a fifth aspect of the invention, as it depends from the fourth aspect, the first control means (1,3,4) is responsible in the first mode to process the detection signal for stopping the first movable body.")<br><br>Takagi at 4:31-36 ("According to the fifth aspect, a first movable body is allowed to freely move irrespective of a second movable body in a cooperative second mode, and to carefully move in an automatic first mode in which the second movable body may invade an interference region that is not enclosed by a fence.")<br><br>Takagi at 4:37-40 ("According to a sixth aspect of the invention, as it depends from the fourth aspect, the interference region (R53) is kept constant, as the first movable body (R1) has a stationary part (51) fixed in position.")<br><br>Takagi at 4:41-43 ("According to a seventh aspect of the invention, as it depends from the fourth aspect, the interference region (R53) is variable, as the first movable body (R1) travels.")<br><br>Takagi at 4:44-47 ("According to an eighth aspect of the invention, as it depends from the fourth aspect, the safety control means (1b, 3) includes sensor means (3) for sensing a position (V(i,j,k)) of the second movable body.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 4:51-53 ("According to a tenth aspect of the invention, as it depends from the ninth aspect, the transmitter (30) is carried by the second movable body (M).")

Takagi at 4:54-56 ("According to an eleven aspect of the invention, as it depends from the eighth aspect, the sensor means (3) comprises a two-dimensional array of sensing elements.")

Takagi at 4:57-59 ("According to a twelfth aspect of the invention, as it depends from the eleventh aspect, the two-dimensional array of sensing elements covers the interference region (R53).")

Takagi at 4:60-62 ("According to a thirteenth aspect of the invention, as it depends from the eleventh aspect, the sensing elements each comprise a sensible matt.")

Takagi at 4:63-65 ("According to a fourteenth aspect of the invention, as it depends from the eleventh aspect, the sensing elements each comprise a photo-electric sensor.")

Takagi at 5:1-5 ("According to a fifteenth aspect of the invention, as it depends from the eleventh aspect, the sensor means (3) comprises an array of a plurality of unit sensors each comprised of the two-dimensional array of sensing elements.")

Takagi at 5:6-9 ("According to a sixteenth aspect of the invention, as it depends from the eighth aspect, the position (V(i,j,k)) of the second movable body (M) is defined in a coordinate system associated with the interference region (R53).")

Takagi at 5:10-18 ("According to a seventeenth aspect of the invention, as it depends from the fourth aspect: the first movable body (50) comprises a first member (52) rotatable about a first center fixed to a representative part (51) of the first movable body, with a far-most end (52a) thereof describing a first arc (R50a-α1-β1); and the first motion range (R50) comprises a first sum of a first inherent range defined by the first arc, a first fraction (α1) of clearance and a first fraction (β1) of allowance.")

Takagi at 5:22-31 ("According to an eighteenth aspect of the invention, as it depends from the seventeenth aspect: the first movable body (R1) further comprises a second member (60(i)) rotatable about a second |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | center (52b) fixed to the first member (52) inside the first arc (R50a-α1-β1), with a far-most end (62(i)) thereof describing a second arc (R60a(i)α2-β2); and the first motion range (R51) comprises a total of the first sum (R50) and a second sum (R60(i)) of a second inherent range defined by the second arc, a second fraction (α2) of clearance and a second fraction (β2) of allowance.")<br><br>Takagi at 5:42-49 ("According to a 20th aspect of the invention, as it depends from the eighteenth aspect: the second movable body (70(j)) comprises a flexible body (70(j)) with a possibility of fall about a third center as a foot part thereof, with an arm part thereof stretched to have a finger end lying on a first circle (R70a(j)-γ1); and the second motion range (R70(j)) comprises a third sum of a first probable range defined by the first circle and a first probable fraction (γ1) of allowance.")<br><br>Takagi at 5:52-60 ("According to a 21st aspect of the invention, as it depends from the 20th aspect: the second movable body (M) further comprises a tool member (80(k)) with a possibility of rotational drop about a fourth center as a hand part of the flexible body (70(j)) within a second circle (R80a(k)γ2); and the second motion range (R71(k))) comprises a total of the third sum(R70(j)) and a fourth sum of a second probable range defined by the second circle and a second probable fraction (γ2) of allowance.")<br><br>Takagi at 5:64-6:20 ("Further, to achieve the second object, according to a 22nd aspect of the invention depending from the 21st aspect, the first control means (1,3,4) includes memory means (1, 4) for storing first data on a radius of curvature of the first arc (R50a-α1-β1) of the first member (52), a second data on a distance (L50) between the first center (51) and the second center (52b), third data on a radius of curvature of the second arc (R60a(i)-α2-β2) of a respective kind (i) of the second member (60(i)), fourth data on a radius of the first circle (R70a(j)-γ1) of a respective kind (j) of the flexible body (70(j)), fifth data on a radius of the second circle (R80a(k)-γ2) of a respective kind (k) of the tool member (80(k)), sixth data on the first fraction (α1) of clearance of the first member, seventh data on the second fraction (α2) of clearance of the respective kind (i) of the second member, eighth data on the first fraction (β1) of allowance of the first member, ninth data on the second fraction (β2) of allowance of the respective kind (i) of the second member, tenth data on the first probable fraction (γ1) of allowance of the respective kind |

| '317 Patent Limitations | Takagi |
| --- | --- |
|  | (j) of the flexible body, and eleventh data on the second probable fraction ($\gamma2$) of allowance of the respective kind (k) of the tool members.")<br><br>Takagi at 6:21-26 ("According to a 23rd aspect of the invention, as it depends from the 22nd aspect, the first control means (1,3,4) includes processor means (1, 4) responsible to a current position of the first center for processing the first, the sixth and the eighth data to calculate a radius (V0) of curvature of a boundary (R50a) of the first motion range (R50).")<br><br>Takagi at 6:27-32 ("According to a 24th aspect of the invention, as it depends from the 23rd aspect, the processor means (1, 4) is responsible to an identified kind (i) of the second member (60(i)) for additionally processing the second, the third, the seventh and the ninth data to calculate a radius (V(i)) of curvature of a boundary (R51a) of the first motion range (R51).")<br><br>Takagi at 6:33-40 ("According to a 25th aspect of the invention, as it depends from the 24th aspect, the processor means (1, 4) is responsible to an identified kind (j) of the flexible body (70(j)) for additionally processing the fourth and the tenth data to calculate a radius (Y(j)) of curvature of a boundary (R70a(j)) of the second motion range (R70(j)), and a radius (V(i, j)) of curvature of a boundary (R52a) of the interference region (R52).")<br><br>Takagi at 6:41-48 ("According to a 26th aspect of the invention, as it depends from the 25th aspect, the processor means (1, 4) is responsible to an identified kind (j) of the flexible body (70(j)) for additionally processing the fourth and the tenth data to calculate a radius (Y(j)) of curvature of a boundary (R70a(j)) of the second motion range (R70(j)), and a radius (V(i, j)) of curvature of a boundary (R52a) of the interference region (R52).")<br><br>Takagi at 6:49-56 ("According to a 27th aspect of the invention, as it depends from the 26th aspect, the processor means (1, 4) is responsible to an identified kind (k) of the tool member (80(k)) for additionally processing the fifth and the eleventh data to calculate a radius (W(j,k)) of curvature of a boundary (R71a(k)) of the second motion range (R71(j)), and a radius (V(i,j,k)) of curvature of a boundary (R53a) of the interference region (R53).") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 6:57-62 ("Moreover, to achieve the second object, according to a 28th aspect of the invention depending from the second or the third aspect, the first control means (1,3,4) is adapted to learn a combination of the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service.")<br><br>Takagi at 6:63-7:2 ("Moreover, to achieve the second object, according to a 29th aspect of the invention depending from the second or the third aspect, the first control means (1,3,4) is adapted to learn a difference between the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service.")<br><br>Takagi at 7:3-14 ("According to a 30th aspect of the invention, as it depends from any of the first to the third aspect: the required service includes handling a work for one of a transfer assistance and a positioning assistance; and the first moving body comprises one of a first assist arm device (FIG. 8) adapted for the transfer assistance with a restricted motion range , a second assist arm device (FIG. 16) power-aided for the transfer assistance, a third assist arm device (FIG. 19) adapted for the positioning assistance, a fourth assist arm device (FIG. 27) adapted for the positioning assistance on a follower, and a fifth assist arm device (FIG. 36) adapted for the positioning assistance with a flexible clearance.")<br><br>Takagi at 7:15-26 ("Further, to achieve the third object, according to a 31st aspect of the invention depending from the 30th aspect: the required service includes transferring the work along a route (R11a, R11b, R11c); the transfer assistance includes restricting loci of the work in a range (R11a+R11b+R11c) of the route; the first assist arm device comprises a plurality of arms (120, 130, 140, 150) having rotation ranges thereof; and the first control means (170, 180, 190; 120e, 130e, 140e, 150e; 126e, 128e, 136e, 138e, 146e, 148e, 156e, 158e; 100, 126, 128, 136, 138, 146, 148, 156, 158) is adapted to detect a transfer position of the work and control the rotation ranges depending on the transfer position.")<br><br>Takagi at 7:27-35 ("According to the 31st aspect, a plurality of arms have their rotation ranges restricted in accordance with a transfer position of a work, which can thus be transferred within an envelope of combinations of the restricted rotation ranges. Therefore, a worker is permitted to transfer a work along a predetermined route, without paying careful attentions to obstacles lying outside the route, resulting in a |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | decreased mental load and an increased working efficiency, as well as a reduced frequency of undesirable interferences.") <br><br> Takagi at 7:36-59 ("Further, to achieve the third object, according to a 32nd aspect of the invention depending from the 30th aspect: the required service includes transferring the work long a route (R11a, R11b, R11c); the transfer assistance includes restricting loci of the work in a range (R11a+R11b+R11c) of the route; the first assist arm device comprises a plurality of arms (120, 130, 140, 150), first detecting means (120e, 130e, 140e, 150e) for detecting rotational positions of the plurality of arms, a restriction member (122, 124; 132, 134; 142, 144; 152, 154) for a mechanical restriction of one of the plurality of arms, second detection means (126e, 128e; 136e, 138e; 146e, 148e; 156e, 158e) for detecting a set position of the restriction member, and drive means (160, 162, 126, 128; 136, 138; 146, 148; 156, 158) for driving the restriction member; the first control means (170, 180, 190) includes calculation means (198) for calculating a transfer position of the work based on the rotational positions of the plurality of arms and memory means (194) for storing data on a relationship between the transfer position of the work and the set position of the restriction member; and the first control means (170, 180, 190) is responsible for the transfer position of the work to read the stored data from the memory means and control the drive means for setting the restriction member in a position in accordance with the read data.") <br><br> Takagi at 7:60-8:5 ("According to the 32nd aspect, a current transfer position of a work is calculated in dependence on a combination of rotational positions of arms. At least one restriction member has its set position calculated on a basis of data stored in memory means, as they depend on the transfer position of the work. As a result, an associated arm has its rotational position restricted in accordance with the transfer position, so that the work may go along a transfer path, where it can be kept from hitting obstacles. Accordingly, a worker is permitted to transfer the work along a predetermined route, without paying careful attentions to obstacles lying outside the route, resulting in an increased working efficiency.") <br><br> Takagi at 8:6-16 ("According to a 33rd aspect of the invention, as it depends from the 32nd aspect: the worker is competent to teach an ideal position of the work in the route; the first control means (170, 180, 190) has a teaching button (172) operative for the worker to teach the ideal position to the first control means and for the first control means to calculate therefrom a permissible motion range of the work about |

| '317 Patent Limitations | Takagi |
|---|---|
| | the ideal position; and the first control means is responsible for an operation of the teaching button to store data on the ideal position and the permissible motion range in the memory means (194).")<br><br>Takagi at 8:17-29 ("According to the 33rd aspect, a teaching worker actually handles a work by hands, as the work is supported by a combination of arms set free from restrictions, with a teaching button operated. Data on a current transfer position of the work can thus be learned as a combination of associated rotational positions of the arms, which data are stored in memory means and further processed together with some initial data to calculate a permissible motion range of the work, whose data also are stored in the memory means. A possible manual teaching of a work position and a permissible motion range allows a facilitated setting and a facilitated change respectively of a work transfer route and a degree of restriction, such as when a layout is modified.")<br><br>Takagi at 8:30-41 ("According to a 34th aspect of the invention, as it depends from the 33rd aspect: the first control means (170, 180, 190) has a mode select switch (182) for selecting one of a teaching mode and a running mode; and the first control means (170, 180, 190) is responsible for the teaching mode, as the teaching button (172) is operated, to store the data on the ideal position and the permissible motion range in the memory means (194) and for the running mode to respond to the transfer position to read the stored data from the memory means and control the drive means for setting the restriction member in a position in accordance with the read data.")<br><br>Takagi at 8:42-47 ("According to the 34th aspect, stored data in memory means are updated in a teaching mode by new data on an ideal transfer route of a work, and the new data are processed for a restriction of a motion range of the work in a running mode. A mode select switch permits an easy, exact and simple selection.")<br><br>Takagi at 8:48-58 ("Further, to achieve the fourth object, according to a 35th aspect of the invention depending from the 30th aspect: the second assist arm device comprises an arm member (210, 216, 215) for the transfer assistance of the work, weight balancing means (212) for balancing a weight (G) of the work with a gravity, sensor means (218) for detecting a force (F) exerted on the work by the second movable body, and drive means (213, 217, 220) for driving the arm; and the first control means (225, |

| '317 Patent Limitations | Takagi |
|---|---|
| | encoder-1 to -3) is adapted to be responsible for a magnitude and a direction of the detected force to control the drive means for aiding the exerted force.")

Takagi at 8:59-63 ("According to the 35th aspect, when applying a force to a work, a worker is aided by an assist force in accordance with the applied force, so that directional inertial forces are cancelled, permitting a facilitated transfer of a weighty work.")

Takagi at 8:64-9:11 ("Moreover, to achieve the fourth object, according to a 36th aspect of the invention depending from the 30th aspect: the second assist arm device comprises a plurality of arm members (210, 216, 215) for the transfer assistance of the work, weight balancing means (212) acting on one (210) of the plurality of arm members for balancing a weight (G) of the work with a gravity, sensor means (218) for detecting three-dimensional components of a moment (N) exerted on the work by the second movable body, and drive means (213, 217, 220) for individually driving the plurality of arms; and the first control means (225, encoder-1 to -3) is adapted to be responsible for magnitudes and directions of the detected components of the moment to control the drive means for aiding the exerted moment.")

Takagi at 9:12-16 ("According to the 36th aspect, when applying a moment to a work, a worker is aided by an assist moment in accordance with the applied moment, so that tangential inertial forces are cancelled, permitting a facilitated transfer of a weighty work.")

Takagi at 9:17-31 ("Moreover, to achieve the fourth object, according to a 37th aspect of the invention depending from the 30th aspect: the second assist arm device comprises a plurality of arm members (210, 216, 215) for the transfer assistance of the work, weight balancing means (212) acting on one (210) of the plurality of arm members for balancing a weight (G) of the work with a gravity, sensor means (218) for detecting three-dimensional components of a force (F) and a moment (N) exerted on the work by the second movable body, and drive means (213, 217, 220) for individually driving the plurality of arms; and the first control means (225, encoder-1 to -3) is adapted to be responsible for magnitudes and directions of the detected components of the force and the moment to control the drive means for aiding the exerted force and moment.") |

16

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 9:35-38 ("According to a 39th aspect of the invention, as it depends from the 35th aspect: the first control means (225) includes means for regulating a degree of said aiding the exerted force.")<br><br>Takagi at 9:39-49 ("Further, to achieve the fifth object, according to a 40th aspect of the invention depending from the 30th aspect: the third assist arm device comprises an arm member (310, 316, 315) for transferring the work to a position, weight balancing means (312) for balancing a weight of the work with a gravity, and drive means (313, 317, 318, 320) for driving the arm member; and the firs control means (325, 319) has a positioning mode for connecting the arm member with the drive means to transfer the work and an assist mode for disconnecting the arm member from the drive means so that a worker can transfer the work.")<br><br>Takagi at 9:50-52 ("According to the 40th aspect, a worker is permitted to selectively employ respective merits of an assist mode and a positioning mode.")<br><br>Takagi at 9:53-10.3 ("Moreover, to achieve the fifth object, according to a 41st aspect of the invention depending from the 30th aspect: the third assist arm device comprises an arm member (310, 316, 315) for transferring the work to a position, weight balancing means (312) for balancing a weight of the work with a gravity, drive means (313, 317, 318, 320) for driving the arm member, and clutch means (322) for interconnecting the arm member and the drive means; the first control means (325, 319) includes memory means (357,358) for storing a transfer path, as it is taught, and switch means (351) for selecting a positioning mode; and the first control means (325, 319) is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the drive means to transfer the work along the transfer path stored in the memory means and, as the work has arrived the position, to an assist mode for letting the clutch means off.")<br><br>Takagi at 10:4-7("According to the 41st aspect, as a switch is turned on, an assist arm device is put in a positioning mode, where it serves like a transfer robot and, when a transfer point is reached, it enters an inherent assist mode.")<br><br>Takagi at 10:8-25 ("Moreover, to achieve the fifth object, according to a 42nd aspect of the invention depending from the 30th aspect: the third assist arm device comprises an arm member (310, 316, 315) for |

| '317 Patent Limitations | Takagi |
|---|---|
| | transferring the work to a position, eight balancing means (312) for balancing a weight of the work with a gravity, drive means (313, 317, 318, 320) including a servo motor for driving the arm member, and clutch means (322) for interconnecting the arm member and the drive means; the first control means (325, 319) includes memory means (357,358) for storing a transfer path, as it is taught, and switch means (351) for selecting a positioning mode; and the firs control means (325, 319) is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, as the work has arrived the position, to an assist mode for letting the clutch means off and releasing the servo motor from a servo control.")<br><br>Takagi at 10:26-27 ("According to the 42nd aspect, an assist arm device serves in a similar manner to the 41st aspect.")<br><br>Takagi at 10:28-49 ("Moreover, to achieve the fifth object, according to a 43rd aspect of the invention depending from the 30th aspect: the third assist arm device comprises an arm member (310, 316, 315) for transferring the work to a position, weight balancing means (312) for balancing a weight of the work with a gravity, drive means (313, 317, 318, 320) for driving the arm member, and clutch means (322) for interconnecting the arm member and the drive means; the first control means (325, 319) includes memory means (357,358) for storing a transfer path, as it is taught, and switch means (351) for selecting a positioning mode; and the first control means (325, 319) is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the drive means to transfer the work along the transfer path stored in the memory means and, as the work has arrived the position, to an assist mode for letting the clutch means off, and further adaptive, as the switch means is turned on after the work has arrived the position, for letting the clutch means in and for pushing the work against an opponent member in a fixing thereof with a force in accordance with a current data stored in the memory means and, as the fixing is over, for letting the clutch means off.")<br><br>Takagi at 10:50-52 ("According to the 43rd aspect, as a switch is turned on again, an assist arm device is cooperative with a worker in a complementing manner, such as when screwing.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 10:53-11:11 ("Moreover, to achieve the fifth object, according to a 44th aspect of the invention depending from the 30th aspect: the third assist arm device comprises an arm member (310, 316, 315) for transferring the work to a position, weight balancing means (312) for balancing a weight of the work with a gravity, drive means (313, 317, 318, 320) including a servo motor for driving the arm member, auxiliary power means (327) for generating a force to pushing the work against an opponent member in a fixing thereof, and clutch means (322) for interconnecting the arm member and the drive means; the first control means (325, 319) includes memory means (357,358) for storing a transfer path, as it is taught, and switch means (351) for selecting a positioning mode; and the first control means (325, 319) is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, as the work has arrived the position, to an assist mode for letting the clutch means off and releasing the servo motor from a servo control, and further adaptive, as the switch means is turned on after the work has arrived the position, for operating the auxiliary power means to push the work against the opponent member with a force and, as the fixing is over, for stopping the auxiliary power means.")<br><br>Takagi at 11:12-14 ("According to the 44th, in an assist arm device similar to that of the 43rd aspect, a servo motor is permitted to have a limited power.")<br><br>Takagi at 11:15-17 ("According to a 45th aspect of the invention, as it depends from the 44th aspect: the auxiliary power means comprises one a servo motor and an air motor (327).")<br><br>Takagi at 11:18-27 ("According to a 46th aspect of the invention, as it depends from the 44th aspect: the first control means (325, 319) is adaptive, as the switch means is turned on after the work has arrived the position, for letting the clutch means in, pushing the work against the opponent member with force in accordance with a current data stored in the memory means, and operating the auxiliary power means to push the work against the opponent member and, as the fixing is over, for letting the clutch means off and stopping the auxiliary power means.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 11:28-31 ("According to a 47th aspect of the invention, as it depends from the 40th aspect: the first control means (325, 319) has a teaching mode for storing loci of the arm member (310, 316, 315, 314) as a transfer path.")<br><br>Takagi at 11:32-36 ("According to a 48th aspect of the invention, as it depends from the 43th aspect: the first control means (325, 319) is adapted, as the arm member (310, 316, 315, 314) is manually operated, to store in the memory means loci of the arm member as the transfer path.")<br><br>Takagi at 11:37-49 ("Further, to achieve the sixth object, according to a 49th aspect of the invention depending from the 30th aspect: the fourth assist arm device (A) is mounted on the follower (B); the fourth assist arm device comprises an arm member (410, 416, 415) for transferring the work (D) to a position, weight balancing means (412) for balancing a weight of the work with a gravity, and drive means (413, 417, 418, 420) for driving the arm member; the first control means (425, 419) has a positioning mode for connecting the arm member with the drive means to transfer the work and an assist mode for disconnecting the arm member from the drive means so that a worker can transfer the work; and the first control means is connected to the drive means.")<br><br>Takagi at 11:50-52 ("According to the 49th aspect, a worker moving with a follower is permitted to selectively employ respective merits of an assist mode and a positioning mode.")<br><br>Takagi at 11:53-64-12:4 ("Moreover, to achieve the sixth object, according to a 50th aspect of the invention depending from the 30th aspect: the fourth assist arm device (A) is mounted on the follower (B); the fourth assist arm device comprises an arm member (410, 416, 415) for transferring the work (D) to a position, weight balancing means (412) for balancing a weight of the work with a gravity, drive means (413, 417, 418, 420) for driving the arm member, and clutch means for interconnecting the arm member and the drive means; the first control means (425, 419) includes memory means (457,458) for storing a transfer path, as it is taught, and switch means (451) for selecting a positioning mode; and<br><br>the firs control means is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the drive means to transfer the work along the transfer path |

| '317 Patent Limitations | Takagi |
|---|---|
| | stored in the memory means and, as the work has arrived the position, to an assist mode for letting the clutch means off.")<br><br>Takagi at 12:5-8 ("According to the 50th aspect, as a switch is turned on, an assist arm device is put in a positioning mode, where it serves like a transfer robot and, when a transfer point is reached, it enters an inherent assist mode.")<br><br>Takagi at 12:9-28 ("Moreover, to achieve the sixth object, according to a 51st aspect of the invention depending from the 30th aspect: the fourth assist arm device (A) is mounted on the follower (B); the fourth assist arm device comprises an arm member (410, 416, 415) for transferring the work to a position, weight balancing means (412) for balancing a weight of the work with a gravity, drive means (413, 417, 418, 420) for driving the arm member, and clutch means for interconnecting the arm member and the drive means; the first control means (425, 419) includes memory means (457,458) for storing a transfer path, as it is taught, switch means (451) for selecting a positioning mode, and sensor means (430) for detecting a proximity of an obstacle; and the firs control means is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, as the work has arrived the position or the proximity of the obstacle is detected by the sensor means, to an assist mode for letting the clutch means off.")<br><br>Takagi at 12:29-31 ("According to the 51st aspect, an assist arm device enters an inherent assist mode when a proximal obstacle is detected.")<br><br>Takagi at 12:32-35 ("According to a 52nd aspect of the invention, as it depends from the 49th aspect: the switch means is provided on an operation panel (419) disposed at a hand (415) and on a control panel (440) connected to the first control means.")<br><br>Takagi at 12:36-40 ("According to a 53rd aspect of the invention, as it depends from the 51st aspect: the fourth assist arm device (A) has an emergency switch (453); and the first control means (425, 419) is adapted to enter the assist mode when the emergency switch is operated.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 12:41-50 ("Further, to achieve the seventh object, according to a 54th aspect of the invention depending from the 30th aspect: the required service is for fitting the work (702)to an installation place (706) having a first clearance to the work; the fifth assist arm device has an arm member (506) for positioning the work to the installation place, the arm member being movable with a second clearance larger than the first clearance; and the first control means (510) enters the second mode when the arm member carrying the work has reached a vicinity of the installation place.")<br><br>Takagi at 12:51-53 ("According to the 54th aspect, a worker is permitted to cooperate with an arm member to complete a rest of a required service.")<br><br>Takagi at 12:65-67 ("FIG. 2 is a functional block diagram of the facility of FIG. 1, including a conventional robot and a safety control system;")<br><br>Takagi at 13:1-4 ("FIG. 3 is a functional block diagram of a production facility with an assistant robot and a control system therefor, including a safety control system, according to a first embodiment of the invention;")<br><br>Takagi at 13:5-6 ("FIG. 4 is a functional block diagram of essential part of the safety control system of FIG. 3;")<br><br>Takagi at 13:7-8 ("FIG. 5 is a flow chart of a control program of the safety control system of FIG. 3;")<br><br>Takagi at 13:9-10 ("FIG. 6 illustrates a principle of an interference recognition by the safety control system of FIG. 3;")<br><br>Takagi at 13:11-12 ("FIG. 7A illustrates a probable interference region of an identified worker;")<br><br>Takagi at 13:13-14 ("FIG. 7B illustrates a probable interference region of a combination of an identified worker and an identified tool;") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 13:15-17 ("FIG. 8 is a side elevation of a transfer assist arm device with a motion locus restricting function according to a second embodiment of the invention;")<br><br>Takagi at 13:18 ("FIG. 9 is a plan of the assist arm device of FIG. 8;")<br><br>Takagi at 13:19-20 ("FIG. 10 is a detail of paired mechanical stoppers and associated members of the assist arm device of FIG. 8;")<br><br>Takagi at 13:21-22 ("FIG. 11 is a plan of the assist arm device of FIG. 8, as it is has moved along a route;")<br><br>Takagi at 13:23-25 ("FIGS. 12A and 12B are front views of a local controller and a control panel, respectively, of the assist arm device of FIG. 8;")<br><br>Takagi at 13:26-27 ("FIG. 13 is a block diagram of a control system of the assist arm device of FIG. 8;")<br><br>Takagi at 13:28-29 ("FIG. 14 is a flow chart of actions associated with a teaching mode of the control system of FIG. 13;")<br><br>Takagi at 13:30-31 ("FIG. 15 is a flow chart of actions associated with a running mode of the control system of FIG. 13;")<br><br>Takagi at 13:32-34 ("FIG. 16 is a side elevation of a power-aided transfer assist arm device according to a third embodiment of the invention;")<br><br>Takagi at 13:35-36 ("FIG. 17 is a block diagram of the assist arm device of FIG. 16;")<br><br>Takagi at 13:37-39 ("FIG. 18 illustrates a motion of a power-aided transfer assist arm device for a comprehensive comparison with the assist arm device of FIG. 16;") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 13:40-42 ("FIG. 19 is a side elevation of a transfer assist arm device with a work positioning function according to a fourth embodiment of the invention;")<br><br>Takagi at 13:43-44 ("FIG. 20 illustrates a gearing associated with a principal axis of the assist arm device of FIG. 19;")<br><br>Takagi at 13:45-46 ("FIG. 21 is a front view of a control panel provided on a controller of the assist arm device of FIG. 19;")<br><br>Takagi at 13:47-48 ("FIG. 22 is a front view of an operation panel provided for a hand of the assist arm device of FIG. 19;")<br><br>Takagi at 13:49-50 ("FIG. 23 is a block diagram of a control system of the assist arm device of FIG. 19;")<br><br>Takagi at 13:51-52 ("FIG. 24 is a flow chart of operations associated with an axis of rotation of the assist arm device of FIG. 19;")<br><br>Takagi at 13:53-55 ("FIG. 25 is a flow chart of control actions for a service of the assist arm device of FIG. 19, in which a worker performs a screw tightening of a work;")<br><br>Takagi at 13:56-58 ("FIG. 26 is a flow chart of control actions for a service of the assist arm device of FIG. 19, in which an air motor is employed when pushing a work against a vehicle;"<br><br>Takagi at 13:59-61 ("FIG. 27 is a side elevation of a positioning assist arm device mounted on a follower according to a fifth embodiment of the invention;")<br><br>Takagi at 13:62-63 ("FIG. 28 is a plan of a man-machine section including the assist arm device of FIG. 27;") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 14:1-2 ("FIG. 29 is a side elevation of the assist arm device of FIG. 27, with a hand assembly attached;")<br><br>Takagi at 14:3 ("FIG. 30A is a front view of the hand assembly of FIG. 8;")<br><br>Takagi at 14:4 ("FIG. 30B is a side view of the hand assembly of FIG. 8;")<br><br>Takagi at 14:5-6 ("FIG. 31 is a front view of a control panel provided on controller of the assist arm device of FIG. 27;")<br><br>Takagi at 14:7-8 ("FIG. 32 is a front view of an operation panel provided for a hand of the assist arm device of FIG. 27;")<br><br>Takagi at 14:9-10 ("FIG. 33 is a block diagram of a control system of the assist arm device of FIG. 27;")<br><br>Takagi at 14:11-12 ("FIG. 34 is a work category table describing principal services of the assist arm device of FIG. 27;")<br><br>Takagi at 14:13-14 ("FIG. 35 illustrates a motion of an assist arm device for comparison with the assist arm device of FIG. 27;")<br><br>Takagi at 14:15-18 ("FIG. 36 is a side elevation of an assist arm device with a flexible clearance according to a sixth embodiment of the invention, and a schematic block diagram of a control system of the device;")<br><br>Takagi at 14:19-21 ("FIG. 37 illustrates a scene of a man-machine section in which the assist arm device of FIG. 36 is employed for application of an instrument panel into a vehicle body;")<br><br>Takagi at 14:22 ("FIG. 38 is an inside view of the vehicle body of FIG. 37;")<br><br>Takagi at 14:23-24 ("FIG. 39 is a partial flow chart of operations of the assist arm device of FIG. 36;") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 14:25-26 ("FIG. 40 is another partial flow chart of operations of the assist arm device of FIG. 36;")<br><br>Takagi at 14:27-28 ("FIG. 41 is an illustration describing an interference region of the assist arm device of FIG. 36;")<br><br>Takagi at 14:29-30 ("FIG. 42 is a block diagram of the control system of FIG. 36; and")<br><br>Takagi at 14:31-33 ("FIGS. 43A, 43B and 43C are illustrations describing basic parameters of the interference region of FIG. 41, respectively.")<br><br>Takagi at 14:52-54 ("The factory F2 includes a labor section-2 F21, a man-machine section F22 and an automatic machine section F23, and has a microwave antenna f2 installed on a rooftop.")<br><br>Takagi at 14:55-58 ("Between the labor section-2 F21 and the man-machine section F22 there is commonly employed a satelite computer 1, which has a robot control program 1a and a safety control program 1b stored in an unshown memory.")<br><br>Takagi at 14:59-61 ("The man-machine section F22 has installed therein a control panel 2 provided with a touch panel type switch board including an operation mode select switch 2a.")<br><br>Takagi at 14:62-15:5 ("An open floor continuously extends over a total area of the man-machine section F22 and the automatic machine section F23. These sections F22, F23 are partially separated from each other simply by light-weight partitions shown by one-dash chain lines. On the floor moving is a wired but radio-controllable robot R1 that has a later-described interference region R11 defined thereabout with an open boundary R11a and is provided with a radio invader sensor 3 for detecting an invader into the interference region R11 which has no enclosure.")<br><br>Takagi at 15:6-19 ("I/O data Dr to and from the robot R1 are interfaced to the satelite computer 1, like those D2, D3 of the control panel 2 and the invader sensor 3. The satelite computer 1 communicates via the microwave antennas f1, f2 with a host computer 4 commonly employed in the main office F1. The host |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | computer 4 has a control program 4a stored in an unshown memory. The control program 4a of the host computer 4 includes both robot control program la and safety control program 1b of the satelite computer 1. The host and satelite computers 4, 1 are adapted to commonly use and complementary process their data D including control data DC associated with a later-described safety control system C1 comprised of the satelite computer 1, control panel 2, invader sensor 3 and host computer 4.")<br><br>Takagi at 15:20-21 ("FIG. 4 is a functional block diagram of essential part of the safety control system C1.")<br><br>Takagi at 15:22-28 ("The man-machine section F22 contains therein, among others, the computer 1, the operation mode select switch 2a, the invader sensor 3, the robot R1, and at least one worker M. The interference region around the robot R1 is invisible. In FIG. 4, the invader sensor 3 comprises a radio transmitter 30 carried by the worker M, and a radio receiver 31 placed on, near or off from the robot R1.")<br><br>Takagi at 15:29-35 ("The man-machine section F22 requires three types of services: a movement service such as for an operation, driving, display, performance, instruction, etc.; a handling service such as for positioning, transferring, lifting, throwing, dipping, etc.; and a production service such as for processing, cutting, assemblying, fastening, welding, painting, etc.")<br><br>Takagi at 15:36-42 ("The robot R1 is a representative of various assistant robots and assist devices in the factory F2, as they are all embodiments of the invention, and is adapted to provide the three types of services. As well-known, assistant robots are different from assist devices in power of employed drives. Some of those assist devices will be detailed, as second or later embodiments.")<br><br>Takagi at 15:43-47 ("The robot R1 is adapted to travel on a solid or liquid body, stand, sit, lie, rotate, revolve, spin, twist, jump, fly, etc. It (R1) is at least adapted to move, at least two-dimensionally, and will sometimes be called herein "first moving body" or simply "moving body".")<br><br>Takagi at 15:48-53 ("The man-machine section F22 includes another moving body, the worker M, who may be multiple and will sometimes be collectively called herein "second moving body" or simply |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
| --- | --- |
| | "moving body". It will be seen that the second moving body M may be replaced by one or more competent robots or assist devices.")<br><br>Takagi at 15:59-63 ("To this point, in a case, the first moving body R1 may be powerful but has an ordinary talent, and the second moving body M has little power but may be skilled. In plain words, the robot R1 may be power aided, and the worker M has a brain.")<br><br>Takagi at 15:64-66 ("In another case, the first and second moving bodies R1, M have ordinary talents that are different and may be added in a complementing manner.")<br><br>Takagi at 16:1-4 ("In still another case, the first moving body R1 may have been sophisticated to a level somewhat inferior relative to a required level, and even a non-skilled worker M may assist the moving body R1 to provide a required service.")<br><br>Takagi at 16:5-7 ("In yet another case, the first moving body R1 may have been sufficiently sophisticated to provide a required service so that the second moving body M can be a mere observer.")<br><br>Takagi at 16:8-15 ("Further, in some case, the first moving body R1 may have an over-sophisticated talent to be dedicated for a required service and may have an allowance for an extra assistance or instruction service, or an inexpensive robot may be provided for an assistance or instruction service, and the second moving body M may make use of such an assistance or instruction for exercising his or her own voluntary motion to provide the required service.")<br><br>Takagi at 16:16-25 ("The present invention is advantageous in the first three cases in which a relatively wild first moving body R1 is permitted to cooperate with a second moving body M to provide a sophisticated service, and in the last case in which a relatively rough second moving body M is permitted to cooperate with a first moving body R1 to provide a sophisticated service. Comprehensive examples of cooperation will be detailed in the second or later embodiments. In the first embodiment, a safety control system C1 for such cooperation will be detailed.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 16:26-38 ("Referring again to FIG. 4, the robot R1 is adapted to: exercise a relatively wild automatic motion in a playback manner, following the robot control program 1a processing initial data; receive a teaching of the worker M, following the control program 1a processing the initial data and learning new data taught by the teaching, while updating part of old data with new data; exercise a sophisticated automatic motion, following the program 1a processing a combination of initial, updated and taught data; and cooperate with the worker M, following the program 1a processing one of the initial data and the combination of data. In the learning, the program 1a may have some file therein automatically reprogrammed.")

Takagi at 16:39-42 ("The automatic motions are exercised in an automatic mode of the control system C1. The reception of teaching and the cooperation are permitted in a cooperation mode of the control system C1.")

Takagi at 16:43-48 ("The automatic mode may be selected for the robot R1 to provide services in its line requiring e.g. high-speed and/or accurate actions that ordinary labor could not achieve. The cooperation mode may be selected for a forte of the worker M, where the robot R1 is not best and needs a cooperation service.")

Takagi at 16:49-59 ("More specifically, for example, when making multiple holes at a high speed in a moving vehicle body, while following it, the piercing work is full-automatically achieved by playback actions of the robot R1; and when positioning a weighty soft or flexible work to the vehicle body while fastening the work thereto by applying bolts or screws to the holes, adequately tightening, the work is clamped by the robot R1 for the positioning and the fastening work with a tightening is performed by the worker M. Such work tends to deform, and it is very difficult for a typical automatic robot to serve for such fastening.")

Takagi at 16:60-63 ("The control system C1={1,2,3,4} so controls the robot R1, in addition to stopping a motion of the robot R1 in the automatic mode, when the interference region R11 is invaded by the worker M, as will be described later.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 16:64-17:7 ("Still again referring to FIG. 4, the operation mode select switch 2a comprises a hardware switch or a software switch provided on a switch board or a touch panel display of the control panel 2, and permits a voluntary selection between the automatic mode and the cooperation mode. A competent switch may be provided in the safety control program 1b. Control circuitry in the panel 2 accepts output data D2o from the satelite computer 1. Data D2i on operations at the panel 2 are input to the computer 1, including a data D21 on a select operation of the switch 2a.")<br><br>Takagi at 17:8-16 ("The computer 1 outputs necessary data D3o to the invader sensor 3 comprised of the transmitter 30 and the receiver 31, and inputs therefrom associated data D3i including occasional data as a signal representative of an invasion of the interference region R11 by an invader, i.e. the transmitter 30 or its carrier M who is identified, while a decision on a probable invasion of the worker M is made at the computer 1 after the occasional data have been processed in a later-described manner.")<br><br>Takagi at 17:17-30 ("It will be seen that the invader sensor 3 may be: a combination of a transmitter 30 carried by the worker M and triple of receivers 31 responsible for a respective divided region of an area or a space of the man-machine section F22; a two-dimensional basic matrix of sensible matt members laid over an area of the floor of the man-machine section F22 or on respective stationary or movable benches, stands, stairs or steps therein or a combination or a two-dimensional matrix of such basic matrices; a two-dimensional or a three-dimensional basic array of photoelectric sensor elements arranged over an area or in a space of the man-machine section F22 or a combination or a two-dimensional or a three-dimensional array of such basic arrays; and/or a combination thereof.")<br><br>Takagi at 17:31-34 ("The receiver 31 may display or recognize a position of the worker M, and an observer of such a receiver may inform an operator at the control panel 2 of a probable invasion, or the observer himself, herself or itself may be such an operator.")<br><br>Takagi at 17:35-42 ("When using triple of receivers 31 two-dimensionally arranged, letting (x1,y1), (x2,y2), (x3,y3) be coordinates of their locations in an absolute coordinate system, and L1, L2, L3 be distances between the respective locations and a position (x,y) of the transmitter 30 carried by the worker |

| '317 Patent Limitations | Takagi |
|---|---|
| | M, as the distances are determined from strengths of associated radio waves, there concurrently stand three equations, such that:")<br><br>Takagi at 17:46-49 ("of which arbitrary two can be solved for at most two probable worker positions, of which at least one can be selected as a worker position by using the remaining equation.")<br><br>Takagi at 17:54-64 ("When using the matrix of sensible matt members, each matt member has a location of its coverage area identified and, when a load, exceeding a threshold, is imposed thereon by an identified worker M or an uncofirmed object (e.g. a worker with another id or a foreign person or object), the matt member outputs a detection signal in a manner capable of its identification, e.g. by effecting a generation or an interruption of an electrical, mechanical or optical signal transmittable to a time-divisional serial scanner or a pair of such signals transmittable to both of a pair of x and y directional scan lines.")<br><br>Takagi at 17:65-18:11 ("When using the array of photo-electric sensor elements, each sensor element includes a combination of a projector for projecting a directional beam of light or laser and a receiver for photo-electrically sensing a reception of the beam. The beam covers an identified axisymmetric spatial zone thereabout, which zone may partially overlap with a zone of a respective one of one or more adjacent beams cooperatively covering an entirety of an identifiable spatial region. If the reception of the beam is interrupted by e.g. an identified worker M or an unconfirmed object (inclusive of a flying object), the receiver outputs a detection signal capable of its identification, which signal is scanned in a manner similar to the case of sensible matt members.")<br><br>Takagi at 18:27-32 ("The radio sensor 30+31 permits an exact recognition of the worker's position, and a flexible adaptation to a variation of the interference region R11. For the adaptation, a mere definition of a boundary R11a of a varied region R11 can do, in contrast to the sensible matt members or photo-electric sensor elements needing a respreading or rearrangement.")<br><br>Takagi at 18:51-59 ("If the automatic mode is selected, the control flow goes to a step S2, where the computer 1 starts monitoring input data D3i from the invader sensor 3 to detect an invasion of an identified worker M into an identified interference region R11, by checking a current position of the worker M. Then, at a step S3, it is decided whether or not the worker M is detected in the interference region R11. If |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | the worker M is detected there, the flow goes to a step S4 for promptly stopping an associated operation of the robot R1.") <br><br> Takagi at 18:60-68 ("If the automatic mode is not selected, i.e., if the cooperation mode is selected at the step S1, the flow goes to a step S5, where the computer 1 interrupts inputting an associated detection signal from the invader sensor 3, thereby interrupting the check for an invasion of the worker M, i.e. effecting a cancellation of the interference region R11 so that the worker M is permitted to voluntarily enter into and exit from the interference region R11, allowing a voluntary cooperation with the robot R1.") <br><br> Takagi at 19:1-4 ("It will be seen that the foregoing control flow is programmed to be executed for a respective combination of an identified worker M and an identified interference region R11.") <br><br> Takagi at 19:5-10 ("If an interference region is invaded by an unconfirmed object, the system C1 may promptly stop all associated actions of the robot R1 even in the cooperation mode. Such an invasion may be detected e.g. by a combination of a radio sensor 30+31 and a matrix of sensible matt members or an array of photo-electric sensor elements.") <br><br> Takagi at 19:11-19 ("More specifically, in a case an observer is watching for a foreign object and/or an entirety of a combination of the man-machine section F22 and the automatic machine section F23 is closed by an enclosure which permit entry of identified persons and identified movable objects, the safety control system C1 may recognize respective positions of such possible invaders (inclusive of the observer), as they may each carry a transmitter or transponder, so that a simple use of radio sensors can cope with.") <br><br> Takagi at 19:24-37 ("According to the present embodiment, during an operation in an automatic mode of a production facility R1, an invasion of a worker M into an interference region R11 may be detected. In such a case, however, the operation is stopped. Therefore, during the automatic mode, the worker as well as the facility is kept safe, even if the worker has invaded the interference region. On the other hand, during an operation in a cooperation mode, the worker is positively permitted to cooperate with the production facility in the interference region, as it is necessary. Moreover, in both automatic and cooperation modes, |

| '317 Patent Limitations | Takagi |
|---|---|
| | an immediate selection is possible between prohibiting an invasion of the worker into the interference region and accepting such an invasion, thus permitting an increased efficiency of work.")

Takagi at 19:38-43 ("Further, an arbitrary region around a production facility R1 may be set as an interference region R11. In this case also, a detected invasion of a worker M into the interference region R11 may cause an operation in an automatic mode of the production facility to stop, whereas it is positively accepted in a cooperation mode of the production facility.")

Takagi at 19:44-48 ("FIGS. 6 and 7A, 7B describe how the safety control system C1 recognizes an interference region R11 (=R53) of an identified first movable body R1 (=50+60(i)) and an invasion thereto by an identified second movable body M (=70(j)+80(k))")

Takagi at 19:49-61 ("In these figures, designated at reference character 50 is an identified movable master device; 60 is a set {60(i)} of movable slave members 60(i) (i=1,2 . . . ) each identifiable as an integrally movable combination of a work handling member attached to the master device 50 and an i-th identified one of registered works; 70 is a group {70(j)} of movable objects 70(j) (j=1,2, . . . ) each identifiable as a j-th one of registered workers M (or sometimes competent devices); 80 is a set {80(k)} of tool members 80(k) (k=1,2, . . . ) each identifiable as a k-th one of registered tool members; and 90, 91 are left and right partition members between which the man-machine section F22 communicates with the automatic machine section F23.")

Takagi at 19:62-20:19 ("The master device 50 may include various apparently stationary members and various movable members. As a required service is defined, the movable master device 50 necessarily comprises a representative stationary member 51 fixed at a representative center thereof (hereafter "first center") to a certain point defined in a three-dimensional coordinate system that moves together with a displacement of the master device 50 in an absolute coordinate system; and a first movable member 52 of which a far-most end 52a describes an unshown first apparent "sphere" or a "solid sector" (hereafter "sphere" and "solid sector" will collectively represented by a correspondent "circle" for comprehension, e.g. "first apparent circle" in this case.) in which all associated members of the master device 50 is movable, as the first movable member 52 represents a longest member rotatable about the first center in a |

| '317 Patent Limitations | Takagi |
|---|---|
| | concerned solid angle in which an envelope of possible motions of the master device in the moving coordinate system resides within a range of the first apparent circle. In the example of FIG. 6, the concerned solid angle coincides in plan with a solid angle defined by a pair of vertical planes crossing each other on the first center and extending along facing sides of the left and right partition members 90, 91. Hereafter, associated description is assumed to be provided of the concerned solid angle.")<br><br>Takagi at 21:24-30 ("The control system C1 has stored therein data on physical characteristics of the j-th identified worker 70(j), such as on a height and a reach of finger end in a sitting or lying position, and in a particular case a longest one of distances between from a position of the transmitter 30 and tips of the twenty fingers, and a total length when the worker has fallen on the floor with arms and fingers stretched.")<br><br>Takagi at 21:31-36 ("The system C1 further has data on a first service circle determined for the worker 70(j) in consideration of selected physical characteristics including the reach of finger end and a kind of the required service, as well as on a first probable allowance γ1 preset for a necessary escape in consideration of the kind of required service.")<br><br>Takagi at 21:37-44 ("The system C1 recognizes: the worker 70(j) as a fourth radius vector bound at its fix end to a central point (hereafter sometimes "foot part") on the floor between feet and free-rotatable thereabout, with a fourth radius Y(j) equivalent to a sum of a radius of the first service circle and the first probable allowance γ1; and a motion range R70(j) of the worker 70(j) to be a region within a circle R70a(j) that a free end of the fourth vector describes.")<br><br>Takagi at 22:1-12 ("When the former is larger than the latter Y(j), the control system C1 recognizes: a combination of the identified worker 70(j) and the identified tool member 80(k) as a sixth radius vector bound at its fix end to the foot part and free-rotatable thereabout, with a sixth radius W(j,k) equivalent to a total of the horizontal distance from the foot part to the arm part, the radius of the second service circle, and an allowance γ equivalent to a sum of the first probable allowance γ1 and the second probable allowance γ2; and a motion range R71(k) of such the combination 70(j)+80(k) to be a region within a circle R71a(k) that a free end of the sixth vector describes.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 22:13-19 ("If the sum of the horizontal distance and the fifth radius Z(k) is shorter than or equivalent to the fourth radius Y(j), the control system C1 recognizes: the combination of the worker 70(j) and the tool member 80(k) as a sixth radius vector equivalent to the fourth radius vector so that W(j,k) =Y(i), and γ=γ1; and the motion range R70(j) of the worker 70(j) to be that of such the combination 70(j)+80(k).")<br><br>Takagi at 22:20-30 ("Therefore, the safety control system C1 recognizes the combination of worker 70(j) and member 80(k) as a sixth radius vector with a radius equivalent to a distance between the foot part and a far-most potential point where physical part of the j-th identified worker 70(j) or part of the k-th identified tool member may reach. Unless the required service needs a lying position, the sixth radius vector should may well be different from the fourth radius vector so that W(j,k)≠Y(j). Unless a tool member is handled, the sixth radius vector should be identical to the fourth radius vector so that W(j,k)=Y(j).")<br><br>Takagi at 22:31 ("It will be seen that the tool member may be a work.")<br><br>Takagi at 22:32-38 ("As shown in FIG. 6, the control system C1 dimension-identically maps the sixth radius vector of the radius W(j,k) from a coordinate system associated therewith into a coordinate system associated with the third radius vector of the radius V(i), where this and that vectors interfere with each other when a distance between their fix ends is smaller than a sum V(i,j,k) of their radii V(i) and W(j,k).")<br><br>Takagi at 22:39-45 ("Therefore, the control system C1 recognizes: a seventh radius vector bound at its fix end to the first center and free-rotatable thereabout with a radius equivalent to the sum V(i,j,k); and a region within a circle R53a described by a free end of the seventh radius vector to be an interference region R53 between the identified device 50 and the identified worker 70(j).")<br><br>Takagi at 22:46-52 ("It will also be seen that the control system C1 can recognize: a first moving body R1 as a third radius vector in a movable coordinate system; and a second moving body M as a sixth radius vector (representing a worker) in another movable coordinate system, whereas this vector may be another third radius vector (representing another device) in this coordinate system.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 22:53-61 ("If the sixth radius vector is identical to the fourth radius vector of the radius Y(j), then the seventh radius vector is identical to an eighth radius vector that is bound at its fix end to the first center and free-rotatable thereabout with a radius equivalent to a sum V(i,j) of the third radius V(i) and the fourth radius Y(j), and a region within a circle R52a described by a free end of the eighth radius vector constitutes an interference region R52 between the identified device 50 and the identified worker 70(j).")<br><br>Takagi at 22:62-23:3 ("Moreover, if the third radius vector is identical to the first radius vector of the radius V0, then the eighth radius vector is identical to an unshown ninth radius vector that is bound at its fix end to the first center and free-rotatable thereabout with a radius equivalent to a sum of the first radius V0 and the fourth radius Y(j), and a region within a circle described by a free end of the ninth radius vector constitutes an interference region between the identified device 50 and the identified worker 70(j).")<br><br>Takagi at 23:4-15 ("In other words, according the first embodiment: a first movable body R1 (=50 +60(i)) has a first motion range R51 defined therearound, including a first clearance a thereof and a first allowance β therefor; a second movable body M (=70(j)+80(k)) has a second motion range R71(k) defined therearound, including a second allowance γ therefor; and a first control means 1, 3, 4 includes safety control means 1b, 3 for recognizing an interference region R53 in which the first and second motion ranges interfere with each other, detecting an intersection between the interference region and the second motion range, and responding to the detected intersection to provide a detection signal.")<br><br>Takagi at 23:16-20 ("Accordingly, a first motion range is permitted to cover an inherent motion and a relaxed clearance of a first movable body, with a first allowance, and a second motion range is permitted to cover an inherent motion of a second movable body, with a second allowance.")<br><br>Takagi at 23:21-28 ("Moreover, the first movable body 50 comprises a first member 52 rotatable about a first center fixed to a representative part 51 of the first movable body, with a far-most end 52a thereof describing a first arc R50a-α1-β1; and the first motion range R50 comprises a first sum of a first inherent range defined by the first arc, a first fraction α1 of clearance (as a zone) and a first fraction β1 of allowance (as a zone).") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 23:29-36 ("Further, the first movable body 50 comprises a second member 60(i) rotatable about a second center 52b fixed to the first member 52 inside the first arc R50a-α1-β1, with a far-most end 62(i) thereof describing a second arc R60a(i)α2-β2; and the first motion range R51 comprises a total of the first sum R50 and a second sum R60(i) of a second inherent range defined by the second arc, a second fraction α2 of clearance and a second fraction β2 of allowance.")<br><br>Takagi at 23:37-40 ("Still more, the second member 60(i) comprises a third member rotatable about the second center 52b, and a work the third member is handing, the work having a free end thereof as the far-most end 62(i) of the second member.")<br><br>Takagi at 23:41-47 ("Yet more, the second movable body 70(j) comprises a flexible body 70(j) with a possibility of fall about a third center as a foot part thereof, with an arm part part thereof stretched to have a finger end lying on a first circle R70a(j)-γ1; and the second motion range R70(j) comprises a third sum of a first probable range defined by the first circle and a first probable fraction γ1 of allowance.")<br><br>Takagi at 23:48-54 ("Still further: the second movable body M comprises a tool member 80(k) with a possibility of rotational drop about a fourth center as a hand part of the flexible body 70(j) within a second circle R80a(k)-γ2; and the second motion range R71(k) comprises a total of the third sum R70(j) and a fourth sum of a second probable range defined by the second circle and a second probable fraction γ2 of allowance.")<br><br>Takagi at 23:55-57 ("There will be described below an assist arm device with a locus restriction function according to a second embodiment of the invention, with reference to FIGS. 8 to 15.")<br><br>Takagi at 23:58-59 ("FIG. 8 is a side elevation of the assist arm device, and FIG. 9, a top view thereof.")<br><br>Takagi at 23:60-24:2 ("As shown in FIGS. 8 and 9, the assist arm device is mounted on a base pillar 110. The device is constituted as an assist arm of a four-axis type comprising a Z-axis arm 120 vertically swingable about a fulcrum on the pillar 110, an A-axis arm 130 fixed at one end of the Z-axis arm 120 and horizontally rotatable about a fulcrum on the Z-axis arm 120, a B-axis arm 140 fixed at one end of the A- |

| '317 Patent Limitations | Takagi |
|---|---|
|  | axis 130 arm and horizontally rotatable about a fulcrum on the Z-axis arm 120, and a (C-axis) hand 150 rotatably fixed at one end of the B-axis arm 140.")<br><br>Takagi at 24:3-7 ("The assist arm device further comprises an unshown weight balancing mechanism so that a work clamped by the hand 50 has a balanced weight, permitting a worker to simply apply a light force for transferring the work, even if it is weighty.")<br><br>Takagi at 24:8-11 ("At each arm fixing part of the assist arm device, there are provided a pair of mechanical stoppers as restriction members and an arm position detecting encoder as a rotary position detector means.")<br><br>Takagi at 24:12-21 ("As shown in FIG. 8, at a connection part between the base pillar 110 and the Z-axis arm 120, there are provided a pair of mechanical stoppers 122 and 124 for angular development and return limits along Z-axis, respectively, which stoppers 122, 124 have their set positions for restricting therebetween a swing range of the Z-axis arm 120. The position of Z-axis development limiting mechanical stopper 122 is adjustable by a motor 126 therefor, and that of Z-axis return limiting mechanical stopper 124 is adjustable by a motor 128.")<br><br>Takagi at 24:22-30 ("At a connecting part between the Z-axis arm 120 and the A-axis arm 130 shown in FIG. 9, there are provided an A-axis development limiting mechanical stopper 132 and an A-axis return limiting mechanical stopper 134, which have their set positions for restricting therebetween a rotation range of the A-axis arm 130. The position of A-axis development limiting mechanical stopper 132 is adjustable by a motor 136 therefor, and that of A-axis return limiting mechanical stopper 134 is adjustable by a motor 138.")<br><br>Takagi at 24:31-39 ("At a connecting part between the A-axis arm 130 and the B-axis arm 140, there are provided a B-axis development limiting mechanical stopper 142 and a B-axis return limiting mechanical stopper 144, which have their set positions for restricting therebetween a rotation range of the B-axis arm 140. The position of B-axis development limiting mechanical stopper 142 is adjustable by a motor 146 therefor, and that of B-axis return limiting mechanical stopper 144 is adjustable by a motor 148.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 24:40-48 ("At a connecting part between the B-axis arm 140 and the (C-axis) hand 150, there are provided a C-axis development limiting mechanical stopper 152 and a C-axis return limiting mechanical stopper 154, which have their set positions for restricting therebetween a rotation range of the hand 150. The position of C-axis development limiting mechanical stopper 152 is adjustable by a motor 156 therefor, and that of C-axis return limiting mechanical stopper 154 is adjustable by a motor 158.")<br><br>Takagi at 24:49-62 ("The Z-axis arm 120 has its swing axis, where a later-described (FIG. 10) arm position detecting encoder 120e is provided for detection of a swing position of the Z-axis arm 120. At a rotation axis of the A-axis arm 130, there is provided an arm position detecting encoder 130e (FIG. 13) for detection of a rotational position of the A-axis arm 130. At a rotation axis of the B-axis arm 140, there is provided an arm position detecting encoder 140e (FIG. 13) for detection of a rotational position of the B-axis arm 140. At a rotation axis of the hand 150, there is provided an arm position detectable encoder 150e (FIG. 13) for detecting a rotational position of the hand 150. The position detecting encoders 120e-150e provide their detection values, permitting a work transfer position to be calculated.")<br><br>Takagi at 24:63-64 ("FIG. 10 illustrates detailed mechanical stoppers 122, 124 for the Z-axis arm 120.")<br><br>Takagi at 24:65-25:9 ("As shown in FIG. 10, the paired stoppers 122, 124 are fixed to pulley-driven rotary members 160, 162 rotatable about the rotation axis (broken line) of an associated arm (120 in this case) and respectively have, at their parts in contact with the arm 120, shock absorbers 123, 125 attached thereto for protecting the stoppers 122, 124 against damages such as breakage. The rotary members 160, 162 are driven for rotation by a Z-axis development limit control motor 126 and a Z-axis return limit control motor 128, respectively, via pulleys. The control motors 126, 128 have therein later-described encoders 126e, 128e for detecting their rotation angles.")<br><br>Takagi at 25:10-12 ("As described, the rotation axis of Z-axis arm 120 is provided with the encoder 120e for detecting a rotation angle thereof.")<br><br>Takagi at 25:13-18 ("FIG. 11 a plan of the assist arm device moving along a route that includes an allowable or permissible motion range R11a+R11b+R11c. In the plan, there is shown a horizontal region |

| '317 Patent Limitations | Takagi |
|---|---|
| | of the motion range which essentially is three-dimensional, as a vertical swing motion of the Z-axis arm 120 also is restricted.")<br><br>Takagi at 25:19-27 ("Between from a region R11a to a region R11b, a work clamped by the hand is transferred along a narrow way, where it is movable within a shown narrow region established by so set positions of the mechanical stoppers, and would not go outside whatever a worker had pulled or pushed. In a transfer along a way from the region R11b to a region R11c, the work is movable within a shown wider region, as the mechanical stoppers have their positions set wider than those between the regions R11a to R11b.")<br><br>Takagi at 25:28-32 ("The permissible motion range is thus variable by changing set positions of the mechanical stoppers, and may be set adequately so that any worker can transfer the work safe along the motion range, without paying attentions to obstacles standing outside the range.")<br><br>Takagi at 25:33-35 ("FIG. 12A is a front view of a local controller 170 provided for the hand 150. FIG. 12B is a front view of a control panel 180 connected to the assist arm device.")<br><br>Takagi at 25:36-42 ("The controller 170 of FIG. 12A is located in place for convenience of a worker, and has thereon an instruction or teaching button 172 to be pressed for a later-described teaching mode to store (in a memory) a transfer position of the work, and a mastering button 174 to be pressed for setting the respective arms set in their original positions when starting an operation or teaching.")<br><br>Takagi at 25:43-50 ("The control panel 180 has thereon an operation mode select switch 182 for selection between a teaching mode and a running mode, a preparation-in switch 183 for entering a state to prepare for an operation, a preparation-out switch 184 for cancelling the preparing state, and a touch-panel type display 185 for editing data associated with a teaching to the assist arm device, including a correction of taught data.")<br><br>Takagi at 25:51-52 ("FIG. 13 is a block diagram of a control system of the arm device, including a data processing controller 190.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 25:53-61 ("The processing controller 190 includes: a high-speed counter 192 for a high-speed count of pulse signals from the arm position detecting encoders 120e, 130e, 140e, 150e; a RAM (random access memory) 194 for storing data on count values of the counter 192 and those of rotation encoders 126e, 128e, 136e, 138e, 146e,148e, 156e, 158e of AC servo motors as the stopper controlling motors 126, 128, 136, 138, 146, 148, 156, 158; a positioning unit 196; and a sequencer or CPU (central processing unit) 198.")<br><br>Takagi at 25:62-26:3 ("The CPU 198 has programmed functions such as for: inputting data from the positioning unit 196 that reads count values of the encoders 126e, 128e, 1363, 138e, 146e, 148e, 156e, 158e; inputting signals from switches of the controller 170 and the control panel 180; inputting / outputting data to and from the RAM 194; processing such data; outputting via the unit 198 necessary positioning commands to AC servo drivers 100 that control respective actions of the motors 126, 128, 136, 138, 146, 148, 156, 158.")<br><br>Takagi at 26:4-6 ("FIG. 14 is a flow chart of steps to be followed when the operation mode switch 182 is set in position of the teaching mode.")<br><br>Takagi at 26:7-17 ("At a first decision step S101, it is checked if the preparation-in switch 183 is pressed to be on. If the switch 183 is on, the control flow goes to a step S102, where the mechanical stoppers 22, 24, 32, 24, 42, 44, 52, 54 of the respective arms 20, 30, 40, 50 are placed in their released states, permitting these arms to freely move in their maximum angle ranges, like typical arms. Then, for setting the arms in their original positions, mastering jigs are employed in order (S104). When the hand 150 is aligned to a jig therefor, all the arms are set in thus established positions, with no freedom.")<br><br>Takagi at 26:18-26 ("At a subsequent decision step S103, all the arms are checked for the original positions to be established. When this is confirmed, the flow goes to a step S105, where the worker turns the mastering button 174 on, thereby resetting count values such as of high-speed counters 192 to a zero. The mechanical stoppers 22, 24, 32, 34, 42, 44, 52, 54 are again placed in the released states. For comprehension, the chart may have the steps S103, S104 replaced with each other.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 26:27-35 ("Then, the flow goes to a step S106, where the worker transfers the work, making an ideal path, teaching the same to the control system of the arm device. Concurrently, the flow enters a step S107, where the CPU 198 sequentially sets up valued motion range parameters in terms of three-dimensional allowable distances from the taught path. As a parameter increases or decreases, the allowable motion range becomes wider (swells) or narrower (shrinks) in an associated direction.") Takagi at 26:36-38 ("The parameters may represent a sphere or circle about a locus on the taught path, or may be side lengths of a rectangular parallelpiped or a rectangle.") Takagi at 26:39-42 ("In the case of a circle, there may be set a parameter representative of a radius r from a locus on the taught path, designating a region within the radius r about the locus to be an allowable motion range.") Takagi at 26:43-48 ("In the case of a rectangle, there may be set a pair of parameters representative of lengths X, Y of long and short sides centered to a locus of the taught path, respectively, so that a rectangle defined by sides of the lengths X, Y enclosing the locus is designated as an allowable motion range.") Takagi at 26:49-56 ("At a subsequent step S108, the CPU 198 calculates a range of allowable motion limits, i.e., an envelope of marginal regions in which free motions are allowable, as the regions are defined by using those parameters as variables. For example, the processor 190 may have location data of obstacles around the assist arm device, which data may be processed to calculate marginal regions in which the work is kept from interfering with the obstacles.") Takagi at 26:57-27:4 ("At a subsequent decision step S109, the CPU 198 checks whether or not the allowable motion range defined by the valued parameters at the step S107 interferes with the marginal envelope calculated at the step S108, or in other words, if the parameters' value data are effective. Unless the motion range interferes with the marginal envelope, the data are effective and stored in the RAM 194 at a step S110. If it interferes, the parameter values may cause the work to hit an obstacle in actual transfer, and the flow again goes to the step S107. As a result, the RAM 194 has stored therein effective data (on numbers of pulses of associated encoders) representative of relationships between a work transfer position |

| '317 Patent Limitations | Takagi |
|---|---|
| | and the respective mechanical stoppers' set positions, whereby a permissible motion range is taught to the assist arm device.")

Takagi at 27:5-8 ("FIG. 15 is a flow chart of actions that occur when the operation mode switch 182 is set in position for the running mode in which the assist arm device serves for a transfer assistance in accordance with taught data.")

Takagi at 27:9-25 ("At a first decision step S111, it is checked if the preparation-in switch 183 is turned on. If it is on, the control flow goes to a step S112, where the mechanical stoppers 22, 24, 32, 24, 42, 44, 52, 54 of the arms 20, 30, 40, 50 are placed in the released states, permitting these arms to freely move in the maximum angle ranges, like typical arms. Then, for setting the arms in the original positions, the mastering jigs are employed in order (S114). When the hand 150 is aligned to the jig therefor, all the arms are set in thus established positions, with no freedom. When this is confirmed, the flow goes to a step S115, where the worker turns the mastering button 174 on, thereby resetting count values such as of high-speed counters 192 to a zero. At a decision step S103, all the arms are checked for the original positions to be established. For comprehension, the chart may have the steps S113 to S115 rearranged like the steps S103 to S105 in FIG. 14.")

Takagi at 27:26-31 ("In due course, the flow goes to a step S116, where the CPU 198 inputs data on current positions of the arms 20, 30, 40, 50 in terms of rotation angles about associated axes, as they are counted by the high-speed counter 192. Then, at a step S117, there are calculated respective coordinates of distal ends of the arms.")

Takagi at 27:32-34 ("At a subsequent step S118, an argument or variable n is set to 1. Then, the flow goes to a step S119, where it passes through to a step S120, as the argument n is smaller than 5.")

Takagi at 27:35-42 ("At the step S120, the CPU calculates (for a respective one of development and return senses of a rotational direction about an n-th axis) a limit as a marginal point of allowable motion of a far-most end of the arms, as simply an n-th arm was moved in that rotational sense relative to its end position |

| '317 Patent Limitations | Takagi |
|---|---|
| | (whose coordinates were calculated at the step S117), with the remaining arms fixed in their current angular positions about associated axes.")<br><br>Takagi at 27:43-45 ("At a subsequent decision step S121, it is checked whether or not the calculated limit of the end of arm device is found outside an allowable range of its motion.")<br><br>Takagi at 27:46-51 ("If the calculated limit is within this range at each sense, the flow goes to a step S122, where taught data on the permissible motion range read from the RAM 194 are 10 processed to calculate positions of paired mechanical stoppers at allowable limits. Then, at a step S123, the argument n is incremented to n+1.")<br><br>Takagi at 27:52-59 ("The foregoing steps S120-S123 are repeated for the four arm axes. After such calculations of positions of the respective mechanical stoppers, the flow goes to a step S126, where CPU 198 gives the positioning unit 196 a command instructing the calculated positions of the mechanical stoppers. In response thereto, the positioning unit 196 operates the AC servo drivers 100, thereby setting the stoppers in the instructed positions.")<br><br>Takagi at 27:60-63 ("At the step S121, if the calculated limit is found outside the allowable range, then the flow goes via a step S124, where the mechanical stoppers of all arms are stopped, to a step S125 for outputting an alarm.")<br><br>Takagi at 27:64-28:7 ("According to the first embodiment, a service is required for transferring a work along a route R11a, R11b, R11c, and a transfer assistance is provided by way restricting loci of the work in a range R11a+R11b+R11c of the route. And, an assist arm device includes a plurality of arms 120, 130, 140, 150 having rotation ranges thereof, and a control means 170, 180, 190; 120e, 130e, 140e, 150e; 126e, 128e, 136e, 138e, 146e, 148e, 156e, 158e; 100, 126, 128, 136, 138, 146, 148, 156, 158 is adapted to detect a transfer position of the work and control the rotation ranges depending on the transfer position.")<br><br>Takagi at 28:8-16 ("Therefore, the arms 120, 130, 140, 150 have their rotation ranges restricted in accordance with a transfer position of the work, which can thus be transferred within an envelope of combinations of the restricted rotation ranges, and hence a worker is permitted to transfer the work, |

| '317 Patent Limitations | Takagi |
|---|---|
| | without paying careful attentions to obstacles lying outside the route, resulting in a decreased mental load and an increased working efficiency, as well as a reduced frequency of undesirable interferences.")<br><br>Takagi at 28:17-35 ("Further, according to the embodiment an assist arm device comprises a plurality of arms 120, 130, 140, 150, first detecting means 120e, 130e, 140e, 150e for detecting rotational positions of the arms, a restriction member 122, 124; 132, 134; 142, 144; 152, 154 for a mechanical restriction of at least one arm, a second detection means 126e, 128e; 136e, 138e; 146e, 148e; 156e, 158e for detecting a set position of the restriction member, and a drive means 160, 162, 126, 128; 136, 138; 146, 148; 156, 158 for driving the restriction member, and a control means 170, 180, 190 including a calculation means 198 for calculating a transfer position of the work based on the rotational positions of the arms and a memory means 194 for storing data on a relationship between the transfer position of the work and the set position of the restriction member, while the control means 170, 180, 190 is responsible for the transfer position of the work to read the stored data from the memory means and control the drive means for setting the restriction member in a position in accordance with the read data.")<br><br>Takagi at 28:36-49 ("Therefore, a current transfer position of a work is calculated in dependence on a combination of rotational positions of arms 120, 130, 140, 150. One or more pairs of restriction members 122, 124, 132, 134, 142, 144, 152, 154 have their set positions calculated on a basis of data stored in a memory means 194, as they depend on the transfer position of the work. As a result, an associated arm e.g. 120 has its rotational position restricted in accordance with the transfer position, so that the work may go along a transfer path, where it can be kept from hitting obstacles. Accordingly, a worker is permitted to transfer the work along a predetermined route, without paying careful attentions to obstacles lying outside the route, resulting in an increased working efficiency.")<br><br>Takagi at 28:50-59 ("Still more, a worker is competent to teach an ideal position of a work in a certain route, a first control means 170, 180, 190 has a teaching button 172 operative for the worker to teach the ideal position to the first control means and for the first control means to calculate therefrom a permissible motion range of the work about the ideal position, while the first control means 170. 180, 190 is |

| '317 Patent Limitations | Takagi |
|---|---|
| | responsible for an operation of a teaching button 172 to store data on the ideal position and the permissible motion range in the memory means 194.")<br><br>Takagi at 28:60-29:5 ("Therefore, a teaching worker actually handles a work by hands, as the work is supported by a combination of arms 120, 130, 140, 150 set free from restrictions, with a teaching button 172 operated. Data on a current transfer position of the work can thus be learned as a combination of associated rotational positions of the arms, which data are stored in a memory means 194 and further processed together with some initial data to calculate a permissible motion range of the work, whose data also are stored in the memory means. A possible manual teaching of a work position and a permissible motion range allows a facilitated setting and a facilitated change respectively of a work transfer route and a degree of restriction, such as when a layout is modified.")<br><br>Takagi at 29:6-16 ("Yet more, a control means 170, 180, 190 has a mode select switch 182 for selecting one of a teaching mode and a running mode, and the first control means 170, 180, 190 is responsible for the teaching mode, as the teaching button 172 is operated, to store the data on the ideal position and the permissible motion range in the memory means 194 and for the running mode to respond to the transfer position to read the stored data from the memory means and control a drive means 160, 162, 1246, 128, 136, 138, 146, 148, 156, 158 for setting the restriction member in a position in accordance with the read data.")<br><br>Takagi at 29:17-21 ("Therefore, stored data in a memory means 194 are updated in a teaching mode for a preferable transfer route of a work, and the updated data are processed for a restriction of a motion range of the work in a running mode. A mode select switch permits an easy, exact and simple selection.")<br><br>Takagi at 29:22-24 ("There will be described below a power-aided transfer assist arm device according to a third embodiment of the invention, with reference to FIGS. 16 to 18.")<br><br>Takagi at 29:25-26 ("FIG. 16 is a side elevation of the power-aided transfer assist arm device.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 29:27-30 ("As shown in FIG. 16, the assist arm device has a swingable arm 210 provided with a weight balancing or cancelling cylinder 212. The arm 210 is driven by a motor 213 to vertically move along a principal axis 214.")<br><br>Takagi at 29:31-39 ("The arm 210 carries at an end portion thereof a horizontal arm 216, which is operable for advance and retreat actions, i.e., forward and backward movements of a hand 215, by driving with a motor 217. The hand 215 is provided with a load cell 218 for detecting a force applied to a work by a worker. The detection is made of three dimensional (X, Y, Z) components of an external force F and those of associated torsional stresses N. The arm 210 is rotatable about the principal axis 214, by driving with a motor 220.")<br><br>Takagi at 29:40-48 ("For motion control of the power-aided assist arm device there is provided a controller 225, which inputs thereto detection signals from the load cell 218 and pulse signals signals from later-described rotation angle detecting encoders (encoder-1 to encoder-3 of FIG. 17) of the motors 213, 217, 220, and outputs therefrom current or voltage signals for controlling the motors 213, 217, 220. The motors 213, 217, 220 each comprise a low-output servo motor of a 80W or near in consideration of safety.")<br><br>Takagi at 29:49-50 ("FIG. 17 is a block diagram of such the control system of the power-aided assist arm device.")<br><br>Takagi at 29:51-57 ("The three motors 213, 217, 220 driving associated arms shown in FIG. 16 are each provided with a corresponding one of a total of three encoders: encoder-1, encoder-2, which are each adapted to detect a rotation angle of the motor, and output a pulse signal q1, q2 or q3 (hereafter sometimes collectively "variant q" or simply "q") each time when the detected angle is varied by a predetermined angle.")<br><br>Takagi at 29:58-68 ("The pulse signals q1 to q3 output from the encoders are 10 respectively input to: a matrix operator 230 for generating a Jacobian J(g), i.e. a functional determinant J of a Jacobi formalism for a weight g of coefficient; a differentiator 223 as an operator for differentiation to obtain a differential dq/dt of first order with respect to time t; a Hamiltonian operator 234 for generating a Hamiltonian h(q, dq/dt) (hereafter sometimes simply "h"), i.e. a combination of Hamilton functions with respect to the variant q |

| '317 Patent Limitations | Takagi |
|---|---|
| | and differential dq/dt; and an inertial tensor operator 236 for generating a second rank inertial tensor R(g).")<br><br>Takagi at 30:1-8 ("In other words, the Jacobian operator 230 processes the pulse signals q1, q2, q3 from the encoder-1, encoder-2, encoder-3 to obtain a valued Jacobian J(g) for a current position of a three-dimensional X-Y-Z coordinate system associated with the hand 215, relative to a coordinate system associated with each motor 213, 217, 220, for a later-described calculation of torque moments to be output from the motors 213, 217, 220.")<br><br>Takagi at 30:9-15 ("The obtained Jacobian J(g) is output to a matrix inversion operator 241, where it is processed to obtain an inverse matrix J-1 (g) of J(g), and a matrix transposition operator 243, where it is processed to obtain a transposed matrix JT (g) of J(g). The obtained matrices J-1 (g) and JT (g) are output to a motor torque calculator 250, which includes a control signal generation circuit of the controller 225.")<br><br>Takagi at 30:16-19 ("The differentiator 232 differentiates the pulse signals q1, q2, q3 from the encoder-1, encoder-2, encoder-3 to obtain their differentials, which are output to the Hamiltonian operator 234 and the motor torque calculator 250.")<br><br>Takagi at 30:20-26 ("The Hamiltonian operator 234 processes the pulse signals q1, q2, q3 from the encoder-1, encoder-2, encoder-3 and the differentials from the differentiator 232 to obtain a valued Hamiltonian h to be employed in calculation of a Coriolis force, a centrifugal force and a viscous friction force. The obtained Hamiltonian h is output to the motor torque calculator.")<br><br>Takagi at 30:27-31 ("The load cell 218 outputs electric signals representing X, Y and Z components of external force F applied by the worker to the work and those of associated torsional stresses N, which signals are output to the motor torque calculator 250.")<br><br>Takagi at 30:32-38 ("The motor torque calculator 250 employs a combination of the inversed Jacobian J-1 (g), transposed Jacobian JT (g), differentials of q, Hamiltonian h and inertial tensor R(g) for processing the |

| '317 Patent Limitations | Takagi |
|---|---|
| | X, Y and Z components of F and N to determine the external force F in terms of a combination T of corresponding torque moments of the motors 213, 217, 220, such that:") |
| | Takagi at 30:40-42 (Formula relied on but not reproduced.) |
| | Takagi at 30:44-47 ("where, θ is a position representative angle of the X-Y-Z coordinate system determined from the pulse signals of encoders, and bracket ! is a matrix operator for processing data F, N in a well-known manner.") |
| | Takagi at 30:48-51 ("Then, the controller 225 outputs current signals via amplifiers 213A, 217A, 220A to the motors 213, 217, 220 for generating a combination -τ of inverse moments to thereby assist the worker.") |
| | Takagi at 30:52-55 ("Effects of the assistance will be seen, when the device of FIG. 16 is compared with a similar device shown in FIG. 18, which illustrates a possible motion range in broken lines.") |
| | Takagi at 30:56-57 ("When a more sophisticate service is required, the controller 225 is operative in a following principle.") |
| | Takagi at 30:58-59 ("With respect to an arbitrary axis of coordinate x, the work follows an equation of motion, such that:") |
| | Takagi at 30:60 (Formula relied on but not reproduced.) |
| | Takagi at 30:62-63 ("where Mw is a mass of the work, D is a frictional factor, and K is an elastic factor.") |
| | Takagi at 30:64-66 ("For a favorable reduction of load, K=0, D=0 and Mw should be a possibly smaller value M (to achieve a maximal reduction of load), so that:") |
| | Takagi at 30: 67 (Formula relied on but not reproduced.) |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 31:1-2 ("On the other hand, the concerned arms meet an equation of motion, such that:")<br><br>Takagi at 31:3 (Formula relied on but not reproduced.)<br><br>Takagi at 31:5-6 ("where J0 represents an inertial moment of each arm, and G(q) is a weight term.")<br><br>Takagi at 31:7 ("From (1) and (2), it so follows that:")<br><br>Takagi at 31: 9-10 (Formula relied on but not reproduced.)<br><br>Takagi at 31:12 ("As the weight balancing cylinder 212 is operated,")<br><br>Takagi at 31:13-14 (Formula relied on but not reproduced.)<br><br>Takagi at 31:15-20 ("In a right side of this expression, respective terms and factors except M are input to the motor torque calculator 250, which thus additionally inputs a mass representative signal to determine τ. As a result, the motors 213, 217, 220 are controlled to output a combination -τ of inverse toque moments.")<br><br>Takagi at 31:21-24 ("The motor torque calculator 250 may include regulation means for regulating magnitudes of assist torque moments -τ to a proportion P selectable by motors in accordance with a preference of the worker, such that 0≦P≦1.")<br><br>Takagi at 31:25-33 ("The regulation means may comprise data on a number of selective multiplication factors voluntarily readable for additional calculation to determine the proportion P in the motor torque calculator 250, or one or more manually controllable potentiometers installed in circuits from the motor torque calculator 250 to the current amplifiers 213A, 217A, 220A, or manually controllable current control elements installed in circuits between the amplifiers 213A, 217A, 220A and the motors 213, 217, 220.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 31:34-38 ("According to the embodiment, even when handling work of a large mass Mw, its inertial forces are automatically cancelled, thus permitting a facilitated quick handling in every directions such as for horizontal, vertical and oblique movements of the work.")<br><br>Takagi at 31:39-41 ("Moreover, adequate assistant forces are generated simply when an external force F is applied to a work, permitting a stable transfer of the work.")<br><br>Takagi at 31:42-43 ("Further, such the assistant forces are regulatable in accordance with a preference of a worker.")<br><br>Takagi at 31:44-48 ("Still more, an employed constitution is very simple and inexpensive in comparison with a complex robot, permitting a multiplicity of such devices to be arranged in a production facility to achieve an increased working efficiency with a limited cost.")<br><br>Takagi at 31:49-52 ("There will be described below a transfer assist arm device with a work positioning function according to a fourth embodiment of the invention, with reference to FIGS. 19 to 26.")<br><br>Takagi at 31:53-56 ("In the present embodiment, the transfer assist arm device is proposed as a standing type that stands on a stationary place, permitting a stationary arrangement of connection and communication members.")<br><br>Takagi at 31:57-59 ("The assist arm device can accept a teaching by a worker, and learn and replay a taught performance including a positioning to an instructed location.")<br><br>Takagi at 31:60-64 ("The assist arm device is adaptive on the one hand for a cooperation with a worker to reduce a burden the worker bears when transferring a heavy or weighty work, and on the other hand for an automatic motion to replay the taught performance for positioning a work.")<br><br>Takagi at 31:65-67 ("The cooperation is backed up with a weight balancing function, and a control mode using this function will sometimes be called "assist mode".") |

51

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 32:1-3 ("The automatic motion is supported by a robot function, and a control mode using this function will sometimes be called "positioning mode".") |
| | Takagi at 32:4-6 ("The assist mode may preferably be selected when a relatively difficult service is required, such as for a final position to be established.") |
| | Takagi at 32:7-9 ("The positioning mode may preferably be selected when a relatively facile service is required, such as for a work transfer.") |
| | Takagi at 32:10-11 ("FIG. 19 is a side elevation of the transfer assist arm device.") |
| | Takagi at 32:12-15 ("As shown in FIG. 19, the assist arm device has a vertically swingable arm 310 provided with a weight balancing or cancelling cylinder 312. The arm 310 is driven by a motor 313 to vertically move along a principal axis 314.") |
| | Takagi at 32:16-26 ("The arm 310 carries at an end portion thereof a horizontal arm 316, which is operable for forward and backward movements of a hand 315, by driving with a motor 317. The hand 315 is provided with an operation panel 319. The hand 315 is rotatable about an axis of the horizontal arm 316, by an operation of a motor 318. The swingable arm 310 is adapted to turn about the principal axis 314, by a motor 320. The four motors 313, 317, 318, 320 have their clutches, as will be described. A member representative of the principal axis 314 is provided with an air motor for assisting the arm 310 to turn.") |
| | Takagi at 32:27-31 ("The assist arm device is connected to a controller 325 that controls revolutions of the four motors 313, 317, 318, 320, which motors are each comprised of a low-output servo motor of a 80W. The controller 325 has on a front side thereof a control panel 340 and a teaching pendant 355.") |
| | Takagi at 32:55-61 ("A power lamp 341 goes on with power connected. An array 342 of indicator lamps displays an operation state of the assist arm device. An emergency stop button 343 is operable for an emergency stop. Preparation-in and preparation-out buttons 344 are operable for setting the assist arm device ready to an operation and for ending the operation.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 32:62-63 ("A select switch 345 is for selecting one of an automatic mode and a teaching mode.")<br><br>Takagi at 32:64-68 ("An abnormal reset switch 346 resets various status such as when the indicator lamp 342 is lit with a trouble, and associated status of the controller 325. Start and hold buttons 347 are operable to bring the assist arm device into a motion and to hold the motions")<br><br>Takagi at 33:3-6 ("A start button 351 is operable for entering the mode, as the select switch 345 on the control panel 340 is set to the automatic mode, and for storing coordinate data of taught points, as the select switch 345 is set to the teaching mode.")<br><br>Takagi at 33:7-11 ("A stop button 352 is operable for entering the assist mode, as the select switch 345 is in the automatic mode. If the select switch 345 is in the teaching mode, the stop button 352 is operable together with the start switch 351 for storing coordinate data of a final taught point.")<br><br>Takagi at 33:12-14 ("An emergency stop button 353 is for an emergency stop. A column 354 of indicator lamps display operation status such as a replaying, a teaching or a stopped state.")<br><br>Takagi at 33:15-16 ("FIG. 23 is a block diagram of a control system of the assist arm device.")<br><br>Takagi at 33:17-21 ("The teaching pendant 355 is connected to the controller 325, and serves for convenient operations such as when entering the teaching mode, and for a manual operation to bring the assist arm device into a motion. Like operations are covered by the operation panel 319 also, as described.")<br><br>Takagi at 33:22-24 ("The teaching pendant 355 has a display 355a for taught data, and a keyboard 355b operable to output editorial instructions.")<br><br>Takagi at 33:25-34 ("A teaching program input/edit section 356 has a teaching program input/edit routine and a teaching program translation routine. The former routine is for editing a teaching program, following instructions from the keyboard 355b, as well as for inputting a current position in a clutch open state from a later-described counter board 365 to grasp the position. The latter routine employs an original point |

| '317 Patent Limitations | Takagi |
|---|---|
| | teaching program of the former routine, for translating taught data to permit a processing at a CPU (central processing unit) 360.") <br><br> Takagi at 33:35-37 ("A taught data storage memory 357 stores the taught data, as they are translated by the translation routine. An orbital data storage memory 358 stores orbital data of the hand 315.") <br><br> Takagi at 33:38-46 ("A motor drive section 359 has a target orbital generation routine and a feedback control routine. The former routine reads position data from the taught data storage memory 357 to generate orbital data, which are output to the orbital data storage memory 358. The latter routine reads from the this memory 358 some orbital data as target orbital data and inputs data on the current position from two counter boards 353, 356, for generating velocity data from differences between the target orbital data and the current position data.") <br><br> Takagi at 33:47-50 ("The teaching program input/edit section 356 and the motor drive section 359 are controlled by the CPU 360 in a concentrated manner. The CPU 360 reads taught data from the taught data storage memory 358.") <br><br> Takagi at 33:51-62 ("The velocity data generated by the feedback control routine are output to a D/A (digital to analog) board 361, where they are processed to output analog velocity commands to servo amplifiers 362. Each servo amplifier 362 inputs a position signal from an associated encoder (e.g. 326) that indirectly detects a position of an associated axis. The amplifier 362 controls actions of an associated servo motor (e.g. 320) for driving the associated axis. The encoder 326 on axis of the servo motor 320 outputs a pulse signal, which is input to the counter board 353, where it is counted to provide the current position data to be supplied to the feedback control routine.") <br><br> Takagi at 33:63-34:3 ("An encoder 364 directly detects the position of axis, and outputs a pulse signal to the counter board 365, where it is counted to provide the current position data to be supplied to the teaching program input/edit routine, while the current position data from this counter board 365 are effective in the clutch-open state. The servo amplifiers (e.g. 362), servo motors (e.g. 320) and encoders (e.g. 326) are each provided four in total, as four sets for the four axes.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 34:4-8 ("An edit signal processor 366 is controlled with a command signal from the CPU 360, to drive peripheral 368 via an I/O (input/output) board 367. The peripheral 368 includes an unshown solenoid valve of the air-motor 327, the clutch 323, the brake 330, etc.")<br><br>Takagi at 34:9-12 ("FIGS. 24 to 26 shows flow charts of control actions for services of the assist arm device, in which a work placed on a bench for temporary placement is clamped and screwed to a vehicle body.")<br><br>Takagi at 34:13-14 ("In the flow chart of FIG. 24, such a procedure is described for a single axis.")<br><br>Takagi at 34:15-17 ("The assist arm device is now in the assist mode, as the start button 351 of the operation panel 319 has not been pressed.")<br><br>Takagi at 34:18-20 ("At a step S301, a worker A manually actuates the assist arm device so that the hand 315 grips or holds the work placed on the temporary bench.")<br><br>Takagi at 34:21-22 ("Then, at a step S302, the worker A presses the start button 351.")<br><br>Takagi at 34:23 ("At a step S303, the CPU 360 turns the clutch 322 on.")<br><br>Takagi at 34:24-29 ("At a step S304, the motor drive section 359 reads and processes position data of the taught data storage memory 357 and orbital data of the orbital data storage memory 358, driving motors at respective axes, automatically transferring the work to a predetermined position, threading through obstacles, avoiding hitting them.")<br><br>Takagi at 34:30-35 ("Accordingly, the assist arm device is set to the positioning mode until the work arrives the predetermined position at a step S305. A feedback control for the positioning is thus performed by cooperation of the feedback control routine, D/A board 361, servo amplifiers 362, encoders 326, 364, and count boards 353, 365.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 34:36-38 ("At a step S306, as the work is transferred in position, the clutch 322 is automatically turned off, and the assist arm device is again set to the assist mode.")<br><br>Takagi at 34:39-41 ("At a step S307, another worker B manually actuates the assist arm device so that the work is in a predetermined position relative to the vehicle.")<br><br>Takagi at 34:42 ("At a step S308, the start button 351 is pressed again.")<br><br>Takagi at 34:43-44 ("At a step S309, the clutch 322 is turned on, and the assist arm device is again set to the positioning mode.")<br><br>Takagi at 34:45-50 ("Then, at a step S310, the motor drive section 359 reads and processes position data of the taught data storage memory 357 and orbital data of the orbital data storage memory 358, driving the motors at respective axes, pushing the work against the vehicle with a preset force. And screws are applied and tightened at a step S311.")<br><br>Takagi at 34:51-55 ("As the work is pushed against the vehicle, associated services are facilitated, in contrast to conventional services in which a work to be screwed is manually pushed in a direction opposing the gravity, or put in a transfer movement, to be followed for a screw tightening.")<br><br>Takagi at 34:56-58 ("As a service is completed at a step S312, the flow goes to a step S313, where the assist arm device is controlled with taught data to return to an original position.")<br><br>Takagi at 34:59-61 ("As the device has come in position at a step S314, the clutch 322 is turned off at a step S315, and the assist mode is recovered.")<br><br>Takagi at 34:62-65 ("The assist mode and the positioning mode are thus selected in a voluntary manner, permitting a heavy work to be transferred along a narrow route without binding, or to be fixed at a fixing position in a facilitated manner.") |

| '317 Patent Limitations | Takagi |
| --- | --- |
|  | Takagi at 34:66-35:3 ("In other words, the assist arm device is set to the positioning mode to provide a service in which a worker is weak, and to the assist mode to provide a possible assistance for a service in which it is weak but for which the worker has a forte, e.g. when screwing a soft or flexible work.")<br><br>Takagi at 35:4-5 ("In the flow chart of FIG. 25, a worker simply performs a screw tightening of a work in a process.")<br><br>Takagi at 35:6-7 ("At a step S321, as the process has started, servo motors at respective axes turn on, and the clutch 322 also."<br><br>Takagi at 35:8-12 ("At a step S322, the assist arm device is controlled with position data from the taught data storage memory 357 and orbital data from the orbital data storage memory 358, so that the motors at respective axes are driven to make the hand 315 hold the work.")<br><br>Takagi at 35:13-14 ("At a step S323, the work held by the hand 315 is automatically transferred to a predetermined position.")<br><br>Takagi at 35:15-18 ("As the work has arrived in position at a step S324, the servo motors are turned off, and concurrently the clutch 322 is turned off at a step S325, so that the assist mode is automatically set up.")<br><br>Takagi at 35:19 ("Hitherto, a robot may follow like steps.")<br><br>Takagi at 35:20-22 ("At a step S326, the worker manually actuates the assist arm device so that the work is in a predetermined position relative to the vehicle.")<br><br>Takagi at 35:23 ("At a step S327, the start button 351 is pressed again.")<br><br>Takagi at 35:24-25 ("At a step S328, the clutch 322 is turned on, and the assist arm device is again set to the positioning mode.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 35:26-31 ("Then, the motor drive section 359 reads and processes position data of the taught data storage memory 357 and orbital data of the orbital data storage memory 358, driving the motors at respective axes, pushing the work against the vehicle with a preset force. And screws are tightened at a step S329.")<br><br>Takagi at 35:32-36 ("As the work is pushed against the vehicle, associated services are facilitated, in contrast to conventional services in which a work to be screwed is manually pushed in a direction opposing the gravity, or put in a transfer movement, to be followed for a screw tightening.")<br><br>Takagi at 35:37-39 ("As a service is completed at a step S330, the flow goes to a step S331, where the assist arm device is controlled with taught data to return to an original position.")<br><br>Takagi at 35:40-42 ("As the device has come in position at a step S332, the clutch 322 is turned off at a step S333, and the assist mode is recovered.")<br><br>Takagi at 35:43-44 ("In the flow chart of FIG. 26, the air motor 327 is added for pushing a work against the vehicle.")<br><br>Takagi at 35:45-46 ("At a step S341, as a process has started, servo motors at respective axes turn on, and the clutch 322 also.")<br><br>Takagi at 35:47-51 ("At a step S342, the assist arm device is controlled with position data from the taught data storage memory 357 and orbital data from the orbital data storage memory 358, so that the motors at respective axes are driven to make the hand 315 hold the work.")<br><br>Takagi at 35:52-53 ("At a step S343, the work held by the hand 315 is automatically transferred to a predetermined position.")<br><br>Takagi at 35:54-57 ("As the work has arrived in position at a step S344, the servo motors are turned off, and concurrently the clutch 322 is turned off at step S345, so that the assist mode is automatically set up.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 35:58 ("Hitherto, a robot may follow like steps.")<br><br>Takagi at 35:59-62 ("At a step S346, the worker manually actuates the assist arm device so that the work is in a predetermined position relative to the vehicle. In doing so, the worker is better and faster than the device would.")<br><br>Takagi at 35:63 ("At a step S347, the start button 351 is pressed again.")<br><br>Takagi at 35:64-65 ("At a step S348, the clutch 322 is turned on, and the assist arm device is again set to the positioning mode.")<br><br>Takagi at 35:66-36:3 ("Then, the motor drive section 359 reads and processes position data of the taught data storage memory 357 and orbital data of the orbital data storage memory 358, driving the motors at respective axes, pushing the work against the vehicle with a preset force.")<br><br>Takagi at 36:4-14 ("Concurrently, at a step S349, the air motor 327 is turned on to auxiliarily push the work against the vehicle, whereby the servo motors are allowed to have a limited capacity even if a relatively large pushing force is required, and the servo amplifiers also are permitted to have a suppressed capacity for controlling such the servo motors. Moreover, the worker is permitted to employ such assistances in accordance with his or her preference for the convenience of necessary actions, so that the worker may use both hands to provide a preferable service. Like this, screws are tightened at a step S350.")<br><br>Takagi at 36:15-17 ("As a service is completed at a step S351, the flow goes to a step S352, where the start button 351 is pressed, then at a step S353, the air motor 327 is turned off.")<br><br>Takagi at 36:18-19 ("At a step S354, the assist arm device is controlled with taught data to return to an original position.")<br><br>Takagi at 36:20-22 ("As the device has come in position at a step S355, the servo motors and the clutch 322 are turned off at a step S356, and the assist mode is recovered.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 36:23-24 ("Incidentally, the assist arm device is adapted to be taught a transfer path, like a robot.") <br><br> Takagi at 36:25-26 ("For this teaching, the select switch 345 on the control panel 340 is set in the teaching position.") <br><br> Takagi at 36:27-33 ("Then , the servo motors and the clutch 322 are turned off, and the assist arm device enters the assist mode, where the worker is permitted to grasp and voluntarily move the hand 315. As the clutch 322 is off, the reduction gear 323 is disengaged, permitting a light actuation of the hand 315 irrespective of a gear ratio. If another axis has a clutch, this also is turned off.") <br><br> Takagi at 36:34-45 ("The worker brings an arm end to a positioning point, so that the hand 315 is put in position. To teach the point, the start button 351 of the operation panel 319 is pressed. Then, position data of respective encoders (e.g. 364) are input via the counter boards 8e.g. 365) to the teaching program input/edit section 356. Positions of respective axes are represented by encoder values. In replay, the taught encoder values are processed to provide like values to the encoders at respective motors For respective points to be taught, like operations are repeated. At a final point, the stop button 352 is pressed together with the start button 351, so that the teaching ends.") <br><br> Takagi at 36:46-54 ("According to the embodiment, an assist arm device is adapted to serve at a time as a mere assist arm, at a time like a robot, and at a time for an effective assistance to a worker. Therefore, the assist arm device is permitted to cooperate with a worker in a complementing manner for services in which a man is weak (e.g. in transfer of a heavy work along a narrow route) or a robot is weak (e.g. when fixing a soft or flexible work), or which is difficult for a man to do alone (e.g. for fixing a heavy work, lifting by hand).") <br><br> Takagi at 36:55-59 ("Moreover, the arm device does not need a complex mechanism nor complicated control system, thus permitting an inexpensive fabrication, a multi-point layout in a production site with a limited cost, with an increased working efficiency.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 36:60-62 ("There will be described below a positioning assist arm device according to a fifth embodiment of the invention, with reference to FIGS. 27 to 35.")<br><br>Takagi at 36:63-37:6 ("In the present embodiment, the transfer assist arm device is mounted on a follower which travels typically in parallel and synchronizm with a main transfer device (or line) so that the latter is followed by the former. The follower may come behind, go ahead of, move around, or depart from the main transfer device, as circumstances require e.g. for going to take a work. In a case, the follower may be followed by a sub-follower carrying a lot of works. One point is a necessary control connection to the assist arm device on the moving follower. A radio control may sometimes be preferable, but sometimes not.")<br><br>Takagi at 37:7-9 ("The assist arm device can accept a teaching by a worker, and learn and replay a taught performance including a positioning to an instructed location.")<br><br>Takagi at 37:10-14 ("The assist arm device is adaptive on the one hand for a cooperation with a worker to reduce a burden the worker bears when transferring a heavy or weighty work, and on the other hand for an automatic motion to replay the taught performance for positioning a work.")<br><br>Takagi at 37:15-17 ("The cooperation is backed up with a weight balancing function, and a control mode using this function will sometimes be called "assist mode".")<br><br>Takagi at 37:18-20 ("The automatic motion is supported by a robot function, and a control mode using this function will sometimes be called "positioning mode".")<br><br>Takagi at 37:21-23 ("The assist mode may preferably be selected when a relatively difficult service is required, such as for a final position to be established.")<br><br>Takagi at 37:24-26 ("The positioning mode may preferably be selected when a relatively facile service is required, such as for a work transfer.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 37:27-28 ("FIG. 27 is a side elevation of the transfer assist arm device.")<br><br>Takagi at 37:29-32 ("As shown in FIG. 27, the assist arm device has a vertically swingable arm 410 provided with a weight balancing or cancelling cylinder 412. The arm 410 is driven by a motor 413 to vertically move along a principal axis 414.")<br><br>Takagi at 37:33-43 ("The arm 410 carries at an end portion thereof a horizontal arm 416, which is operable for forward and backward movements of a hand 415, by driving with a motor 417. The hand 415 is provided with an operation panel 419. The hand 415 is rotatable about a vertical axis by an operation of a motor 418. The swingable arm 410 is adapted to turn about the principal axis 414, by a motor 420. The principal axis has at a top thereof an infrared sensor 430 attached thereto and integrally rotatable therewith, which sensor 430 detects a proximity of an obstacle and outputs a detection signal. The four motors 413, 417, 418, 420 have their clutches.")<br><br>Takagi at 37:44-50 ("The assist arm device is connected to a controller 425 that processes stored data and various input data and signals such as from the infrared sensor 430 and later-described switches to control revolutions of the four motors 413, 417, 418, 420, which motors are each comprised of a low-output servo motor of a 80W. The controller 425 has on a front side thereof a control panel 440 and a teaching pendant 455.")<br><br>Takagi at 37:51-53 ("FIGS. 28 illustrates a plan of a vehicle fabrication stage in a sub-section of the man-machine section F22 (see FIG. 3).")<br><br>Takagi at 37:54-58 ("In FIG. 28, designated at reference character A is the assist arm device in concern, and B is the follower on which the device A is mounted. The follower B is driven to synchronously follow a body C of a vehicle placed on a main transfer line for a constant ceaseless transfer.")<br><br>Takagi at 37:59-67 ("This stage includes two workers cooperating with each other: one serves at or on a sub-stand (i.e. work assembly bench or stand) E for assemblying a work D into a sub-assembled state, which work D is carried by the assist arm device A to an adequate location near or in the vehicle body C; |

| '317 Patent Limitations | Takagi |
|---|---|
| | and the other receives the work D from inside the vehicle body C to take it in or guids the work D inside the vehicle body C, and applies and fixes to a predetermined position inside the vehicle body C.")<br><br>Takagi at 38:1-3 ("FIG. 29 shows the assist arm device with a hand assembly 432 attached thereto. FIG. 30A is a front view of the hand assembly, and FIG. 30B, a side view thereof.")<br><br>Takagi at 38:10-19 ("The work support member 433 has thereon: pins 434a, 434b (hereafter collectively "434") disposed as locators at both ends thereof, to be employed as inserts such as to holes of the work, for locating the work in a desirable position; and jigs 437a, 437b (hereafter collectively "437") disposed between the pins 434 for receiving the work on their work support plates 436. The floating mechanism 435 serves, when the worker determines a matching position of the work relative to an interior member of the vehicle body, to facilitate the positioning.")<br><br>Takagi at 38:20-23 ("In FIGS. 29, 30A and 30B, as the hand assembly 432 is attached to the assist arm device, the operation panel 419 is fixed thereto, i.e., to a central part of the work support member 433.")<br><br>Takagi at 38:24-25 ("FIG. 31 shows a layout of switch buttons on the control panel 440 provided on the controller 425.")<br><br>Takagi at 38:26-32 ("A power lamp 441 goes on with power connected. An array 442 of indicator lamps displays an operation state of the assist arm device. An emergency stop button 443 is operable for an emergency stop. Preparation-in and preparation-out buttons 444 are operable for setting the assist arm device ready to an operation and for ending the operation.")<br><br>Takagi at 38:33-34 ("A select switch 445 is for selecting one of an automatic mode (RUN) and a teaching mode (TEACH).")<br><br>Takagi at 38:35-39 ("An abnormal reset switch 446 resets various status such as when an indicator lamp 442 is lit with a trouble, and associated status of the controller 425. Start and hold buttons 447 are operable to bring the assist arm device into a motion and to hold the motion.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 38:40-41 ("FIG. 32 shows a layout of switch buttons on the operation panel 419 provided for the hand 415.")<br><br>Takagi at 38:42-46 ("A start button 451 is operable for entering the positioning mode, as the select switch 445 on the control panel 440 is set to the automatic mode, and for storing coordinate data of taught points, as the select switch 445 is set to the teaching mode.")<br><br>Takagi at 38:47-51 ("A stop button 452 is operable for entering the assist mode, as the select switch 445 is in the automatic mode. If the select switch 445 is in the teaching mode, the stop button 452 is operable together with the start button 451 for storing coordinate data of a final taught point.")<br><br>Takagi at 38:52-54 ("An emergency stop button 453 is for an emergency stop. A column 454 of indicator lamps display operation status such as a replaying, a teaching or a stopped state.")<br><br>Takagi at 38:55-56 ("FIG. 33 is a block diagram of a control system of the assist arm device.")<br><br>Takagi at 38:57-61 ("The teaching pendant 455 is connected to the controller 425, and serves for convenient operations such as when entering the teaching mode, and for a manual operation to bring the assist arm device into a motion. Like operations are covered by the operation panel 419 also, as described.")<br><br>Takagi at 38:62-64 ("The teaching pendant 455 has a display 455a for taught data, and a keyboard 455b operable to output editorial instructions.")<br><br>Takagi at 38:65-39:6 ("A teaching program input/edit section 456 has a teaching program input/edit routine and a teaching program translation routine. The former routine is for editing a teaching program, following instructions from the keyboard 455b, as well as for inputting a current position in a clutch open state from a later-described counter board 465 to grasp the position. The latter routine employs an original point teaching program of the former routine, for translating taught data to permit a processing at a CPU 460.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 39:7-9 ("A taught data storage memory 457 stores the taught data, as they are translated by the translation routine. An orbital data storage memory 458 stores orbital data of the hand 415.")<br><br>Takagi at 39:10-18 ("A motor drive section 459 has a target orbital generation routine and a feedback control routine. The former routine reads position data from the taught data storage memory 457 to generate orbital data, which are output to the orbital data storage memory 458. The latter routine reads from the this memory 458 some orbital data as target orbital data and inputs data on the current position from two counter boards 463, 465, for generating velocity data from differences between the target orbital data and the current position data.")<br><br>Takagi at 39:19-22 ("The teaching program input/edit section 456 and the motor drive section 459 are controlled by the CPU 460 in a concentrated manner. The CPU 460 reads taught data from the taught data storage memory 458.")<br><br>Takagi at 39:23-33 ("The velocity data generated by the feedback control routine are output to a D/A board 461, where they are processed to output analog velocity commands to servo amplifiers 462. Each servo amplifier 462 inputs a position signal from an associated encoder (e.g. 426) that indirectly detects a position of an associated axis. The amplifier 462 controls actions of an associated servo motor (e.g. 420) for driving the associated axis. The encoder 426 on axis of the servo motor 420 outputs a pulse signal, which is input to the counter board 463, where it is counted to provide the current position data to be supplied to the feedback control routine.")<br><br>Takagi at 39:34-41 ("An encoder 464 directly detects the position of axis, and outputs a pulse signal to the counter board 465, where it is counted to provide the current position data to be supplied to the teaching program input/edit routine, while the current position data from this counter board 465 are effective in the clutch-open state. The servo amplifiers (e.g. 462), servo motors (e.g. 420) and encoders (e.g. 426) are each provided four in total, as four sets for the four axes.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 39:42-46 ("An edit signal processor 466 is controlled with a command signal from the CPU 460 to drive peripheral via an I/O board 467, as well as to input therethrough various signals from the operation panel 419, the control panel 440 and the infrared sensor 430.")<br><br>Takagi at 39:47-50 ("FIG. 34 is a work category table listing principal services in the concerned stage, in which the assist arm device cooperates with the two workers cooperating with each other, as described.")<br><br>Takagi at 39:51-59 ("A left-most column lists the services in a temporal order. The services wholly constitute a task in which a work placed on the sub-stand is carried by the assist arm device mounted on the follower into the vehicle body, where it is screwed. Of the two worker, that one engaged with a sub-assembly at the sub-stand is designated by A, and the other working in the vehicle body is designated by B. The assist arm device has an automatic mode where it is in the positioning mode, and a manual mode where it is in the assist mode.")<br><br>Takagi at 39:60-66 ("As neither the start button 447 of the control panel 440 nor the start button 451 of the operation panel 419 has been pressed yet, the assist arm device is now in a standby state with servos on, waiting at an original position. The worker A at the sub-stand is assembling a work to be fixed in the vehicle. The worker B is at some work, staying in the vehicle being transferred.")<br><br>Takagi at 39:67-40:7 ("Now, as the work is assembled, the worker A operates the start button 451. The CPU 460 turns on the clutches at respective axes. The motor drive section 459 reads and processes position data of the taught data storage memory 457 and orbital data of the orbital data storage memory 458, driving the motors at respective axes, causing the hand 415 to access the sub-stand, which means the assist arm device is set in the positioning mode while it moves from the original position to the sub-stand.")<br><br>Takagi at 40:8-13 ("During the movement, the infrared sensor 430 keeps watching for a proximity of a significant obstacle that may a person. Should a proximity of such an obstacle happen, the assist arm device stops its motion. It stops also when the emergency stop button 443 or 453 is pressed, as a matter of course.") |

| '317 Patent Limitations | Takagi |
|---|---|
|  | Takagi at 40:14-16 ("As the hand 415 has come to a taught position, it stops there. Then, the worker puts the assembled work on the hand 415, before pressing the start button 451.")<br><br>Takagi at 40:17-25 ("When this button 451 is pressed, the CPU 460 again turns the clutches on. The motor drive section 459 reads and processes position data of the taught data storage memory 457 and orbital data of the orbital data storage memory 458, driving the motors at respective axes, automatically driving the hand 415 to a taught position inside the vehicle, without interferences with obstacles, which means the assist arm device is set in the positioning mode until it reaches the taught position.")<br><br>Takagi at 40:26-30 ("During this movement also, the infrared sensor 430 watches for a proximity of a significant obstacle. Should a proximity of an obstacle be found, the assist arm device stops its motion. It stops also when the emergency stop button 443 or 453 is pressed.")<br><br>Takagi at 40:31-34 ("A feedback control for the positioning is performed by cooperation of the feedback control routine, D/A board 461, servo amplifiers 462, encoders 426, 464, and count boards 463, 465.")<br><br>Takagi at 40:35-38 ("As the work is transferred in position (i.e. a taught point for a changeover to the manual mode), the clutches are automatically turned off, and the assist arm device enters the assist mode.")<br><br>Takagi at 40:39-43 ("Then, the worker B manually actuates the assist arm device so that the work is in a required relative position to an opponent member in the vehicle, where it is screwed to be fixed by the worker B. During the fixing, the work is weight-balanced by the balancer 412.")<br><br>Takagi at 40:44-45 ("The fixing is now over. The start button 451 is pressed by the worker B.")<br><br>Takagi at 40:46-55 ("The CPU 460 checks numbers of pulses input to the counter board 465 to have data on a current position, compares these with position data in the taught data storage memory 457 to retrieve data of a nearest taught point, and drives the assist arm device thereto. Then, the motor drive section 459 reads and processes position data of the taught data storage memory 457 and orbital data of the orbital data |

| '317 Patent Limitations | Takagi |
|---|---|
| | storage memory 458, controlling the motors at respective axes, driving the arm device to the original position, avoiding obstacles.") |

storage memory 458, controlling the motors at respective axes, driving the arm device to the original position, avoiding obstacles.")

Takagi at 40:56-63 ("The foregoing actions are performed, while the vehicle is followed by the follower on which the device stands. During cooperation with the worker B in the vehicle, the assist arm device is in the assist mode, where the servos are kept on, unless a significant obstacle is detected by the infrared sensor 430 or the emergency stop button 453 is operated. Therefore, the hand 415 is stable with a minimized irregular action.")

Takagi at 40:64-66 ("Effects of the assist arm device in concern will be seen in contrast, when compared with an assist arm device of FIG. 35 in which a motion range is illustrated by broken lines.")

Takagi at 40:67-70 ("According to the present embodiment also, an assist device is adapted to serve at a time as a mere assist arm, at a time like a robot, and at a time for an effective assistance to a worker.")

Takagi at 41:1-3 ("Moreover, it allows an inexpensive fabrication, permitting a multi-point layout with a limited cost, with an increased working efficiency.")

Takagi at 41:4-6 ("There will be described below an assist arm device with a flexible clearance according to a sixth embodiment of the invention, with reference to FIGS. 36 and later.")

Takagi at 41:7-13 ("As used herein, the term "flexible" means "easily bendable and adaptable", and the "flexible clearance" means "an articulated arm easily bends with an adaptable clearance" permitting a final position of a work to be manually established in a facilitated manner even when a provisional position by an assistance of the arm has a relatively wide difference relative to a required position.")

Takagi at 41:14-28 ("Such the flexibility may afford an over-flexed state. To avoid unfavorable flexed states, the assist arm device in concern has a position detector and a brake provided for a respective axis, as collectively shown at 508 and 507 in FIG. 36. If the detector detects an exceeding position, the brake stops a further motion of an arm about or along an associated axis. A controller 510 takes a decision on a basis of taught data about a permissible motion range. Therefore, the arm is prevented from naturally moving

| '317 Patent Limitations | Takagi |
|---|---|
| | into an over-flexed state, such as when the device has failed to stand upright. As the arm can hold its temporal position, a worker is permitted to use both hands. The arm may serve for an accompanied transfer of a work through a tubular envelope of various permissible ranges, without an anxiety about interfering with obstacles.")<br><br>Takagi at 41:29-30 ("The assist arm device is substantially analogous to that of the fifth embodiment, unless otherwise described.")<br><br>Takagi at 41:31-32 ("FIG. 36 is a side elevation of the transfer assist arm device interfaced with a digital control system.")<br><br>Takagi at 41:33-41 ("In FIG. 36, designated at reference character 500 is the assist arm device. Like the foregoing embodiments, the device 500 has a principal axis (member) 501 rotatable about a Z-axis together with a vertical frame 502 supporting a weight balancing cylinder 503 and a vertically swingable first arm 504. A distal end of the first arm 504 supports a horizontally driven reciprocatable second arm 505, of which a distal end supports a motor-driven hand 506 rotatable about a vertical axis.")<br><br>Takagi at 41:44-50 ("The respective detectors 508 and the brakes 507 are individually interfaced with a control system analogous to that of the fifth embodiment. The control system includes the controller 510, an input device 512 for inputting position data and instructions, and a display 511 for displaying various associated information including a tubular transfer route.")<br><br>Takagi at 41:51-58 ("FIG. 37 illustrates a scene of a vehicle fabrication stage in a sub-section of the man-machine section F22 (see FIG. 3), in which the assist arm device 500 is mounted on a follower 600 that travels in parallel and synchronism with a main transfer line 601 of which a work stand 602 has a vehicle 700 placed thereon. Cooperating workers are not illustrated. Some parts have exaggerated dimensions for comprehension.")<br><br>Takagi at 41:59-61 ("The vehicle 700 comprises a body 701 having a front door frame 704 and a center pillar 705. A rear seat member 703 is installed.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 41:62-66 ("The hand 506 of the assist arm device 500 comprises a hand assembly including a connection member 561, and a work support member 562 rocking thereon or fixed thereto with vertical and horizontal support jigs 563, (564 FIG. 37!), 565 fastened to be rigid for supporting a work 702.")<br><br>Takagi at 41:67-69 ("In FIG. 37, the assist arm device 500 has already carried the work 702 from an original point into the vehicle 700, through a taught transfer route.")<br><br>Takagi at 42:2-4 ("The hand assembly has a horizontal left inspection jig horizontally slidable relative to a left vertical jig 564. The vehicle has a front instrument panel 706.")<br><br>Takagi at 42:5-11 ("The work 702 is a finished module to be carefully fixed to the instrument panel 706, with a severe clearance. For the fixing, a worker M on the rear seat member extends both hands to grasp the horizontal jig 565 of the arm assembly, as it is in an assist mode, where it holds the work 702 in a taught position with a larger lateral clearance than the required severe clearance.")<br><br>Takagi at 42:12-13 ("Therefore, the worker M establishes an adequate position, observing an edge of the work 702 from right behind.")<br><br>Takagi at 42:14-19 ("When such a position is established, the worker M checks it by concurrently touching left end faces of the 15 horizontal jigs 565, 566, with a finger, thumb or palm of left hand, as the worker M is a right-hander. For a left-hander, a similar inspection jig may be provided at a right side. If the touched end faces feel flush without a gap, the check is over.")<br><br>Takagi at 42:20-22 ("A vertical position is substantially established by the arm assembly, as it is made to flex to a vertical limit by the gravity, both when learning and when replaying.")<br><br>Takagi at 42:23-25 ("FIG. 39 is a partial flow chart associated with a teaching routine responsible for actions of a set of the position detector 508 and the brake 507.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 42:26-27 ("At a step 520, a teaching worker pushes one of brake buttons provided on a control panel and an operation panel.")<br><br>Takagi at 42:28-29 ("At a step 521, a CPU checks if the brake button is turned on.")<br><br>Takagi at 42:30-31 ("If it is so, a braking to an associated axis is effected at a step 522.")<br><br>Takagi at 42:32-34 ("At a step 523, as a due position seems to be recovered, the worker pushes one of brake stop buttons provided on the control panel and the operation panel.")<br><br>Takagi at 42:35-36 ("At a step 524, the CPU checks if a brake cancellation is instructed.")<br><br>Takagi at 42:37 ("If it is so, the braking is stopped at a step 525.")<br><br>Takagi at 42:38-40 ("FIG. 40 is a partial flow chart associated with an automatic routine responsible for actions of a set of the position detector 508 and the brake 507.")<br><br>Takagi at 42:41-44 ("At a step 530, the assist arm device 500 is controlled to transfer the work 702 through a taught transfer route, i.e. a tubular envelope of permissible motion ranges calculated from taught data and stored data.")<br><br>Takagi at 42:45-47 ("At a step 531, the CPU checks if the hand assembly 506 with the work 702 is located with a permissible motion range.")<br><br>Takagi at 42:48-50 ("If it is so, the flow again goes to the step 530. Unless it is so, the flow goes to a step 532 to effect a braking to an associated axis.")<br><br>Takagi at 42:51-52 ("Then, at a step 533, an elapsed time is checked if it is still within a preset time.") |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 42:53-54 ("If it is so, the flow again goes to the step 532. Unless it is so, the flow goes to the step 530.")<br><br>Takagi at 42:55-56 ("It will be seen that the flow may be interrupted by a routine for the assist mode.")<br><br>Takagi at 42:57-60 ("FIG. 41 is an illustration of part of the work transfer route, and FIG. 42 is a block diagram of an associated control system 550, which is analogous to the control system of FIG. 36.")<br><br>Takagi at 42:61-65 ("As a teaching mode is selected, a teaching worker walks along a desirable transfer route, with hands driving the weight-balanced work so that the work moves with the worker, describing a transfer path, i.e. a set of loci of a spatial motion of the work.")<br><br>Takagi at 42:66-43:7 ("At an adequate first point P1, the worker presses a start button (see FIGS. 31, 32) to teach the first point P1, then again presses the start button and keyboards from an input device 555 a first radius r1 representing a permissible motion range (as a circle) 540 about the first point P1, of which data is input to a controller 556 and displayed on a display 557. The worker checks a displaced data, and still again presses the start button to acknowledge the data, which is then stored.")<br><br>Takagi at 43:8-12 ("If a decision to avoid an interference is severe, the worker may press the start button three times after the teaching of point P1, to have a variable radius vector (see FIG. 6) automatically calculated, needing a significant time for a dialogue with a computer.")<br><br>Takagi at 43:13-14 ("It will be seen that the panels may each have an additional button dedicated for inputting a radius data.")<br><br>Takagi at 43:15-17 ("Then, the worker goes straight so that the work arrives at an adequate second point P2, where the desirable transfer route turns at a different angle.")<br><br>Takagi at 43:18-20 ("The second point P2 is now taught, together with an associated radius r2 defining a permissible motion range 541.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 43:21-24 ("Then, the controller 556 calculates a typically conical and typically straight envelope 543 connecting the circular ranges 540, 541. The envelope 543 defines a boundary of a taught transfer route in which the transfer path extends.")<br><br>Takagi at 43:25-27 ("Likewise, an adequate third point P3 and an associated radius r3 are taught to determine a permissible motion range 542.")<br><br>Takagi at 43:28-34 ("To determine the permissible motion range, a pair of brake on/off buttons 551 may be employed. These buttons 551 inherently are for use in the assist mode and for operations of FIG. 39, where a set of a position detector 552 and a brake 553 are interfaced through an I/O board 554 to the controller 556, and on-off controlled by the brake on/off buttons 551.")<br><br>Takagi at 43:35-38 ("In determination of the motion range, as a switch setting therefor is completed, the work is actually brought by hands to a marginal point in a vicinity of an obstacle, when the brake on button is pressed to teach the marginal point.")<br><br>Takagi at 43:39-40 ("FIGS. 43A, 43B, 43C illustrate a basic concept for the generation of a transfer route.")<br><br>Takagi at 43:41-46 ("In the figures, points P1, P2, P3 are taught together with associated radii rp1, rp2, rp3, thereby defining an on which an arbitrary point Px has a combination of defined coordinates, which can be mapped to a multidimensional vector field in which the respective axes are defined, thus permitting an effective regional control.")<br><br>Takagi at 43:47-49 ("It will be seen that the smaller the distance dl between neighboring taught points is, the more smooth the envelope is as well as a resultant transfer.")<br><br>Takagi at 43:50-52 ("It will also be seen that the foregoing embodiments may have their parts and/or functions combined in a voluntary manner.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at 43:53-57 ("While preferred embodiments of the present invention have been described using specific terms, such description is for illustrative purposes, and it is to be understood that changes and variations may be made without departing from the spirit or scope of the following claims.") <br><br> Takagi at Claim (""1. A production facility comprising: <br><br> a man-machine section requiring one of: <br><br> a movement service, <br><br> a handling service and <br><br> a production service to be provided in one of <br><br> a first manner and <br><br> a second manner more sophisticated than the first manner, <br><br> the man-machine section including: <br><br> a first movable body adaptive for an automatic motion to provide an equivalent service to the required service in the first manner; and <br><br> a second movable body competent to exercise a voluntary motion combinable with the automatic motion to provide an equivalent service to the required service in the second manner; <br><br> first control means operative <br><br> in a first mode thereof for controlling the first moving body to exercise the automatic motion and |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the automatic motion is combined with the voluntary motion; and<br><br>second control means for controlling the first control means to select one of the first and second modes, wherein<br><br>the required service includes handling a work for one of a transfer assistance and a positioning assistance; and<br><br>the first moving body comprises one of<br><br>a first assist arm device adapted for the transfer assistance with a restricted motion range,<br><br>a second assist arm device power-aided for the transfer assistance,<br><br>a third assist arm device adapted for the positioning assistance,<br><br>a fourth assist arm device adapted for the positioning assistance on a follower, and<br><br>a fifth assist arm device adapted for the positioning assistance with a flexible clearance.""")"<br><br>Takagi at Claim 2 (""2. A production facility comprising:<br><br>a man-machine section requiring one of:<br><br>a movement service,<br><br>a handling service and<br><br>a production service to be provided in one of |

| '317 Patent Limitations | Takagi |
|---|---|
| | a first manner and |
| | a second manner more sophisticated than the first manner, |
| | the man-machine section including: |
| | a first movable body adaptive to exercise an automatic motion; and |
| | a second movable body competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and |
| | to cooperate with the first movable body for employing the automatic motion as one of an assistance and a teaching to sophisticate the voluntary motion; |
| | first control means operative |
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and |
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and |
| | second control means for controlling the first control means to select one of the first and second modes, wherein |
| | the required service includes handling a work for one of a transfer assistance and a positioning assistance; and |
| | the first moving body comprises one of |
| | a first assist arm device adapted for the transfer assistance with a restricted motion range, |

| '317 Patent Limitations | Takagi |
|---|---|
| | a second assist arm device power-aided for the transfer assistance,<br><br>a third assist arm device adapted for the positioning assistance,<br><br>a fourth assist arm device adapted for the positioning assistance on a follower, and<br><br>a fifth assist arm device adapted for the positioning assistance with a flexible clearance.""")"<br><br>Takagi at Claim 3 (""3. A production facility comprising:<br><br>a man-machine section requiring one of:<br><br>a movement service,<br><br>a handling service and<br><br>a production service to be provided in one of<br><br>a first manner and<br><br>a second manner more sophisticated than the first manner,<br><br>the man-machine section including:<br><br>a first movable body adaptive for an automatic motion to provide an equivalent service to the required service in the first manner; and<br><br>a second movable body competent<br><br>to exercise a voluntary motion and |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | to cooperate with the first movable body for providing the voluntary motion as one of an assistance and a teaching to the first movable body to sophisticate the automatic motion; |
| | first control means operative |
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and |
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the automatic motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and |
| | second control means for controlling the first control means to select one of the first and second modes, wherein |
| | the first movable body has: |
| | a first motion range defined for the automatic motion, including |
| | a first allowance therefor; |
| | the second movable body has: |
| | a second motion range defined for the voluntary motion, including |
| | a second allowance therefor; and |
| | the first control means includes: |
| | safety control means for |
| | recognizing an interference region in which the first and second motion ranges interfere with each other, |

| '317 Patent Limitations | Takagi |
|---|---|
| | detecting an intersection between the interference region and the second motion range, and

responding to the detected intersection to provide a detection signal.""")"

Takagi at Claim 4 ("4. A production facility according to claim 3, wherein the first control means is responsible in the first mode to process the detection signal for stopping the first movable body.")

Takagi at Claim 5  ("5. A production facility according to claim 3, wherein the interference region is kept constant, as the first movable body has a stationary part fixed in position.")

Takagi at Claim 6 ("6. A production facility according to claim 3, wherein the interference region is variable, as the first movable body travels.")

Takagi at Claim 7 ("7. A production facility according to claim 3, wherein the safety control means includes sensor means for sensing a position of the second movable body.")

Takagi at Claim 9 ("9. A production facility according to claim 8, wherein the transmitter is carried by the second movable body.")

Takagi at Claim 15 ("15. A production facility according to claim 7, wherein the position of the second movable body is defined in a coordinate system associated with the interference region.")

Takagi at Claim 16 (""16. A production facility according to claim 3, wherein:

the first movable body comprises

a first member rotatable about a first center fixed to a representative part of the first movable body, with a far-most end thereof describing a first arc; and

the first motion range comprises |

| '317 Patent Limitations | Takagi |
|---|---|
|  | a first sum of a first inherent range defined by the first arc, a first fraction of clearance and a first fraction of allowance."")"<br><br>Takagi at Claim 17 (""17. A production facility according to claim 16, wherein:<br><br>the first movable body further comprises<br><br>a second member rotatable about a second center fixed to the first member inside the first arc, with a far-most end thereof describing a second arc; and<br><br>the first motion range comprises<br><br>a total of<br><br>the first sum and<br><br>a second sum of a second inherent range defined by the second arc, a second fraction of clearance and a second fraction of allowance."")"<br><br>Takagi at Claim 19 (""19. A production facility according to claim 17, wherein:<br><br>the second movable body comprises<br><br>a flexible body which can fall about a third center as a foot part thereof, with an arm part thereof stretched to have a finger end lying on a first circle; and<br><br>the second motion range comprises<br><br>a third sum of a first probable range defined by the first circle and a first probable fraction of allowance."")" |

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at Claim 20 (""20. A production facility according to claim 19, wherein:<br><br>the second movable body further comprises<br><br>a tool member with a possibility of rotational drop about a fourth center as a hand part of the flexible body within a second circle; and<br><br>the second motion range comprises<br><br>a total of<br><br>the third sum and<br><br>a fourth sum of a second probable range defined by the second circle and a second probable fraction of allowance."")"<br><br>Takagi at Claim 21 (""21. A production facility according to claim 20, wherein the first control means includes<br><br>memory means for storing<br><br>first data on a radius of curvature of the first arc of the first member,<br><br>second data on a distance between the first center and the second center,<br><br>third data on a radius of curvature of the second arc of a respective kind of the second member,<br><br>fourth data on a radius of the first circle of a respective kind of the flexible body,<br><br>fifth data on a radius of the second circle of a respective kind of the tool member, |

| '317 Patent Limitations | Takagi |
|---|---|
| | sixth data on the first fraction of clearance of the first member, <br><br> seventh data on the second fraction of clearance of the respective kind of the second member, <br><br> eighth data on the first fraction of allowance of the first member, <br><br> ninth data on the second fraction of allowance of the respective kind of the second member, <br><br> tenth data on the first probable fraction of allowance of the respective kind of the flexible body, and <br><br> eleventh data on the second probable fraction of allowance of the respective kind of the tool member.""")" <br><br> Takagi at Claim 22 (""22. A production facility according to claim 21, wherein the first control means includes <br><br> processor means responsible to a current position of the first center for processing the first, the sixth and the eighth data to calculate a radius of curvature of a boundary of the first motion range."")" <br><br> Takagi at Claim 27 ("27. A production facility according to claim 1, wherein the first control means is adapted to learn a combination of the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service.") <br><br> Takagi at Claim 28 ("28. A production facility according to claim 1, wherein the first control means is adapted to learn a difference between the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service.") <br><br> Takagi at Claim 29 (""29. A production facility comprising: <br><br> a man-machine section requiring one of: <br><br> a movement service, |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | a handling service and |
| | a production service to be provided in one of |
| | a first manner and |
| | a second manner more sophisticated than the first manner, |
| | the man-machine section including: |
| | a first movable body adaptive for an automatic motion to provide an equivalent service to the required service in the first manner; and |
| | a second movable body competent |
| | to exercise a voluntary motion and |
| | to cooperate with the first movable body for providing the voluntary motion as one of an assistance and a teaching to the first movable body to sophisticate the automatic motion, |
| | first control means operative: |
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and |
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the automatic motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and |
| | second control means for controlling the first control means to select one of the first and second modes, wherein: |

| '317 Patent Limitations | Takagi |
|---|---|
| | the required service includes handling a work for one of a transfer assistance and a positioning assistance; and |
| | the first moving body comprises one of |
| | a first assist arm device adapted for the transfer assistance with a restricted motion range, |
| | a second assist arm device power-aided for the transfer assistance, |
| | a third assist arm device adapted for the positioning assistance, |
| | a fourth assist arm device adapted for the positioning assistance on a follower, and |
| | a fifth assist arm device adapted for the positioning assistance with a flexible clearance."")" |
| | Takagi at Claim 30 (""30. A production facility according to claim 29, wherein: |
| | the required service includes transferring the work along a route; |
| | the transfer assistance includes restricting loci of the work in a range of the route; |
| | the first assist arm device comprises a plurality of arms having rotation ranges thereof; and |
| | the first control means is adapted to detect a transfer position of the work and control the rotation ranges depending on the transfer position."")" |
| | Takagi at Claim 31 (""31. A production facility according to claim 30, wherein: |
| | the required service includes transferring the work along a route; |
| | the transfer assistance includes restricting loci of the work in a range of the route; |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
|  | the first assist arm device comprises |
|  | a plurality of arms, |
|  | first detecting means for detecting rotational positions of the plurality of arms, |
|  | a restriction member for a mechanical restriction of one of the plurality of arms, |
|  | second detection means for detecting a set position of the restriction member, and |
|  | drive means for driving the restriction member; |
|  | the first control means includes |
|  | calculation means for calculating a transfer position of the work based on the rotational positions of the plurality of arms and |
|  | memory means for storing data on a relationship between the transfer position of the work and the set position of the restriction member; and |
|  | the first control means is responsible for the transfer position of the work to read the stored data from the memory means and control the drive means for setting the restriction member in a position in accordance with the read data.""")" |
|  | Takagi at Claim 32 (""32. A production facility according to claim 31, wherein: |
|  | the worker is competent to teach an ideal position of the work in the route; |
|  | the first control means has a teaching button operative |
|  | for the worker to teach the ideal position to the first control means and |

| '317 Patent Limitations | Takagi |
| --- | --- |
| | for the first control means to calculate therefrom a permissible motion range of the work about the ideal position; and<br><br>the first control means is responsible for an operation of the teaching button to store data on the ideal position and the permissible motion range in the memory means.""")"<br><br>Takagi at Claim 33 (""33. A production facility according to claim 32, wherein:<br><br>the first control means has a mode select switch for selecting one of a teaching mode and a running mode; and<br><br>the first control means is responsible<br><br>for the teaching mode, as the teaching button is operated, to store the data on the ideal position and the permissible motion range in the memory means, and<br><br>for the running mode to respond to the transfer position to read the stored data from the memory means and control the drive means for setting the restriction member in a position in accordance with the read data.""")"<br><br>Takagi at Claim 34 (""34. A production facility according to claim 29, wherein:<br><br>the second assist arm device comprises<br><br>an arm member for the transfer assistance of the work,<br><br>weight balancing means for balancing a weight of the work with a gravity,<br><br>sensor means for detecting a force exerted on the work by the second movable body, and<br><br>drive means for driving the arm; and |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | the first control means is adapted to be responsible for a magnitude and a direction of the detected force to control the drive means for aiding the exerted force."")" |
| | Takagi at Claim 35 (""35. A production facility according to claim 29, wherein: |
| | the second assist arm device comprises |
| | a plurality of arm members for the transfer assistance of the work, |
| | weight balancing means acting on one of the plurality of arm members for balancing a weight of the work with a gravity, |
| | sensor means for detecting three-dimensional components of a moment exerted on the work by the second movable body, and |
| | drive means for individually driving the plurality of arms; and |
| | the first control means is adapted to be responsible for magnitudes and directions of the detected components of the moment to control the drive means for aiding the exerted moment."")" |
| | Takagi at Claim 36 (""36. A production facility according to claim 29, wherein: |
| | the second assist arm device comprises |
| | a plurality of arm members for the transfer assistance of the work, |
| | weight balancing means acting on one of the plurality of arm members for balancing a weight of the work with a gravity, |
| | sensor means for detecting three-dimensional components of a force and a moment exerted on the work by the second movable body, and |

| '317 Patent Limitations | Takagi |
|---|---|
| | drive means for individually driving the plurality of arms; and |
| | the first control means is adapted to be responsible for magnitudes and directions of the detected components of the force and the moment to control the drive means for aiding the exerted force and moment.""")" |
| | Takagi at Claim 38 ("38. A production facility according to claim 34, wherein the first control means includes means for regulating a degree of said aiding the exerted force.") |
| | Takagi at Claim 39 (""39. A production facility according to claim 29, wherein: |
| | the third assist arm device comprises |
| | an arm member for transferring the work to a position, |
| | weight balancing means for balancing a weight of the work with a gravity, and |
| | drive means for driving the arm member; and |
| | the firs control means has |
| | a positioning mode for connecting the arm member with the drive means to transfer the work and |
| | an assist mode for disconnecting the arm member from the drive means so that a worker can transfer the work."")" |
| | Takagi at Claim 40 (""40. A production facility according to claim 29, wherein: |
| | the third assist arm device comprises |
| | an arm member for transferring the work to a position, |

| '317 Patent Limitations | Takagi |
|---|---|
| | weight balancing means for balancing a weight of the work with a gravity, |
| | drive means for driving the arm member, and |
| | clutch means for interconnecting the arm member and the drive means; |
| | the first control means includes |
| | memory means for storing a transfer path, as it is taught, and |
| | switch means for selecting a positioning mode; and |
| | the first control means is adaptive to be set, |
| | as the switch means is turned on, to the positioning mode |
| | for letting the clutch means in and |
| | for controlling the drive means to transfer the work along the transfer path stored in the memory means and, |
| | as the work has arrived the position, to an assist mode for letting the clutch means off.""")" |
| | Takagi at Claim 41 (""41. A production facility according to claim 29, wherein: |
| | the third assist arm device comprises |
| | an arm member for transferring the work to a position, |
| | weight balancing means for balancing a weight of the work with a gravity, |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | drive means including a servo motor for driving the arm member, and |
| | clutch means for interconnecting the arm member and the drive means; |
| | the first control means includes |
| | memory means for storing a transfer path, as it is taught, and |
| | switch means for selecting a positioning mode; and |
| | the first control means is adaptive to be set, |
| | as the switch means is turned on, to the positioning mode |
| | for letting the clutch means in and |
| | for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, |
| | as the work has arrived the position, to an assist mode for letting the clutch means off and releasing the servo motor from a servo control.""")" |
| | Takagi at Claim 42 (""42. A production facility according to claim 29, wherein: |
| | the third assist arm device comprises |
| | an arm member for transferring the work to a position, |
| | weight balancing means for balancing a weight of the work with a gravity, |
| | drive means for driving the arm member, and |

| '317 Patent Limitations | Takagi |
|---|---|
| | clutch means for interconnecting the arm member and the drive means; |
| | the first control means includes |
| | memory means for storing a transfer path, as it is taught, and |
| | switch means for selecting a positioning mode; and |
| | the first control means is |
| | adaptive to be set, |
| | as the switch means is turned on, to the positioning mode |
| | for letting the clutch means in and |
| | for controlling the drive means to transfer the work along the transfer path stored in the memory means and, |
| | as the work has arrived the position, to an assist mode for letting the clutch means off, and |
| | further adaptive, |
| | as the switch means is turned on after the work has arrived the position, |
| | for letting the clutch means in and |
| | for pushing the work against an opponent member in a fixing thereof with a force in accordance with a current data stored in the memory means and, |
| | as the fixing is over, for letting the clutch means off.""")" |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | Takagi at Claim 43 (""43. A production facility according to claim 29, wherein: the third assist arm device comprises an arm member for transferring the work to a position, weight balancing means for balancing a weight of the work with a gravity, drive means including a servo motor for driving the arm member, auxiliary power means for generating a force to pushing the work against an opponent member in a fixing thereof, and clutch means for interconnecting the arm member and the drive means; the first control means includes memory means for storing a transfer path, as it is taught, and switch means for selecting a positioning mode; and the first control means is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, |

| '317 Patent Limitations | Takagi |
|---|---|
| | as the work has arrived the position, to an assist mode for letting the clutch means off and releasing the servo motor from a servo control, and<br><br>further adaptive,<br><br>as the switch means is turned on after the work has arrived the position, for operating the auxiliary power means to push the work against the opponent member with a force and, as the fixing is over, for stopping the auxiliary power means."")"<br><br>Takagi at Claim 45 (""45. A production facility according to claim 43, wherein: the first control means is adaptive,<br><br>as the switch means is turned on after the work has arrived the position,<br><br>for letting the clutch means in,<br><br>pushing the work against the opponent member with a force in accordance with a current data stored in the memory means, and<br><br>operating the auxiliary power means to push the work against the opponent member and,<br><br>as the fixing is over, for letting the clutch means off and stopping the auxiliary power means."")"<br><br>Takagi at Claim 46 ("46. A production facility according to claim 39, wherein the first control means has a teaching mode for storing loci of the arm member as a transfer path.")<br><br>Takagi at Claim 47 ("47. A production facility according to claim 42, wherein the first control means is adapted, as the arm member is manually operated, to store in the memory means loci of the arm member as the transfer path.") |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
| --- | --- |
| | Takagi at Claim 48 (""48. A production facility according to claim 29, wherein: <br><br> the fourth assist arm device is mounted on the follower; <br><br> the fourth assist arm device comprises <br><br> an arm member for transferring the work to a position, <br><br> weight balancing means for balancing a weight of the work with a gravity, and <br><br> drive means for driving the arm member; <br><br> the first control means has <br><br> a positioning mode for connecting the arm member with the drive means to transfer the work and <br><br> an assist mode for disconnecting the arm member from the drive means so that a worker can transfer the work; and <br><br> the first control means is connected to the drive means."")" <br><br> Takagi at Claim 49 (""49. A production facility according to claim 29, wherein: <br><br> the fourth assist arm device is mounted on the follower; <br><br> the fourth assist arm device comprises <br><br> an arm member for transferring the work to a position, <br><br> weight balancing means for balancing a weight of the work with a gravity, |

| '317 Patent Limitations | Takagi |
|---|---|
| | drive means for driving the arm member, and |
| | clutch means for interconnecting the arm member and the drive means; |
| | the first control means includes |
| | memory means for storing a transfer path, as it is taught, and |
| | switch means for selecting a positioning mode; and |
| | the first control means is adaptive to be set, |
| | as the switch means is turned on, to the positioning mode |
| | for letting the clutch means in and |
| | for controlling the drive means to transfer the work along the transfer path stored in the memory means and, |
| | as the work has arrived the position, to an assist mode for letting the clutch means off.""")" |
| | Takagi at Claim 50 (""50. A production facility according to claim 30, wherein: |
| | the fourth assist arm device is mounted on the follower; |
| | the fourth assist arm device comprises |
| | an arm member for transferring the work to a position, |
| | weight balancing means for balancing a weight of the work with a gravity, |

| '317 Patent Limitations | Takagi |
|---|---|
| | drive means for driving the arm member, and |
| | clutch means for interconnecting the arm member and the drive means; |
| | the first control means includes |
| | memory means for storing a transfer path, as it is taught, |
| | switch means for selecting a positioning mode, and |
| | sensor means for detecting a proximity of an obstacle; and |
| | the first control means is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, |
| | as the work has arrived the position or the proximity of the obstacle is detected by the sensor means, to an assist mode for letting the clutch means off."")" |
| | Takagi at Claim 51 (""51. A production facility according to claim 48, wherein the switch means is provided on an operation panel disposed at a hand and on a control panel connected to the first control means.Takagi at Claim 50 (""50. A production facility according to claim 30, wherein: |
| | the fourth assist arm device is mounted on the follower; |
| | the fourth assist arm device comprises |
| | an arm member for transferring the work to a position, |
| | weight balancing means for balancing a weight of the work with a gravity, |

| '317 Patent Limitations | Takagi |
|---|---|
| | drive means for driving the arm member, and |
| | clutch means for interconnecting the arm member and the drive means; |
| | the first control means includes |
| | memory means for storing a transfer path, as it is taught, |
| | switch means for selecting a positioning mode, and |
| | sensor means for detecting a proximity of an obstacle; and |
| | the first control means is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the servo motor to transfer the work along the transfer path stored in the memory means and, |
| | as the work has arrived the position or the proximity of the obstacle is detected by the sensor means, to an assist mode for letting the clutch means off."")" |
| | Takagi at Claim 52 (""52. A production facility according to claim 50, wherein: |
| | the fourth assist arm device has an emergency switch; and |
| | the first control means is adapted to enter the assist mode when the emergency switch is operated."")" |
| | Takagi at claim 53 (""53. A production facility according to claim 29, wherein: |
| | the required service is for fitting the work to an installation place having a first clearance to the work; |
| | the fifth assist arm device has |

| '317 Patent Limitations | Takagi |
| --- | --- |
|  | an arm member for positioning the work to the installation place, |
|  | the arm member being movable with a second clearance larger than the first clearance; and |
|  | the first control means enters the second mode when the arm member carrying the work has reached a vicinity of the installation place."")" |
|  | Takagi at Claim 55 (""55. A production facility comprising: |
|  | a man-machine section requiring one of: |
|  | a movement service, |
|  | a handling service and |
|  | a production service to be provided in one of |
|  | a first manner and |
|  | a second manner more sophisticated than the first manner, |
|  | the man-machine section including: |
|  | a first movable body adaptive for an automatic motion to provide an equivalent service to the required service in the first manner; and |
|  | a second movable body competent to exercise a voluntary motion combinable with the automatic motion to provide an equivalent service to the required service in the second manner; |
|  | first control means operative |

| '317 Patent Limitations | Takagi |
|---|---|
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and <br><br> in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the automatic motion is combined with the voluntary motion; and <br><br> second control means for controlling the first control means to select one of the first and second modes, wherein <br><br> the first movable body has: <br><br> a first motion range defined for the automatic motion, including <br><br> a first allowance therefor; <br><br> the second movable body has: <br><br> a second motion range defined for the voluntary motion, including <br><br> a second allowance therefor; and <br><br> the first control means includes: <br><br> safety control means for <br><br> recognizing an interference region in which the first and second motion ranges interfere with each other, <br><br> detecting an intersection between the interference region and the second motion range, and responding to the detected intersection to provide a detection signal.""")" <br><br> Takagi at 56 (""56. A production facility comprising: |

Exhibit 55 – Takagi

| '317 Patent Limitations | Takagi |
|---|---|
| | a man-machine section requiring one of: <br><br> a movement service, <br><br> a handling service and <br><br> a production service to be provided in one of <br><br> a first manner and <br><br> a second manner more sophisticated than the first manner, <br><br> the man-machine section including: <br><br> a first movable body adaptive to exercise an automatic motion; and <br><br> a second movable body competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and <br><br> to cooperate with the first movable body for employing the automatic motion as one of an assistance and a teaching to sophisticate the voluntary motion; <br><br> first control means operative <br><br> in a first mode thereof for controlling the first moving body to exercise the automatic motion and <br><br> in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and |

Exhibit 55 – Takagi

| '508 Patent Limitations | Takagi |
|---|---|
| | second control means for controlling the first control means to select one of the first and second modes, wherein |
| | the first control means is adapted to learn a difference between the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service; |
| | the first movable body has: |
| | a first motion range defined for the automatic motion, including |
| | a first allowance therefor; |
| | the second movable body has: |
| | a second motion range defined for the voluntary motion, including |
| | a second allowance therefor; and |
| | the first control means includes: |
| | safety control means for |
| | recognizing an interference region in which the first and second motion ranges interfere with each other, |
| | detecting an intersection between the interference region and the second motion range, and |
| | responding to the detected intersection to provide a detection signal."")" |
| | Takagi at Claim 60 (""60. A production facility comprising: |
| | a man-machine section requiring one of: |

| '508 Patent Limitations | Takagi |
|---|---|
| | a movement service, |
| | a handling service and |
| | a production service to be provided in one of |
| | a first manner and |
| | a second manner more sophisticated than the first manner, |
| | the man-machine section including: |
| | a first movable body adaptive for an automatic motion to provide an equivalent service to the required service in the first manner; and |
| | a second movable body competent to exercise a voluntary motion combinable with the automatic motion to provide an equivalent service to the required service in the second manner; |
| | first control means operative: |
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and |
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the automatic motion is combined with the voluntary motion; and |
| | second control means for controlling the first control means to select one of the first and second modes, wherein |
| | the first control means is adapted to learn a difference between the automatic motion and the voluntary motion so that the automatic motion provides a sophisicated service; |

| '508 Patent Limitations | Takagi |
|---|---|
|  | the required service includes handling a work for one of a transfer assistance and a positioning assistance; and<br><br>the first moving body comprises one of:<br><br>a first assist arm device adapted for the transfer assistance with a restricted motion range,<br><br>a second assist arm device power-aided for the transfer assistance,<br><br>a third assist arm device adapted for the positioning assistance,<br><br>a fourth assist arm device adapted for the positioning assistance on a follower, and<br><br>a fifth assist arm device adapted for the positioning assistance with a flexible clearance.""")"<br><br>Takagi at Claim 61 (""61. A production facility comprising:<br><br>a man-machine section requiring one of:<br><br>a movement service,<br><br>a handling service and<br><br>a production service to be provided in one of<br><br>a first manner and<br><br>a second manner more sophisticated than the first manner,<br><br>the man-machine section including:<br><br>a first movable body adaptive for an automatic motion; and |

| '508 Patent Limitations | Takagi |
|---|---|
| | a second movable body competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and to cooperate with the first movable body for employing the automatic motion as one of an assistance and a teaching to sophisticate the voluntary motion;<br><br>first control means operative:<br><br>in a first mode thereof for controlling the first moving body to exercise the automatic motion and<br><br>in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and<br><br>second control means for controlling the first control means to select one of the first and second modes, wherein<br><br>the first control means is adapted to learn a combination of the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service;<br><br>the first movable body has a first motion range defined for the automatic motion, including a first allowance therefor;<br><br>the second movable body has:<br><br>a second motion range defined for the voluntary motion, including<br><br>a second allowance therefor; and<br><br>the first control means includes:<br><br>safety control means for |

| '508 Patent Limitations | Takagi |
|---|---|
| | recognizing an interference region in which the first and second motion ranges interfere with each other, |
| | detecting an intersection between the interference region and the second motion range, and |
| | responding to the detected intersection to provide a detection signal."")" |
| | Takagi at Claim 62 (""62. A production facility comprising: |
| | a man-machine section requiring one of: |
| | a movement service, |
| | a handling service and |
| | a production service to be provided in one of |
| | a first manner and |
| | a second manner more sophisticated than the first manner, |
| | the man-machine section including: |
| | a first movable body adaptive to exercise an automatic motion; and |
| | a second movable body competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and |
| | to cooperate with the first movable body for employing the automatic motion as one of an assistance and a teaching to sophisticate the voluntary motion; |
| | first control means operative: |

| '508 Patent Limitations | Takagi |
|---|---|
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and |
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and |
| | second control means for controlling the first control means to select one of the first and second modes, wherein |
| | the first control means is adapted to learn a combination of the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service; |
| | the required service includes handling a work for one of a transfer assistance and a positioning assistance; and |
| | the first moving body comprises one of: |
| | a first assist arm device adapted for the transfer assistance with a restricted motion range, |
| | a second assist arm device power-aided for the transfer assistance, |
| | a third assist arm device adapted for the positioning assistance, |
| | a fourth assist arm device adapted for the positioning assistance on a follower, and |
| | a fifth assist arm device adapted for the positioning assistance with a flexible clearance.""")" |
| | Takagi at Claim 63 (""63. A production facility comprising: |
| | a man-machine section requiring one of: |
| | a movement service, |

| '508 Patent Limitations | Takagi |
|---|---|
| | a handling service and |
| | a production service to be provided in one of |
| | a first manner and |
| | a second manner more sophisticated than the first manner, |
| | the man-machine section including: |
| | a first movable body adaptive for an automatic motion; and |
| | a second movable body competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and to cooperate with the first movable body for employing the automatic motion as one of an assistance and a teaching to sophisticate the voluntary motion; |
| | first control means operative: |
| | in a first mode thereof for controlling the first moving body to exercise the automatic motion and |
| | in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and |
| | second control means for controlling the first control means to select one of the first and second modes, wherein |
| | the first control means is adapted to learn a difference between the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service; |
| | the first movable body has: |

Exhibit 55 – Takagi

| '508 Patent Limitations | Takagi |
|---|---|
| | a first motion range defined for the automatic motion, including |
| | a first allowance therefor; |
| | the second movable body has a second motion range defined for the voluntary motion, including: |
| | a second allowance therefor; and |
| | the first control means includes: |
| | safety control means for |
| | recognizing an interference region in which the first and second motion ranges interfere with each other, |
| | detecting an intersection between the interference region and the second motion range, and |
| | responding to the detected intersection to provide a detection signal.""")" |
| | Takagi at Claim 64 (""63. A production facility comprising: |
| | a man-machine section requiring one of: |
| | a movement service, |
| | a handling service and |
| | a production service to be provided in one of |
| | a first manner and |
| | a second manner more sophisticated than the first manner, |

| '508 Patent Limitations | Takagi |
|---|---|
|  | the man-machine section including:<br><br>a first movable body adaptive for an automatic motion; and<br><br>a second movable body competent to exercise a voluntary motion for an equivalent service to the required service in the first manner and to cooperate with the first movable body for employing the automatic motion as one of an assistance and a teaching to sophisticate the voluntary motion;<br><br>first control means operative:<br><br>in a first mode thereof for controlling the first moving body to exercise the automatic motion and<br><br>in a second mode thereof for adapting the first movable body to cooperate with the second movable body so that the voluntary motion is sophisticated to be capable of achieving an equivalent service to the required service in the second manner; and<br><br>second control means for controlling the first control means to select one of the first and second modes, wherein<br><br>the first control means is adapted to learn a difference between the automatic motion and the voluntary motion so that the automatic motion provides a sophisticated service;<br><br>the first movable body has:<br><br>a first motion range defined for the automatic motion, including<br><br>a first allowance therefor;<br><br>the second movable body has a second motion range defined for the voluntary motion, including:<br><br>a second allowance therefor; and |

| '508 Patent Limitations | Takagi |
|---|---|
| | the first control means includes:<br><br>safety control means for<br><br>recognizing an interference region in which the first and second motion ranges interfere with each other,<br><br>detecting an intersection between the interference region and the second motion range, and<br><br>responding to the detected intersection to provide a detection signal."")"<br><br>Takagi at FIGs. 2-15, 18, 19, 21-28, 31-43<br><br>Takagi at FIGs. 2-4, 12, 16, 19, 21-23, 27-29, 31-34, 36, 37, 42<br><br>Takagi at Title ("Production facility with automatic movable body for man-machine cooperation")<br><br>the firs control means is adaptive to be set, as the switch means is turned on, to the positioning mode for letting the clutch means in and for controlling the drive means to transfer the work along the transfer path stored in the memory means and, as the work has arrived the position, to an assist mode for letting the clutch means off.").<br><br>To the extent the Plaintiff contends that this reference fails to teach this limitation, this limitation would have been obvious to a person of ordinary skill in the art based on this reference either alone or in combination, or in combination with (1) the knowledge of one of ordinary skill in the art; (2) the teachings of at least one of the prior art references set forth in Universal Robots' other invalidity charts; and/or (3) the teachings of the prior art references set forth in the cover document of Universal Robots' invalidity contention for this limitation. A person of ordinary skill in the art would have been motivated to combine this reference with at least one or more of the foregoing prior art references for at least the reasons set forth in the cover document of Universal Robots' invalidity contentions. |

# Exhibit H

## Northwestern's
## Initial Infringement Contentions
## cover pleading

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NORTHWESTERN UNIVERSITY,      )

        Plaintiff,        )

        v.        )    C.A. No. 21-149 (MN)

        )

UNIVERSAL ROBOTS A/S and    )   **JURY TRIAL DEMANDED**

UNIVERSAL ROBOTS USA, INC.,   )

        )

        Defendants.    )

## <u>NORTHWESTERN UNIVERSITY'S INITIAL INFRINGEMENT CONTENTIONS</u>

Under paragraph 6(c) of the Scheduling Order, Plaintiff Northwestern University

("Northwestern" or "Plaintiff") provides Defendants Universal Robots A/S and Universal Robots

USA, Inc. (collectively "Defendants" or "Universal Robots") with its initial claim charts ("Initial

Infringement Contentions"). These Initial Infringement Contentions relate each Accused Product

to the asserted claims that the product infringes.

Northwestern provides these contentions based on information reasonably and currently

available to it through publicly available information and Defendants' production of core

technical documents. Northwestern has not yet received documents from Universal Robots in

response to its Rule 34 requests. Given the early stage of discovery, Northwestern therefore

reserves its right to modify, amend, retract and/or supplement the disclosures made herein as

additional evidence and information becomes available or as is otherwise appropriate, consistent

with the Federal Rules of Civil Procedure, the Local Rules, this Court's procedures, and the

Scheduling Order. Northwestern further reserves the right to amend, retract, and/or supplement

its Initial Infringement Contentions after Universal Robots identifies which claim elements it

contends are not met by the Accused Products, and the bases for any such contentions.

Northwestern's Initial Infringement Contentions are being provided before claim construction

1

disclosure and discovery, and before the Court's claim construction ruling. Northwestern's disclosures are not an admission, adoption, or waiver of any particular claim construction; Northwestern reserves all rights with respect to claim construction.

Northwestern contends that Universal Robots directly infringed or infringes one or more claims of United States Patent No. 6,928,336 ("the '336 patent"), United States Patent No. 6,907,317 ("the '317 patent"), and United States Patent No. 7,120,508 ("the '508 patent") (together, "the Patents-in-Suit") under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States the following:

- UR3
- UR3e
- UR5
- UR5e
- UR10
- UR10e
- UR16e
- UR20
- Teach Pendant
- Controller
- ROBOTMASTER

A robot system may consist of one or more manipulators, controllers, software, end effectors, and teach pendants. When Northwestern refers to a robot system, it refers to the system comprising each of these parts, unless specified otherwise. Northwestern also identifies all

manuals, instructions, directions, modules, and programs that assist customers with using the Accused Products to perform, make, or use the systems and methods of the Patents-In-Suit.

Universal Robots has actively induced infringement of, and continue to actively induce infringement of the Patents-in-Suit under 35 U.S.C. § 271(b). Defendants actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce infringement of the Patents-in-Suit by selling or otherwise supplying the Accused Products with the knowledge and intent that third parties will sell and/or offer for sale in the United States Accused Products supplied by Defendants to infringe the Patents-in-Suit, and with the knowledge and intent to encourage and facilitate the infringement through the dissemination of Accused Products and/or the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, web-site marketing and sales, and/or technical information related to the Accused Products.

Northwestern further contends that Universal Robots' infringement of the Patents-in-Suit is willful.

**Exhibit A** is an initial claim chart showing how the Accused Products meet each limitation of Claims 1, 4-23, and 25-26 of the '336 patent. To the extent that any claim element is not literally embodied in the Accused Products, the Accused Products embody such claim elements under the doctrine of equivalents because any difference between the claim elements and the Accused Products are insubstantial, and/or the Accused Products contain features or functionalities that perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claim element recited in the '336 patent.

**Exhibit B** is an initial claim chart showing how the Accused Products meet each limitation of Claims 1-6, 9-13, 18, 21-22, 29-30, 32-35, and 37 of the '317 patent. To the extent

that any claim element is not literally embodied in the Accused Products, the Accused Products embody such claim elements under the doctrine of equivalents because any difference between the claim elements and the Accused Products are insubstantial, and/or the Accused Products contain features or functionalities that perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claim element recited in the '317 patent.

**Exhibit C** is an initial claim chart showing how the Accused Products meet each limitation of Claims 1-10 of the '508 patent. To the extent that any claim element is not literally embodied in the Accused Products, the Accused Products embody such claim elements under the doctrine of equivalents because any difference between the claim elements and the Accused Products are insubstantial, and/or the Accused Products contain features or functionalities that perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claim element recited in the '508 patent.

Exhibits A-C are based on information that Northwestern has at this stage of the litigation. Northwestern reserves the right to supplement these exhibits as more information becomes available to Northwestern through discovery. These exhibits include citations to certain illustrative supporting evidence. This evidence is merely exemplary and intended to provide notice of where each element of the asserted claims may be found in the Accused Products and how the Accused Products infringed or infringe the asserted claims. Northwestern reserves the right to rely on additional evidence to support its infringement contentions.

Northwestern expressly reserves the right to amend, supplement, or otherwise modify this disclosure as additional information becomes available during discovery and as further investigation and analysis is performed. Specifically, Northwestern reserves the right to: (1) add

additional or different support for the contentions in the attached claim charts; (2) identify additional accused products; (3) add contentions that one or more claim limitations is met under the doctrine of equivalents for the Accused Products or additional accused products later identified; and (4) assert additional patent claims that are not included in the attached claim chart.

Additionally, since claim construction has not occurred, Northwestern reserves the right to supplement these initial infringement contentions based on the constructions advanced and/or agreed upon by the parties or adopted by the Court.

Dated:  July 29, 2022

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Nevin M. Gewertz
Rebecca T. Horwitz
Mac LeBuhn
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
nevin.gewertz@bartlitbeck.com
rebecca.horwitz@bartlitbeck.com
mac.lebuhn@bartlitbeck.com

Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
meg.fasulo@bartlitbeck.com

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Northwestern University*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of the foregoing were caused to be served on

July 29, 2022, upon the following individuals in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III | *VIA ELECTRONIC MAIL* |
| Christine D. Haynes | |
| cottrell@rlf.com | |
| haynes@rlf.com | |
| *Attorneys for Defendants Universal Robots A/S and Universal Robots USA, Inc.* | |

| | |
|---|---|
| Vinita Ferrera | *VIA ELECTRONIC MAIL* |
| James M. Lyons | |
| vinita.ferrera@wilmerhale.com | |
| james.lyons@wilmerhale.com | |
| *Attorneys for Defendants Universal Robots A/S and Universal Robots USA, Inc.* | |

| | |
|---|---|
| Christopher R. Noyes | *VIA ELECTRONIC MAIL* |
| christopher.noyes@wilmerhale.com | |
| *Attorney for Defendants Universal Robots A/S and Universal Robots USA, Inc.* | |

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)

# Exhibit I
# Redacted in Its Entirety

# Exhibit J
# Redacted in Its Entirety

# Exhibit K
# Redacted in Its Entirety

# Exhibit L

## Oral Order in
## *Confluent Surgical v. HyperBranch*

ORAL ORDER: The Court, having considered the parties' letter submission setting out their respective proposals regarding case narrowing, (D.I. 28 ), as well as the parties' related arguments during the October 23, 2017 Case Management Conference, HEREBY ORDERS that the case shall be narrowed as set out in the Scheduling Order, in light of the following core principles: (1) This is the second related case between the parties, and in total the two cases have involved 13 asserted patents. For that and other reasons, these cases have already required a significant investment of Court and party resources. Thus, it is especially important in setting a case schedule in the second matter to be vigilant about maximizing efficiency in the cases. (2) The Court, having the experience of adjudicating matters in the first case, recognizes that having a more aggressive cut down regarding asserted claims and Section 102/103 invalidity arguments (as compared to that ordered in the first case) is warranted. This should better enable the parties to focus on key infringement and invalidity positions in the second case. The parties may, of course, seek to modify these limits in the future upon a showing of good cause. See In re Katz Interactive Call Processing Litig., 639 F.3d 1303, 1312 (Fed. Cir. 2011). (3) Here, by the time of the Case Management Conference, Plaintiffs have already independently narrowed their infringement allegations to 42 claims from a total of 86 possible claims contained in the seven patents. While some further narrowing will be required, the Court recognizes those efforts; thus the Court's Order does not narrow the number of asserted claims quite as aggressively as Defendant seeks. (4) In setting limits on Defendant's invalidity case, the Court has attempted to incorporate some of the framework/terminology for narrowing an invalidity case set out in Greatbatch Ltd. v. AVX Corp., C.A. No. 13-723-LPS, D.I. 368 at 2, (D. Del. July 28, 2015). In light of the above, in the Scheduling Order, the Court has ordered the following limitations regarding asserted claims and prior art arguments: (1) By the deadline for Plaintiffs' Initial Infringement Contentions, Plaintiffs shall narrow the number of asserted claims to 30. (2) By the deadline for Defendant's Initial Invalidity Contentions and related prior art references, Defendant shall narrow its Section 102/103 invalidity case to no more than 120 "prior art arguments," as defined below. (3) By the deadline for Plaintiffs' Final Infringement Contentions, Plaintiffs shall further narrow the number of asserted claims to 16. (4) By the deadline for Defendant's Final Invalidity Contentions, Defendant shall further narrow its Section 102/103 invalidity case to no more than 48 prior art arguments. A "prior art argument" shall be understood to be an argument that: (1) a single reference anticipates a claim; or (2) a single reference renders a claim obvious (i.e., "single-reference obviousness"); or (3) a combination of references renders a claim obvious. Thus, for example, if Defendant relies on prior art reference A for anticipation and for single-reference obviousness as to claim 1 of a patent, that will count as two separate prior art arguments. If Defendant also relies on prior art references A + B for obviousness and A + B + C for obviousness as to claim 1 of the patent, that will count as two more, separate, prior art arguments. Additionally, prior art arguments shall be counted on a per claim basis, meaning that if Defendant asserts that prior art reference A anticipates claim 1 of a patent, and that prior art reference A also anticipates claim 2 of that patent, that will count as two prior art arguments. Further, a "prior art argument" shall consist of those reference(s) that Defendant utilizes to show the existence of claim limitation(s) in the prior art.. Ordered by Judge Christopher J. Burke on 10/30/2017. (mlc) (Entered: 10/30/2017)
As of October 31, 2017, PACER did not contain a publicly available document

associated with this docket entry. The text of the docket entry is shown above.

*Confluent Surgical, Inc. et al v. HyperBranch Medical Technology, Inc.*
1-17-cv-00688 (DED), 10/30/2017, docket entry