IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-149 (MN) |
| | ) |
| UNIVERSAL ROBOTS A/S and | ) |
| UNIVERSAL ROBOTS USA, INC., | ) |
| | ) |
| Defendants. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 11th day of October 2022;

WHEREAS, on September 23, 2022, Magistrate Judge Hall held a teleconference on Defendants' motion for leave to amend their answer to add an inequitable conduct affirmative defenses (*See* 9/23/2022 Minute Entry);

WHEREAS, during the teleconference, Judge Hall read her Report and Recommendation into the record and informed the parties that the transcript would serve as the Court's Report and Recommendation (D.I. 100);

WHEREAS, Judge Hall recommended that Defendants be denied leave to assert the new inequitable conduct affirmative defense; and

WHEREAS, no party filed objections to the Report and Recommendation in the time period prescribed.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. Defendants' motion for leave to amend their answer to add an inequitable conduct affirmative defense is DENIED.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge