# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

February 2, 2024

The Honorable Jennifer L. Hall                           *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:   *Northwestern Univ. v. Universal Robots A/S, et al.*; C.A. No. 21-149 (JLH)

Dear Judge Hall:

Pursuant to the Court's January 26, 2024 Oral Order, the parties have conferred and do not consent to Judge Burke's jurisdiction to conduct all proceedings in this case. The parties do consent, however, to Judge Burke (or another magistrate judge) conducting *voir dire* and selecting a jury, especially if that provides greater scheduling flexibility.

The parties have also conferred as to their availability for trial. Due to a number of scheduling conflicts and witness availability issues, the parties would next be available for a trial in the fall, starting the week of September 16, 2024.

The parties will file a joint status letter on or before February 16, 2024, as ordered.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT:lo
cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)