# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

February 15, 2024

**PUBLIC VERSION**

The Honorable Jennifer L. Hall
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

*VIA ELECTRONIC FILING*

**Confidential Version Filed: February 15, 2024**

**Public Version Filed: February 22, 2024**

Re: *Northwestern Univ. v. Universal Robots A/S, et al.*; C.A. No. 21-149 (JLH)

Dear Judge Hall:

Consistent with the Court's January 26, 2024 Oral Order (D.I. 301) and Judge Noreika's November 25, 2023 Order (D.I. 266), the parties hereby provide an update regarding mediation and trial.

**Mediation:** ████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

**Trial:** The Court originally scheduled this matter for a four-day trial beginning on April 15, which has since been continued to fall 2024. The parties agree that a timed trial of 11-13 hours per side would provide sufficient time, particularly if voir dire occurs the Friday before openings.

The parties have also conferred as to their availability for trial. Due to a number of scheduling conflicts and witness availability issues, the parties would next be available for a trial in the fall, starting the week of September 16, 2024.

The Honorable Jennifer L. Hall
February 15, 2024
Page 2

                                               Respectfully,

                                             */s/ Jeremy A. Tigan*

                                             Jeremy A. Tigan (#5239)

JAT:lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)