## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

April 24, 2024

The Honorable Jennifer L. Hall          *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:    *Northwestern Univ. v. Universal Robots A/S, et al.*; C.A. No. 21-149 (JLH)

Dear Judge Hall:

Consistent with the Court's February 22, 2024 Oral Order (D.I. 308), the parties hereby provide a joint status report, including the progress to date in the litigation:

- Pleadings: On February 4, 2021, Northwestern University filed a complaint against Universal Robots A/S and Universal Robots USA, Inc. D.I. 1. Northwestern filed an amended complaint on June 17, 2021. D.I. 18. The Court denied Universal Robots' motion to dismiss on March 3, 2022, and Universal Robots answered the amended complaint on March 25, 2022. D.I. 31, 34. The deadline to amend the pleadings or to add parties was August 27, 2022. D.I. 38.

- Discovery: Fact discovery closed on January 31, 2023. D.I. 130. Expert discovery closed on October 13, 2023. D.I. 245.

- Claim construction: On June 16, 2023, the Court held a *Markman* hearing and entered its constructions in a January 22, 2024 memorandum order. D.I. 229, 299.

- Case dispositive motions: The deadline for case dispositive motions was on October 24, 2023. Both parties filed *Daubert* motions. D.I. 251, 253. Universal Robots also moved for summary judgment. D.I. 254.

**Asserted claims and invalidity positions:** Northwestern and Universal Robots previously stipulated to narrow the asserted claims and prior art references at issue in the litigation. On September 26, 2023, Northwestern agreed to limit its asserted claims to the following: '336 patent, claims 1, 4, 10, 17, 18, 23, 25; '317 patent, claims 9, 21; '508 patent, claims 1, 3, 4, and 7. D.I.

The Honorable Jennifer L. Hall
April 24, 2024
Page 2

245. Universal Robots agreed to limit its primary prior art references to the following: Goldenberg for each of the asserted patents; Kazerooni for each of the asserted patents; Akella for the '336 patent; Gombert for the '336 patent; Armstrong for the '317 patent; and Stoddard for the '508 patent. *Id.* This list does not include Universal Robots' secondary references or combinations.

Northwestern and Universal Robots both intend to further narrow their respective claims/prior art references before trial. Universal Robots has proposed a narrowing schedule under which Northwestern would identify the claims that it will try by May 17, 2024, and Universal Robots would identify the prior art combinations that it plans to rely on at trial by June 7, 2024. Northwestern's position is that the parties have already narrowed the claims/prior art references to be tried significantly and that a separate schedule to further do so is unnecessary, as the parties can and will continue to narrow claims/prior art references during their pretrial exchanges.

**Mediation:** On February 9, 2024, the parties engaged in an in-person mediation in New York City before the Honorable Judge Jose Linares. The mediation lasted the majority of the day but the parties did not reach a resolution. The parties have continued discussions with Judge Linares, but do not anticipate resolving the dispute prior to the Court's rulings on the pending summary judgment and *Daubert* motions.

**Trial:** The Court scheduled a four-day jury trial beginning on September 16, 2024. D.I. 308. The pretrial conference is scheduled for September 3, 2024. *Id.* The parties have agreed to a schedule for pretrial exchanges.

         Respectfully,

         */s/ Jeremy A. Tigan*

         Jeremy A. Tigan (#5239)

JAT:lo
cc: Clerk of the Court (via hand delivery)
   All Counsel of Record (via CM/ECF and e-mail)