

Frederick L. Cottrell, III
302-651-7509
cottrell@rlf.com

September 3, 2024

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court
844 N. King Street
Unit 17
Room 6312
Wilmington, Delaware 19801

      Re:    *Northwestern University v. Universal Robots,* C.A. No. 21-149-JLH

Dear Judge Hall:

    The parties write to inform the Court that they have reached an agreement on an additional *Daubert* issue. Universal Robots agrees that Dr. Newman will not testify at trial regarding dictionary definitions of "interact." Accordingly, the parties agree that no ruling is needed on the sole remaining issue in Northwestern's *Daubert* motion (Argument II.C).

    Counsel are available at the Court's convenience.

                          Respectfully,

                          */s/ Frederick L. Cottrell, III*

                          Frederick L. Cottrell, III (#2555)

cc:    Counsel of Record (via CM/ECF)

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com