IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) C.A. No. 21-149 (JLH) |
| UNIVERSAL ROBOTS A/S and UNIVERSAL ROBOTS USA, INC., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a public version of their Joint Proposed Pretrial Order (D.I. 324) is extended to September 4, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorney for Plaintiff Northwestern University*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*

Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorney for Defendants Universal Robots A/S and Universal Robots USA, Inc.*

September 3, 2024

SO ORDERED this _____ day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE