IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY,<br>      Plaintiff,<br><br>v.<br><br>UNIVERSAL ROBOTS A/S and<br>UNIVERSAL ROBOTS USA, INC.,<br><br>      Defendants. | )<br>)<br>)<br>) C.A. No. 21-149 (JLH)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## **VERDICT FORM**

When answering the following questions and completing this Verdict Form, please follow the directions provided throughout this form and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "Northwestern" means the Plaintiff Northwestern University, and "Universal Robots" means the Defendants Universal Robots A/S and Universal Robots USA, Inc. As used herein, "'336 patent" means U.S. Patent No. 6,928,336, "'508 patent" means U.S. Patent No. 7,120,508, and "'317 patent" means U.S. Patent No. 6,907,317.

**QUESTION 1:**

For each of the following Asserted Claims, did Northwestern prove by a preponderance of the evidence that Universal Robots directly infringed the Asserted Claim?

"Yes" is a finding for **Northwestern.**

"No" is a finding for **Universal Robots.**

| CLAIM | YES (for Northwestern) | NO (for Universal Robots) |
|---|---|---|
| '336 patent, claim 10 | ✓ | |
| '336 patent, claim 23 | ✓ | |
| '508 patent, claim 4 | ✓ | |
| '317 patent, claim 21 | ✓ | |

2

**QUESTION 2:**

For each of the following Asserted Claims, did Universal Robots prove by clear and convincing evidence that the Asserted Claim is invalid because it is anticipated by Kazerooni?

"Yes" is a finding for **Universal Robots**.

"No" is a finding for **Northwestern**.

| CLAIM | YES (for Universal Robots) | NO (for Northwestern) |
|---|---|---|
| '336 patent, claim 10 | | ✓ |
| '336 patent, claim 23 | | ✓ |

3

**QUESTION 3:**

For each of the following Asserted Claims, did Universal Robots prove by clear and convincing evidence that the Asserted Claim is invalid because it would have been obvious based on Kazerooni in view of the knowledge of a person of ordinary skill in the art or Kazerooni and Armstrong?

"Yes" is a finding for **Universal Robots**.

"No" is a finding for **Northwestern**.

| CLAIM | YES (for Universal Robots) | NO (for Northwestern) |
|---|---|---|
| '508 patent, claim 4 | | ✓ |
| '317 patent, claim 21 | | ✓ |

**QUESTION 4:**

For each of the following Asserted Claims, did Universal Robots prove by clear and convincing evidence that the Asserted Claim is invalid for lack of adequate written description?

"Yes" is a finding for **Universal Robots**.

"No" is a finding for **Northwestern**.

| CLAIM | YES (for Universal Robots) | NO (for Northwestern) |
|---|---|---|
| '336 patent, claim 10 |  | ✓ |
| '336 patent, claim 23 |  | ✓ |
| '508 patent, claim 4 |  | ✓ |
| '317 patent, claim 21 |  | ✓ |

**INSTRUCTION:**

If there is **any** claim for which you answered:

"Yes" in Question 1, **and**

"No" to any of those **same claims** in Questions 2-4,

Then answer Questions 5 and 6.

If there are no claims that meet this Instruction, <u>**then**</u> do not answer Questions 5-6, and instead please proceed to the last page.

**QUESTION 5:**

What amount of damages has Northwestern proven, by a preponderance of the evidence, that it is entitled to recover? (Answer in dollars and cents.)

Damages: $ _6.6 million_

**QUESTION 6:**

Did Northwestern prove by a preponderance of the evidence that Universal Robots' infringement of any of the Asserted Claims was willful?

"Yes" is a finding for **Northwestern**.

"No" is a finding for **Universal Robots**.

Yes: _____    No: ___✓_____

8

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.



Dated: September 19, 2024

9