# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

October 3, 2024

The Honorable Jennifer L. Hall            *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

      Re:    *Northwestern Univ. v. Universal Robots A/S, et al.*; C.A. No. 21-149 (JLH)

Dear Judge Hall:

      Northwestern University ("Northwestern"), Universal Robots A/S, and Universal Robots USA, Inc. (together, "Universal Robots") submit this joint letter to indicate the post-trial motions each party intends to file and to propose how the briefing should proceed.

      Northwestern intends to seek pre- and post-judgment interest through post-trial motions. For the avoidance of doubt, Northwestern will seek costs consistent with the timeline provided for in the judgment.

      Universal Robots intends to file a renewed motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) and/or for a new trial under Rule 59 addressing issues of direct infringement, anticipation, obviousness, written description, and damages.

      As to briefing, the parties propose that pursuant to Federal Rules of Civil Procedure 50(b) and 59, each side shall file its cover motion and opening briefs on October 30, 2024, answering briefs on November 27, 2024, and reply briefs on December 13, 2024.  The parties further propose that all post-trial issues each side intends to raise (including any motions under Federal Rules of Civil Procedure 50(b) and 59, but excluding costs), shall be addressed in a single opening brief of no more than 35 pages, with responsive briefs of 35 pages, and reply briefs of 12 pages.

The Honorable Jennifer L. Hall
October 3, 2024
Page 2

                                              Respectfully,

                                              */s/ Jeremy A. Tigan*

                                              Jeremy A. Tigan (#5239)

JAT:lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)