IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) C.A. No. 21-149 (JLH) |
| | ) |
| UNIVERSAL ROBOTS A/S and | ) |
| UNIVERSAL ROBOTS USA, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)(a)(ii)**

Plaintiff, Northwestern University, and Defendants, Universal Robots A/S and Universal Robots USA, Inc., having reached a settlement agreement that resolves all matters in this controversy and being all parties that have appeared in the above-captioned action, hereby stipulate to the voluntary dismissal of this case with prejudice pursuant to the Federal Rule of Civil Procedure 41(A)(1)(a)(ii) and with each party to bear its own fees and costs. This Court shall retain jurisdiction only as necessary to effectuate the terms of the settlement agreement, which is incorporated into this stipulation of dismissal by reference.

<div style="columns:2">

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

---

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:

Nevin M. Gewertz
Rebecca T. Horwitz
Katherine E. Rhoades
Mac LeBuhn
Ravi Shah
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
(312) 494-4400

John Hughes
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
(303) 592-3100

*Attorney for Plaintiff Northwestern University*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*

---

Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

OF COUNSEL:

Vinita Ferrera
Jason H. Liss
James M. Lyons
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Robert J. Gunther, Jr.
Christopher R. Noyes
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

David Cavanaugh
Jennifer L. Graber
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 663-6000

*Attorney for Defendants Universal Robots A/S and Universal Robots USA, Inc.*

</div>

October 30, 2024

SO ORDERED this __31st__ day of __October_____, 2024.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE